UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC; AMAZON.COM SERVICES LLC; AMAZON.COM SERVICES, INC.; and AMAZON LOGISTICS, INC. <br><br> Defendants. | Case No. 1:21-cv-09321-JGK |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned respectfully enters her appearance as counsel for Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Logistics, Inc., and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendants. The undersigned is admitted to practice before this Court.

Dated: New York, New York
December 16, 2021

Respectfully submitted,

/s/ Anne Champion
Anne Champion
achampion@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: 212.351.4000

*Attorney for Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Logistics Inc.*