UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC; AMAZON.COM SERVICES LLC; AMAZON.COM SERVICES, INC.; and AMAZON LOGISTICS, INC.<br><br>                Defendants. | Case No. 1:21-cv-09321-JGK |

## CORPORATE DISCLOSURE STATEMENT

Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon.com Services, Inc., and Amazon Logistics, Inc., by and through their undersigned counsel, hereby file this disclosure statement as required by Federal Rule of Civil Procedure 7.1. Amazon.com, Inc. certifies that it has no parent company, and no publicly held company owns 10 percent or more of its stock. Amazon.com Services LLC is an indirect, wholly-owned subsidiary of Amazon.com, Inc. Amazon Logistics, Inc. is an indirect, wholly-owned subsidiary of Amazon.com, Inc.[1]

---

[1] Though Amazon.com Services, Inc. was named as a defendant in this action, that entity no longer exists.

Dated: December 16, 2021

Respectfully submitted,

<u>/s/ Anne Champion</u>
Anne Champion
achampion@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: 212.351.4000

*Attorney for Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Logistics Inc.*