UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GATEGUARD, INC.,

                              Plaintiff.                    21-cv-9321 (JGK)

          - against -                                       ORDER

AMAZON, INC., ET AL.,

                              Defendants.
_____

JOHN G. KOELTL, District Judge:

     As discussed at the conference held today, the plaintiff

may file an amended complaint by January 24, 2022. The

defendants must move or answer by February 25, 2022. The

plaintiff's opposition to any motion to dismiss is due by March

25, 2022. The defendants' reply is due by April 8, 2022.

     The word limit for the motion to dismiss and for the

opposition is enlarged to 10,000. The word limit for the reply

is enlarged to 4,000.

SO ORDERED.

Dated:    New York, New York
          January 7, 2022

                                        John G. Koeltl
                                   United States District Judge