UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

GATEGUARD, INC.,

                Plaintiff.

    - against -

AMAZON, INC., ET AL.,

                Defendants.
―――――――――――――――――――――――――――――――

21-cv-9321 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for January 21, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
           January 13, 2022

                                    John G. Koeltl
                            United States District Judge