UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
GATEGUARD, INC.,                                            :
:
              Plaintiff,                             :      No. 21 Civ. 9321 (JGK)
:
   -against-                                               :      **NOTICE OF MOTION**
:
AMAZON.COM, INC.,                                           :      ORAL ARGUMENT REQUESTED
AMAZON.COM SERVICES, INC.,                                  :
AMAZON.COM SERVICES, LLC,                                   :
AMAZON LOGISTICS, INC.,                                     :
:
              Defendants.                            :
-----------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, upon the accompanying Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Amended Complaint and to Strike Plaintiff's Class Allegations, dated March 10, 2022, and the accompanying declaration of David Salant, dated March 10, 2022, together with the exhibit thereto, Defendants Amazon.com, Inc., Amazon.com Services LLC,[1] and Amazon Logistics, Inc., by and through their undersigned counsel, move this Court before the Honorable John G. Koeltl, United States District Judge, in Courtroom 14A of the Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, NY 10007, on a date and time to be determined by the Court, to dismiss with prejudice Plaintiff's First Amended Complaint, ECF No. 14, and to strike Plaintiff's class allegations.

      Pursuant to this Court's operative scheduling order, ECF No. 16, Plaintiff's opposition is due on **April 14, 2022**, and Defendants' reply is due on **April 28, 2022**.

---

[1] Defendant Amazon.com Services, Inc. no longer exists and is now known as Amazon.com Services LLC.

Dated: March 10, 2022
       New York, New York

                      Respectfully submitted,

                      GIBSON, DUNN & CRUTCHER LLP

                      By: _/s/ Anne Champion_

                          Anne Champion
                          Christopher D. Belelieu
                          Eric J. Stock
                          David P. Salant

                      200 Park Avenue, 47th Floor
                      New York, NY 10166
                      Telephone: 212.351.4000
                      Email: achampion@gibsondunn.com
                              cbelelieu@gibsondunn.com
                              estock@gibsondunn.com
                              dsalant@gibsondunn.com

                      *Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Logistics Inc.*