**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Anne Champion
Direct: +1 212.351.5361
Fax: +1 212.351.5281
AChampion@gibsondunn.com

June 6, 2022

VIA ECF

The Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *GateGuard, Inc. v. Amazon.com, Inc., et al.*, No. 21 Civ. 9321 (JGK)

Dear Judge Koeltl:

On behalf of Defendants in the above-captioned action ("Amazon"), and pursuant to Rule II.G. of the Court's Individual Practices, we respectfully submit this letter to request the scheduling of oral argument on Amazon's recently filed motion to dismiss.

On March 10, 2022, Amazon filed its motion to dismiss GateGuard, Inc.'s ("GateGuard") First Amended Complaint, and, in the alternative, to strike GateGuard's class action allegations. *See* ECF Nos. 18–20. The motion is now fully briefed. Therefore, pursuant to Rule II.G. of the Court's Individual Practices, we respectfully request that the Court schedule oral argument on this motion.

Respectfully submitted,

*/s/ Anne Champion*
Anne Champion


cc:    All counsel of record (*via ECF*)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.