UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

GATEGUARD, INC.,

                Plaintiff,

        21-cv-9321 (JGK)

    - against –

        ORDER

AMAZON.COM INC., ET AL.,

                Defendants.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by **March 17, 2023.**

**SO ORDERED.**

Dated:    New York, New York
            March 3, 2023

                          /s/ John G. Koeltl
                          ─────────────────────────
                            **John G. Koeltl
                      United States District Judge**