UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
GATEGUARD, INC.,

                                Plaintiff,

                -against-

AMAZON.COM, INC. et al.,

                           Defendants.
--------------------------------------------------------------------X

21-CV-9321 (JGK) (VF)

**SCHEDULING ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As stated at the Initial Case Management Conference held before the Court on Monday,

April 10, 2023, the following case deadlines are hereby adopted:

| | |
|---|---|
| Fact discovery deadline | August 31, 2023 |
| Expert discovery deadline | October 31, 2023 |
| Summary judgment motion deadline | December 15, 2023 |

      Moreover, the Court hereby schedules the following standing conferences to address any

discovery disputes that arise:

1. Wednesday, May 17, 2023 at 11:00 a.m. – 12:00 p.m.
2. Wednesday, June 21, 2023 at 11:00 a.m. – 12:00 p.m.
3. Wednesday, July 19, 2023 at 11:00 a.m. – 12:00 p.m.
4. Tuesday, August 15, 2023 at 11:00 a.m. – 12:00 p.m.

      The parties are directed to submit letters detailing any disputes that have arisen **at least**

**three days in advance of each conference**. The parties may decide themselves whether to

submit separate or joint letters. If there are no disputes requiring judicial intervention, the parties

should submit a letter requesting that the conference be cancelled.  **SO ORDERED.**

DATED:     April 10, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge