UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GATEGUARD, INC.,

                                              Plaintiff,

            -against-

AMAZON.COM, INC. et al.,

                                              Defendants.
------------------------------------------------------------------X

21-CV-9321 (JGK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       For the reasons stated on the record at the discovery conference before this Court on May 23, 2023, the Court orders that at this time, discovery in this action is limited to the 70 buildings where Key for Business and GateGuard were installed, as well as the buildings where GateGuard was ordered and Key for Business was installed.

       In addition, Plaintiff is directed to serve its supplemental interrogatory responses, and the parties are directed to meet and confer concerning Defendants' initial disclosures, by no later than **June 2, 2023**.

       **SO ORDERED.**

DATED:     May 23, 2023

                                                                  _____
                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge