**Eden P. Quainton**

**Quainton Law, PLLC**

2 Park Ave., 20th Floor
New York, NY 10016

245 Nassau St.
Princeton, NJ 08540

Telephone (212) 419-0575, (609) 356-0526
Cell: (202) 360-6296
Eden.quainton@quaintonlaw.net

> **Application Granted**
>
> */s/ Valerie Figueredo*
> Valerie Figueredo, U.S.M.J.
> DATED: 6-20-2023
>
> The discovery conference scheduled for June 21, 2023 is hereby adjourned to **Wednesday, July 5, 2023 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.** The Clerk of Court is directed to terminate the motions at ECF Nos. 50 and 51. **SO ORDERED.**

**VIA ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>*GateGuard, Inc. v. Amazon.com, Inc. et al.*, Case No. 21 Civ. 09321 (JGK)(VF)
            June 21, 2023, Discovery Conference –Unopposed Request for Adjournment</u>

Dear Judge Figueredo,

    I represent the Plaintiff, GateGuard, Inc. ("Plaintiff" or "GateGuard"), in the above-captioned matter.

    A discovery conference is scheduled for June 21, 2023 at 11:00 a.m. Unfortunately, I have been in Washington D.C. with my 89-year-old father who is in hospice and only returned yesterday. In addition, I have a deposition for tomorrow for which I have been unable to prepare adequately, and I was just informed that a local city council meeting in New Jersey that my client had hoped to reschedule cannot be moved and will go forward as planned. Accordingly, Plaintiff would respectfully request that June 21, 2023, conference be adjourned. I have conferred with counsel for Defendants, who do not oppose the request, and ask that the conference be adjourned for two weeks because of previously scheduled travel commitments. Plaintiff therefore respectfully requests that the conference be adjourned to **Wednesday, July 5, 2023** or such other date as is convenient for the Court.

    I thank the Court for its courtesies in this matter.

                                                                Respectfully submitted,

                                                                */s/ Eden Quainton*
                                                                Eden P. Quainton

cc: All counsel of record (via ECF)