# EXHIBIT C

**From:** Aguilar, Alex <aleagui@amazon.com>
**Sent:** Monday, March 8, 2021 2:29 PM
**To:** Derek Stephenson <derek@clearhome.us>
**Subject:** Order request

Hi Derek,

This is the product we spoke about:   https://gateguard.xyz/#   (quantity of 2)

Let me know what you think and thank you!

Best,

Alex Aguilar
*Amazon Key for Business*
e aleagui@amazon.com l p 725-222-0082

Reminder: This message has originated from an EXTERNAL Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

**Thanks Derek.**

Your order ID is **b6k22mt8**.

Order Date: **03/08/2021 16:43**

You can view and pay your order by https://gateguard.xyz/order/view/9qKgYrNA46OmjA8P/

We will notify you about installation, and send you additional instructions.

## Client details

First Name: **Derek**
Last Name: **Stephenson**
Email: **derek@clearhome.us**
Phone: **801-400-5000**

## You ordered

| 135 S Mountain Way Dr, Orem, UT 84058, USA | | |
|---|---|---|
| **Item** | **Quantity** | **Price** |
| Intercom Panel ($3,499) | 1 | 3,499 |
| Maintenance Security Deposit ($849) | 1 | 849 |

Legal notice: A copy of your contract (Terms) and the website as you used is attached as a PDF,
which has also been sent to a 3rd party backup email for recordkeeping. Please retain this email.
Per the Terms, monthly fees may increase with inflation, govt fees, taxes.
There are no refunds or cancellations.

Questions? support team @teman.co

CLEARHOME 000006