UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GATEGUARD, INC.,

                            Plaintiff,

        -against-

AMAZON.COM, INC. et al.,

                            Defendants.
------------------------------------------------------------------X

21-CV-9321 (JGK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       For the reasons stated on the record at the conference on September 13, 2023, Plaintiff must complete its document production by **Wednesday, November 1, 2023**, and all fact discovery must be completed by **Friday, December 15, 2023**.

       Additionally, a conference is hereby scheduled for **Tuesday, October 17 at 2 p.m**. The Court anticipates that the parties will raise disputes on discovery related to trade secrets. If the parties wish to submit letter briefs to the Court, the deadline is **Thursday, October 12**.

       **SO ORDERED.**

DATED:     September 13, 2023
                New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge