UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GATEGUARD, INC.,

                                     Plaintiff,

              -against-

AMAZON.COM, INC. et al.,

                                     Defendants.
------------------------------------------------------------------X

21-CV-9321 (JGK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The conference scheduled for Tuesday, October 17, 2023, is hereby adjourned. A new conference is scheduled for **Thursday, November 16, 2023, at 11 a.m**. If Plaintiff wishes to file a letter motion or brief before the conference, it must be filed by **Thursday, November 9, 2023**, so that Defendants may file a response.

        **SO ORDERED.**

DATED:     October 16, 2023

                                                                                _____
                                                                                VALERIE FIGUEREDO
                                                                                United States Magistrate Judge