UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GATEGUARD, INC.,

                              Plaintiff,

       -against-

AMAZON.COM, INC. et al.,

                             Defendants.
-----------------------------------------------------------------X

21-CV-9321 (JGK) (VF)

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The Court scheduled a conference for November 16, 2023. The Court has not received any letters from the parties in advance of the conference indicating what topics the parties intend to raise at the conference. The conference is thus canceled. If either party has a discovery dispute it wishes to raise with the Court, the party should submit a letter requesting a conference and identifying the specific issue(s) to be discussed. The Court will then allow the other party to respond and a conference will be scheduled.

       **SO ORDERED.**

DATED:     November 15, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge