# EXHIBIT A

**Filename: G000003 - Addresses of Damaged Properties .xlsx**

| ADDRESS | CITY/BORO | ZIP_CODE | CLIENT |
|---|---|---|---|
| 645 Bergen Ave | Jersey City | 07304 | Eric D <eric@mafcap.com> |
| 347 W 29th St | Manhattan (NY) | 10001 | GPS / STEVEN OVED |
| 31 East 1st Street | Manhattan (NY) | 10003 | Khorshad / Big Apple |
| 318 E 11th St | Manhattan (NY) | 10003 | KUSHNER/WM/NYLIVING |
| 201 E 4th St | Manhattan (NY) | 10009 | KUSHNER/WM/NYLIVING |
| 210 W 133 St | Manhattan (NY) | 10030 | Motti Silber |
| 31 E 21st St | Manhattan (NY) | 10010 | GOLDMONT |
| 138 E 31st St | Manhattan (NY) | 10016 | GPS / STEVE OVED |
| 2204 Frederick Douglass Blvd | Manhattan (NY) | 10026 | K&R |
| 276 W 119th St | Manhattan (NY) | 10026 | K&R |
| 141 W 128th St | Manhattan (NY) | 10027 | LEMOR REALTY |
| 350 W 124th St | Manhattan (NY) | 10027 | PHIPPS |
| 151 W 140th St | Manhattan (NY) | 10030 | LEMOR REALTY |
| 367 Edgecombe Ave | Manhattan (NY) | 10031 | WAS schreibermanagement (Jamie) |
| 966 St Nicholas Ave | Manhattan (NY) | 10032 | K&R |
| 517 W 180th St | Manhattan (NY) | 10033 | ROTHENBERG (AR Management) |
| 570 W 182nd St | Manhattan (NY) | 10033 | ROTHENBERG (AR Management) |
| 242 Bradhurst Ave | Manhattan (NY) | 10039 | WAS schreibermanagement (Jamie) |
| 246 Bradhurst Ave | Manhattan (NY) | 10039 | WAS schreibermanagement (Jamie) |
| 670 W 193rd St | Manhattan (NY) | 10040 | by new owners |
| 1760 Montgomery Ave | The Bronx | 10453 | BEN HOFFMAN |
| 1770 Montgomery Ave | The Bronx | 10453 | BEN HOFFMAN |
| 2230 Grand Concourse | Bronx | 10457 | FTRE |
| 2320 Aqueduct Ave | Bronx | 10468 | FTRE |
| 2701 Webb Ave | Bronx | 10468 | FTRE |
| 41-15 46th St | Long Island City | 11104 | HOCH |
| 41-29 46th St | Long Island City | 11104 | HOCH |
| 754 E 23rd St | Brooklyn | 11210 | GOLDMONT |
| 837 E 22nd St | Brooklyn | 11210 | GOLDMONT |
| 380 S 3rd St | Brooklyn | 11211 | Soft Stone Management Group |
| 497 Dean St | Brooklyn | 11217 | RYAN COLBERT / INCEPTION |
| 2215 Newkirk Ave | Brooklyn | 11226 | MOTTI & MIRI |
| 1480 S Canfield Ave | Los Angeles | 90035 | CONCORD |