UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GATEGUARD, INC.,

                           Plaintiff,

       -against-

AMAZON.COM, INC. et al.,

                           Defendants.
------------------------------------------------------------------X

21-CV-9321 (JGK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On January 29, 2024, Defendants' counsel requested conferences to address several discovery disputes. See ECF Nos. 96, 97, and 100. These disputes will be addressed at the previously scheduled discovery conference on **Wednesday, February 28, 2024, at 10:00 a.m.**. in addition to the disputes raised in the motions at ECF Nos. 91-93. If Plaintiff wishes to respond to these motions, Plaintiff's counsel is directed to file a letter by no later than Friday, February 23, 2024.

Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code 9781335.**

     **SO ORDERED.**

DATED:    January 30, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge