# EXHIBIT B

| | |
|---|---|
| From: | Berrett, Christopher [/O=AMAZON/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= Redacted ] |
| Sent: | 5/3/2021 1:51:16 PM |
| To: | Derek Stephenson [Redacted@clearhome.us] |
| CC: | Aguilar, Alex [Redacted@amazon.com] |
| Subject: | RE: [EXTERNAL] Compensation for Services |

Hi Derek,

I hope you are doing well. Just wanting to follow up on the second unit you were ordering for us. Do you by chance have the tracking info?

Thanks,

**Christopher Berrett | Sr. Program Manager**
Key for Business www.amazon.com/keyforbusiness
e: Redacted    p: Redacted



---

**From:** Berrett, Christopher
**Sent:** Wednesday, April 7, 2021 4:58 PM
**To:** 'Derek Stephenson' <Redacted@clearhome.us>
**Cc:** Aguilar, Alex <Redacted@amazon.com>
**Subject:** RE: [EXTERNAL] Compensation for Services

Hi Derek,

Thank you for providing the tracking for the 1st system. Do you have an update on the second one that was to be shipped to Las Vegas?

In regards to your question, we are just asking you to purchase the device and provide it to us so that we can test its compatibility with our KfB device. We are not asking CPro to provide or do anything other than that.

Please let me know if you have additional questions or concerns.

Thanks,

**Christopher Berrett | Sr. Program Manager**
Key for Business www.amazon.com/keyforbusiness
e: Redacted    | p: Redacted



---

**From:** Derek Stephenson <Redacted@clearhome.us>
**Sent:** Wednesday, April 7, 2021 11:30 AM
**To:** Berrett, Christopher <Redacted@amazon.com>

Cc: Aguilar, Alex <Redacted @amazon.com>
Subject: RE: [EXTERNAL] Compensation for Services

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

I wanted to ask for a little more context on what exactly is being asked of Clear Pro when it comes to these gate guard devices. I was in Las Vegas with Gerry a few weeks ago and the way he explained what is happening with Gate guard Temen devices had me a little concerned. I want to know if Im opening up Clear Pro to any sort of unnecessary risk? Also here is the tracking from the first device I sent a few weeks ago.





**Derek Stephenson**
SVP Field Services

Cell: Redacted    Email: Redacted
HQ: Redacted

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

On Apr 7, 2021, at 12:08 PM, Berrett, Christopher <Redacted@amazon.com> wrote:

Hi Derek,

I hope you are well. Would you mind providing an update on this? We need to provide an update to various teams.

Also, I have not seen an invoice come through so that we can pay you promptly.

Thanks,

**Christopher Berrett | Sr. Program Manager**
Key for Business www.amazon.com/keyforbusiness
e: Redacted    p: Redacted

<image001.jpg>

---

**From:** Aguilar, Alex <Redacted@amazon.com>
**Sent:** Monday, April 5, 2021 10:54 AM
**To:** Derek Stephenson <Redacted@clearhome.us>
**Cc:** Berrett, Christopher <Redacted@amazon.com>
**Subject:** Re: [EXTERNAL] Compensation for Services

Hi Derek,

I hope you had a good weekend!

I know on 3/26, you shared that you shipped one of the devices to San Jose – may you please provide the tracking info?

Thank you!

Best,
Alex

---

**From:** Alex Aguilar <Redacted@amazon.com>
**Date:** Thursday, March 18, 2021 at 1:43 PM
**To:** Derek Stephenson <Redacted@clearhome.us>
**Cc:** "Berrett, Christopher" <Redacted@amazon.com>
**Subject:** Re: [EXTERNAL] Compensation for Services

Got it and thank you, Derek!

Please send me the tracking for address number 1 when you can so I may share with the recipient, thanks again.

Best,
Alex

---

**From:** Derek Stephenson <Redacted@clearhome.us>
**Date:** Thursday, March 18, 2021 at 1:15 PM
**To:** Alex Aguilar <Redacted@amazon.com>

AMZN_0000964

**Cc:** "Berrett, Christopher" <Redacted @amazon.com>
**Subject:** RE: [EXTERNAL] Compensation for Services

> **CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

I just determined that there was only one device in the box from Gate Guard. I am sending the one that they did send me to the address #1 until the second gate guard device arrives.

<image007.png> **Derek Stephenson**
*SVP Field Services*

| Cell | Redacted | Email | Redacted |
| HQ | Redacted | | |

<image008.png> <image009.png> <image010.png> <image011.png>

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

On Mar 15, 2021, at 3:23 PM, Aguilar, Alex <Redacted @amazon.com> wrote:

Hi Derek,

May you please send one system to each of the below addresses?:

**Address number 1:**
SJC13
A2Z Development Center Inc.
Attn: Paul Donovan
Redacted


**Address number 2:**
Ring
Alex Aguilar
Redacted


Also, please let us know if you have any questions about Chris' below request (I want to make sure you are compensated quickly 😊).

