# EXHIBIT C

Date: 9/16/2021

CONFIDENTIAL

AMZN_0000004