# EXHIBIT D

cc