# EXHIBIT E

CONFIDENTIAL

AMZN_0000035