# EXHIBIT F

#6

Re

Re

Pr

Na

Ph

Em

Nu

Is t
pro

Ho
oro

Pr

Nu

Pr

Nu

Pr

Nu

Pr

Nu

Do
access box?

CC

CONFIDENTIAL

AMZN_0000464