# EXHIBIT G

C

CONFIDENTIAL

AMZN_0000417