# EXHIBIT H

CONFIDENTIAL

AMZN_0000040