# EXHIBIT L

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
GATEGUARD, INC.,                  :
          Plaintiff,              :
   - against -                    : 21-cv-9321 (JGK)
AMAZON.COM INC., ET AL.,          :
          Defendants.             :
-------------------------------x

        VIDEO DEPOSITION OF ODALIS TIBURCIO
        Via Zoom Video Communications
        Tuesday, January 30, 2024
        10:35 a.m.


      Videotaped deposition of
FINKELSTEIN TIMBERGER EAST REAL ESTATE, a
Non-Party Witness herein, BY: ODALIS TIBURCIO,
taken by the Plaintiff, in the above-entitled
action, held remotely at the above date and
time, before Carolyn Gioia, a machine
stenographic reporter and Notary Public within
and for the State of New York.


        Magna Legal Services
        866-624-6221
        www.MagnaLS.com



Page 26

```
 1         MS. SANTORA:  Objection.  Misstates
 2     prior testimony.
 3     A.  No.  Only the box, they were bringing
 4  the box.
 5     Q.  So -- okay, so I understand.  So
 6  let's just go back really slowly in time.
 7  So, I guess, I imagine the first thing that
 8  happened is somebody rang the -- rang the
 9  doorbell.
10         MS. SANTORA:  Objection.
11     A.  Yes.
12     Q.  And did they -- what -- so did
13  somebody speak to you through an intercom
14  saying, We are representatives of Amazon, we'd
15  like to talk to you?
16         MS. SANTORA:  Objection.
17     A.  Oh, yes.  And I went up.  They were
18  in front of the door.
19     Q.  Okay.  So just -- just so I
20  understand exactly what happened.
21         So were you -- do you recall, were
22  you in your office when a -- a call came
23  through the intercom that Amazon
24  representatives were at the door?
25         MS. SANTORA:  Objection.
```

Page 27

```
 1     A.  I -- I don't remember.
 2     Q.  But you do remember hearing
 3  somebody -- one or more people through --
 4  calling through the intercom for you to come to
 5  the door; is that right?
 6         MS. SANTORA:  Objection.
 7     A.  I don't remember.  I just saw them in
 8  front of the door.  I remember this -- this --
 9     Q.  Okay.
10     A.  I don't know how they contact me.
11  I just remember this.
12     Q.  Okay, fair enough.
13         So you -- so you remember seeing
14  these two people in front of the door, and
15  what's the first thing that you remember them
16  telling you?
17         MS. SANTORA:  Objection.
18     A.  They asked me if I'm the super and I
19  said yes.  We're coming from Amazon to install
20  this key to give deliverers -- to give them
21  access so they don't have to bother you, they
22  can open up.
23         And I was concerned a little about
24  intercoms.  And they just told me, I'm coming
25  through to install this device.
```

Page 28

```
 1     Q.  Did they ask you if you wanted the
 2  device?
 3         MS. SANTORA:  Objection.
 4     A.  I don't remember.  If they may -- if
 5  they asked me that.
 6     Q.  Was it your impression that they
 7  already had been approved to come install this
 8  Key device?
 9         MS. SANTORA:  Objection.
10     A.  I contact Paul, my boss, and I asked
11  for permission, and he told me, yes, let
12  them -- let them in.
13     Q.  Oh, okay.
14         When -- when you asked Paul, what --
15  what do you remember telling Paul?
16     A.  I have Amazon -- two Amazon guys here
17  with -- with a -- with a device to -- and they
18  say it's an Amazon Key to give deliverers
19  access.  They wanted to install this device in
20  the basement next to -- 'cause, I remember,
21  they told me next to the intercom device, the
22  existing intercom device, and I -- and he said,
23  yes, let them in.
24     Q.  Okay.  So -- so they said, if I -- if
25  I heard you correctly, they wanted to install
```

Page 29

```
 1  the key, you said, in the basement.
 2         Did I hear that right?
 3     A.  Yes.
 4     Q.  But then after -- then you also said
 5  next to the existing intercom device.
 6         Did I hear that right?
 7     A.  Yes.
 8         MS. SANTORA:  Objection.
 9     Q.  But the intercom device is not in the
10  basement; right?
11     A.  The --
12         MS. SANTORA:  Objection.
13     A.  -- power supply.
14     Q.  The power supply's in the basement?
15     A.  Yes.
16     Q.  But the -- the intercom is not in the
17  basement; right?
18         (Multiple speakers.)
19     A.  The screen is not in the basement.
20     Q.  So what -- what exactly is in the
21  basement?  Related --
22     A.  The power supply.
23     Q.  -- related to -- just the power.
24         Is there a -- is there some sort of a
25  call box in the basement?
```