UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GATEGUARD, INC.,

                              Plaintiff,

        -against-

AMAZON.COM, INC. et al.,

                              Defendants.
------------------------------------------------------------------X

**21-CV-9321 (JGK) (VF)**

**ORDER RE-SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The conference to discuss motions ECF Nos. 123, 138, 141-43, and 145 is hereby re-scheduled for **Wednesday, May 8, 2024, at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time.  **Please dial (646) 453-4442; access code [364 931 123#].**

        SO ORDERED.

DATED:        April 16, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge

The Clerk of Court is respectfully directed to terminate the Motion at ECF No 170.