UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GATEGUARD, INC.,

                               Plaintiff,

        -against-

AMAZON.COM, INC. et al.,

                               Defendants.
------------------------------------------------------------------X

**21-CV-9321 (JGK) (VF)**

**ORDER RE-SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The conference to discuss motions ECF Nos. 123, 138, 141-43, and 145 is hereby re-scheduled for **Tuesday, May 28, 2024, at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

**SO ORDERED.**

DATED:     May 7, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge