# ERRATA