<u>REDACTED</u>