**From:** Berrett, Christopher <
**Sent:** Tuesday, May 25, 2021 10:13 AM
**To:** Derek Stephenson
**Cc:** Aguilar, Alex
**Subject:** RE: Compensation for Services

Hi Derek,

I hope you are doing well. I wanted to check-in on this request. Are team would like to start work on this.

Thanks,

**Christopher Berrett | Sr. Program Manager**
Key for Business www.amazon.com/keyforbusiness
e:



---

**From:** Berrett, Christopher
**Sent:** Monday, May 3, 2021 7:01 PM
**To:** 'Derek Stephenson'
**Cc:** Aguilar, Alex
**Subject:** RE: [EXTERNAL] Compensation for Services

Thanks Derek. Please send tracking once available.

Also, please send me the invoice and we will get you reimbursed ASAP.

Thanks,

**Christopher Berrett | Sr. Program Manager**
Key for Business www.amazon.com/keyforbusiness
e:



---

**From:** Derek Stephenson <
**Sent:** Monday, May 3, 2021 3:39 PM
**To:** Berrett, Christopher <
**Cc:** Aguilar, Alex <
**Subject:** RE: [EXTERNAL] Compensation for Services

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.