Page 81

```
 1   is -- what is Lee Dan?
 2        A    They make intercom systems.
 3        Q    And are their intercom systems branded Lee Dan,
 4   or is that the name of the company that manufacturers
 5   the intercom?
 6        A    I don't know if they have logos in front of
 7   their intercom system, but they do have complete
 8   intercom systems.  That is the company.
 9        Q    And do you recall why the Key for Business
10   division procured a Lee Dan intercom system?
11        A    It would be similar to Urmet where we would do
12   compatibility testing.
13        Q    When you say "compatibility testing," what --
14   what do you mean by that?
15        A    We have products that we test for
16   compatibility.
17        Q    So which -- which products are you testing for
18   compatibility?
19        A    Key for Business would be one of them.
20        Q    What would -- what would the other products be?
21        A    Ring intercom would be another one of them.
22        Q    Anything else?
23        A    Not that I can think of right now.
24             (Comments off the record by the reporter in
25              order to clarify the record.)
```



MAGNA LEGAL SERVICES