UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GATEGUARD, INC.,

                        Plaintiff,

      -against-

AMAZON.COM, INC. et al.,

                      Defendants.
------------------------------------------------------------------X

21-CV-9321 (JGK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As indicated by counsel for GateGuard at the conference on May 28, 2024, see ECF No. 185 at 33-34, GateGuard withdraws its motions to compel at ECF Nos. 141, 143, and 145. The Clerk of Court is respectfully requested to terminate the Motions at ECF Nos. 141, 143, and 145. Additionally, GateGuard is directed to submit a letter by **Friday, June 28, 2024**, indicating whether it intends to move forward with the Motion at ECF No. 142, given that at the conference on May 28 GateGuard was unsure whether it would continue to pursue the motion. See ECF No. 185 at 33-34.

      **SO ORDERED.**

DATED:     June 24, 2024

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge