UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GATEGUARD, INC.,

                                  Plaintiff,

        -against-

AMAZON.COM, INC. et al.,

                                Defendants.
------------------------------------------------------------------X

21-CV-9321 (JGK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        GateGuard had until July 12, 2024, to inform the Court as to whether it intended to move forward with the Motion at ECF No. 142. See ECF Nos. 194, 201. Having not heard from GateGuard by that deadline, the Court assumes that GateGuard is not moving forward with the motion. Therefore, the Clerk of Court is respectfully directed to terminate the Motion at ECF No. 142.

        **SO ORDERED.**

DATED:    July 16, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge