UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GATEGUARD, INC.,

                                  Plaintiff,

        -against-

AMAZON.COM, INC. et al.,

                                Defendants.
------------------------------------------------------------------X

21-CV-9321 (JGK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference is hereby scheduled for **Tuesday, July 30, 2024, at 11:00 a.m.** to discuss the motion at ECF No. 123. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

      **SO ORDERED.**

DATED:      July 18, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge