UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br> AMAZON.COM SERVICES, INC., <br> AMAZON.COM SERVICES, LLC, <br> AMAZON LOGISTICS, INC., <br><br> Defendants. | Case No. 21 Civ. 9321 (JGK) (VF) <br><br> **STIPULATION AND ORDER STAYING DISCOVERY** |

Plaintiff GateGuard, Inc. ("GateGuard") and Defendants Amazon.com, Inc., Amazon.com Services, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. (collectively, "Amazon," and together with GateGuard, the "Parties"), by and through their undersigned counsel, hereby agree as follows:

WHEREAS, the Parties have conferred and seek time to explore a negotiated resolution of this dispute in private mediation;

WHEREAS, to reduce burden on the Parties and the Court, and in order that Amazon's objections to GateGuard's amended pleading may be resolved, the Parties wish to stay discovery deadlines during the mediation process;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties and subject to the approval of the Court, that:

1.      All discovery deadlines in this action shall be stayed, including:

1

   a. The Rule 30(b)(1) and Rule 30(b)(6) depositions of Ari Teman presently scheduled for July 24–25, 2024, relating to claims in GateGuard's First Amended Complaint, which the Court permitted to be taken after the close of fact discovery (ECF No. 140 at 2);

   b. Discovery relating to new claims asserted in GateGuard's forthcoming Second Amended Complaint; and

   c. All expert discovery deadlines.

 2. This stay will not preclude taking any of the above-listed discovery after the stay is dissolved.

 3. The stay will not apply to legal motions, including Amazon's anticipated objection to and/or motion to dismiss GateGuard's new amended claims, and GateGuard's anticipated objection to the Court's privilege waiver rulings.

 4. After 14 days' written notice to the other Party, either Party may move to dissolve the stay, and the non-moving Party agrees to not oppose such motion.

July 22, 2024

*/s/ Eden P. Quainton*
QUAINTON LAW, PLLC
Eden P. Quainton
2 Park Ave, 20th Floor
New York, NY 10016
Telephone: (212) 419-0575
Email: eden.quainton@quaintonlaw.net

*Counsel for Plaintiff GateGuard, Inc.*


*/s/ Anne M. Champion*
GIBSON, DUNN & CRUTCHER LLP
Anne M. Champion
Christopher D. Belelieu
David P. Salant
Marc Aaron Takagaki
200 Park Avenue, 47th Floor
New York, NY 10166
Telephone: (212) 351-4000
Email:   achampion@gibsondunn.com
         cbeleliue@gibsondunn.com
         dsalant@gibsondunn.com
         mtakagaki@gibsondunn.com

*Counsel for Defendants Amazon.com, Inc., Amazon.com Services, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc.*

**IT IS SO ORDERED.**

DATED: _____July 23_____, 2024

_____
VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

<span style="color:red">The Parties are directed to provide a joint update on the status of mediation by September 13, 2024. In light of the Parties' intent to mediate, the Court will stay the motion for sanctions, ECF No. 123. The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 212.</span>

3