**Eden P. Quainton**

**Quainton Law, PLLC**

**2 Park Ave., 20th Floor**
**New York, NY 10016**

**245 Nassau St.**
**Princeton, NJ 08540**

**Telephone (212) 419-0575, (609) 356-0526**
**Cell: (202) 360-6296**
**Eden.quainton@quaintonlaw.net**

August 2, 2024

**VIA ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *GateGuard, Inc. v. Amazon.com, Inc. et al., Case No. 21 Civ. 09321 (JGK)(VF)*
            *Unopposed Letter Motion to Modify Paragraph 16*
            *of Proposed Second Amended Complaint*.

    I represent the plaintiff, GateGuard, Inc. ("GateGuard" or "Plaintiff") in the above-captioned litigation.

    On July 10, 2024, your Honor authorized the filing of Plaintiff's proposed Second Amended Complaint (the "SAC"). Dkt. 207. Plaintiff asks that it be permitted to file the attached proposed Second Amended Complaint, which slightly modifies paragraph 16. The paragraph currently reads:

> Amazon stated it was not interested in acquiring GateGuard because it was much easier to simply copy the Property Panel after it had illegally obtained one of GateGuard's devices through an alleged "client" of GateGuard. *See* ¶¶ 135-140s infra.

Plaintiff proposes to amend the paragraph as follows (with the proposed changes in red):

> Amazon stated it was not interested in acquiring GateGuard—presumably because it would be much easier to simply copy the Property Panel after it had illegally obtained one of GateGuard's devices through an alleged "client" of GateGuard. *See* ¶¶ 135-140s infra.

    Plaintiff respectfully requests permission to make the above minor changes to paragraph 16 and file the attached proposed SAC, which reflects these slight edits. Plaintiff has conferred with Defendants, who do not oppose the present request.

                                                              Respectfully submitted,

*Eden Quainton*
Eden P. Quainton

cc: All counsel of record (via ECF)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: August 14, 2024

Plaintiff's request to make the minor changes to the Second Amended Complaint is granted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 219.

2