September 13, 2024

<u>VIA ECF</u>

The Honorable Valerie Figueredo, U.S.M.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, NY 10007

Re:     <u>*GateGuard, Inc. v. Amazon.com, Inc.*</u>, No. 21 Civ. 9321 (JGK) (VF)

Dear Judge Figueredo:

As directed by the Court on July 24, 2024 (ECF No. 213), the parties respectfully submit this joint update on the status of the planned out-of-court mediation of this action.

The parties have scheduled a one-day, in-person mediation conference for November 12, 2024. The parties have engaged The Honorable Henry Pitman (Ret.) as the neutral.

The parties propose to file a joint update regarding the result of mediation by **November 19, 2024**.

Respectfully submitted,

| | |
|---|---|
| <u>/s/  Eden P. Quainton</u> | <u>/s/  Anne M. Champion</u> |
| QUAINTON LAW, PLLC | GIBSON, DUNN & CRUTCHER LLP |
| Eden P. Quainton | Anne M. Champion |
| 2 Park Ave, 20th Floor | Christopher D. Belelieu |
| New York, NY 10016 | David P. Salant |
| Telephone: (212) 419-0575 | Marc Aaron Takagaki |
| Email: eden.quainton@quaintonlaw.net | 200 Park Avenue, 47th Floor |
| | New York, NY 10166 |
| *Counsel for Plaintiff* | Telephone: (212) 351-4000 |
| | Email: achampion@gibsondunn.com |
| | cbeleliue@gibsondunn.com |
| | dsalant@gibsondunn.com |
| | mtakagaki@gibsondunn.com |
| | *Counsel for Defendants* |