UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br> AMAZON.COM SERVICES, INC., <br> AMAZON.COM SERVICES, LLC, <br> AMAZON LOGISTICS, INC., <br> RING LLC, <br><br> Defendants. | No. 21 Civ. 9321 (JGK) (VF) |

## DECLARATION OF DAVID P. SALANT IN SUPPORT OF AMAZON'S MOTION TO DISMISS, TO DENY CLASS CERTIFICATION, AND TO STRIKE CLASS ALLEGATIONS

I, David P. Salant, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Logistics, Inc., and Ring LLC (collectively, "Amazon") in the above-captioned matter. I make this declaration in support of Amazon's Motion to Dismiss, to Deny Class Certification, and to Strike Class Allegations. I have personal knowledge of the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of GateGuard's Supplemental Objections and Responses to Defendants' First and Second Set of Interrogatories, dated June 2, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a spreadsheet produced by GateGuard to Amazon as an attachment to GateGuard's June 2, 2023 interrogatory responses, Bates-marked G000003.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by Amazon to GateGuard with the Bates range AMZN_0000022 through AMZN_0000028.

5. Attached hereto as **Exhibit 4** is a true and correct excerpt of the certified transcript of the deposition of Alex Aguilar, taken on December 19, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct excerpt of the certified transcript of the deposition of Tara Dexter, taken on May 14, 2024.

7. Attached hereto as **Exhibit 6** is a true and correct excerpt of the certified transcript of the deposition of Ramon Rodriguez, taken on January 30, 2024.

8. Attached hereto as **Exhibit 7** is a true and correct excerpt of the certified transcript of the deposition of Odalis Tiburcio, taken on January 30, 2024.

9. Attached hereto as **Exhibit 8** is a true and correct excerpt of the transcript of the discovery conference held in this action on February 28, 2024, before Magistrate Judge Figueredo.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the document produced by Amazon to GateGuard with the Bates range AMZN_0000427 through AMZN_0000428.

11. Attached hereto as **Exhibit 10** is a true and correct excerpt of a spreadsheet reflecting installation approval information for various properties, as produced by Amazon to GateGuard with the Bates range AMZN_0000509 through AMZN_0000513.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the November 18, 2015 article titled "Ring's Video Doorbell Let Me Banish Unwanted Visitors" by Daniel Cooper

in the publication Engadget, available at https://www.engadget.com/2015-11-18-ring-smart-doorbell.html (last visited Sep. 29, 2024).

13. Attached hereto as **Exhibit 12** is a true and correct copy of the December 2015 article titled "The Doorman Who Wasn't There" by Matthew Hall in the publication Habitat Magazine, available at https://www.habitatmag.com/Archive2/328-December-2015/The-Doorman-Who-Wasn-t-There (last visited Sep. 27, 2024).

14. Attached hereto as **Exhibit 13** is a true and correct copy of the February 10, 2016 article titled "The Latch Smart Lock Wants to Open Every Door in Your Apartment Building" by Jacob Kastrenakes in the publication The Verge, available at https://www.theverge.com/2016/2/10/10956924/latch-smart-lock-announced-funding (last visited Sep. 29, 2024).

15. Attached hereto as **Exhibit 14** is a true and correct copy of U.S. Patent No. 10,158,831 B1, filed by MVI Systems, LLC, with the U.S. Patent and Trademark Office ("USPTO") on June 15, 2017, and published publicly by the USPTO on December 18, 2018. The patent application describes a "digital doorman-like communication system" with the following features, among others: "A kiosk-like communication system, comprising . . . a housing comprising an interior and a front face, the interior being configured to hold electronic circuits associated with operational algorithms for functionalities involving a multi - apartment building ( MAB )"; "attachment hardware for mounting the housing to a support structure located at an entranceway comprising a foyer or a publically *[sic]* accessible area of the MAB"; "a display mounted at the front face of the housing, the display being configured to display information to tenants, owners of and visitors to the MAB, the display incorporating a touch sensitive interface to allow ten- ants and visitors to enter information for the operational

