# EXHIBIT 2

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **ADDRESS** | **CITY/BORO** | **ZIP_CODE** | **CLIENT** |
| 2 | 645 Bergen Ave | Jersey City | 7304 | Eric D <eric@mafcap.com> |
| 3 | 347 W 29th St | Manhattan (NY) | 10001 | GPS / STEVEN OVED |
| 4 | 31 East 1st Street | Manhattan (NY) | 10003 | Khorshad / Big Apple |
| 5 | 318 E 11th St | Manhattan (NY) | 10003 | KUSHNER/WM/NYLIVING |
| 6 | 201 E 4th St | Manhattan (NY) | 10009 | KUSHNER/WM/NYLIVING |
| 7 | 210 W 133 St | Manhattan (NY) | 10030 | Motti Silber |
| 8 | 31 E 21st St | Manhattan (NY) | 10010 | GOLDMONT |
| 9 | 138 E 31st St | Manhattan (NY) | 10016 | GPS / STEVE OVED |
| 10 | 2204 Frederick Douglass Blvd | Manhattan (NY) | 10026 | K&R |
| 11 | 276 W 119th St | Manhattan (NY) | 10026 | K&R |
| 12 | 141 W 128th St | Manhattan (NY) | 10027 | LEMOR REALTY |
| 13 | 350 W 124th St | Manhattan (NY) | 10027 | PHIPPS |
| 14 | 151 W 140th St | Manhattan (NY) | 10030 | LEMOR REALTY |
| 15 | 367 Edgecombe Ave | Manhattan (NY) | 10031 | WAS schreibermanagement (Jamie) |
| 16 | 966 St Nicholas Ave | Manhattan (NY) | 10032 | K&R |
| 17 | 517 W 180th St | Manhattan (NY) | 10033 | ROTHENBERG (AR Management) |
| 18 | 570 W 182nd St | Manhattan (NY) | 10033 | ROTHENBERG (AR Management) |
| 19 | 242 Bradhurst Ave | Manhattan (NY) | 10039 | WAS schreibermanagement (Jamie) |
| 20 | 246 Bradhurst Ave | Manhattan (NY) | 10039 | WAS schreibermanagement (Jamie) |
| 21 | 670 W 193rd St | Manhattan (NY) | 10040 | over by new owners |
| 22 | 1760 Montgomery Ave | The Bronx | 10453 | BEN HOFFMAN |
| 23 | 1770 Montgomery Ave | The Bronx | 10453 | BEN HOFFMAN |
| 24 | 2230 Grand Concourse | Bronx | 10457 | FTRE |
| 25 | 2320 Aqueduct Ave | Bronx | 10468 | FTRE |
| 26 | 2701 Webb Ave | Bronx | 10468 | FTRE |
| 27 | 41-15 46th St | Long Island City | 11104 | HOCH |
| 28 | 41-29 46th St | Long Island City | 11104 | HOCH |
| 29 | 754 E 23rd St | Brooklyn | 11210 | GOLDMONT |
| 30 | 837 E 22nd St | Brooklyn | 11210 | GOLDMONT |
| 31 | 380 S 3rd St | Brooklyn | 11211 | Soft Stone Management Group |
| 32 | 497 Dean St | Brooklyn | 11217 | RYAN COLBERT / INCEPTION |
| 33 | 2215 Newkirk Ave | Brooklyn | 11226 | MOTTI & MIRI |
| 34 | 1480 S Canfield Ave | Los Angeles | 90035 | CONCORD |