# EXHIBIT 3

## CONFIDENTIAL EXHIBIT – FILED UNDER SEAL