# EXHIBIT 4

```
                 UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK

GATEGUARD, INC.,                        )
                                        )
              Plaintiff(s),             )
                                        )
                                        )
   VS.                                  )     Case Number
                                        )
                                        )     21-cv-9321(JGK)
                                        )
AMAZON.COM, INC., AMAZON.COM            )
SERVICES, INC., AMAZON.COM              )
SERVICES, LLC, AMAZON LOGISTICS,        )
INC.,                                   )
                                        )
                                        )
Defendant(s).                           )
_____)

         DEPOSITION OF 30(b)(6) AND 30(b)(1)

            WITNESS ON BEHALF OF AMAZON

                     ALEX AGUILAR

              VOLUME I (pages 1 to 326)

              via ZOOM VIDEOCONFERENCING

            TUESDAY, DECEMBER 19, 2023

                    AT 9:14 A.M.

                  LAS VEGAS, NEVADA


   Reported by:  Laurie Miller, RPR, CLR,
                 NV CCR NO. 971, CA CSR NO. 6457
```



```
 1                    APPEARANCES
 2
 3   FOR THE PLAINTIFF:
 4       BY:   EDEN QUAINTON, ESQ.
               QUAINTON LAW, PLLC
 5             2 Park Avenue, 2nd Floor
               New York, New York 10016
 6             212.419.0575
               equainton@gmail.com
 7
 8
     FOR THE AMAZON DEFENDANTS:
 9
         BY:   ANNE CHAMPION, ESQ.
10             GIBSON DUNN
               200 Park Avenue
11             New York, New York 10166
               212.351.5361
12             achampion@gibsondunn.com
13
14   ALSO PRESENT:   RACHEL KATZIN
15
16
17
18
19
20
21
22
23
24
25
```



Page 32

1  the key, the witness has testified that the key is
2  installed in two main ways:  Through ISPs and through
3  channel partners.
4          And what I want to know is the witness's
5  knowledge of the technical process used in the real
6  world by the channel partners.
7          And all I'm getting at is that his -- his
8  knowledge of the technical processes used by the
9  channel partners in this period when he was service
10 manager was limited to one or two occasions when he
11 reached out to the channel partners in connection
12 with an installation being done by the ISPs.
13         MS. CHAMPION:  And, Eden, your question is
14 conflating a general process with specific
15 installation.  It is beyond the scope.
16         He can answer in his personal capacity.
17         MR. QUAINTON:  Okay.  That's not true.
18 Let's move on because this is going to come up again
19 and again.
20         What is the general process?  What does that
21 mean?  And the general process is what generally
22 happens:  The general technical process.
23         It does not say what are the words printed
24 on a page that Amazon hopes is followed.  That's not
25 what it says.



Page 33

1          It's the general technical process, and I
2    want to know this witness's knowledge of the general
3    technical process.
4          So we've each made our objections.  Let's
5    move on from this.
6    BY MR. QUAINTON:
7      Q    Let's go after you were metro service
8    manager -- oh, sorry.  While you were metro service
9    manager, I do have a question.
10         So you had -- is it fair to say that you had
11   direct contact with the ISPs?
12     A    Yes, it is.
13     Q    Did you have a direct -- are you familiar
14   with the term POC?
15     A    Yes.
16     Q    And what does POC mean?
17     A    To me it means the point of contact at a
18   property that we're working with.  So it could be
19   something akin to an office manager, as one example.
20     Q    And would the POC be the person who actually
21   agrees to permit a technical installation of the key?
22     A    Uhm, for -- I think I understand the
23   question, and just to be really detailed, I -- yes,
24   high level.
25         But the person who agrees to the



Page 34

1  installation is not always necessarily the person
2  who's physically on-site during the installation
3  appointment.
4         So what I mean is, to provide an example,
5  there are plenty of times during which we will get
6  authorization from a manager for the property who
7  happens to be located in a corporate office location
8  that's separate from the physical property, and then
9  we interact with someone else, a different person,
10 when the technician arrives on-site at the property
11 for the installation.
12        Hopefully that was clear.
13    Q   I think so.
14        I think just to follow up on that, I think
15 what you're saying is the person physically on-site
16 might or might not be, depending on the
17 circumstances, a person formally identified as the
18 POC; is that right?
19    A   What I'm trying to say is the person on-site
20 may be a different person than the person who
21 provided us with authorization to complete the
22 installation, so the person who would have signed the
23 installation agreement.
24    Q   I understand.
25        So I guess my question is:  Did you have --



Page 35

1  well, how did you communicate with the person on-site
2  who was -- strike that.
3          Did you have any communications with the
4  person on-site who was present during the actual
5  installation of the Key for Business device?
6          MS. CHAMPION:  Objection.
7          Are you asking "you" as in "you personally,"
8  or -- you're asking him about a 30(b)(6) topic.  I
9  think the question is confusing.
10         Are you asking whether he personally was
11 talking to POCs?
12         MR. QUAINTON:  Yes.  I'm --
13 BY MR. QUAINTON:
14    Q    As part of the general technical process for
15 installing the Key for Business, there would have to
16 be some form of interaction with the person who was
17 physically on-site at the location where the key is
18 being installed --
19         MS. CHAMPION:  Right.
20         MR. QUAINTON:  Annie, this is a question for
21 the witness.
22 BY MR. QUAINTON:
23    Q    My question is:  Would you agree with what I
24 just said?
25         MS. CHAMPION:  I'm going to object to the



```
                                                       Page 326
 1            I, LAURIE MILLER, Certified Court Reporter
 2   of the State of Nevada, do hereby certify:
 3            That the foregoing proceedings were taken
 4   before me at the time and place herein set forth;
 5   with all participants appearing remotely; that the
 6   witness was duly sworn or affirmed; that the
 7   testimony of the witness and all objections made by
 8   counsel at the time of the examination were recorded
 9   stenographically by me, and were thereafter
10   transcribed under my direction and supervision; and
11   that the foregoing pages contain a full, true and
12   accurate record of all proceedings and testimony to
13   the best of my skill and ability.
14            I further certify that I am neither
15   financially interested in the action nor a relative
16   or employee of any attorney or any of the parties.
17            IN WITNESS WHEREOF, I have subscribed my
18   name this 22nd day of December, 2023.
19
20
21
22
23                    _____Laurie Miller_____
24                    LAURIE MILLER, CCR No. 971, RPR, CLR
25
```

