# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
GATEGUARD, INC.,

                       Plaintiff,
                          CIVIL ACTION NO.:
                          21-cv-9321

    -against-

AMAZON.COM, INC., AMAZON.COM SERVICES, INC.,
AMAZON.COM SERVICES, LLC, AMAZON LOGISTICS
INC.,
                    Defendants.
-------------------------------------------X

                May 14, 2024
                10:36 a.m.


     Videoconference EXAMINATION BEFORE TRIAL of
TARA DEXTER, a Non-party witness herein, taken by the
Plaintiff and Defendants, pursuant to Article 31 of the Civil
Practice Law & Rules of Testimony, and Subpoena, held at the
above-mentioned time, before SARA S. OUZER, a Notary Public of
the State of New York.



```
                                                              Page 2
 1    A P P E A R A N C E S
 2    QUAINTON LAW, PLLC
      Attorneys for Plaintiff
 3    2 Park Avenue, Second Floor
      New York, New York 10016
 4    212-419-0575
      Equainton@gmail.com
 5    BY: EDEN P. QUAINTON, ESQ., (Via Videoconference)
 6
      GIBSON, DUNN & CRUTCHER LLP
 7    Attorneys for Defendants
      200 Park Avenue
 8    New York, New York 10166
      212-351-4000
 9    BY: MARC AARON TAKAGAKI, ESQ., (Via Videoconference)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 42

```
 1                T. DEXTER
 2      A.  It was Cesar and then prior to
 3   that it was Mehmet Bibovic.  There was
 4   a lot of moving around with staffing
 5   changing.
 6   BY MR. QUAINTON:
 7      Q.  Is there a reason why there was
 8   a high turnover to 211 Avenue A among
 9   the supers?
10      A.  Yeah, because of the sales of
11   the buildings, 211 Avenue A has a
12   pretty high unit count and within
13   moving the supers around graphically
14   and meeting their unit count, it just
15   made more sense, so there was a lot of
16   moving parts, business decisions that
17   came into it.
18      Q.  What is the unit count at 211
19   Avenue A?
20      A.  If you don't mind, just give me
21   one moment.  33.
22      Q.  And the last one, 191 Avenue A?
23      A.  It was the Mehmet Bibovic,
24   Mario.  However, after Mehmet was
25   terminated, it is now Robinson
```



Page 43

1  　　　　　　T. DEXTER
2  Severino, Mario.
3  　　Q. Let's go back to the subpoena
4  addendum.  So on documents to be
5  produced in the subpoena addendum, the
6  subpoena says with respect to the
7  properties identified on Exhibit 1, the
8  relevant properties we've just gone
9  through that.  The first item is, All
10 documents and communications relating
11 to the Amazon Key, including any
12 installation agreement, any e-mail,
13 text, or other confirmation that the
14 Amazon Key was installed, authorized to
15 be installed, or removed at or from the
16 relevant properties.  Do you see that?
17 　　A. Yes.
18 　　Q. It says the "Amazon Key."  Do
19 you understand what the Amazon Key is?
20 　　A. Not clearly.  Not really.
21 　　Q. Do you know that that is -- it's
22 short for the Amazon Key For Business.
23 Are you aware of that?
24 　　A. Yes.
25 　　Q. And do you have any knowledge of



Page 44

```
 1                    T. DEXTER
 2    the function of the Amazon Key?
 3         A.  Very briefly.  As I understand
 4    it, it's supposed to get the Amazon
 5    delivery personnel into the building
 6    more easily.
 7         Q.  Did you ask Mario Santiago if he
 8    was familiar with the Amazon Key?
 9         A.  Yes, I did.
10         Q.  And what did he say?
11         A.  He said yes, he was, and that he
12    believed it was to get the Amazon
13    personnel into the building more
14    easily.
15         Q.  And did you speak to the -- it
16    looks like the superintendents of the
17    buildings that -- the list that we just
18    went over, the properties on Exhibit 1
19    that we just identified, did you speak
20    with the superintendents for those
21    properties about the Amazon Key?
22              MR. TAKAGAKI:  Objection.
23         A.  Yes.
24    BY MR. QUAINTON:
25         Q.  What did they say?  Let's take
```



Page 45

