# EXHIBIT 6

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
GATEGUARD, INC.,                :
            Plaintiff,          :
   - against -                  : 21-cv-9321 (JGK)
AMAZON.COM INC., ET AL.,        :
            Defendants.         :
------------------------------x

           VIDEO DEPOSITION OF RAMON RODRIGUEZ
              Via Zoom Video Communications
                Tuesday, January 30, 2024
                      1:49 p.m.


           Videotaped deposition of
FINKELSTEIN TIMBERGER EAST REAL ESTATE, a
Non-Party Witness herein, BY: RAMON RODRIGUEZ,
taken by the Plaintiff, in the above-entitled
action, held remotely at the above date and
time, before Carolyn Gioia, a machine
stenographic reporter and Notary Public within
and for the State of New York.


              Magna Legal Services
                866-624-6221
                www.MagnaLS.com



```
                                                            Page 2
 1      A P P E A R A N C E S:
 2      (All parties present in video conference via Zoom)
 3
 4              QUAINTON LAW
 5                      Attorneys for Plaintiff
 6                      2 Park Avenue, 20th Floor
 7                      New York, New York 10169
 8                      (212)419-0575
 9
10              BY:   EDEN P. QUAINTON, ESQ.
11                    Eden.quainton@quaintonlaw.net
12
13              GIBSON DUNN & CRUTCHER, LLP
14                      Attorneys for Defendants
15                      AMAZON.COM INC., AMAZON.COM SERVICES,
16                      INC., AMAZON.COM SERVICES, LLC, and
17                      AMAZON LOGISTICS, INC.
18                      200 Park Avenue
19                      New York, New York 10166-0193
20                      (212)351-4000
21
22              BY:   NICOLE SANTORA, ESQ.
23                    Nsantora@gibsondunn.com
24
25      (APPEARANCES CONTINUED ON NEXT PAGE)
```

FINKELSTEIN TIMBERGER EAST REAL ESTATE
Attorneys for Deponent
111 Brook Street, Suite 105
Scarsdale, New York 10583
(914)472-4900

BY: JAMES MCELWAIN, ESQ.
Jim@ftre.com

A L S O P R E S E N T

Chris Russo, Videographer, Magna Legal Services
Jesse Herrero, Spanish Interpreter, Magna Legal Services.
Nicholas Watts, Esq., Gibson Dunn & Crutcher, LLP
David Salant, Esq., Gibson Dunn & Crutcher, LLP



Page 10

```
 1         Q.   So you've been a super for almost 30
 2    years?
 3         A.   Yes, sir.
 4         Q.   So you know this profession very
 5    well.
 6         A.   Yes, sir.
 7         Q.   So I want to ask you some questions
 8    about that device that the interpreter
 9    mentioned at the beginning of my questioning.
10         A.   Yes, sir.
11         Q.   Have -- have you ever heard of a
12    device called the Amazon Key for Business?
13         A.   No, I never heard that.
14              MR. QUAINTON:  Okay.  Let me show you
15         a -- an exhibit.  I'm going to show you a
16         document.
17              THE WITNESS:  Yes, sir.
18              MR. QUAINTON:  Okay.  I'm showing
19         what was previously marked as F-4.  And
20         it --
21              MS. SANTORA:  Same objection about
22         this is an incomplete document and lacks
23         foundation.
24         BY MR. QUAINTON:
25         Q.   In -- in the middle of this document,
```



Page 11

1  you see a photograph.
2      I should -- do you see a -- do you
3  see a photograph in the middle of this document
4  of something that depicts a -- a black box with
5  a number of buttons or knobs on it?
6      MS. SANTORA:  Objection.
7      Mischaracterizes the document.
8      A.  Yes, sir.
9      Q.  Have you ever seen a device like this
10 before?
11     A.  Yes, sir.  They installed that there.
12     Q.  Okay.  When -- so let's take that
13 apart.  You say "they installed that there."
14     So can you tell me who installed the
15 device that you recognize in -- or a device
16 like the one you recognize in the photograph?
17     MS. SANTORA:  Objection.
18     A.  No, I don't know.  They told me that
19 they worked for Amazon.
20     Q.  Do you remember whether there was --
21 whether there were two people or three people
22 who -- who said that they worked for Amazon?
23     MS. SANTORA:  Objection.
24     A.  There were two.
25     Q.  Okay.



```
                                                      Page 12
 1                     How did those two people contact you?
 2            A.     They knocked on my door.
 3            Q.     And after they knocked on the door
 4      what did you do?
 5            A.     They said that they worked for Amazon
 6      and they needed -- they need to have access to
 7      the area without bothering anyone.
 8            Q.     Okay.
 9                   When they asked for access to the
10      area, can you be more specific about the area
11      to which they wanted access?
12                   MS. SANTORA:  Objection.
13            A.     They installed that outside of my
14      apartment in the hallway.  They used a white
15      wire because that box require electricity.
16            Q.     And that wire, where did that wire go
17      to?
18                   MS. SANTORA:  Objection.
19            A.     To the box.
20            Q.     But from the box where did it go?
21                   MS. SANTORA:  Objection.
22            A.     Oh, it -- it went to the intercom.
23            Q.     Okay.
24                   And the -- the intercom that it went
25      to, was that on the outside of the building?
```



```
                                                              Page 59
 1              C E R T I F I C A T E
 2
 3              I, CAROLYN GIOIA, a machine
 4     stenographic court reporter and Notary Public
 5     within and for the State of New York, do hereby
 6     certify:
 7              That the witness whose testimony is
 8     hereinbefore set forth was duly sworn by me,
 9     and the foregoing 60-page transcript is a true
10     record of the testimony given virtually by such
11     witness.
12              I further certify that I am not related
13     to any of the parties to this action by blood
14     or marriage, and that I am in no way interested
15     in the outcome of this matter.
16              IN WITNESS WHEREOF, I have hereunto
17     set my hand this 5th day of February, 2024.
18
19
20              __Carolyn Gioia__
21              CAROLYN GIOIA
22
23
24
25
```

