# EXHIBIT 10

## CONFIDENTIAL EXHIBIT – FILED UNDER SEAL