# EXHIBIT 14

US010158831B1

# (12) United States Patent
## Taub

(10) Patent No.: US 10,158,831 B1
(45) Date of Patent: Dec. 18, 2018

(54) **ENTRANCEWAY OR FOYER-BASED, COMMUNICATION APPARATUS AND SYSTEM**

(71) Applicant: **MVI Systems, LLC**, Brooklyn, NY (US)

(72) Inventor: **Samuel S. Taub**, Brooklyn, NY (US)

(73) Assignee: **MVI SYSTEMS, LLC**, Brooklyn, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/623,502**

(22) Filed: **Jun. 15, 2017**

(51) Int. Cl.
| | |
|---|---|
| *H04N 5/445* | (2011.01) |
| *H04N 7/18* | (2006.01) |
| *G07C 9/00* | (2006.01) |
| *G07C 1/02* | (2006.01) |
| *G07C 1/10* | (2006.01) |
| *H04N 7/14* | (2006.01) |
| *G06Q 30/02* | (2012.01) |
| *H04Q 9/02* | (2006.01) |
| *G06F 3/0488* | (2013.01) |

(52) U.S. Cl.
CPC ......... *H04N 7/181* (2013.01); *G06Q 30/0241* (2013.01); *G07C 1/02* (2013.01); *G07C 1/10* (2013.01); *G07C 9/00119* (2013.01); *G07C 9/00158* (2013.01); *H04N 7/142* (2013.01); *H04N 7/147* (2013.01); *G06F 3/0488* (2013.01); *H04Q 9/02* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,662,112 | A | * | 5/1972 | Martin | H04M 11/045 340/506 |
| 5,412,708 | A | * | 5/1995 | Katz | G06Q 30/02 348/14.05 |
| 5,428,388 | A | * | 6/1995 | Von Bauer | H04N 7/186 348/155 |
| 5,774,052 | A | * | 6/1998 | Hamm | G08B 13/19658 340/3.1 |
| 5,923,363 | A | * | 7/1999 | Elberbaum | H04B 3/548 340/12.32 |
| 6,084,367 | A | * | 7/2000 | Landert | E05F 15/70 318/283 |
| 7,263,182 | B2 | * | 8/2007 | Allen | H04M 11/025 379/159 |
| 8,160,221 | B2 | * | 4/2012 | Henderson | H04M 1/576 379/142.04 |
| 2014/0152831 | A1 | * | 6/2014 | Yang | G08B 25/12 348/156 |

* cited by examiner

*Primary Examiner* — K. Wong
(74) *Attorney, Agent, or Firm* — Ostrolenk Faber LLP

(57) **ABSTRACT**

The invention is a digital doorman-like and communication system comprising a small-footprint, software-driven, controller device that is intuitively operable and which also communicates with wireless tenants' mobile devices, and based thereon, controls access to the building entranceway area, distributes information to management and to tenants and communicates flexibly including via voice, video, messaging and the like.

**19 Claims, 9 Drawing Sheets**






FIG. 1



FIG. 2



FIG. 2A

FIG. 3

U.S. Patent    Dec. 18, 2018    Sheet 5 of 9    US 10,158,831 B1



FIG. 4



FIG. 5



FIG. 6



FIG. 6



FIG. 7



FIG. 8

U.S. Patent    Dec. 18, 2018    Sheet 9 of 9    US 10,158,831 B1

1

# ENTRANCEWAY OR FOYER-BASED, COMMUNICATION APPARATUS AND SYSTEM

## BACKGROUND OF THE INVENTION

The present invention is generally directed to multi-dwelling, apartment-building automation and, more particularly, to an automated, smart, electronic and multi-purposed doorman-like system that is focused on providing remote monitoring of apartment renters' compliance with rental regulations and agreements, improved access to the building lobby area to residents, visitors, delivery persons and maintenance people, improved intercom capabilities between apartment dwellers and the entranceway or foyer area using visual and audio interactive systems, and improved communications between building operators and persons entering their buildings.

Conventional products and tools currently utilized by multifamily building operators to monitor activity in and around building entranceways and foyers, e.g., using video cameras and standard intercom systems, provide only very basic audio visual tracking of building entryway traffic. The existing systems are inadequate, particularly with the recent explosion of renters engaging in illegal subletting of apartments, for example, through the widely known AIRBNB service which tempts and allows renters to violate their rental Agreements and exposes other dwellers in the building to strangers, and occasional visitors whose credentials to live, roam through and use the building's common facilities have not been properly investigated.

