# EXHIBIT 15

## CONFIDENTIAL EXHIBIT – FILED UNDER SEAL