# EXHIBIT 16

## CONFIDENTIAL EXHIBIT – FILED UNDER SEAL