# EXHIBIT 18

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL