# EXHIBIT 19

## CONFIDENTIAL EXHIBIT – FILED UNDER SEAL