# EXHIBIT 20

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL