# EXHIBIT 22

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL