# EXHIBIT 23

## CONFIDENTIAL EXHIBIT – FILED UNDER SEAL