# EDEN P. QUAINTON
## QUAINTON LAW, PLLC

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016

245 NASSAU ST.
PRINCETON, NJ 08540

TELEPHONE (212) 419-0575, (609) 356-0526
CELL: (202) 360-6296
EMAIL EQUAINTON@GMAIL.COM

October 3, 2024

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

10/3/24  /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

Re:    *GateGuard, Inc. v. Amazon.com, Inc. et al., 21-cv-09321(JGK)(VEF)*

Dear Judge Koeltl,

    I represent the Plaintiff, GateGuard, Inc. ("Plaintiff" or "GateGuard"), in the above-captioned matter. As you know, Amazon filed a motion to dismiss GateGuard's Second Amended Complaint on Tuesday, October 1. Dkt.239. In connection with its filing, Amazon filed a number of documents preliminarily under seal at Plaintiff's request. Pursuant to Rule VI.A.2 of your Honor's Individual Practices, Plaintiff is required to submit a letter explaining the need to maintain the documents under seal within three days of the request for sealing, in this case, by October 4, 2024. I am writing to request a short extension of the deadline to October 11, 2024.

    First, today is Rosh Hashanah and my colleague, Jonathan Gross, is unavailable. In addition, my wife was hospitalized in late August until early this month and continues to struggle with a serious illness that may require another hospitalization. Further, Amazon only notified Plaintiff of the documents it intended to submit with its motion on September 30, 2024, when I was in the middle of filing a motion for summary judgment in another complicated matter. *See Eckhart v. Fox News Network, LLC, et al.*, 20-cv-5593, Dkt. 382. I did not have a chance to review the documents carefully or meet and confer in advance of the filing, and indicated the documents should be sealed out of an abundance of caution. Finally, early next week I have deadlines in two other matters, in District Court in Washington D.C. and in state court in Texas.

    As a result of the foregoing, I will need an extension until the end of next week until October 11, 2024 to submit the letter. Amazon consents to the proposed extension, for which Plaintiff submits there is good cause. *See Taylor v. New York Life Ins. & Annuity Corp.*, No. 16CV6121PKCSN, 2017 WL 2773699, at *2 (S.D.N.Y. June 26, 2017) ("loved ones'" struggle with cancer and other personal difficulties warranted granting of 30-day extension); *U.S. Bank*

*Nat'l Ass'n as Tr. for CSMC Mortg.-Backed Pass-Through Certificates, Series 2006-3 v. Dernier*, No. 2:16-CV-230, 2024 WL 1014093, at *2 (D. Vt. Mar. 8, 2024) (good cause for extension because of counsel's family medical situation); *United States v. Teman*, No. 19 CR. 696 (PAE), 2023 WL 6533490, at *2 (S.D.N.Y. Oct. 6, 2023) (extension of surrender date to permit defendant to celebrate religious holidays); *United States v. Stratton*, 779 F.2d 820, 830 (2d Cir. 1985) (juror excused to observe Jewish holiday of Sukkot). As noted, Plaintiff's motion is unopposed and would not cause any prejudice. While the public has a right to prompt access to judicial documents for which an appropriate showing has not been made, a short extension would not materially affect the public's interest in access to any documents the Court may order to be unsealed and would permit Plaintiff to meet and confer with Amazon in attempt to narrow the scope of the sealing request.

       I thank your Honor for your courtesies in this matter.

       Respectfully submitted,

       *Eden P. Quainton*
       Eden P. Quainton

cc: All counsel of record (via ECF)