UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GATEGUARD, INC.,

                Plaintiff,        21-cv-9321 (JGK)

  - against -                   <u>ORDER</u>

AMAZON.COM INC., ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court will decide any issues with respect to sealing in connection with deciding the Motion to Dismiss.

SO ORDERED.
Dated:    New York, New York
           October 15, 2024

                                          _____
                                            John G. Koeltl
                                     United States District Judge