**Eden P. Quainton**
**Quainton Law, PLLC**

2 Park Avenue, 20th Floor
New York, NY 10016

245 Nassau St.
Princeton, NJ 08540

Telephone (212) 419-0575, (609) 356-0526
Cell: (202) 360-6296
Email equainton@gmail.com

October 29, 2024

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *GateGuard, Inc. v. Amazon.com, Inc. et al., 21-cv-09321(JGK)(VEF)*

Dear Judge Koeltl,

    I represent the Plaintiff, GateGuard, Inc. ("Plaintiff" or "GateGuard"), in the above-captioned matter.

    As your Honor knows, Defendants, Amazon.com, Inc. et al. ("Defendants"), have filed a motion to dismiss a Second Amended Complaint filed by GateGuard. Dkt. 223. The current briefing schedule for the motion calls for GateGuard to file its opposition by October 31, 2024 and Defendants to file their reply by November 14, 2024. Dkt. 234.

    Because of an ongoing serious medical issue affecting my wife, I respectfully request a short extension of time to November 7, 2024 to file Plaintiff's opposition to Defendants' motion. Defendants' reply would be due on November 27, 2024. Plaintiff has discussed this short extension with Defendants, who do not oppose the relief requested.

    Accordingly, Plaintiff respectfully requests that it be permitted to file its **opposition on or before November 7, 2024,** and that Defendants be permitted file their **reply on or before November 27, 2024**.

    Respectfully submitted,

*Eden P. Quainton*

Eden P. Quainton

cc: All counsel of record (via ECF)