# EXHIBIT A

Page 380

1  O, N as in Nancy, S as in Sam, E as in Edward, C as in
2  cat, A.
3      Q.   Okay.  So that's Andres.  And then Chris says,
4  if possible, can you include the invoice from the company
5  you ordered from.
6           So, did you ever see any invoice from GateGuard
7  relating to the device -- devices that you had asked
8  Derek Stephenson to acquire?
9      A.   I don't remember ever seeing that.
10     Q.   Okay.  Okay.  Then, on March 15th, you write to
11 Derek and you say, may you please send one system to each
12 of the below addresses, so one to SJ13, A to Z
13 Development Center, attention Paul Donovan, 1160
14 Enterprise Way, and a second one to Ring, Alex Aguilar,
15 400 Stewart Avenue, Las Vegas, Nevada, 89101.
16          So between the time of the email from Chris on
17 March 12th to your time of your email on March 15th to
18 Derek Stephenson, have you had any other communications
19 with Christopher Berrett about the GateGuard devices that
20 you recall?
21     A.   Not that I recall.  I'm just looking at this gap
22 in between the two dates and I just don't remember.
23     Q.   I guess here is my question:  How did you know
24 where Derek should send the two systems?
25     A.   Yeah, I'm asking myself the same question.  I

