# EXHIBIT B

Page 120

```
1    Q    And so after you -- sorry, go ahead.
2    A    No.
3    Q    After you took the device out of the cardboard
4  box and took a photo, what did you do with the device?
5    A    I put it back in the box.
6    Q    And --
7    A    I did not -- I did not even take the wrapping
8  protection material off of the box.
9    Q    And why was that?
10   A    Because I wasn't using the box.  I wasn't
11 looking at the box.  I wasn't using the box at that
12 time.
13   Q    Did you think it had been sent to you by
14 mistake?
15        MS. CHAMPION:  Objection.
16        THE WITNESS:  I can't -- I can't prove that
17 one way or another.  I don't know why someone would
18 send that to me by a mistake.
19        MR. QUAINTON:  Q.  So you get this box, you
20 take it out, you take a picture, put it back in the
21 box, and then what happened to the box?
22   A    The box sits in the office for a short amount
23 of time, maybe a month or so, and then, I believe, it
24 could have been Gerry or Chris or Alex asking me if I
25 looked at the Teman device.
```



Page 121

1    Q    And what did you say?
2    A    I would have said no, definitely no.
3    Q    Okay.  And then what did you do with the box?
4    A    Because of COVID, I brought it to my business
5    office at 5155 Stevens Creek Boulevard, Suite 205,
6    Santa Clara, California 95051.
7    Q    Wait, that's your home office, or your --
8    A    That's my business office.
9    Q    And --
10   A    I mentioned my home office at 93 Claremont
11   Avenue, Santa Clara.
12   Q    Got it.  And then what did you do with the
13   box?
14   A    It was in my office, my suite, and the box sat
15   there.
16   Q    And how long did it sit there?
17   A    It sat there until August 1st of 2023.
18   Q    And what happened on August 1st of 2023?
19   A    My lease on my property came up after
20   approximately eight or nine years.  New ownership took
21   over, and they told me I had to move out.  So
22   currently, at this time, I'm looking for a new office
23   for Paul Donovan Consulting, Incorporated.
24   Q    And what did you with the box?
25   A    I threw the box away with the Teman device.  I



Page 122

```
 1   threw it away.
 2       Q    Have you received something called a
 3   Litigation Hold Notice, to your recollection?
 4       A    No.
 5       Q    On August 1st, did you know that there was a
 6   lawsuit pending between GateGuard and Amazon?
 7       A    No.
 8       Q    Did you tell anyone at Amazon that you had
 9   thrown the box away?
10       A    No.
11       Q    Is this the first time that you're telling
12   anyone, other than perhaps your wife, that you've
13   thrown the box away?
14            MS. CHAMPION:  Objection.  I'm going to
15   caution the witness not to reveal the contents of
16   attorney-client communications.
17            MR. QUAINTON:  Withdrawn.
18            MS. CHAMPION:  Yeah, I'm going to ask him not
19   the answer that question.
20            MR. QUAINTON:  Withdrawn.
21            THE WITNESS:  I never told my wife about
22   anything.
23            MR. QUAINTON:  Q.  Well, no comment.  But
24   you're still married; is that correct?
25       A    Yes.
```



Page 159

```
 1   separate thoughts, "I had it before" --
 2       A    That's not a thought.  That's a statement.
 3       Q    Right.  But there are -- right, "I had it" --
 4   what I'm saying is, "I had it before, then it was
 5   moved, and now let me check it, check tomorrow."  Is
 6   that the way read it?
 7       A    I read it as, "I had it before, then it was
 8   moved, and now let me check tomorrow."  Exactly as it
 9   says in writing, that's how I read it.
10       Q    All right.  So I guess which is where I'm
11   going with this.  This is saying you had the device at
12   one point, and then it was moved.  And so my question
13   is, do you recall if you moved the device, or if
14   somebody else moved the device?
15       A    I recall that I moved it to a supply room on
16   the seventh floor.
17       Q    Okay.  And do you recall how -- the lapse of
18   time between when you first had it to when you moved it
19   to the supply room on the seventh floor?
20       A    I don't know how much time that was.
21       Q    And then you said, "and now let me check."  So
22   I guess you meant you would go check on -- in the
23   seventh floor supply room?
24       A    Correct.
25       Q    So then you said, "I believe Teman" -- well,
```

