# EXHIBIT D

1 Sunnyvale is very similar to the compatibility lab that
2 Alex Aguilar runs in Las Vegas. Is that right?
3     A  When I --
4         MR. BELELIEU:  I'm just going to say object to
5 form.
6         Go ahead.
7         THE WITNESS:  When I say "similar," we set up
8 the -- the office or the lab in a similar fashion,
9 because my team, including myself, had to go there to
10 set that up. But the function is not the same.
11     Q  MR. QUAINTON:  How would you describe the
12 difference in function between the two labs?
13     A  I don't have any engineers here in Las Vegas.
14 They're all engineer support. The engineers in -- in
15 San Jose are actual engineers. So if there are QA
16 testing --
17     Q  I'm sorry. What kind of testing?
18     A  Like, quality assurance.
19     Q  Oh, quality assurance.
20     A  Correct. When we do some updates, then
21 that's -- that's where they do the QA testing, from what
22 I know. I don't -- I don't run that lab. I just know
23 that when we were setting it up, we -- we built the lab
24 very similarly so that we have uniformity when we look
25 at the components in terms of inventory management and

1 so forth.
2     Q  So when you say you put up the labs very
3 similarly, does that mean that the -- they had similar
4 testing equipment?
5     A  I -- I don't know about the testing equipment,
6 just, specifically, because what we was tasked with is
7 the setup, like storage, inventory management. That was
8 the setup that we did.
9         I apologize. I'm not a technical person. So I
10 don't know the different apparatuses or different
11 testing equipment.
12     Q  So when you -- when you say "set up," that --
13 just so -- just so we're clear, that does not include --
14 correct me if I'm wrong -- that does not include actual
15 testing equipment that was ordered for the San Jose lab?
16     A  That is correct.
17     Q  But you said that in -- in -- in Las Vegas, you
18 don't have any engineers, is that -- that right, at the
19 compatibility lab?
20     A  We don't have any engineers that work out of
21 this office, but we do have engineers that visit this
22 office.
23     Q  Okay.
24     A  So work -- we do have engineers that work, but
25 they -- they're not established here.

1     Q  Uh-huh. Uh-huh. And so -- and, again, this is
2 sort of the -- just, roughly, the 2011 -- let's say
3 2011, 2012 time period, roughly, how many engineers
4 would -- how many different engineers would work at --
5 at the compatibility lab -- and I understand they're
6 not -- they're not based there physically -- but would
7 come in to work at the compatibility lab in Las Vegas?
8         MR. BELELIEU:  Object to the form.
9         THE WITNESS:  In 2011, I wouldn't know. I was
10 not part of Amazon.
11         MR. BELELIEU:  I think you are asking --
12     Q  MR. QUAINTON:  Sorry -- I'm sorry. 2021. See,
13 I am tired. 2021 to --
14         (Comments off the record by the reporter in
15         order to clarify the record.)
16     Q  MR. QUAINTON:  2021 to 2022.
17         MR. BELELIEU:  And same objection.
18         THE WITNESS:  I wouldn't know how many
19 engineers would be coming in and out of the office. The
20 pandemic was very tough for us to fly around, and most
21 of our engineers would have to fly to Vegas to be able
22 to work out of Vegas.
23     Q  MR. QUAINTON:  Uh-huh. All right. So let's go
24 down -- let's go down to the next system on the list
25 that you mentioned. You mentioned Lee Dan. And what

1 is -- what is Lee Dan?
2     A  They make intercom systems.
3     Q  And are their intercom systems branded Lee Dan,
4 or is that the name of the company that manufacturers
5 the intercom?
6     A  I don't know if they have logos in front of
7 their intercom system, but they do have complete
8 intercom systems. That is the company.
9     Q  And do you recall why the Key for Business
10 division procured a Lee Dan intercom system?
11     A  It would be similar to Urmet where we would do
12 compatibility testing.
13     Q  When you say "compatibility testing," what --
14 what do you mean by that?
15     A  We have products that we test for
16 compatibility.
17     Q  So which -- which products are you testing for
18 compatibility?
19     A  Key for Business would be one of them.
20     Q  What would -- what would the other products be?
21     A  Ring intercom would be another one of them.
22     Q  Anything else?
23     A  Not that I can think of right now.
24         (Comments off the record by the reporter in
25         order to clarify the record.)

