# EXHIBIT E

Page 65

```
 1              Amazon.com Services LLC, with its
 2              affiliates, Amazon.  These terms along
 3              with the Amazon.com privacy notice,
 4              https://www.amazon.com/privacy, are
 5              collectively referred to as the Agreement.
 6         BY MR. QUAINTON:
 7         Q.   Do you see that?
 8         A.   Yes.
 9         Q.   Do you understand that?
10         A.   Yes.
11         Q.   Okay.
12              What -- what -- what did you
13    understand when I read that?
14         A.   That they're trying to establish an
15    agreement between Amazon and FTERE.
16         Q.   Between Amazon and FTRE, okay, that's
17    -- that's what you understand.
18              MS. SANTORA:  Objection.
19         Q.   So let me go down and -- at the
20    bottom here.
21              Do you see where it says: Draw your
22    signature into the box below; do you see that?
23         A.   Yes.
24         Q.   It says Odalis Tiburcio; right?
25         A.   Yes.
```



Page 66

```
1          Q.   And that is your name; right?
2          A.   Yes.
3          Q.   Is that your signature?
4          A.   Nope.
5          Q.   So this -- the -- the -- the document
6     that I'm showing you, Amazon four-two- -- 00427
7     to 428, you've never seen this document before;
8     right?
9          A.   No.
10         Q.   And nobody ever asked you to sign
11    this document; right?
12         A.   No.
13              MS. SANTORA:  Objection.
14         Q.   Nobody ever gave you a tablet with
15    the -- and asked you to scroll through the
16    tablet and then sign somewhere on a tablet;
17    right?
18         A.   No.
19              MS. SANTORA:  Objection.
20              MR. QUAINTON:  Okay.  I'm going to
21         read this No. 4 here, where it says:
22         Disclaimer of Warranties.
23              Do you see that?
24              THE WITNESS:  Yes.
25              MR. QUAINTON:  Okay.  And I'm just
```

