# EXHIBIT F

Page 32

```
 1            A.    Some of them, yes.
 2            Q.    Have any tenants complained that
 3      their packages were missing?
 4                  MS. SANTORA:  Objection.
 5            A.    Yes.  Various.
 6            Q.    And have the tenants asked you to do
 7      anything with respect to those lost or stolen
 8      packages?
 9                  MS. SANTORA:  Objection.
10            A.    No.
11            Q.    Did -- have you informed Keith about
12      the -- any packages that were stolen or lost?
13                  MS. SANTORA:  Objection.
14            A.    No.
15            Q.    Now, after the Amazon Key was
16      installed -- or I'm sorry.  After the Amazon
17      black box was installed, were there any
18      problems with the intercom not working?
19                  MS. SANTORA:  Objection.
20            A.    It had never worked again.
21            Q.    And before the black -- Amazon black
22      box was installed, the intercom worked properly
23      before then; correct?
24                  MS. SANTORA:  Objection.
25            A.    Perfectly.
```



Page 11

1    you see a photograph.
2         I should -- do you see a -- do you
3    see a photograph in the middle of this document
4    of something that depicts a -- a black box with
5    a number of buttons or knobs on it?
6         MS. SANTORA:  Objection.
7         Mischaracterizes the document.
8    A.   Yes, sir.
9    Q.   Have you ever seen a device like this
10   before?
11   A.   Yes, sir.  They installed that there.
12   Q.   Okay.  When -- so let's take that
13   apart.  You say "they installed that there."
14        So can you tell me who installed the
15   device that you recognize in -- or a device
16   like the one you recognize in the photograph?
17        MS. SANTORA:  Objection.
18   A.   No, I don't know.  They told me that
19   they worked for Amazon.
20   Q.   Do you remember whether there was --
21   whether there were two people or three people
22   who -- who said that they worked for Amazon?
23        MS. SANTORA:  Objection.
24   A.   There were two.
25   Q.   Okay.



Page 12

1        How did those two people contact you?
2        A.   They knocked on my door.
3        Q.   And after they knocked on the door
4   what did you do?
5        A.   They said that they worked for Amazon
6   and they needed -- they need to have access to
7   the area without bothering anyone.
8        Q.   Okay.
9             When they asked for access to the
10  area, can you be more specific about the area
11  to which they wanted access?
12       MS. SANTORA:  Objection.
13       A.   They installed that outside of my
14  apartment in the hallway.  They used a white
15  wire because that box require electricity.
16       Q.   And that wire, where did that wire go
17  to?
18       MS. SANTORA:  Objection.
19       A.   To the box.
20       Q.   But from the box where did it go?
21       MS. SANTORA:  Objection.
22       A.   Oh, it -- it went to the intercom.
23       Q.   Okay.
24            And the -- the intercom that it went
25  to, was that on the outside of the building?



Page 28

```
1          Q.   Yes.  The one that says Amazon on the
2    back.
3          A.   Okay, sir.  Yes, sir.
4          Q.   Okay.
5               Is that Amazon black box, is that
6    still installed at 2701 Webb?
7          A.   Yes, sir.
8          Q.   Did anyone ever come to you and tell
9    you that that Amazon black box should be taken
10   out from the basement?
11               MS. SANTORA:  Objection.
12         A.   No, sir.
13         Q.   And after the Amazon black box was
14   installed, did anyone from Amazon contact you
15   to ask you whether you had approved the
16   installation of the Amazon black box?
17               MS. SANTORA:  Objection.
18         A.   No, sir.
19         Q.   Did anyone from any other company,
20   not Amazon but any other company, call you to
21   ask you whether you had approved the
22   installation of the Amazon black box?
23               MS. SANTORA:  Objection.
24         A.   No, sir.
25         Q.   Did -- after the Amazon black box was
```



Page 29

```
 1        installed, did anyone from Amazon call you to
 2        ask you if you were authorized to approve the
 3        installation of the Amazon black box?
 4                MS. SANTORA:  Objection.
 5        A.    No, sir.
 6                MR. QUAINTON:  My question was a
 7        little bit different, Jesse.
 8                THE INTERPRETER:  I'm sorry.  I -- I
 9        think you're right.  I'm sorry.
10                MR. QUAINTON:  It was just whether
11        anybody called him to ask whether he had
12        the authorization.
13                THE INTERPRETER:  Oh, okay.
14                MS. SANTORA:  Objection.
15                THE INTERPRETER:  Whether he had the
16        authorization.
17                MR. QUAINTON:  To install the black
18        box.
19                MS. SANTORA:  Objection.
20                MR. QUAINTON:  Not whether he
21        installed -- whether he had authorized it,
22        but did they ask him whether he had the
23        authorization.
24                MS. SANTORA:  Objection.
25                THE INTERPRETER:  Okay.
```



Page 32

```
 1            A.   Some of them, yes.
 2            Q.   Have any tenants complained that
 3       their packages were missing?
 4                 MS. SANTORA:  Objection.
 5            A.   Yes.  Various.
 6            Q.   And have the tenants asked you to do
 7       anything with respect to those lost or stolen
 8       packages?
 9                 MS. SANTORA:  Objection.
10            A.   No.
11            Q.   Did -- have you informed Keith about
12       the -- any packages that were stolen or lost?
13                 MS. SANTORA:  Objection.
14            A.   No.
15            Q.   Now, after the Amazon Key was
16       installed -- or I'm sorry.  After the Amazon
17       black box was installed, were there any
18       problems with the intercom not working?
19                 MS. SANTORA:  Objection.
20            A.   It had never worked again.
21            Q.   And before the black -- Amazon black
22       box was installed, the intercom worked properly
23       before then; correct?
24                 MS. SANTORA:  Objection.
25            A.   Perfectly.
```

