# EXHIBIT G

Page 18

1        A.    Oh, I don't know.  It would be in the ballpark

2   of 30 to 40 million bucks, maybe 50 million bucks.  I

3   can't remember.

4        Q.    And would that be for the most -- would that

5   be for, say, 2022?

6        A.    Probably be '21.  Yeah.  I don't know.

7   Probably '21.

8        Q.    Just a ballpark.  I am not going to hold you

9   to it.

10        A.    Yeah, '21, '22.

11        Q.    So '21, '22, that's about 30 million?

12        A.    Maybe.

13        Q.    And I think that growing on a steady basis?

14        A.    Yeah.  Gosh.  I honestly I can't remember the

15   financials. It was definitely meaninful money.

16        Q.    And that all those revenues, are they

17   generated solely by CLDR and Clear Pro combined?

18        A.    Well, no.  We have other -- underneath Clear

19   Home, we have other revenue streams as well.

20        Q.    But --

21        A.    I can't remember the number.

22        Q.    That's just -- those are Amazon generated

23   revenues, right?

24        A.    Yes.

25        Q.    And are those revenues, the 30 million that



Page 19

1   comes from Amazon, is that solely from DLDR and Clear

2   Pro?

3        A.   Yes.

4        Q.   But then you say Clear Pro has other

5   activities separate from DLDR and Clear Pro?

6        A.   Yes.

7        Q.   And what are those activities?

8        A.   We do installations for Live View, it's a

9   trailer security company.  We still do stuff for Ama --

10  or Direct TV stuff.  We still do -- we did some fiber

11  stuff.  Anyway, different things like that.

12       Q.   On the Amazon side, DLDR and Clear Pro, that's

13  exclusively KfB related, is that right?

14       A.   For Amazon, yes.

15       Q.   Are you doing anything with any ring devices?

16       A.   We may have a done a few different tests, you

17  know.  I mean we test different things for them here and

18  there, but nothing meaningful.

19       Q.   So when you say, we would test a few things

20  for them, would you -- did you ever test compatibility

21  of third party intercoms with an Amazon device such as

22  the KfB device?

23       A.   Would we test them?  No.  We never went out

24  and tested.  I mean, if we found a device we didn't know

25  how to install, then, we would, you know, work with them



Page 20

1  saying, hey, is there something here.  But, I mean,

2  these devices are so basic, they are not really

3  complicated.

4      Q.   So when you said that you would sometimes test

5  devices for Amazon in response to my question about ring

6  devices, what would --

7      A.   Let me back up.  I wouldn't say that we were

8  actually testing the physical device.  We would test the

9  viability of selling a product, or test the viability of

10 installing, you know.  We would help them come up with a

11 viability, saying, hey, we can actual sell 20 of these a

12 day or a sales rep can sell five of these a day.  And

13 then the installation would take ten minutes or 30

14 minutes.

15          You know, like, there were times they wanted

16 us to do the cameras, some different cameras outside of

17 home when they were trying to do a mesh network.  So

18 there are things like that.  So when would I say test,

19 it's not like, we don't have an R and D department or

20 anything like that that we would actually physically

21 test any of hardware or anything.  We never messed with

22 anything inside of the devices.  Our testing was purely,

23 is this a scaleable device or product to sell and

24 install.

25      Q.   Understood.



Page 21

1      A.    Yeah.

2      Q.    You know, that is helpful.  When you said you

3   referred to a mesh network, what is a mesh network?

4      A.    I am sorry.  I kind of opened a can of worms

5   here.  So they have a device where the cameras -- so

6   like the ring cameras that you have, they have a mesh

7   device that uses your home's wi-fi.  And then it

8   creates, they try to get one, you know, one here this

9   house, one here at this house to create a true mesh

10  network that would allow the air tags for, like, your

11  dogs or whatever.  So they are trying to create a mesh

12  network to where if you ever a lost a dog or something.

13  And so we helping them trying to say, hey, how hard is

14  it to sell a block worth of homes or give these cameras

15  away, or could we charge for the cameras or whatever.

16  So that's the kind of testing we would to help create

17  this mesh netword where people could put air tags on

18  their dogs, or their bike, or whatever, in this case

19  they ever got stolen you could find them, or lost.

20     Q.    So if I understand that that would mean, say,

21  the dog would have some kind of air tag, it could be

22  picked up by multiple different cameras in the

23  neighborhood?

