November 19, 2024

<u>VIA ECF</u>

The Honorable Valerie Figueredo, U.S.M.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, NY 10007

  Re:  <u>*GateGuard, Inc. v. Amazon.com, Inc.*, No. 21 Civ. 9321 (JGK) (VF)</u>

Dear Judge Figueredo:

  As directed by the Court on September 13, 2024 (ECF No. 236), the parties respectfully submit this joint update on the status of their out-of-court mediation. The parties participated in a one-day mediation conference on November 12, 2024. The Honorable Henry Pitman (Ret.) served as the neutral. The mediation was unsuccessful.

  The parties respectfully request that the stay of discovery ordered by the Court on July 24, 2024 (ECF No. 213) remain in place pending resolution of Amazon's motion to dismiss, to deny class certification, and to strike the class allegations before Judge Koeltl (ECF No. 243). The parties respectfully wish to reserve the right to move the Court to lift the stay in advance of the resolution of Amazon's motion.

Respectfully submitted,

| | |
|---|---|
| */s/ Eden P. Quainton* | */s/ Anne M. Champion* |
| QUAINTON LAW, PLLC | GIBSON, DUNN & CRUTCHER LLP |
| Eden P. Quainton | Anne M. Champion |
| 2 Park Ave, 20th Floor | Christopher D. Belelieu |
| New York, NY 10016 | David P. Salant |
| Telephone: (212) 419-0575 | Marc Aaron Takagaki |
| Email: eden.quainton@quaintonlaw.net | 200 Park Avenue, 47th Floor |
| | New York, NY 10166 |
| *Counsel for Plaintiff* | Telephone: (212) 351-4000 |
| | Email: achampion@gibsondunn.com |
| |    cbeleliue@gibsondunn.com |
| |    dsalant@gibsondunn.com |
| |    mtakagaki@gibsondunn.com |
| | *Counsel for Defendants* |