**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 11/20/24

The relief request herein is GRANTED.
Discovery is stayed pending resolution of
Amazon's motion to dismiss, deny class
certification, and strike the class allegations.

November 19, 2024

VIA ECF

The Honorable Valerie Figueredo, U.S.M.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, NY 10007

Re:    *GateGuard, Inc. v. Amazon.com, Inc.*, No. 21 Civ. 9321 (JGK) (VF)

Dear Judge Figueredo:

        As directed by the Court on September 13, 2024 (ECF No. 236), the parties respectfully
submit this joint update on the status of their out-of-court mediation.  The parties participated
in a one-day mediation conference on November 12, 2024.  The Honorable Henry Pitman
(Ret.) served as the neutral.  The mediation was unsuccessful.

        The parties respectfully request that the stay of discovery ordered by the Court on July
24, 2024 (ECF No. 213) remain in place pending resolution of Amazon's motion to dismiss,
to deny class certification, and to strike the class allegations before Judge Koeltl (ECF No.
243).  The parties respectfully wish to reserve the right to move the Court to lift the stay in
advance of the resolution of Amazon's motion.

Respectfully submitted,

*/s/  Eden P. Quainton*
QUAINTON LAW, PLLC
Eden P. Quainton
2 Park Ave, 20th Floor
New York, NY 10016
Telephone: (212) 419-0575
Email: eden.quainton@quaintonlaw.net

*Counsel for Plaintiff*

*/s/  Anne M. Champion*
GIBSON, DUNN & CRUTCHER LLP
Anne M. Champion
Christopher D. Belelieu
David P. Salant
Marc Aaron Takagaki
200 Park Avenue, 47th Floor
New York, NY 10166
Telephone: (212) 351-4000
Email:  achampion@gibsondunn.com
             cbeleliue@gibsondunn.com
             dsalant@gibsondunn.com
             mtakagaki@gibsondunn.com

*Counsel for Defendants*