# EXHIBIT 3

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Civil Action No. 21-cv-9321 (JGK)
 5   ------------------------------------x
     GATEGUARD, INC.,
 6
                Plaintiff,
 7
 8
           - against -
 9
10
     AMAZON.COM, INC.,
11   AMAZON.COM SERVICES, INC.,
     AMAZON.COM SERVICES, LLC,
12   AMAZON LOGISTICS, INC.,
13              Defendants.
     ------------------------------------x
14              January 19, 2024
                9:49 a.m.
15
16
17       Videotaped Deposition of DAVID
18   TAXMAN, taken by Defendants, pursuant to
19   Notice, held at the offices of Gibson Dunn
20   & Crutcher LLP, 200 Park Avenue, New York,
21   New York, before Todd DeSimone, a
22   Registered Professional Reporter and Notary
23   Public of the State of New York.
24
25
```

Page 222

1            D. TAXMAN
2   or using our services, things like that,
3   but yeah, nothing came of it.
4        Q.    So you did testify earlier
5   about your on-boarding process and, you
6   know, you undertook some efforts to learn
7   about GateGuard's technology, correct?
8        A.    Yes.
9        Q.    And what did you do to learn
10  about GateGuard's hardware, meaning the
11  device, the GateGuard intercom device?
12       A.    You know, just working with Ari
13  and just him showing me how to use the
14  device, you know, just how to turn it on,
15  opening it up, looking at the insides of
16  it.  He had some educational materials that
17  I could read over, showed me how to install
18  the device, and troubleshooting, things
19  like that.
20       Q.    And do you know whether
21  GateGuard buys its intercoms fully
22  assembled?
23            MR. QUAINTON:  Objection.
24       A.    So I don't know the exact.  I
25  think it is bought like fully assembled,

```
                                              Page 223
 1                  D. TAXMAN
 2   but, yeah, like we're not -- once it is
 3   delivered to us, we're not like adding
 4   anything to it.
 5         Q.    That's what I'm asking.  You're
 6   not assembling the devices somewhere like
 7   in the U.S., right?
 8         A.    Right.
 9         Q.    Do you know where GateGuard
10   orders its devices from?
11              MR. QUAINTON:  Objection.
12         A.    I don't remember the exact name
13   of the manufacturing plant, but it's in
14   China.  I want to say it is like Techinaya
15   (phonetic).
16         Q.    I'm sorry, I can't help you out
17   there.
18         A.    I don't remember the name of
19   it, I have it written down somewhere and
20   their contact information, and Ari made a
21   quick, maybe a WhatsApp introduction to his
22   contact, but I haven't done anything
23   additional since.
24         Q.    So I think you testified
25   earlier that GateGuard is not currently
```

Page 393

CERTIFICATION

I, TODD DeSIMONE, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 22nd day of January, 2024.

*[signature: Todd DeSimone]*

TODD DESIMONE

\*   \*   \*