Best,
Alex

---

**From:** "Berrett, Christopher" <Redacted @amazon.com>
**Date:** Friday, March 12, 2021 at 11:15 AM
**To:** Alex Aguilar <Redacted @amazon.com>

**Cc:** Derek Stephenson <Redacted @clearhome.us>
**Subject:** RE: Compensation for Services

Thanks Alex!

Hi Derek,

I hope you are doing well, and we appreciate your support with this order. Can you please send me the quote/invoice for this order and I can have Andres issue a PO which will be "pay upon receipt?"

If possible can you include the invoice from the company you ordered from?

Thanks,

**Christopher Berrett | Sr. Program Manager**
*Key for Business www.amazon.com/keyforbusiness*
e: Redacted    p: Redacted

<image001.jpg>

---

**From:** Aguilar, Alex <Redacted @amazon.com>
**Sent:** Friday, March 12, 2021 10:21 AM
**To:** Berrett, Christopher <Redacted @amazon.com>
**Cc:** Derek Stephenson <Redacted @clearhome.us>
**Subject:** Compensation for Services

Hi Chris,

I know we are still waiting to confirm the shipping address Derek may use.

In the interim, I'm starting this thread to connect you and Derek for the purposes of us quickly providing payment.

Let us know what you need to close this out, thank you!!

Best,

**Alex Aguilar**
*Amazon Key for Business*
e Redacted    p Redacted



Reminder: This message has originated from an EXTERNAL Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Reminder: This message has originated from an EXTERNAL Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

| | |
|---|---|
| From: | Berrett, Christopher [/O=AMAZON/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= Redacted |
| Sent: | 5/3/2021 7:00:33 PM |
| To: | Derek Stephenson [Redacted@clearhome.us] |
| CC: | Aguilar, Alex [Redacted@amazon.com] |
| Subject: | RE: [EXTERNAL] Compensation for Services |

Thanks Derek. Please send tracking once available.

Also, please send me the invoice and we will get you reimbursed ASAP.

Thanks,

**Christopher Berrett | Sr. Program Manager**
*Key for Business* www.amazon.com/keyforbusiness
e: Redacted | p: Redacted



**From:** Derek Stephenson <Redacted@clearhome.us>
**Sent:** Monday, May 3, 2021 3:39 PM
**To:** Berrett, Christopher <Redacted@amazon.com>
**Cc:** Aguilar, Alex <Redacted@amazon.com>
**Subject:** RE: [EXTERNAL] Compensation for Services

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

I actually just jumped on their site again and ordered another. Last time it showed up in about 3 business days



On May 3, 2021, at 2:51 PM, Berrett, Christopher <Redacted@amazon.com> wrote:

Hi Derek,

I hope you are doing well. Just wanting to follow up on the second unit you were ordering for us. Do you by chance have the tracking info?

Thanks,

**Christopher Berrett | Sr. Program Manager**
*Key for Business* www.amazon.com/keyforbusiness
e: Redacted | p: Redacted

<image002.jpg>

---

**From:** Berrett, Christopher
**Sent:** Wednesday, April 7, 2021 4:58 PM
**To:** 'Derek Stephenson' <Redacted@clearhome.us>
**Cc:** Aguilar, Alex <Redacted@amazon.com>
**Subject:** RE: [EXTERNAL] Compensation for Services

Hi Derek,

Thank you for providing the tracking for the 1st system. Do you have an update on the second one that was to be shipped to Las Vegas?

In regards to your question, we are just asking you to purchase the device and provide it to us so that we can test its compatibility with our KfB device. We are not asking CPro to provide or do anything other than that.

Please let me know if you have additional questions or concerns.

Thanks,

**Christopher Berrett | Sr. Program Manager**
*Key for Business* www.amazon.com/keyforbusiness
e: Redacted | p: Redacted

<image003.jpg>

---

**From:** Derek Stephenson <Redacted@clearhome.us>
**Sent:** Wednesday, April 7, 2021 11:30 AM
**To:** Berrett, Christopher <Redacted@amazon.com>
**Cc:** Aguilar, Alex <Redacted@amazon.com>
**Subject:** RE: [EXTERNAL] Compensation for Services

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

I wanted to ask for a little more context on what exactly is being asked of Clear Pro when it comes to these gate guard devices. I was in Las Vegas with Gerry a few weeks ago and the way he explained what is happening with Gate guard Temen devices had me a little concerned. I want to know if Im opening up Clear Pro to any sort of unnecessary risk? Also here is the tracking from the first device I sent a few weeks ago.