algorithms;" "a camera system for providing visual information of at least the entranceway"; "door closing and opening hardware coupled to the electronic circuits for closing and opening an entrance door of the MAB"; "a CPU associated with the electronic circuits for executing software algorithms . . ."; and ". . . a facility for communicating with a mobile communication device that has been previously associated with a person authorized to enter the MAB and for allowing entry into the MAB." Ex. 14 at 8. The patent application further states that "The Kiosk electronics is housed on one side and the various internal systems and electronics can be powered by a 12 Volt DC power supply. External communications can be provided via an internal WI-FI, ethernet , or cellular modem antenna system." *Id.* at 5.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a text message thread dated December 6, 2018, through December 15, 2019, between Ari Teman and Abi Goldenberg, as produced by GateGuard to Amazon with the Bates range GG078344 to GG078352.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an email dated March 28, 2018, from Ariel Reinitz to Elie Gabay, as produced by GateGuard to Amazon with the Bates range GG020067 to GG020072.

18. Attached hereto as **Exhibit 17** is a true and correct excerpt of the transcript of the discovery conference held in this action on May 28, 2024, before Magistrate Judge Figueredo.

19. Attached hereto as **Exhibit 18** is a true and correct copy of an email dated November 6, 2020, from Ari Teman to Ariel Reinitz, as produced by GateGuard to Amazon with the Bates range GG004540 through GG004540.

20. Attached hereto as **Exhibit 19** is a true and correct copy of an email dated November 16, 2020, from Ari Teman to Jamie Grant, as produced by GateGuard to Amazon with the Bates range GG029474 through GG029475.

21. Attached hereto as **Exhibit 20** is a true and correct copy of an email dated September 22, 2023, from Ari Teman to Mike Leonard, as produced by GateGuard to Amazon with the Bates range GG077162 through GG077163.

22. In the action entitled *3660 Broadway BCR, LLC v. GateGuard, Inc.*, Index No. 654105/2019 (N.Y. Sup. Ct. N.Y. Cnty.), 18 plaintiff property owners sued GateGuard and its founder and CEO, Ari Teman, for property damage, civil and criminal trespass to land, and trespass to chattels. Attached hereto as **Exhibit 21** is a true and correct copy of the complaint in this action. The *3660 Broadway* plaintiffs allege, among other things, "mendacious and threatening conduct" by GateGuard and Ari Teman, including that GateGuard and Mr. Teman foisted upon them without their consent unenforceable "terms of service" that "verge from untenable to simply preposterous." Ex. 21 ¶¶ 9–22.

23. Attached hereto as **Exhibit 22** is a true and correct screenshot of a device diagram GateGuard produced to Amazon in discovery in this action on June 28, 2024.

24. Attached hereto as **Exhibit 23** is a true and correct copy of an email dated October 2, 2023 from Ari Teman to Leonard Falcone, as produced by GateGuard to Amazon with the Bates range GG003694 through GG003730. GateGuard's "███████" set forth in this document contain the following provisions:



a. "███████████████████████████████████████" Ex. 23 at -3708;

b. "███████████████████████████████████████" *Id.* at -3715;

c. "▮▮▮▮▮" "▮▮▮" *Id.* at -3715;

d. "▮▮▮▮▮" *Id.* at -3716;

e. "▮▮▮▮▮" *Id.* at -3717;

f. "▮▮▮▮▮



" *Id.* at -3719–20.

25. Set forth below is a true and correct screenshot of the website located at the Internet address https://gateguard.xyz/, which I accessed on October 1, 2024:



26. Set forth below is a true and correct screenshot of the GateGuard device advertised at the Internet address https://gateguard.xyz/, which I accessed on September 30, 2024:



27. Set forth below is a true and correct screenshot of the Ring Intercom device advertised at the Internet address https://en-uk.ring.com/products/intercom, which I accessed on September 30, 2024:



I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       October 1, 2024

                                              */s/ David Salant*
                                                 David Salant