```
                    T. DEXTER
 1
 2    it one by one.
 3          Did you speak to Luis Rodriguez
 4    about the Amazon Key?
 5          A. Yes.
 6          Q. What did he say?
 7          A. He was pretty ambiguous.  He
 8    said it was installed, but it was
 9    disconnected as far as he knows.
10          Q. As far as he knows, it was
11    disconnected at all of the properties
12    for which he's the superintendent?
13             MR. TAKAGAKI:  Objection.
14          A. I'm not sure.
15    BY MR. QUAINTON:
16          Q. By the way, if there's an
17    objection, the counsel has every right
18    to make those objections.  There may be
19    something in the way I'm asking my
20    question that is improper or ambiguous
21    or otherwise doesn't satisfy a rule for
22    questioning, the counsel is just noting
23    his objections, but you can go ahead
24    and answer if there's an objection.
25          A. Understood.
```



Page 46

```
 1                    T. DEXTER
 2        Q.  So I'm trying to understand that
 3   answer.  So you spoke to Luis Rodriguez
 4   and he said as far as he knew the
 5   Amazon Key had been disconnected?
 6        A.  Correct.
 7        Q.  But then I asked if that was at
 8   all the buildings for which he is the
 9   super --
10        A.  Right.
11        Q.  -- and you weren't sure?
12        A.  The reason why is because
13   there's other buildings that he's the
14   super of that were not on this list.
15        Q.  Oh, okay.  So with respect to
16   the buildings that are on the list, was
17   his response to you that as far as he
18   knew the Amazon Key had been
19   disconnected at all of those -- that
20   are on the list?
21        A.  Yes.  That is correct.
22        Q.  What about Ruben Sepulveda?  Did
23   you speak to him about the Amazon Key?
24        A.  Yes, I did.
25        Q.  What did he say?
```



Page 47

```
 1                  T. DEXTER
 2        A. He said -- do you want me to go
 3   property by property?
 4        Q. Sure.  Yes.
 5        A. Ruben said for 315 East 10th it
 6   was never installed.  For 500 East
 7   11th, Ruben stated it was never
 8   installed.  For 516 East 13th Street,
 9   Ruben stated it was never installed.
10   211 Avenue A it was never installed.
11        Q. I thought you said Robinson
12   Severino was the super at 211?
13        A. No.  It's -- I apologize if I
14   misspoke earlier.  It's Ruben.
15        Q. Okay.
16        A. And 500 East 11th he's unsure.
17        Q. What about -- didn't you say 99
18   East 7th was one of Ruben's buildings?
19        A. No, it's Robin Severino.
20        Q. So with the exception of 500
21   East 11th, all the buildings for which
22   Ruben is the super his report to you
23   was that the key was never installed?
24        A. That is correct.
25        Q. And how long has Ruben been a
```



Page 48

```
 1                    T. DEXTER
 2    superintendent?
 3         A.  He has been a superintendent of
 4    his properties, I'm going to say, six
 5    to seven years.  He's only been an
 6    employee, though, of mine for the last
 7    almost two years.
 8         Q.  I was going to narrow that
 9    question.  As far as you know, has
10    Ruben Sepulveda been the superintendent
11    for each of the buildings that you
12    identified as being buildings he was
13    responsible for?  Has he been the
14    superintendent continuously at those
15    properties on Exhibit 1 that you
16    identified continuously for the past, I
17    think you said, six to seven years?
18         A.  Yes, except for 516 East 13th
19    Street, where he only became the super
20    of that property once Mehmet was
21    terminated in November of 2023.
22         Q.  So 516 East 13, he became the
23    super in November '23?
24         A.  Correct.
25         Q.  There's Jose Rivera, it looks
```



Page 214

```
 1           C E R T I F I C A T E
 2    STATE OF NEW YORK    )
                           :
 3    COUNTY OF KINGS )
 4
 5        I, SARA S. OUZER, a Notary Public
 6    within and for the State of New York, do
 7    hereby certify:
 8        THAT TARA DEXTER, the witness whose
 9    deposition is hereinbefore set forth,
10    was duly sworn by me and that such
11    deposition is a true record of the
12    testimony given by such witness.
13        I further certify that I am not
14    related to any of the parties to this
15    action by blood or marriage; and that I
16    am in no way interested in the outcome
17    of this matter.
18        IN WITNESS WHEREOF, I have hereunto
19    set my hand this 27th of May 2024.
20
21
22               ___Sara S. Ouzer__
                    SARA S. OUZER
23
24
25
```