In addition, the existing systems are rather cumbersome, require labor intensive security and access control, and provide little oversight or monitoring of maintenance in building and scarce technology for tracking/interacting with tenants.

Also, the primitiveness of existing systems results in inefficient, decades old intercom technology being utilized, deliveries being left unattended in the lobby or at nearby pay services, and the use of keys and fobs that are prone to being lost and expensive to replace.

To the present inventor's knowledge, existing systems lack the technology to assist in tracking/interacting with visitors, which results in missing important guests, and an inadequate tracking of children and dog walkers and a lack of more efficient communication with management regarding both building management and maintenance issues.

Several vendors presently provide entranceway-based, doorman-like systems, as well as communication platforms with some similar features to the present invention. Among these existing systems are those that are advertised on-line and known as: Amazonlocker (www.amazon.com); August (www.august.com); Buildinglink (www.buildinglink.com); Buildingsnitch (www.buildingsnitch.com); Butterflymx (www.butterfly.com); Gateguard (www.Gateguard.xyz.com); Kisi (www.getkisi.com); Latch (www.latchaccess.com); Lockitron (www.lockitron.com); Packageconcierge (www.packageconcierge.com); Skybel (www.skybel.com); Subletalert (www.subletalert.com); Subletspy (www.sublet.spy.com) and Virtualdoorman (www.virtualdoorman.com); as well as others.

With further reference to the prior art, U.S. Patent Publication US 2009/0141117 describes a method and apparatus for providing lockers in multi-apartment buildings connected via an interface to a video interphone system via a local guardsman or a virtual guardsman over a network.

2

U.S. Patent Publication US 2016/0247340 describes an automation system for a building lobby which observes guests to residents, predicts a user profile associated with the guest and invites an administrator from an automation system to create a profile of the guest. The system stores biometric identifiers with a visitation pad and determine if the guest requires a profile.

U.S. Patent Publication 2011/0071951 is directed to a system for monitoring occupancy of a rental property and its focus is primarily to detect, for example, by monitoring the usage of utilities, whether a tenant is actively occupying a rental property such as an apartment.

U.S. Patent Publication 2014/0040054 is directed to a housing services Kiosk which is primarily focused on an electronic system for leasing and services for multi-family residential housing. It enables tenants to make rental payments or for third parties to view available apartments and communicate with the leasing agency.

The contents of the aforementioned United States publications are fully incorporated with the reference herein.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of the present invention to provide a smart, digital doorman-like system that avoids the aforementioned and other drawbacks of the prior art.

It is another object of the present invention to provide a visual and highly interactive system for multi-apartment buildings that is provided as a compact, small footprint, entranceway-based electronic doorman-like device, referred to herein as the building's communication Kiosk.

The foregoing and other objects of the invention are realized by a digital doorman-like and communication system comprising a small-footprint, software-driven, controller device that is intuitively operable and which also communicates with wireless tenants' mobile devices, and based thereon, controls access to the building lobby area, distributes information to management and to tenants and communicates flexibly including via voice, video, messaging and the like.

In a preferred embodiment, the invention comprises a kiosk-like communication system, comprising: a housing comprising an interior and a front face, the interior being configured to hold electronic circuits associated with operational algorithms for functionalities involving a multi-apartment building (MAB); attachment hardware for mounting the housing to a support structure located at an entranceway comprising a foyer or a publically accessible area of the MAB; a display mounted at the front face of the housing, the display being configured to display information to tenants, owners of and visitors to the MAB, the display incorporating a touch sensitive interface to allow tenants and visitors to enter information for the operational algorithms; a camera system for providing visual information of at least the entranceway; door closing and opening hardware coupled to the electronic circuits for closing and opening an entrance door of the MAB; a CPU associated with the electronic circuits for executing software algorithms to effect at least the following functions: a) validating persons to be permitted entry into the MAB; b) unlocking the entrance door into the MAB; c) preparing reports and communicating said reports to management personnel located offsite the MAB, regarding activities associated with the MAB; and d) visually identifying persons who request entry into the MAB.

The preferred embodiments of the invention may further comprise or be such that the CPU and software algorithm are located inside said housing, or outside said housing or be

cloud-based. The kiosk-like communication system includes a facility for identifying persons, using previously entered biometric information for persons requesting entry into the MAB. It may further include a facility for counting the number of persons entering and leaving the MAB over given time periods, and include a time-clock facility for allowing visitors to enter a time of arrival and a time of departure from the MAB, and include an intercom communication system, wherein the intercom communication system is configured to allow residents/tenants of the MAB to communicate with persons located at the entranceway of the building via an audio system included in the housing.