MAGNA
LEGAL SERVICES

Page 82

1     MR. QUAINTON: I'm sorry. It's just the
2  configuration of my desk. When I put my -- we can go
3  off the record for that comment.
4     (Comments off the record by the reporter.)
5     MR. BELELIEU: Yeah.
6     (Discussion off the record.)
7     Q  MR. QUAINTON: We were speaking about the Lee
8  Dan, and you were saying the compatibility testing
9  relates to different products, and it relates to the Key
10  for Business, a device, and the Ring intercom.
11     And I asked you if you knew whether the --
12  there was any compatibility testing of the Ring video
13  doorbell. I think your answer was "No." Was that
14  right?
15     A  I didn't hear the question, nor did I answer
16  it.
17     Q  I'm sorry. I'm sorry.
18     So I was asking was -- was the Ring video
19  doorbell tested for compatibility with -- with the Lee
20  Dan intercom system, to your knowledge?
21     A  No.
22     Q  Do you recall any other devices that were
23  tested for compatibility with the Lee Dan intercom
24  system other than the Key for Business device and the
25  Ring intercom?

Page 83

1     MR. BELELIEU: Objection. Asked and answered.
2     THE WITNESS: No.
3     Q  MR. QUAINTON: And same question with Urmet.
4  To your knowledge, was the compatibility testing being
5  done with respect to both the Key for Business device
6  and the Ring intercom?
7     A  Yes.
8     Q  Now, the -- Ring and -- let's go back to
9  2021. In 2021, the Ring intercom was not commercially
10  available. Right?
11     A  I believe so. I don't know the exact dates.
12     Q  But is it -- is it -- if I told you the Ring
13  intercom was launched in 2022, you'd agree with that.
14  Right?
15     A  Yes.
16     MR. BELELIEU: Object to the form.
17     Q  MR. QUAINTON: Okay. Do you recall at what --
18  do you recall when a Ring intercom device was first
19  available for testing on other intercom systems?
20     MR. BELELIEU: Object to the form.
21     THE WITNESS: I don't. Unfortunately, I -- the
22  lab team comes into the office five days a week, but I
23  was not mandated to do so during the pandemic. So 2021,
24  the majority of my team, except for lab, with the
25  exception of the lab team, are the only ones that would

Page 84

1  come into the office. So I, unfortunately, am not here
2  in the office to see it.
3     Q  MR. QUAINTON: Just so I understand the -- the
4  sentence, the lab team was coming into the office in
5  2021, and the other members were not coming in. Is that
6  correct?
7     A  Under my vertical, there are multiple
8  departments. The only team that were allowed to come
9  into the office five times a week was the lab team --
10     Q  Got it.
11     A  -- Alex's leadership. The rest of my
12  departments, the rest of my org, had an option to stay
13  at home, and majority of us would stay at home for the
14  rest of the week. And there would be a few times that
15  people would come in every now and then.
16     So I'm prefacing that because I wouldn't know
17  when, nor would I know -- see exactly, you know, when --
18  when was it available for testing.
19     Q  Understood.
20     Was the -- to your knowledge, was the situation
21  that you just described where the members of the -- the
22  lab division would come in physically in Los Angeles --
23  "Los Angeles" -- in Las Vegas, was that also true in --
24  in Sunny-- at the SJC13 lab in Sunnyvale?
25     A  I wouldn't know, just because I -- my mandate

Page 85

1  is to -- to be the site lead for just the Las Vegas
2  office.
3     Q  And do you have a counterpart within the Amazon
4  organization who supervises the Sunnyvale lab?
5     A  Yes.
6     Q  And who is that person?
7     A  It would be Roman Alekseenkov.
8     Q  I'm sorry. How do you spell that?
9     A  Roman Alekseenkov, A-l-e-k-s-e-e-n-k-o-v.
10     When -- when you specifically ask as a
11  counterpart, he is my peer. He is in charge of multiple
12  departments within -- within our Amazon Key.
13     Q  Just taking a shot in the dark. Does he have a
14  technical background?
15     A  Yes.
16     Q  Okay. So let's just go down the list, then.
17  Comelit. So during -- during 2021 -- so these were all
18  the devices that you recall being procured in the --
19  during 2021.
20     Comelit, do you recall -- do you recall why
21  that one -- why that system was -- was acquired?
22     A  No. I think to just go back to your statement,
23  you asked for the top five that I recall. These are the
24  top five that I recall. But I don't -- I don't recall
25  why we ordered Comelit, similar to Urmet, similar to Lee