24     A.    Yeah.

25     Q.    So you could track where the dog had gone, and



Page 22

1   find him that way, or her that way.  Is that --

2        A.   Correct.  And just to be clear, the homeowners

3   had to agree, saying, yes, we are willing to let this

4   camera be part this of this mesh network, right.  So --

5        Q.   Did you know if that ever achieved commercial

6   viability?

7        A.   No.  Not that I know of.

8        Q.   So just if we could just go to the

9   geographical focus of the business, is Clear Home -- now

10   I am just talking about in relation to Amazon, the

11   leaving aside the other aspects of your business.  But

12   just with Amazon, do you operate nationally for Amazon?

13        A.   Yes, we did.

14        Q.   And you also operate in New York, correct?

15        A.   Correct.

16        Q.   Just again, so just ballpark.  I am not going

17   to hold you to any, you know, precise number, but

18   approximately what percentage of your business is in,

19   let's just say, New York City versus the rest of the

20   country.

21        A.   I couldn't even tell you.  I mean, yeah.  I

22   couldn't tell you.  Sorry.

23        Q.   Would you qualify it as a significant

24   component of your business?

25        A.   We did a lot of work in New York, but we did a



Page 23

1   lot of everywhere.  It was a meaningful amount.  It was

2   a meaingful amount for sure.

3       Q.   You used the past tense of a meaningful

4   amount.  Does that mean that your work in New York is no

5   longer that significant?

6       A.   Yeah.  We, the KfC program, that we call it

7   has definitely minimized.  It is very small at this

8   point.

9       Q.   So the KfB program is small at this point?

10      A.   For us.

11      Q.   For you.  But you still have a significant

12  relationship with Amazon? Right?

13      A.   We do have a relationship with Amazon.

14      Q.   So what, and I thought you said that the DLBR

15  and Clear Pro were focused exclusively on the KfB

16  devices?

17      A.   No.  I didn't say they were exclusive on their

18  devices.

19      Q.   Oh, okay.  That is what I thought.  So what

20  else do DLBR and Clear Pro do other than marketing or

21  installing KfB devices?

22      A.   Yeah, so DLBR, we have a -- we do a tax

23  strategy business as well underneath the DLBR, the whole

24  thing, our sales reps would represent business, I think

25  that is DLBR.



Page 24

1            I apologize.  I got a bunch of different

2    companies and sometimes I don't know where the line is

3    but, so we sell a bunch of different through our sales

4    channels.  So with Amazon, we were selling a lot of it.

5    And I believe their funding got turned down, so that

6    starts ratcheting down.  So we go find another product.

7    So we are doing tax strategy stuff.

8            And Clear Pro, we do, you again, like I said

9    earlier, the Live View trailers.  We did.  We do the

10   fiber work, where we are laying -- we were looking at

11   fiber customers.  We are doing via sat installations

12   for, you know, homes, the satellite home internet for

13   people out in the rural areas.  And, anyway, so we do a

14   lot of different things.

15       Q.   I understand.  I guess what I am trying to

16   focus on is just the relationship with Amazon.  The

17   things that you mentioned, the Live Trailers, the Via

18   Sat, are you doing that for Amazon?

19       A.   No.

20       Q.   So I guess if we just take -- what about the

21   tax strategy business?  Are you doing that for Amazon?

22       A.   No.

23       Q.   So, if you take just snapshot of where we are

24   today, with DLBR and Clear Pro and the business that

25   they do with Amazon today.  What is the nature of the



Page 25

1  business they do for Amazon today?

2      A.    Yeah.  We do sell stuff for them over in

3  London, over in England, where we -- really all we do

4  today is installations. We don't really do much

5  acquisition for them right now.  Their funding is --

6  they cut a lot of their funding.

7      Q.    Okay.  When did that happen?  When did they

8  cut the funding?

9      A.    Probably two years ago, it started to taper

10 off so that, you know.

11     Q.    2022, is that right?

12     A.    I believe so.

13     Q.    It seems like there is something wrong with

14 that date.  Just getting old.

15          2022, okay.  So the KfB, when you say funding

16 tapered off, that meant -- what did you mean by that?

17     A.    Their funding, saying they didn't have the

18 money to still be able to acquire at the high level they

19 were.

20     Q.    Okay. So is it fair to say that your -- you

21 are still, sorry.

22          Let me backtrack, but you are still doing

23 installations for, directly for Amazon, or for other

24 channel partners?