&lt;image011.png&gt; **Derek Stephenson**
*SVP Field Services*

Cell [Redacted]  Email [Redacted]
HQ [Redacted]

&lt;image012.png&gt; &lt;image013.png&gt; &lt;image014.png&gt; &lt;image015.png&gt;

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

On Apr 7, 2021, at 12:08 PM, Berrett, Christopher &lt;[Redacted]@amazon.com&gt; wrote:

Hi Derek,

I hope you are well. Would you mind providing an update on this? We need to provide an update to various teams.

Also, I have not seen an invoice come through so that we can pay you promptly.

Thanks,

**Christopher Berrett | Sr. Program Manager**
*Key for Business* www.amazon.com/keyforbusiness
e: [Redacted]   p: [Redacted]

&lt;image001.jpg&gt;

**From:** Aguilar, Alex &lt;[Redacted]@amazon.com&gt;
**Sent:** Monday, April 5, 2021 10:54 AM
**To:** Derek Stephenson &lt;[Redacted]@clearhome.us&gt;
**Cc:** Berrett, Christopher &lt;[Redacted]@amazon.com&gt;
**Subject:** Re: [EXTERNAL] Compensation for Services

Hi Derek,

I hope you had a good weekend!

I know on 3/26, you shared that you shipped one of the devices to San Jose – may you please provide the tracking info?

Thank you!

Best,
Alex

**From:** Alex Aguilar &lt;[Redacted]@amazon.com&gt;
**Date:** Thursday, March 18, 2021 at 1:43 PM
**To:** Derek Stephenson &lt;[Redacted]@clearhome.us&gt;
**Cc:** "Berrett, Christopher" &lt;[Redacted]@amazon.com&gt;
**Subject:** Re: [EXTERNAL] Compensation for Services

Got it and thank you, Derek!

Please send me the tracking for address number 1 when you can so I may share with the recipient, thanks again.

Best,
Alex

**From:** Derek Stephenson <Redacted @clearhome.us>
**Date:** Thursday, March 18, 2021 at 1:15 PM
**To:** Alex Aguilar <Redacted @amazon.com>
**Cc:** "Berrett, Christopher" Redacted @amazon.com>
**Subject:** RE: [EXTERNAL] Compensation for Services

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

I just determined that there was only one device in the box from Gate Guard. I am sending the one that they did send me to the address #1 until the second gate guard device arrives.

<image007.png> **Derek Stephenson**
*SVP Field Services*

Cell Redacted  Email Redacted
HQ  Redacted

<image008.png> <image009.png> <image010.png> <image011.png>

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

On Mar 15, 2021, at 3:23 PM, Aguilar, Alex <Redacted @amazon.com> wrote:

Hi Derek,

May you please send one system to each of the below addresses?:

**Address number 1:**
SJC13
A2Z Development Center Inc.
Attn: Paul Donovan
**Redacted**

**Address number 2:**
Ring
Alex Aguilar
**Redacted**

Also, please let us know if you have any questions about Chris' below request (I want to make sure you are compensated quickly 😊).

AMZN_0000970

Best,
Alex

---

**From:** "Berrett, Christopher" <berrettc@ Redacted >
**Date:** Friday, March 12, 2021 at 11:15 AM
**To:** Alex Aguilar <aleagui@ Redacted >
**Cc:** Derek Stephenson <derek@ Redacted >
**Subject:** RE: Compensation for Services

Thanks Alex!

Hi Derek,

I hope you are doing well, and we appreciate your support with this order. Can you please send me the quote/invoice for this order and I can have Andres issue a PO which will be "pay upon receipt?"

If possible can you include the invoice from the company you ordered from?

Thanks,

**Christopher Berrett | Sr. Program Manager**
*Key for Business* www.amazon.com/keyforbusiness
**e:** Redacted  | **p:** Redacted

<image001.jpg>

---

**From:** Aguilar, Alex <aleagui@ Redacted >
**Sent:** Friday, March 12, 2021 10:21 AM
**To:** Berrett, Christopher <berrettc@ Redacted >
**Cc:** Derek Stephenson <derek@ Redacted >
**Subject:** Compensation for Services

Hi Chris,

I know we are still waiting to confirm the shipping address Derek may use.

In the interim, I'm starting this thread to connect you and Derek for the purposes of us quickly providing payment.

Let us know what you need to close this out, thank you!!

Best,

**Alex Aguilar**
*Amazon Key for Business*
e  Redacted  | p  Redacted

Reminder: This message has originated from an EXTERNAL Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Reminder: This message has originated from an EXTERNAL Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Reminder: This message has originated from an EXTERNAL Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

AMZN_0000972