According to further preferred embodiments, the camera system includes multiple cameras located at the entranceway at different height levels, a facility for communicating with a mobile communication device and for allowing entry into the MAB based on the system being able to sense that the mobile electronic device is located at the entranceway of the MAB, and an electronic eye system to sense each person crossing the entranceway into said at least one door. There may also be included, a human interaction facility that allows management personnel located remotely from the MAB to communicate with persons located adjacent the housing, either by audio or by video communications, a facility for displaying advertising content on the display, and a facility that allows local merchants to display advertising copy directly on the display of the MAB.

The report generating facility is preferably configured to provide reports of at least two of the following functions: 1) utility meter readings associated with the MAB; 2) exceptional usages of utility services; and 3) alarms set for water, electricity and HVAC parameters. The system may include, movement detectors located at a variety of locations in the MAB and said detectors communicating with said electronic circuits and providing indications to management of movements of humans at said variety of locations based on pre-determined criteria. It may further provide door ajar reports. The camera system may include cameras located in elevators of the MAB, a facility for qualifying and validating temporary visitors to the multi-apartment building and cameras located in hallways of the MAB and in the entranceway of the MAB and allowing tenants to track the movements of children from individual tenant apartments through the entranceway and onto a street on which the entranceway is located.

Other features and advantages of the present invention will become apparent from the following description of the invention which refers to the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective showing the housing of an interactive communication and monitoring Kiosk in accordance with the present invention.

FIG. **2** diagrammatically illustrates various parties and entities communicating with the communication Kiosk of the invention.

FIG. **2***a* is a further diagrammatic illustration of the communication setup of the invention.

FIG. **3** is a diagram of a screen viewable on the communication Kiosk of the present invention.

FIG. **4** is a diagram showing handheld devices and screen shots that appear on these wireless communication devices that communicate with the communication Kiosk of the present invention.

FIG. **5** perspectively illustrates internal components of the Kiosk of the present invention.

4

FIG. **6** is an overall block diagram illustrating hardware/software constituents of the overall system utilized with the Kiosk of the present invention.

FIG. **7** shows software components/modules of the system associated with the Kiosk of the present invention.

FIG. **8** is a block diagram of various sensory information that is fed to the Kiosk of the present invention to be shared by multiple parties.

DETAILED DESCRIPTION OF EMBODIMENTS
OF THE INVENTION

In the detailed description below, the term "Kiosk" shall have its ordinary English meaning and shall designate generally a small structure located in a public area used for providing information or displaying advertisement, often incorporating an interactive display screen or screens. In the description below, the term Kiosk is used somewhat more broadly to include an additional functionality as described below.

Referring to the drawings, the communication Kiosk **10** of the present invention is intended to be located external to or in the foyer, close to the entranceway, of a multi-dwelling apartment building or the like, and it can be installed by being affixed to a wall or to a desk based pedestal or the like. Referring to FIG. **1**, the communication Kiosk **10** has an openable housing **12** with a display screen **14**, preferably touch sensitive, the housing **12** supporting a wide angle high resolution web cam **16**, stereo speakers **18**, proximity sensors **20**, ambient light sensors **22** and local area lighting **24**, which may comprise an LED light strip. Internal electronics located in the housing **12** may be cooled by drawing air via a cabinet ventilation port **126**.

The communication Kiosk **10** is intended to be, as diagrammatically depicted in FIG. **2**, a cloud-services enabled device that communicates with various handheld, wireless communication devices, e.g., cell phones, tablets, mobile computers, etc. under control of an overall controlling facility **48** that provides oversight over the software operations of the communication Kiosk **10**, and through the operations thereof provides communication reports or receives information from various entities including from: a building super **42**, a building management **44**, residents **46**, maintenance personnel **47** and delivery services **45**. This is further diagrammatically illustrated in FIG. **2***a* showing the communication Kiosk **10** in communication with and sending data or receiving information from the aforementioned entities including visitors **51**.

As shall be elaborated upon further on, the overall functionality of the communication Kiosk **10** is to communicate with building residents' mobile devices that have been pre-loaded with application software for communicating with the Kiosk and thereby verify and authenticate residents and then open the main building door to allow entrance to residents. The Kiosk **10** can also communicate with a regular landline or cellular number, and allows residents access by dialing a digit on the keypad. However, the communication Kiosk **10**, via its touch screen and voice communication, can be approached directly to provide that authentication and entry into the building function, as well as intercom communication with residents. Thereby, residents, from any location in the world via their phone device, can effectively "buzz-in" visitors. Tenants and management personnel can also remotely control access to the building including to delivery people and the like. There is also the ability to gain

5

entry via a QR (Quick Response) code that can be displayed to the scanner on the Kiosk **10**, and will be granted entry via those credentials.