Page 86

```
 1    Dan.  I do remember that these are the brands that we
 2    ordered for compatibility testing.
 3         Q    Okay.  So I guess I'm a bit confused, because I
 4    thought you said the reason why you -- why Key for
 5    Business procured these devices was for compatibility
 6    testing.  That was the purpose.  Right?
 7         A    Correct.
 8         Q    Okay.  But then did that answer make you
 9    uncomfortable, and was there some other -- did you think
10    I was asking some other question?
11         MR. BELELIEU:  It speaks to the form.
12         THE WITNESS:  No.  I -- I just want to make
13    sure.  Because I think what -- was there any other
14    reason is what you asked, if I heard that correctly.
15    And I'm saying that similar to the other two, there are
16    no other reasons I'm aware of for this one.
17         Q    MR. QUAINTON:  Other than compatibility
18    testing.
19         A    Correct.
20         Q    To your knowledge -- so just to put it in the
21    affirmative, Comelit was acquired for compatibility
22    testing.
23         A    That is correct.
24         Q    Okay.  And, again, that's for both the Ring
25    intercom and the Key for Business device.
```

Page 87

```
 1         A    That is correct.
 2         Q    And do you know who made the decision to
 3    procure the Comelit intercom system?
 4         A    I -- I don't recall.
 5         Q    Do you recall whether you gave any directions
 6    to -- for that device to be procured?
 7         MR. BELELIEU:  Object to the form.
 8         THE WITNESS:  Specifically for the Comelit, no,
 9    I don't recall.
10         Q    MR. QUAINTON:  And, again, I'm not going to ask
11    you for any privileged communications, just -- and I'm
12    going to go for each of those three devices, and I'll
13    get to the last two.
14         Let's start with the Urmet.  With respect to
15    Urmet, do you recall any communications with attorneys
16    about -- about the Urmet device?
17         MR. BELELIEU:  Objection.  I mean, you are
18    asking for the substance of the communication.  Right?
19    I mean --
20         MR. QUAINTON:  No, I'm not.  Just whether --
21    whether any communications occurred.
22         Q    I'm not interested in the substance at all,
23    just whether you recall whether any communications with
24    attorneys occurred with respect to the Urmet device.
25         MR. BELELIEU:  So you can answer -- well, to
```

Page 88

```
 1    the extent you recall, you can answer just "Yes" or
 2    "No."  If you don't recall, you don't recall.  But
 3    don't -- don't say anything more than --
 4         THE WITNESS:  Okay.  I just want to -- if you
 5    could just ask it one more time, please.
 6         I think I get it, but I just want to be certain
 7    that I'm hearing the question correctly.
 8         Q    MR. QUAINTON:  Sure.
 9         With respect to the Urmet device, do you recall
10    any communications with legal counsel?
11         A    Yes.
12         Q    Same question with respect to the Lee Dan
13    device.  Do you recall any communications with legal
14    counsel with respect to the Lee Dan device acquired by
15    the Key for Business division?
16         A    Can -- can I just ask a question?  Does --
17         Q    Sure.
18         A    -- that include any P&C conversation email that
19    highlights this -- this brand?  Because my answer to
20    your first question was yes, because it is.
21         Q    When you say -- sorry.  You are getting -- I
22    know, Amazon, you guys love these acronyms.  When you
23    say "P&C," what -- what are you referring to there?
24    Maybe that's an acronym I should know.
25         A    Privileged and confidential.
```

Page 89

```
 1         Q    Oh, privileged and -- okay.
 2         So, yes, privileged and confidential.  So
 3    I'm -- yes.  The question is whether you recall any
 4    privileged and confidential communications relating to
 5    the Lee Dan device procured by --
 6         (Comments off the record by the reporter in
 7          order to clarify the record.)
 8         MR. BELELIEU:  That was my fault.  I
 9    interrupted Eden.  I thought he was finished with the
10    question.  But I apologize.
11         (Comments off the record by the reporter in
12          order to clarify the record.)
13         MR. QUAINTON:  Sure.  I'll just state it again.
14         Q    Do you recall any privileged and confidential
15    communications relating to the Lee Dan device acquired
16    by the Key for Business division during 2021?
17         MR. BELELIEU:  Gerry, again, it's just "Yes" or
18    "No" or "I don't recall."
19         THE WITNESS:  I don't recall.
20         Q    MR. QUAINTON:  Okay.  Same question with
21    respect to the Comelit device.  Do you recall any
22    privileged communications?  And just -- just so we're
23    clear, if -- if you affirmatively don't recall, if you
24    don't -- if -- when I ask you "Do you recall" and the
25    answer is "I don't recall, I do not recall," that's a
```