25     A.    I mean even if it is other channel partners,



Page 26

1    it all comes through Amazon.  So we do a very small

2    amount.  We don't do a lot of business with Amazon

3    today.  It is very minimal.

4         Q.    Under a million dollars?

5         A.    Probably.  Maybe around a million bucks.  I

6    don't know.

7         Q.    And if we can call that in the sort of,  in

8    the hayday, it was up to 30 million.  Was that the

9    highest level of revenues you generated from your

10   relationship with Amazon?

11        A.    Could have been.  I can't remember exactly.

12   But it was a really meaningful number for sure.

13        Q.    All right.  And at the peak of that business

14   what percentage, and again just roughly, what percentage

15   of your overall revenues, you know your best year with

16   Amazaon.  What percentage of your overall revenues did

17   the Amazon revenues represent?

18        A.    It was probably close to 70, 80 percent.

19        Q.    And within that what percentage came from

20   customer acquisition through DLBR versus installation

21   through Clear Pro?

22        A.    Probably 70/30.  70 on the DLBR side and 30

23   percent on the installation side.

24        Q.    Now, it's fair to say that the amount that

25   DLBR would get for signing up any one building would be



Page 27

1   quite low, isn't that right?

2        A.   It all depended on how many -- it was all our

3   -- well, the pay change a lot.  But for the majority of

4   the time, it was based on how many doors were behind the

5   lock, how many apartments or, you know, we call them

6   doors, how many doors were behind the locked gate or

7   door entrance.

8        Q.   How much would you get, if you recall, how

9   much would you get per, you know, per door, if you will,

10  on average?

11       A.   It was between 9 and 12 bucks.

12       Q.   So, anyway, so call it ten.  I guess my

13  question would be to generate 30 million dollars, it's a

14  very high volume business, right?

15       A.   Yeah.  We sold a lot.  We did a lot of work.

16  We had hundreds of guys all over the country selling.

17       Q.   What has happened to those people?  I mean,

18  have they been able to find other jobs in Clear Home or

19  have they just moved on to other things?

20       A.   Yeah, we always come up with new campaigns.

21  We always find different things to sell.  And, of

22  course, some will always move on.

23       Q.   Right.  Okay.  So when, I guess going back to

24  the period when there was sort of a high volume of

25  sales, marketing activity of the KfB, did you personally



Page 28

1  get involved with reviewing any of the contracts that

2  were used to sign up customers?

3       A.    Are you asking for Amazon's paperwork or --

4       Q.    Yeah.  Sorry.  I am just, again unless I

5  specified otherwise I am just talking about Amazon.  I

6  guess specifically, let me ask.  There are two kinds of

7  documents I am interested in.  One is an installation

8  agreement and the other is a work order.

9            And so, just if we could start with the

10  installation agreement.  Are you familiar with what that

11  kind of document is?

12       A.    The installation agreement is the agreement

13  that we would have the customer sign.  That's the one

14  you are asking about?

15       Q.    Yes.

16       A.    Yeah.  I don't know if I have ever really

17  reviewed it other than Amazon said, hey, this is what we

18  need them to sign.

19       Q.    So how did that work, when yousaid Amazon said

20  we need them to -- them being -- who is the them in that

21  sentence?

22       A.    Yeah. In order for us to get paid, we had turn

23  in a signed agreement from the property.

24       Q.    Okay.  And what did you, where did you get the

25  document that was meant to be signed?



Page 57

1    today in, with Amazon, the customer acquisition business

2    I think you said that that is non-existent?  Is that

3    right or --

4         A.    It was very minimal.

5         Q.    Very minimal.  Okay.  But the installation,

6    there is still some level of installation activity?

7         A.    There is still some.  But I have -- I couldn't

8    even ballpark how much we are doing.  I haven't really

9    looked at that side of our business in probably a year.

10        Q.    I guess what my question is about the

11   servicing component on the installation side, do you

12   have any sense of, within that small that remains,

13   breakdown between servicing existing locations, existing

14   key locations and revenues from new installations?

15        A.    I don't know what that number would be.

16   Sorry.

17        Q.    Do you recall, you know, again back in the hay

18   day as we were calling it, do you recall whether there

19   was significant service revenue?

20        A.    I think it's -- I think it's.  I wouldn't say

21   meaningful, but it was okay.   I remember, you know,

22   there was, I mean there is also issues with technology,

23   you know, like.  For example, the biggest problem we

24   always had was somebody would go unplug our device.  So

25   we had to get creative to figure out ways to make it so