While a single housing **12** with a single camera is illustrated, it is within the overall concept and ambit of the present invention that there may also be placed several other cameras communicating wirelessly with the communication Kiosk **12**. These cameras can be located on posts interspersed in front of the main entrance door into the building lobby and thereby have people's photos taken and automatically authenticated without approaching or having to manually engage the physical housing of the Kiosk **10**. This would prevent unnecessary queues in front of the communication Kiosk **12**, enabling residents to be quickly screened and allowed entry with practically no delay at all. That is, the cameras would automatically transmit the photos of the residents to the communication Kiosk **12** and the application software will then automatically be launched in the phones of the residents and the authentication process completed without any manual steps.

Although not shown, it may be an option of the invention that an electronic eye mechanism in front of the main door "counts" the number of people who have entered when a particular resident has been approved for entry so that only a single person crosses the main entrance door when it opens. Alarms may be sounded when needed.

With reference to FIG. **3**, it should be understood that a great deal of communication information is exchanged or provided through the touch screen **14** on the communication Kiosk **10** and one exemplary screen layout **50** may comprise a header banner **52** identifying the particular building, input dialog boxes **54** for selecting a language of communication, touch pads **56** for identifying residents and touch pads **58**, **60** and **62** for being used by visitors, delivery or maintenance people. News information can be streamed at a portion of the screen identified at **66** and advertisement can be provided at **64**, which supports the quest of making the communication Kiosk of the present invention a financially attractive system and apparatus to install by building owners.

As can be appreciated, it is intended that residents, visitors and the like could communicate with the communication Kiosk **10** through the touch screen **14**. However, and as illustrated in FIG. **4**, the internal hardware/software construct (to be described) that drives the communication Kiosk **10** is intended to communicate via the worldwide web (www) with wireless devices **70** that have been pre-loaded with application software that allows them to communicate with the system, thereby allowing residents and other building visitors to communicate via screens **72**, **74** with the system of the present invention. The wireless devices may be iOS devices, Android devices, PDAs, laptops or any portable communication devices, enabling exchanging of information, transmission of video and audio information as well as tracking information that is being processed, handled and analyzed by the communication system in the Kiosk **10**.

Overall, the communication Kiosk **10** is, as shown in FIG. **5**, rather small in size which means that it leaves only a small footprint on a wall or on a desktop at the entranceway to a building, for example, on the order of the size of a tablet, laptop or the like. Thus, the communication Kiosk **10** has an interior space comprising hingedly connected housing halves **81***a* and **81***b* that are securely locked through a three point locking system **82**. The Kiosk electronics **88** is housed on one side and the various internal systems and electronics can be powered by a 12 Volt DC power supply **86**. External communications can be provided via an internal WI-FI, ethernet, or cellular modem antenna system **84**.

6

Referring to FIG. **6**, the communication Kiosk **10** of the present invention essentially comprises a software-controlled system **100** that includes at least one CPU **110** operating with various memories **112** that store executable software programs/modules **114** that collect, generate and provides data and information. Computer systems of this nature are widely known in the art and do not require any explanation herein. It is noted though that for the purposes of the present invention, the CPU/controller **110** can communicate with various other systems, both through cloud services as indicated by the worldwide web block **122** and via local system interfaces **120**.

Accordingly, the system interface **120** communicates and exchanges information with the CPU **110** relative to the display **124** which can include several auxiliary displays at the entranceway, as well as the display **14** (FIG. **1**), various sound systems **126**, including sound systems located on individual cell phones or sound boxes (not shown) installed in the apartments, to enable entranceway or foyer communications systems **128**, for example, through the stereo speakers **18** (FIG. **1**).

The system interface **120** also provides communications with various camera systems including a panel camera **130** and auxiliary cameras **132** (described in more detail further on), various door ajar sensors **134** as well as elevator systems including elevator cameras **136**, building systems **138** (heating, ventilation, etc.) and the wireless communications systems **140**. The system interface **120** also provides a communication link to the CPU **110** to optional storage rooms **142**, alarms **144** and a printer/scanner **146** that may be interfaced to the CPU **110**. Thereby, the Kiosk **10** enables residents **150**, guests **152**, delivery personnel **156** and repair maintenance people **158** to communicate either directly via the system **120** (or via the worldwide web interface **122**), to provide information to the CPU **110** and to establish voice communications between residents etc. and the system **100** and/or live conversations with management, as well as receiving live feed of video footage produced by the various cameras and sensors. Lastly, the worldwide web interface **122** enables communication by the master controller (MVI) **48** which can request reports to be sent to management and to security personnel.