1    "No." Right? Does that make sense? In other words, if
2    you say "I don't recall whether I don't recall,"
3    that's -- it's sort of a yes-or-no question. I'm just
4    asking you whether you recall, "Yes" or "No," any of
5    these communications?
6        So with that prelude, let me just ask the
7    question. With respect to the Comelit device that was
8    acquired by -- that was procured by the Key for Business
9    division in 2021, do you recall any privileged and
10   confidential communications?
11       A   No.
12       Q   And if I phrase the question that way with
13   respect to Lee Dan, what's your answer? Do you recall
14   any privileged or confidential communications with
15   respect to the Lee Dan device procured by Key for
16   Business in 2021?
17       MR. BELELIEU: Object to the form.
18       THE WITNESS: No.
19       Can -- can I ask for you to ask again on the
20   first, because I didn't quite understand. And now
21   there's clarity. So I believe my answer may change.
22       Q   MR. QUAINTON: For Urmet, yeah. Okay.
23       Same thing. So with respect to the Urmet
24   device that was acquired by Key for Business in 2021, do
25   you recall any privileged and confidential

1    communications?
2        A   No.
3        Q   So I guess the fourth one is DKS or Doorking.
4    And what was the -- do you recall the purpose for
5    acquiring the Doorking device?
6        A   Yes. Throughout that time period, I believe
7    it's beyond just compatibility testing but also for our
8    demo board.
9        Q   Also for your what?
10       A   Demo, our demonstration board.
11       Q   When you say "demonstration board," what are
12   you referring to?
13       A   So we could have a demo where a DKS call box
14   works with our technology.
15       Q   When you say "board," are you referring to the
16   circuit board inside the call box?
17       A   We -- the demo board is the actual -- what we
18   call the -- the physical board where the DKS intercom
19   system or the DKS box mounts onto.
20       Q   Oh, okay. So it's an extra -- it's just like
21   a -- it's not a circuit board. It's not an electronic
22   board.
23       A   It's not. It's a display board.
24       Q   Oh, okay. Okay. So the -- the Doorking device
25   is mounted on a display board for purposes of

1    demonstrating -- what -- what exactly is it trying to
2    demonstrate?
3        A   We're trying to demonstrate how our technology
4    works with a DKS call box for training purposes.
5        Q   And for that purpose, are you demonstrating how
6    both the Key for Business device and the Ring intercom
7    connect or -- or interact with the Doorking device?
8        A   No.
9        Q   So in that case, it's solely for the Key for
10   Business?
11       A   That is correct.
12       Q   And do you recall who -- who it was who made
13   the decision to procure a Doorking device?
14       A   I don't recall, but we have a few of those
15   Doorking devices. And I remember that I asked one of
16   the procurement folks, most likely Chris Berrett, to
17   procure a couple of those for -- to demonstrate.
18       Q   And same -- same question, same time frame,
19   2021. Do you recall any privileged or confidential
20   communications relating to the DKS devices that you
21   asked Chris Berrett -- or that you asked an individual
22   to procure?
23       A   Yes.
24       Q   And you said that you asked a person, and you
25   think it was Chris Berrett, but you are not a hundred

1    percent sure, but you asked that person to procure two
2    devices. Did I hear that correctly?
3        A   I don't know exact number. It was probably
4    more than two just because I know -- and we use a DKS
5    for our training boards or our demo boards as we call
6    them.
7        Q   And do you know if any of those -- the devices
8    that were -- the Doorking devices that were procured
9    were sent to the lab that we've been talking about in --
10   in Sunnyvale?
11       A   I don't know.
12       Q   Do you know if there's a demo board of the same
13   type that you have in Las Vegas at the SJC13 lab in
14   Sunnyvale?
15       A   We -- we do. We actually do, yes.
16       Q   And in Sunnyvale is the demo board for purposes
17   of demonstrating the interaction of the Key for Business
18   with the Doorking device solely?
19       MR. BELELIEU: Object to the form.
20       THE WITNESS: Yes.
21       Q   MR. QUAINTON: In other words, you are not --
22   there's no demonstration of the interaction between the
23   Ring intercom and the Doorking device in -- at either
24   Las Vegas or Sunnyvale?
25       A   No.