As shown in FIG. **7**, the executable software **155** of the present invention interacts with the CPU operating system **160** and can include various software modules including a management module **162**, a user registration module **164**, a communications module **166** and a data management module **168**. The software **160** also interacts with camera controlling modules **170**, with door systems **172** and the various sensors **174** including an occupant monitoring module **176** to obtain functionalities described further on.

As previously noted, residents **150** as well as guests, delivery and maintenance personnel (**152**, **156**, **158**) also interact with the software **155**. The software system optionally includes facial and sound recognition software modules **180** and management software modules **182** to manage the building facility and residents' personal data and preferences setting software **184**, so residents can provide to the software **155** personal data, e.g., time slots when guests are not allowed, photos of guests and the like.

The camera and sensor array interface **200** depicted in the block diagram of FIG. **8**, includes the interface hardware **202** which receives inputs and can exchange messages with lobby or entranceway cameras **204**, corridor cameras **206**, street view cameras **208** and optional (and resident enable) apartment cameras **210**. The camera system also can interface with elevator cameras **212**. In addition, the interface

7

system **202** receives inputs or can provide information that is obtained from HVAC sensors and meters **214**, utility meters **216**, laundry machines **218** and various Bluetooth beacons **220**.

The system of the present invention thereby provides the many functions and facilities, information, and data that provide to both the management and the residents of a multi-dwelling apartment building intercom communications via the Kiosk **10** from the entranceway or foyer to the individual apartments, the streaming of advertising on the main display **14** at the entranceway, mobile communication by tenants and management via wireless technology such as Apple IOS, or native apps or Android native apps, mobile view web responsive facilities, Blue Tooth, Web RTC communication and the like.

Thereby, the software facilities and hardware system of the present invention provides a solution that stops illegal subletting and illegal Airbnb use, through monitoring and comparing photos of persons who enter the building to pre-stored photos of residents of the building. In addition, residents are able to, through their wireless devices, or at the Kiosk **10**, to send to the system photos of guests and indicate parameters about when those guests will be permitted entry, creating an automatically operated entry system into the building including providing access to the individual apartment.

Maintenance people can enter all their information including the type of work done such as repairs and maintenance activities and all that information is automatically sent to management. The scheduling of maintenance and repairs can be enhanced by the system of the present invention.

For tenants, the system of the invention provides the advantages that tenants no longer have to carry keys or fobs that are easily lost and instead have their wireless phones or a QR tab, to be used as building entry fob or key. In fact, the tenants can answer a call from the entranceway or foyer to their apartments from anywhere in the world and also have "face time" style, video communication with visitors at any time. The system enables tenants to grant access to important visitors, for example, to family or to dog walkers and the like, while away from home. Tenants can authorize the system of the invention to receive video from their apartment installed cameras, which videos are then routed to the tenant wherever they happen to be. Similarly, the system also allows tenants to receive and track package deliveries. The delivery services can access a metal lockbox in the lobby, via the Kiosk **10** with their credentials, and then place the packages within. The tenants would then receive an alert that they have a package delivered, and can open the lockbox with their phone app. The tenants can also choose to leave packages at the lobby for pickup and the system of the present invention allows a delivery man to scan and leave information through the system **10** to the tenant that the package has been picked up. The system allows video access to building notices and schedules. Tenants have direct connection with management regarding maintenance issues.

Tenants can request streaming of the building cameras images to their individual wireless devices, whereby a parent can track a child as the child enters an elevator, and watch the child at the entranceway or foyer, and at the same time also monitor the arrival of a school bus via the street-view cameras of the building. Thus, child safety and parent convenience are greatly enhanced, including because the parent does not need to stand for a long period outside waiting for a school bus, but can actually watch the school bus arriving and only then, enter the elevator with the child to meet the bus. Tenants can also track their children via

8

simple alerts that can be sent to their mobile device when a child entered the building, or if the child didn't enter the building by a certain time.

The system of the invention can be financially attractive for installation by building owners through the medium of having the system paid for by tenants' monthly subscriptions or management monthly subscriptions. In addition, the system can pay for itself through advertising that is allowed to be placed on the system **10**. Such advertising can be via digital out-of-home media (DOOH), in a manner well known in the art.