MAGNA ▶
LEGAL SERVICES

1  training boards that -- that you recall?
2      MR. BELELIEU:  Objection as to relevance.  I
3  don't know why -- what this has to do with any of the
4  allegations.
5      Q  MR. QUAINTON:  You can answer.
6      A  Yes, we have other training boards in
7  our office.
8      Q  Which ones?  Which ones do you recall?
9      A  We have one that's -- that we just bought from
10 Amazon.  I'm not sure of the brand, but it's a $200 --
11     (Comments off the record by the reporter in
12      order to clarify the record.)
13     THE WITNESS:  -- access control system.
14     I -- should I get the -- I'm sorry.  I just
15 want to ask should I get a mic?  Because I feel like I'm
16 already close and already shouting, or am I not --
17     MR. BELELIEU:  No.  No.  It's --
18     MR. QUAINTON:  You are coming -- you are coming
19 through very clearly.  I don't know if I'm coming
20 through well, but you are coming through just fine.
21     THE WITNESS:  I'm sorry.  Where was I going
22 with this?
23     So we -- we -- our training board initially was
24 a $200 access control system bought from Amazon.com.  We
25 have a few of those that we -- we still have in our

1  building, in our office.
2      Q  MR. QUAINTON:  When you say "bought from
3  Amazon.com, are they Amazon -- Amazon products?
4      A  They are not.  They're just available at
5  Amazon.com as a generic access control system that's
6  worth less than $200.
7      Q  Got it.
8      And you said you have a number -- several of
9  those types of devices.
10     A  Correct.
11     Q  Do you have any Amazon boards in the sense of
12 products that are manufactured or -- or -- or caused to
13 be manufactured by Amazon?
14     A  As the access control board, we don't.
15     Q  As a training -- as a training board of some
16 kind.
17     A  I am -- I'm not certain of Amazon Access
18 control system.  I don't believe so.  Actually, I know
19 we don't have an Amazon display board here.
20     Q  So -- so going back to, I guess, the first
21 three on your list -- I'm sorry -- just to close out the
22 Aiphone, is it -- do you do any training with respect to
23 the Ring intercom on the Aiphone training board?
24     A  Yes.
25     Q  And what's the nature of that training?

1      MR. BELELIEU:  Objection as to relevance.
2      Eden, what does -- what does Ring training have
3  to do with this case?
4      MR. QUAINTON:  Well, I think it's pretty clear,
5  but I don't want to get into -- you can make your
6  objection.  I'm going to ask my questions.
7      MR. BELELIEU:  Objection as to relevance and
8  scope.
9      THE WITNESS:  Answer?
10     MR. BELELIEU:  Yeah.
11     THE WITNESS:  The Ring intercom, the training
12 board that we have, our customer support group supports
13 Ring intercom CS, customer support; so we have to
14 provide basic visual training.  It's a DIY product.
15 It's a do-it-yourself product.  So if there are any
16 questions, we provide just high-level information before
17 it gets to a different level of technical support.  But
18 we have to provide some visual training for somewhat of
19 an integration between an intercom system and the Ring
20 intercom system.
21     Q  MR. QUAINTON:  Okay.  And the -- the Aiphone,
22 is that a U.S. manufactured -- is that -- is that -- to
23 your knowledge, is that -- is that marketed by a U.S.
24 company?
25     A  They have marketing here in the U.S.

1      Q  And are they marketed in Europe as well?
2      A  They are marketed in the -- in Europe as well.
3      Q  And so the -- sorry -- the training -- the
4  training board for the Aiphone is used to train --
5  who -- who is being trained in these -- in the --
6  through the training boards?
7      MR. BELELIEU:  Object to the form.
8      THE WITNESS:  Internal teams.
9      Q  MR. QUAINTON:  Okay.  So there are -- are there
10 any external ISPs that -- or representatives of ISPs who
11 would come to the Las Vegas offices for training?
12     A  Not that I'm aware of.
13     Q  Do you know when Key for Business first
14 acquired an Aiphone for training purposes?
15     A  I don't recall.
16     Q  And same question about privileged and
17 confidential communications.  Do you recall any
18 privileged and confidential communications relating to
19 the Aiphone?
20     A  Yes.
21     Q  Okay.  Do you -- do you know whether any
22 authorized representatives of Aiphone have come to the
23 Key for Business offices in Las Vegas?
24     A  I believe so.
25     Q  And would those representatives also be