The system of the invention also allows sensors to be placed adjacent to or within doorframes and tenants can control those sensors such that when they are home, they are disabled. But when tenants leave home, the sensors become enabled and tenants receive notification every time the door to their residence is opened, whereby they can monitor the comings and goings of service people or guests, or even intruding people, while they are absent, for example, while vacationing.

Although the present invention has been described in relation to particular embodiments thereof, many other variations and modifications and other uses will become apparent to those skilled in the art. It is preferred, therefore, that the present invention be limited not by the specific disclosure herein, but only by the appended claims.

What is claimed is:

1. A kiosk-like communication system, comprising:
  a housing comprising an interior and a front face, the interior being configured to hold electronic circuits associated with operational algorithms for functionalities involving a multi-apartment building (MAB);
  attachment hardware for mounting the housing to a support structure located at an entranceway comprising a foyer or a publically accessible area of the MAB;
  a display mounted at the front face of the housing, the display being configured to display information to tenants, owners of and visitors to the MAB, the display incorporating a touch sensitive interface to allow tenants and visitors to enter information for the operational algorithms;
  a camera system for providing visual information of at least the entranceway;
  door closing and opening hardware coupled to the electronic circuits for closing and opening an entrance door of the MAB;
  a CPU associated with the electronic circuits for executing software algorithms to effect at least the following functions:
  a) validating the tenants prior to permitting the tenants entry into the MAB;
  b) unlocking the entrance door into the MAB;
  c) preparing reports and communicating said reports to management personnel located offsite the MAB, regarding activities associated with the MAB; and
  d) visually identifying the tenants who request entry into the MAB; and
  the system including a facility for communicating with a mobile communication device that has been previously associated with a person authorized to enter the MAB and for allowing entry into the MAB based on the system being able to sense that the mobile electronic device is located at the entranceway of the MAB.

2. The kiosk-like communication system of claim **1**, wherein said CPU and software algorithm are located inside said housing.

3. The kiosk-like communication system of claim 1, wherein said CPU and software algorithms are located outside said housing.

4. The kiosk-like communication system of claim 1, wherein said CPU and software algorithms are cloud-based.

5. The kiosk-like communication system of claim 1, including a facility for identifying persons, using previously entered biometric information for persons requesting entry into the MAB.

6. The kiosk-like communication system of claim 1, including a facility for counting the number of persons entering and leaving the MAB over given time periods.

7. The kiosk-like communication system of claim 1, including a time-clock facility for allowing visitors to enter a time of arrival and a time of departure from the MAB.

8. The kiosk-like communication system of claim 1, including an intercom communication system, wherein the intercom communication system is configured to allow residents/tenants of the MAB to communicate with persons located at the entranceway of the building via an audio system included in the housing.

9. The kiosk-like communication system of claim 1, wherein the camera system includes multiple cameras located at the entranceway at different height levels.

10. The kiosk-like communication system of claim 1, including an electronic eye system to sense each person crossing the entranceway into said at least one door.

11. The kiosk-like communication system of claim 1, including a human interaction facility that allows management personnel located remotely from the MAB to communicate with persons located adjacent the housing, either by audio or by video communications.

12. The kiosk-like communication system of claim 1, including a facility for displaying advertising content on the display.

13. The kiosk-like communication system of claim 12, including a facility that allows local merchants to display advertising copy directly on the display of the MAB.

14. The kiosk-like communication system of claim 1, wherein the report generating facility is configured to provide reports of at least two of the following functions:
1) utility meter readings associated with the MAB;
2) exceptional usages of utility services; and
3) alarms set for water, electricity and HVAC parameters.

15. The kiosk-like communication system of claim 1, including movement detectors located at a variety of locations in the MAB and said detectors communicating with said electronic circuits and providing indications to management of movements of humans at said variety of locations based on pre-determined criteria.

16. The kiosk-like communication system of claim 15, including door ajar reports.

17. The kiosk-like communication system of claim 1, the camera system including cameras located in elevators of the MAB.

18. The kiosk-like communication system of claim 1, the system including a facility for qualifying and validating temporary visitors to the multi-apartment building.

19. The kiosk-like communication system of claim 1, wherein the camera system includes cameras located in hallways of the MAB and in the entranceway of the MAB and allowing tenants to track the movements of children from individual tenant apartments through the entranceway and onto a street on which the entranceway is located.

* * * * *