MAGNA ▶
LEGAL SERVICES

1  on -- on this.
2      So if this was my first time seeing it, I would
3  probably have no recollection.  But because I did see
4  it, I did look at some of my meeting -- you know, like
5  my calendar invites, to when I was in San Jose and for
6  the purpose of why I was in San Jose at that time
7  period.
8      Q   Okay.  So just so we're clear, this chat
9  occurred on July 12, 2021.  So it -- it says the -- at
10  the top right-hand corner, that printout reads, earliest
11  item: 2021-7-12 at 17:16 and 50 seconds.  And the
12  latest item: 2021-7-12 17:18 and 37 seconds.  So
13  approximately two minutes between the first item --
14  actually, less than two minutes -- about a minute and a
15  half between the first item and the last -- the earlier
16  item and the last item.
17      And so you checked your calendar, and your
18  calendar confirmed that in -- around this date,
19  July 12th, you were in Sunnyvale at SJ13, you said, for
20  purposes of mimicking -- I think this is the word you
21  used -- mimicking the lab that you have in -- in -- that
22  you had in San -- that you had in Las Vegas in
23  Sunnyvale.
24      Did I get that right?
25      A   That was one of the reasons that I was there,

1  yes.
2      Q   So prior to July 12th, was there no lab
3  facility at all at -- in Sunny -- at SJ13 -- SJC13?
4      A   They did have that space.  I don't know if it
5  was necessarily called the lab.  But they did have that
6  secured space where, technically, you would have, like,
7  a lab.
8      Q   This is -- again, this is prior to July 12,
9  2021?
10     A   Correct.  They've had that space for -- I
11  would -- I would think around 2020.
12     Q   And do you know the kind of work that they --
13  that they had been doing, you know, before you went
14  there to mimic the Las Vegas lab?
15         MR. BELELIEU:  Object to the form.
16         THE WITNESS:  No.
17     Q   MR. QUAINTON:  So you said your -- your
18  recollection was refreshed as -- after you saw this and
19  you thought about it.
20         And so just going down a little bit,
21  Mr. Donovan says, you know, after he just corrects that
22  little typo, "black box," then he said:  (Reading) Okay.
23  I will find it tomorrow.
24         I had it before then -- I had it before.  It's
25  unclear how to read this.  But it says:  (Reading) I had

1  it before.  Then it was moved.  And now let me check
2  tomorrow.
3      And is it your recollection that the GateGuard
4  device had been on the seventh floor and then it was
5  moved down to the first floor where you said the lab was
6  and then was moved back to the seventh floor?  Is that
7  your recollection?
8      A   No.  I don't -- I don't know.  That's not my
9  recollection, but I don't recall.
10     Q   Okay.  Go ahead.  Sorry.
11     A   And I -- I -- I -- I don't recall actually
12  seeing a GateGuard, nor do I recall seeing a black box
13  that had "teneman" on the top.
14     Q   Do you recall taking any devices, any sort of
15  intercom devices, from the seventh floor at SJC13 down
16  to the lab space at -- on the first floor?
17     A   Most likely we -- we did take down some devices
18  from the seventh floor to the first floor.
19     Q   And do you recall whether you personally took
20  down some devices from the seventh floor to the first
21  floor?
22     A   Yes.  I personally recall taking down some
23  devices from the seventh floor to the first floor.
24     Q   Do you recall the make -- the make of any of
25  those devices?

1      A   No.
2      Q   Do you recall when it was that you took those
3  devices from the seventh floor down to the first floor?
4      A   No.
5      Q   Was it on the same -- so you looked at your
6  calendar notes and then -- did your notes indicate the
7  specific days that you went to -- to SJC13?
8      A   It did say how many days I was there.
9      Q   And these are days in July, specifically, that
10  you were looking for?
11     A   Correct.
12     Q   And do you recall how many days you were in
13  SJC13 in July?
14     A   My calendar is based off how many -- or what I
15  intend to stay there.  I don't recall.  I have to check
16  my airplane passes, if I was there for three days or --
17  or less.
18     Q   I see.  But -- so your -- your calendar
19  indicated that you were scheduled to be there for three
20  days.  Is that right?
21     A   I -- I believe so.  I -- I -- I don't recall
22  how -- I looked at it yesterday.  I just saw that I was
23  in SJC.
24     Q   And do you recall -- and was it on that trip
25  that you moved devices from the seventh floor to the