# EXHIBIT 4

US010142597B2

(12) **United States Patent**
Siminoff et al.

(10) Patent No.: **US 10,142,597 B2**
(45) Date of Patent: *****Nov. 27, 2018**

(54) **WIRELESS ENTRANCE COMMUNICATION DEVICE**

(71) Applicant: **Ring LLC**, Santa Monica, CA (US)

(72) Inventors: **James Siminoff**, Pacific Palisades, CA (US); **John Modestine**, Los Angeles, CA (US); **Changsoo Jeong**, Rancho Palos Verdes, CA (US)

(73) Assignee: **Amazon Technologies, Inc.**, Seattle, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/839,772**

(22) Filed: **Dec. 12, 2017**

(65) **Prior Publication Data**

US 2018/0103239 A1 Apr. 12, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 14/981,096, filed on Dec. 28, 2015, now Pat. No. 9,894,328, which is a continuation-in-part of application No. 14/499,828, filed on Sep. 29, 2014, now Pat. No. 9,584,775, which is a continuation-in-part of application No. 14/334,992, filed on Jul. 18, 2014.

(60) Provisional application No. 61/847,816, filed on Jul. 18, 2013.

(51) **Int. Cl.**
| | | |
|---|---|---|
| *H04N 7/18* | (2006.01) | |
| *H04M 1/02* | (2006.01) | |
| *H04M 11/02* | (2006.01) | |

(52) **U.S. Cl.**
CPC .......... *H04N 7/186* (2013.01); *H04M 1/0291* (2013.01); *H04M 11/025* (2013.01)

(58) **Field of Classification Search**
CPC ........................... H04N 7/186; H05B 37/0227
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,276,427 A * | 1/1994 | Peterson ............ | G08B 13/2494 340/506 |
| 2002/0135476 A1* | 9/2002 | McKinney, Jr. ... | H05B 37/0227 340/540 |
| 2007/0008081 A1 | 1/2007 | Tylicki et al. | |

(Continued)

*Primary Examiner* — Maria El-Zoobi
(74) *Attorney, Agent, or Firm* — Chong IP Law, LLP

(57) **ABSTRACT**

A device for communicating including a housing including a camera, a microphone, a speaker, a button, a battery, a sensor, non-volatile memory, a processor, and a wireless communications module, wherein the non-volatile memory stores code operable by the processor for switching the processor from low-power mode to active mode in response to an activation trigger, receiving, from the one of the microphone and the camera, outbound audio and video signals, then sending a signal to a server via the wireless communications module during active mode, the signal including one or more of an alert signal, a signal based on the outbound audio signal, and a signal based on the outbound video signal, receiving from the server an inbound audio signal and outputting a signal based on the inbound audio signal via the speaker, and switching the processor from active mode to low-power mode in response to a deactivation trigger.

**20 Claims, 43 Drawing Sheets**



**US 10,142,597 B2**

Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2010/0195810 A1* | 8/2010 | Mota ...................... | H04N 7/186 |
| | | | 379/167.12 |
| 2010/0225455 A1 | 9/2010 | Claiborne et al. | |
| 2014/0267716 A1 | 9/2014 | Child et al. | |
| 2015/0163463 A1 | 6/2015 | Hwang et al. | |
| 2016/0283074 A1* | 9/2016 | Drive ............... | G08B 13/19693 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



## FIG. 6A



## FIG. 6B



FIG. 7



FIG. 8



FIG. 9A



FIG. 9B



FIG. 10A



FIG. 10B



## FIG. 11A



## FIG. 11B



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



## FIG. 22



FIG. 23



FIG. 24



FIG. 25



## FIG. 26A



## FIG. 26B



# FIG. 27A



# FIG. 27B



FIG. 28A



FIG. 28B



FIG. 29



FIG. 30

U.S. Patent     Nov. 27, 2018     Sheet 31 of 43     US 10,142,597 B2



FIG. 31

U.S. Patent

Nov. 27, 2018

Sheet 32 of 43

US 10,142,597 B2



FIG. 32

U.S. Patent    Nov. 27, 2018    Sheet 33 of 43    US 10,142,597 B2



FIG. 33



FIG. 34



FIG. 35



**FIG. 36**



FIG. 37



FIG. 38



FIG. 39



FIG. 40



FIG. 41



FIG. 42



FIG. 43

US 10,142,597 B2

**1**

# WIRELESS ENTRANCE COMMUNICATION DEVICE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a Continuation of application Ser. No. 14/981,096 filed on Dec. 28, 2015, which is a Continuation In Part of U.S. Non-provisional application Ser. No. 14/499,828 filed Sep. 29, 2014, which is a Continuation In Part of U.S. Non-provisional application Ser. No. 14/334,922 filed Jul. 18, 2014, and claims the benefit of earlier filed U.S. Provisional Application No. 61/847,816, filed on Jul. 18, 2013, all of which are incorporated by reference herein in their entirety.

## BACKGROUND

Home safety is a concern for many homeowners and renters. Those seeking to protect or monitor their homes often wish to have video and audio communications with visitors, for example, those visiting an external door or entryway. Existing wireless intercom systems require installation and configuration of multiple devices placed throughout the home that must operate together. Wireless intercom systems that use Wi-Fi communication require hard wiring to a power source and are thereby limited in placement. Therefore, it may be desirable to have a door monitor that may operate independently and consumes reduced energy.

## SUMMARY OF DISCLOSURE

A device for communicating including a housing including a camera, a microphone, a speaker, a button, a battery, a sensor, non-volatile memory, a processor, and a wireless communications module, wherein the non-volatile memory stores code operable by the processor for switching the processor from low-power mode to active mode in response to an activation trigger, receiving, from the one of the microphone and the camera, outbound audio and video signals, then sending a signal to a server via the wireless communications module during active mode, the signal including one or more of an alert signal, a signal based on the outbound audio signal, and a signal based on the outbound video signal, receiving from the server an inbound audio signal and outputting a signal based on the inbound audio signal via the speaker, and switching the processor from active mode to low-power mode in response to a deactivation trigger.

In a first aspect, a method for a client device associated with a doorbell comprising a plurality of motion sensors, the method for modifying motion detection sensitivity of the doorbell is provided, the method comprising: displaying, on a graphical user interface (GUI) displayed on a display of the client device, a plurality of motion zones, wherein each of the motion zones represents a range of motion detection for a field of view of at least one of the motion sensors of the doorbell; receiving an input to adjust the range of motion detection of the motion sensors; determining whether any of the plurality of motion zones is selected for motion detection; and adjusting, based on the received input, the range of motion detection for at least a subset of the motion sensors that is associated with the selected motion zone or zones

In an embodiment of the first aspect, the method comprises receiving an input to save the adjusted motion detection range as a current motion detection sensitivity of the doorbell.

**2**

In another embodiment of the first aspect, the receiving the input to adjust the range comprises receiving an input to increase a distance within which the motion sensors detect motion.

In another embodiment of the first aspect, the receiving the input to adjust the range comprises receiving an input to decrease a distance within which the motion sensors detect motion.

In another embodiment of the first aspect, the method further comprises displaying, on the GUI, a slider for adjusting the range, and wherein receiving the input to adjust the range comprises receiving movement of the slider.

In another embodiment of the first aspect, the selected motion zone or zones are displayed differently on the GUI than unselected motion zones.

In another embodiment of the first aspect, the selected motion zone or zones are displayed in a darker color on the GUI and unselected motion zones are displayed in a lighter color on the GUI.

In another embodiment of the first aspect, the plurality of motion zones comprises displaying, on the GUI, a diagram comprising boundary lines that separate the motion zones and each motion zone is enumerated with a unique zone number.

In another embodiment of the first aspect, the diagram further comprises an indicator for each of the motion zones, the indicator for indicating whether the motion zone is selected or unselected.

In another embodiment of the first aspect, the adjusting the range of motion detection of motion sensors that are associated with the selected motion zone or zones comprises adjusting a motion detection distance from the doorbell for each motion sensor that is associated with the selected motion zone or zones.

In another embodiment of the first aspect, the client device receives a motion alert from each motion sensor that is associated with the selected motion zone or zones when the motion sensor detects motion within the motion detection range of the motion sensor.

In another embodiment of the first aspect, the method further comprises receiving an input to select one of the unselected motion zones.

In a second aspect, an non-transitory machine-readable medium of a client device associated with a doorbell comprising video camera and a plurality of motion sensors is provided, the non-transitory machine-readable medium storing a program executable by at least one processing unit of the client device, the program comprising sets of instructions for: displaying, on a graphical user interface (GUI) displayed on a display of the client device, a plurality of motion zones, wherein each of the motion zones represents a range of motion detection for a field of view of at least one of the motion sensors of the doorbell, and wherein when any of the motion sensors detects motion within the motion detection range of the motion sensor, the camera starts capturing video images of an area within a field of view of the video camera; receiving an input to increase the range of motion detection of the motion sensors; determining whether any of the plurality of motion zones is selected for motion detection; and increasing, based on the received input, the range of motion detection for at least a subset of the motion sensors that is associated with the selected motion zone or zones.

In an embodiment of the second aspect, the plurality of motion sensors comprises at least one Passive Infrared (PIR) motion sensor.

US 10,142,597 B2

3

In another embodiment of the second aspect, the program further comprises a set of instructions for receiving an input to save the adjusted motion detection range as a current motion detection sensitivity of the doorbell.

In another embodiment of the second aspect, the program further comprises a set of instructions for displaying, on the GUI, numbers that are indicative of minimum and maximum motion detection ranges of the motion sensors.

In another embodiment of the second aspect, the program further comprises a set of instructions for receiving an input to decrease the range of motion detection of the motion sensors.

In another embodiment of the second aspect, the set of instructions for receiving the input to adjust the range comprises sets of instructions for: displaying, on the GUI, a slider for adjusting the range; and receiving movement of the slider.

In another embodiment of the second aspect, the set of instructions for displaying the plurality of motion zones comprises a set of instructions for displaying, on the GUI, a diagram comprising boundary lines that separate the motion zones and each motion zone is enumerated with a unique zone number.

In another embodiment of the second aspect, the program further comprises a set of instructions for receiving a motion alert from each motion sensor that is associated with a selected motion zone when the motion sensor detects motion within the motion detection range of the motion sensor.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a front view of Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **2** is a side view of Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **3** is an exploded view of Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **4** is a back view of Wireless Communication Doorbell without the Mounting Plate according to an aspect of the present disclosure.

FIG. **5** is a front perspective view of Wireless Communication Doorbell and Mounting Plate according to an aspect of the present disclosure.

FIG. **6***a* is a top view of Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **6***b* is a bottom view of Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **7** is a back view of Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **8** is a cross sectional view from the side of the Camera Ball Assembly and Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **9***a* is front perspective view of the Camera Ball Assembly and Clear Dome according to an aspect of the present disclosure.

FIG. **9***b* is a front perspective view of the Camera Ball Assembly coupled to Clear Dome according to an aspect of the present disclosure.

FIG. **10***a* is a cross sectional view from the side of Camera Assembly within Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **10***b* is a cross sectional view from the side of Camera Assembly within Wireless Communication Doorbell according to an aspect of the present disclosure.

4

FIG. **11***a* is a cross sectional view from above of Camera Assembly within Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **11***b* is a cross sectional view from above of Camera Assembly within Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **12** is an entity relationship diagram displaying components and multiple devices in communication according to the system and method of present disclosure.

FIG. **13** is a process flow diagram describing the steps involved in connecting Wireless Communication Doorbell **61** to a wireless network according to the system and method of present disclosure.

FIG. **14** is a process flow describing the transmission of data to and from Wireless Communication Device to a Smart Device according to the system and method of present disclosure.

FIG. **15** is a diagram displaying multiple devices in communication according to the system and method of present disclosure.

FIG. **16** is a process flow diagram regarding the use and functions associated with Third Party Doorbell Chime **59** according to an aspect of the present disclosure.

FIG. **17** is a process flow describing the steps involved in performing speech recognition to acknowledge Visitors and route them to the appropriate User.

FIG. **18** is a process flow describing the steps involved in performing facial recognition to acknowledge Visitors and route them to the appropriate User.

FIG. **19** displays a process flow for utilizing the components of Wireless Communication Doorbell **61** to connect User **62** to a child.

FIG. **20** is a front view of Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **21** is a back view of Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **22** is a side view of Wireless Communication Doorbell attached to the Mounting Bracket according to an aspect of the present disclosure.

FIG. **23** is cross sectional side view of Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **24** is an exploded view of the Wireless Communication Doorbell and the Mounting Bracket according to an aspect of the present disclosure.

FIG. **25** is a back view of the Mounting Bracket according to an aspect of the present disclosure.

FIG. **26***a* is a top view of the Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **26***b* is a bottom view of the Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **27***a* is top view of the Passive Infrared Sensor Holder according to an aspect of the present disclosure.

FIG. **27***b* is a front view of the Passive Infrared Sensor Holder according to an aspect of the present disclosure.

FIG. **28***a* is a top view of the Passive Infrared Sensor Assembly according to an aspect of the present disclosure.

FIG. **28***b* is a front view of the Passive Infrared Sensor Assembly according to an aspect of the present disclosure.

FIG. **29** is a top view of the Passive Infrared Sensor Assembly and Passive Infrared Sensor field of view according to an aspect of the present disclosure.

FIG. **30** an entity relationship diagram displaying components and multiple devices in communication according to the system and method of present disclosure.

FIG. **31** is a flowchart showing operation of one aspect of the present disclosure.

5

FIG. **32** is a flowchart showing operation of one aspect of the present disclosure.

FIG. **33** is a flowchart showing operation of one aspect of the present disclosure.

FIGS. **34-40** are screenshots of a graphical user interface for modifying settings of the Wireless Communication Doorbell according to an aspect of the present disclosure.

FIG. **41** is a flowchart showing operation of one aspect of the present disclosure.

FIG. **42** is a functional block diagram of a client device on which the present embodiments may be implemented according to various aspects of the present disclosure.

FIG. **43** is a diagram displaying a general purpose computer on which the system and method of the present disclosure may be implemented according to an aspect of present disclosure.

DETAILED DESCRIPTION

FIG. **1** shows a front view of the Wireless Communication Doorbell **61** according to an aspect of present disclosure. The Wireless Communication Doorbell **61** may have Faceplate **1** mounted to Housing **5**. Faceplate **1** may be but not limited to brushed aluminum, stainless steel, wood or plastic. Faceplate **1** may contain Perforated Pattern **4** oriented to allow sound to travel in and out of Housing **5** to Microphone **21** and from Speaker **20**. Faceplate **1** may be convex and include Button Aperture **3** to allow Button **11** and Light Pipe **10** to mount flush to Faceplate **1**. Button **11** and Light Pipe **10** may have convex profiles to match the convex profile of Faceplate **1**. Button **11** may be coupled to Housing **5** and may have a stem that protrudes through Housing **5**, so Button **11** may make contact with Button Actuator **12** when Button **11** is pressed by Visitor **63**. When Button **11** is pressed and makes initial contact with Button Actuator **12**, Button Actuator **12** may activate or "wake" components within Wireless Communication Doorbell **61** such as Surface Mount LEDs **9**. When Button **11** is pressed, Button Actuator **12** may trigger the activation of Surface Mount LED's **9**, mounted to Microcontroller **22** within Housing **5**, to illuminate Light Pipe **10**. Light Pipe **10** is a transparent ring that encases Button **11**. Light Pipe **10** may be any material capable of projecting light, such as transparent plastic, from Surface Mount LEDs **9** out to exterior front face of Wireless Communication Doorbell **61**. In one aspect, Faceplate **1** may have multiple Button **11**'s, each of which may contact a different User **62**, in the case of multiple tenant facilities.

Still referencing FIG. **1**, Wireless Communication Doorbell **61** may be triggered to wake through Infrared Sensor **42**, installed within Housing **5**. Infrared Sensor **42** may trigger Camera **18** to record live video or still images of Visitor **63** when Visitor **63** crosses the path of the Infrared Sensor **42**. Faceplate Dome Aperture **2**, located on the front face of Faceplate **1**, allows Clear Dome **13** to protrude from the interior of Housing **5**. Clear Dome **13** is a transparent dome shaped component, made of injection molded plastic, glass, or any other material with transparent characteristics. Clear Dome **13** couples to the interior of Housing **5** using screws, fasteners or adhesives, and protrudes through Housing **5** Dome Aperture **6**. Camera Ball Assembly **15** may sit within Clear Dome **13** concentrically and share the same origin. Camera Ball Assembly **15** may be smaller in diameter compared to Clear Dome **13**, allowing Camera Ball Assembly **15** to rotate and pivot in any direction. Clear Dome **13** protects Camera Ball Assembly **15** against weather elements such as rain and snow. Clear Dome **13** may be transparent

6

to allow for Camera **18**, mounted within Camera Ball Assembly **15** to view Visitors **63**. Night Vision LEDs **19**, also mounted with Camera Ball Assembly **15** may be activated by Microcontroller **22**, depending on the time of day, to help illuminate the area in front of Wireless Communication Doorbell **61**.

FIG. **2** is a side profile of Wireless Communication Doorbell **61** according to an aspect of the present disclosure. Faceplate **1** may extend around the side of Housing **5**, and may be coupled to Housing **5** at the rear of the device. As described in further detail in FIG. **3**, Faceplate **1** may be inset into Housing **5** so the top of housing **5** transitions flush into Faceplate **1**. Faceplate Dome Aperture **2** allows Camera Assembly **15** and Clear Dome **13** protrude out over Housing **5** and Faceplate **1** to provide maximum visibility. Housing **5** may contain the inset depth required to encase Housing Enclosure **28** and Mounting Plate **35** when all components are coupled together. In this aspect, when Wireless Communication Doorbell **61** is mounted to a mountable surface, Wireless Communication Doorbell **61** sits flush with the surface.

FIG. **3** is an exploded view of Wireless Communication Doorbell **61** according to an aspect of the present disclosure. Faceplate **1** and Housing Enclosure **28** may couple to Housing **5** using fasteners, screws or adhesives. Mounting Plate **35** may be mounted to a mountable surface such as wood, concrete, stucco, brick and vinyl siding using fasteners, screws, or adhesives. The assembly consisting of Faceplate **1**, Housing **5** and Housing Enclosure **28** may then be coupled to Mounting Plate **35** using fasteners, screws, or adhesives. As shown in FIG. **2**, Housing **5** may contain the inset depth required to encase Housing Enclosure **28** and Mounting Plate **35** when all components are coupled together. In this aspect, when Wireless Communication Doorbell **61** is mounted to a mountable surface, Wireless Communication Doorbell **61** sits flush with the surface.

Still referencing FIG. **3**, Faceplate **1** may extend around the side of Housing **5**, and may be coupled to Housing **5** at the rear of the device using fasteners, screws or adhesives. Housing **5** may have a protruding lip on the top surface so that Faceplate **1** sits below said protruding lip. Faceplate **1** may contain Perforated Pattern **4** positioned to allow audio to be transmitted via Audio Apertures **7**. Housing **5** may have Audio Apertures **7** oriented on the front face of Housing **5** to allow audio to be emitted to and from Speaker **20** and Microphone **21**. Housing Dome Aperture **6** may be located on the front face of Housing **5** to allow Clear Dome **13** and Camera Assembly **15** to protrude through Housing **5**. Housing Dome Aperture **6** may be positioned on the front face of Housing **5** to line up with Faceplate Dome Aperture **2**, to allow Clear Dome **13** and Camera Assembly **15** to protrude through Housing **5**. Light Pipe **10** and Button **11** may be mounted to the front face of Housing **5**, and may be oriented so it may protrude through Button Aperture **3** on Faceplate **1**.

FIG. **4** shows a back view of Wireless Communication Doorbell **61** without Mounting Plate **35**, according to an aspect of the present disclosure. In this view Housing Enclosure **28** is set into Housing **5**, which protects Wireless Communication Doorbell **61** from weather elements. Housing Enclosure **28** may be coupled to Housing **5** using screws, fasteners, or adhesives.

Housing Enclosure **28** contains USB Input Port **29** that provides access to Micro USB Input **26**. Micro USB Input **26** is mounted within Housing **5** and charges Battery **24** (not shown in FIG. **3**) when a Micro USB connector (not shown) providing power, is plugged into Micro USB Input **26**.

7

Micro USB Input **26** may be used to install software onto Flash Memory **45**, RAM **46** and ROM **47** (shown in FIG. **12**). In one aspect of the present disclosure, Micro USB Input **26** may be but not limited to a USB port, audio jack, ac adapter or any other input capable of transferring power and or data to Wireless Communication Doorbell **61**.

Housing Enclosure **28** may provide access to Reset Button **25**, located within Housing **5**. Reset Button **25** may protrude through Reset Button Port **30**, positioned on an exterior face of Housing Enclosure **28**. Reset Button **25** may allow User **62** to remove settings associated to User **62**, such as User's Network **65** credentials, account settings and unique identifying information such as User **62**'s ip address. In reference to FIG. **12**, Reset Button **25** is connected to Microcontroller **22**, located within Housing **5**. When Reset Button **25** is pressed by User **62**, Microcontroller **22** may be triggered to erase any data stored by User **62** in Flash Memory **45**, RAM **46** and ROM **47**, such as doorbell audio chimes, audio messages and any other audio data. In this aspect, Microcontroller **22** may disconnect Communications **20** Module **23** from User's Network **65**, disabling any wireless communication to and from Wireless Communication Doorbell **61** to Smart Device **54**.

Still referencing FIG. **4**, User **62** may be able to manually rotate Camera **18** in the direction of their choice prior to mounting Wireless Communication Doorbell **61** to Mounting Plate **35**. Camera **18** is mounted within Camera Ball Assembly **15**, which is located within Housing **5**. As explained in further detail in FIG. **9** and FIG. **11**, when fastened to Housing **5**, Housing Enclosure **28** may be arranged against the backside of Camera Assembly **15**, mimicking the spherical profile of Camera Assembly **15** to allow for concentric mating. Housing Enclosure **28** may feature Rotation Dimple Access Port **32**, which allows User **62** to access Camera Ball Assembly Rotation Dimple **17**. Camera Ball Assembly Rotation Dimple **17** is embodied on the back of Camera Ball Assembly **15** and protrudes through Rotation Dimple Access Port **32** to allow access to User **62**. Camera Ball Assembly Rotation Dimple **17** is a protruding body that acts like a handle to allow User **62** to rotate Camera Ball Assembly **15** about within Housing **5**.

As shown in FIG. **4** through FIG. **7**, Wireless Communication Doorbell **61** may be locked in place by Hex Screw **43**, which may protrude through Hex Key Port **8** (shown in FIG. **7**) positioned on the bottom surface of Housing **5**. Hex Screw **43** may protrude through Hex Key Port **8**, and wedge Mounting Plate Lip **33** of Mounting Plate **35** (shown in FIG. **7**) up against the bottom of Housing Enclosure **28**, locking the entire assembly in place. Hex Screw **43** may be any type of fastener capable of securing Mounting Plate **35** to Housing **5** such as but not limited to allen key bolts, carriage bolts, phillips head screws, flat head screws, socket screws and torx screws amongst other screw sets.

In reference to FIG. **4** and FIG. **5**, Wireless Communication Doorbell **61** may be continually powered or charged by hard-wiring Wireless Communication Doorbell **61** directly to Electrical Wiring **60**, such as to an AC or DC electrical circuit. In this aspect, Electrical Wiring **60**, drawing power from the building that Wireless Communication Doorbell **61** may be mounted to, must be present. This connection is made by sending an electric current from Electrical Wiring **60** to Conductive Prongs **27**, located within Housing **5**. Conductive Prongs **27** protrude through Conductive Prong Port **31** on Housing Enclosure **28**. Conductive Prongs **27** are flexible contacts that may be any material capable of transferring an electric current to Battery **24**, when in contact with another conductive surface holding an electric charge.

8

FIG. **5** shows a front perspective view of Wireless Communication Doorbell **61** and Mounting Plate **35** according to an aspect of the present disclosure. Mounting Plate **35** may be any material capable of supporting Wireless Communication Doorbell **61** such as plastic, metal or wood. Mounting Plate **35** may have multiple Mounting Plate Screw Ports **36**, to allow user **62** to securely mount Mounting Plate **35** to an exterior surface using fasteners such as screws, bolts or nails. In a preferred embodiment, the exterior surface that Mounting Plate **35** is mounted to may be adjacent to an exterior door of a building. When Mounting Plate **35** is secured to a surface, Wireless Communication Doorbell **61** may couple to Mounting Plate **61** by inserting Mounting Plate Extrusions **37**, positioned atop of Mounting Plate **35**, into apertures positioned atop of Housing **5**. Mounting Plate Lip **33**, positioned on the bottom of Mounting Plate **35** may then be wedged up against the bottom of Housing **5** by pressure applied by the insertion of Hex Screw **43** into Hex Key Port **8**.

In reference to FIGS. **4** and **5**, if User **62** powers and or charges Wireless Communication Doorbell **61** using Electrical Wiring **60**, Wire Access Port **38** may provide an aperture to run Electrical Wiring **60** from mounting surface to connect to Conductive Screws **41**. Wire Guides **39**, designed as a component of Mounting Plate **35**, may protrude on adjacent sides of Wire Access Port **38** and provide a track to guide Electrical Wires **60** up to Conductive Screws **41**, which may be secured near the top of Mounting Plate **35**. User **62** may wrap Electrical Wires **60** around Conductive Screws **41**, transferring electric current to Conductive Fittings **41**. Conductive Fittings **41** are fastened to Mounting Plate **35** using screws, fasteners or adhesives. Conductive Fittings **41** may make direct contact with Conductive Plate **40**, transferring electric current to Conductive Plate **40**. When Wireless Communication Doorbell **61** is mounted to Mounting Plate **35**, Conductive Plate **40** makes direct contact with Conductive Prongs **27**, which protrudes through Conductive Prong Port located on the back face of Housing Enclosure **28**. Direct contact between Conductive Plate **40** and Conductive Prongs **27** may result in the electric current derived from Electrical Wiring **60** being delivered to Conductive Prongs **27**, which may provide electricity to charge or power Wireless Communication Doorbell **61**.

FIG. **6a** shows a top view of Wireless Communication Doorbell **61** according to an aspect of present disclosure. As described above in reference to FIG. **1**, Housing **5** and Faceplate **1** may have a convex shape. Housing **5** is not limited to this profile, as all components described herein may be arranged within housings with other profiles, such as concave or flat. Housing **5** may have a protruding lip on the top surface so that Faceplate **1** sits below said protruding lip. In one aspect of the present disclosure, Faceplate **1** may be positioned to rest above Housing **5**, as so the transition from housing **5** to Faceplate is not flush. The lip created may prevent water or other weather elements from flowing over Faceplate **1**. In this aspect, Housing **5** may contain an inset trough, positioned atop Housing **5**, to channel water flow around the sides of Wireless Communication Doorbell **61**.

FIG. **6b** shows a bottom view of Wireless Communication Doorbell **61** according to an aspect of present disclosure. In this view, the bottom of the Wireless Communication Doorbell **50** features Hex Key Port **8**. Hex Key Port **8** may couple Housing **5** to Mounting Plate **35**, when Hex Screw **43** is securely fastened through Hex Key Port **8**. Faceplate **1** may wrap around the front and sides of Housing **5**, and may be secured to the back of Housing **5** using screws, fasteners or adhesive. In one non limiting aspect of the present disclo-

US 10,142,597 B2

**9**

sure, Faceplate **1** may be removed, and faceplates of different colors or materials may replace Faceplate **1** on Housing **5**.

FIG. **7** shows a back perspective view of Wireless Communication Doorbell **61** coupled to Mounting Plate **35**, according to an aspect of present disclosure. As described above in FIG. **6**b, Faceplate **1** wraps around the back of Housing **5** and is secured using screws or fasteners. In one aspect of the present disclosure, Faceplate **1** may be adhered to Housing **5** without using fasteners. Faceplate **1** may be magnetically adhered, glued, or snapped onto Housing **5** without the need to wrap Faceplate **1** around the back of Housing **5**.

Mounting Plate **35** may have multiple Mounting Plate Screw Ports **36**, to allow user **62** to securely install Mounting Plate **35** to an exterior surface using fasteners, screws or adhesives. In one aspect, Mounting Plate **35** sits inside Housing **5** when Wireless Communication Doorbell **61** is mounted to Mounting Plate **35**, so Wireless Communication Doorbell **61** sits flush against the User **62**'s preferred mounting surface such as a doorway, wall or an exterior or a structure. Hex Screw **43** may be fastened through Hex Key Port on the bottom of Housing **5** and tightened up against the bottom of Mounting Plate **35** to secure Wireless Communication Doorbell **61**. Wire Access Port **38** may have Wire Guides **39** protruding from adjacent side walls of Wire Access Port **38** to assist in guiding Electrical Wires **60** up to Conductive Fittings **41** (shown in FIG. **5**).

FIG. **8** displays a section view of Wireless Communication Doorbell according to an aspect of present disclosure. Housing **5** may be made of any non porous material, such as injection molded plastic, milled aluminum, metal or wood. Housing **5** may be capable of protecting all components within Wireless Communication Doorbell **61** from weather elements, without limiting the functionality of the components. Housing **5** may have Audio Aperture **7** to allow for audio emitted from Visitor **63** to be received by Microphone **21**, as well as Audio Aperture **7** for emitting audio through Speaker **20** to Visitor **63**. If Faceplate **1** is mounted to Housing **5**, Faceplate **1** may have Perforated Pattern **4** that channels sound to and from the Wireless Communication Doorbell **61**. Microphone **21** and Speaker **20** are mounted within Housing **5** and are connected to Microcontroller **22**. Audio data is received wirelessly by Wireless Communication Doorbell **61** and processed by Communications Module **23** and Microcontroller **22**. Microcontroller may then send the audio signal to Speaker **20** where it is then delivered to Visitor **63**. When Visitor **63** responds, the audio is received by Microphone **21** and Microcontroller **22**, processed and transmitted wirelessly by Communications Module **23**.

Housing **5** may contain an inset portion on the exterior front face, positioned to align with Button Aperture **3** on Faceplate **1**. Button **11** and Led Light Pipe **10** may be mounted within the inset portion and protrude through Button Aperture **3**. Button **11** may have an extruded stem on the back face, which may protrude through Housing **5**, and make contact with Button Actuator **12** when pressed by Visitor **63**. Button Actuator **12** may be mounted to Microcontroller **22** within Housing **5**, and when activated may trigger multiple components within Wireless Communication Doorbell **61** to activate. Such components include the activation of Camera **18**, Night Vision LEDs **19**, Communications Module **23**, Speaker **20**, Microphone **21**, and Surface Mount LEDs **9**. Surface Mount LEDs **9** are mounted to Microcontroller **22**, upon activation, they illuminate Light Pipe **10** which protrudes through Button Aperture **3** along with Button **11**. Light Pipe **10** is an extruded transparent ring

**10**

that encases Button **11**. Light Pipe **10** may be any material capable of projecting light, such as glass or transparent plastic, from Surface Mount LEDs **9** out to exterior front face of Wireless Communication Doorbell **61**. Surface Mount LEDs **9** may indicate several things to Visitor **63** and User **62**. Surface Mount LEDs **9** may light up upon activation or stay illuminated continuously. In one aspect, Surface Mount LEDs **9** may change color to indicate that Button **11** has been pressed. Surface Mount LEDs **9** may also indicate that Battery **24** is being charged, charging has been completed, or that Battery **24** is low. Surface Mount LEDs **9** may indicate that connection to User's Network **65** is good, limited, poor, or not connected amongst other conditions. Surface Mount LEDs **9** may be used to guide User **62** through setup or installation steps using visual cues, potentially coupled with audio cues emitted from Speaker **20**.

Microcontroller **22** is mounted within Housing **5** using fasteners, screws or adhesive. Microcontroller **22** is a small computer on a single integrated circuit containing a processor core, memory, and programmable input/output peripherals. In one non limiting example, Microcontroller **22** may be an off the shelf component such as the GS1101MIPS by Gainspan. Microcontroller **22** may have processors on board, or coupled thereto assist in the compression and conversion of audio and video. Microcontroller **22** may also have or be coupled to Flash Memory **45** and RAM **46** (shown in FIG. **11**) to install and execute software which may be delivered or updated through Micro USB Input **26**. Communications Module **23** may be embedded or coupled to Microcontroller **22**, allowing for data derived from Microcontroller **22** to be sent out wirelessly.

Battery **24** may be mounted within Housing **5** and provide power to any components needing power within Wireless Communication Doorbell **61**. Battery **24** may be a single or multi-celled battery, which may be rechargeable such as rechargeable lithium ion batteries or rechargeable nickelmetal hydride batteries. In this aspect, Battery **24** may be recharged via Micro USB Input **26** (shown in FIG. **4**). Micro USB Input **26** is mounted within Housing **5** and protrudes out of USB Input Port **29**, located on an exterior surface of Housing Enclosure **28**. Battery **24** may also be charged from drawing power from Electrical Wiring **60**, derived from the building that Wireless Communication Doorbell **61** may be mounted to. In this aspect and explained in further detail in FIG. **5**, when Wireless Communication Doorbell **61** is mounted to Mounting Plate **35**, Conductive Plate **40** may make direct contact with Conductive Prongs **27**, thus transferring electric current to Conductive Prongs **27**. Conductive Prongs **27** may be located within Housing **5**, and protrude through Conductive Prong Port **31**, located on an exterior face of Housing Enclosure **28**. When charged with an electric current, Conductive Prongs **27** may charge Battery **24** or directly power components within Wireless Communication Doorbell **61**.

Still referencing FIG. **8**, Housing **5** may contain Housing Dome Aperture **6**, which allows Camera Ball Assembly **15** and Clear Dome **13** to protrude out from within Housing **5**. Clear Dome **13** may be secured to Housing **5** using fasteners, screws or adhesive. Clear Dome **13** may be any material that has transparent characteristics such as clear plastic or glass. Camera Ball Assembly **15** may reside within Clear Dome **13** and may be a hollow plastic housing containing Camera **18** and Night Vision LEDs **19**. Camera **18** may record still or moving video, (e.g. anyone who activates Wireless Communication Doorbell **61** by pressing Button **8**, or triggering Infrared Sensor **42**). Camera **18** may send the recorded video or images to Microcontroller **22**, to be sent to Smart Device

US 10,142,597 B2

**11**

54 and Database 64 via Communications Module 23. Night Vision LEDs 19 (shown in FIG. 9a) may be activated by Microcontroller 22, depending on the time of day, to help illuminate the area in front of Wireless Communication Doorbell 61 when necessary. Microcontroller 22 may illuminate Night Vision LEDs 19 using a timer, which may trigger Night Vision LEDs 19 to turn on or off at a certain time each day. In one aspect of the present disclosure, Night Vision LEDs 19 may be triggered by a light sensor (not shown) mounted within Housing 5. In this aspect, when the absence of light is detected by said light sensor, the sensor may notify Microcontroller 22, which would trigger the activation of Night Vision LEDs 19.

Camera Ball Assembly 15 may contain Camera Ball Rotation Dimple 17. Camera Ball Assembly Rotation Dimple 17 is a physical input located on the back exterior face of Camera Ball Assembly 15. Camera Ball Assembly Rotation Dimple 17 may be used to accumulate leverage to rotate Camera Ball Assembly 15 within Housing 5. As explained in further detail in FIGS. 10a and 10b, pushing down on Camera Ball Assembly Rotation Dimple 17 allows Camera Ball Assembly 15 to be rotated vertically, pointing Camera 18 up, and vice versa. Camera Ball Assembly Rotation Dimple 17 may be accessed via Rotation Dimple Access Port 32 located on the back of Housing Enclosure 28. Housing Enclosure 28 is coupled to Housing 5 using screws, fasteners or adhesive.

FIGS. 9a and 9b displays Camera Assembly 15 and Clear Dome 13 according to aspect of the present disclosure. Camera Assembly 15 may be a hollow, spherical assembly that houses Camera 18 and Night Vision LED's 19. Night Vision LED's may be coupled to Camera 18 and Microcontroller 22, and illuminate the area surrounding the Wireless Communication Doorbell 61. The said illumination may provide User 62 the visibility necessary to see Visitor 63 through Camera 18 at night or when visibility is poor.

Camera Ball Assembly 15 may contain Camera Ball Assembly Track Pins 16 protruding from adjacent exterior surfaces of Camera Ball Assembly 15. Camera Ball Assembly Track Pins 16 share the same profile associated with Clear Dome Tracks 14. Clear Dome Tracks 14 may be grooves inset into adjacent interior walls of Clear Dome 13. Clear Dome 13 is a transparent dome shaped component, made of injection molded plastic, glass, or any other material with transparent characteristics. Clear Dome 13 mounts to the interior of Housing 5 and protrudes through Housing Dome Aperture 6.

As shown in FIG. 9b, Camera Ball Assembly 15 may be set within Clear Dome 13. Camera Ball Assembly 15 may have a smaller diameter in comparison to Clear Dome 13, thus facilitating movement of Camera Ball Assembly 15 within Clear Dome 13. When Camera Ball Assembly Track Pins 16 are set into Clear Dome Tracks 14, Camera Ball Assembly 15 may be coupled to Clear Dome 13. As a result of coupling, an Camera Ball Assembly 15 may pivot in multiple directions throughout Clear Dome 13.

FIG. 10a and FIG. 10b display section views from the side of Camera Assembly 15, coupled to Clear Dome 13 within Housing 5, according to an aspect of the present disclosure. When Camera Assembly 15 is coupled to Clear Dome 13, User 62 may pivot Camera Assembly 15 via Camera Ball Assembly Rotation Dimple 17. Camera Ball Assembly Rotation Dimple 17 may be located on the back facing exterior surface of Camera Ball Assembly 15. Camera Ball Assembly Rotation Dimple 17 protrudes through Rotation Dimple Access Port 31, located on Housing Enclosure 28. Camera Ball Assembly Rotation Dimple 17 may act as a

**12**

handle to be moved about within Rotation Dimple Access Port 31 by User 62. As shown in FIG. 10a, prior to applying pressure to Camera Ball Assembly Rotation Dimple 17, Camera 18 may be directed straight ahead. As displayed in FIG. 10b, when a downward force (Arrow A) is applied to Camera Ball Assembly Rotation Dimple 17 by User 62, Camera 18 is directed upwards (Arrow B). The action displayed herein may be applied to Camera Ball Assembly Rotation Dimple 17 to rotate Camera 18 and Camera Ball Assembly 15 in various directions, so User 62 may be have the best possible view of Visitor 63.

FIGS. 11a and 11b show section views from above of Camera Assembly 15, coupled to Clear Dome 13 within Housing 5, according to an aspect of the present disclosure. These views display the curvature of Clear Dome Tracks 14, which follow the curvature of Clear Dome 13. When Camera Assembly Track Pins 16 are set within Clear Dome Tracks 14, Camera Assembly 15 may rotate about Clear Dome Tracks 14, following the curvature of Clear Dome 13. Using Camera Ball Assembly Rotation Dimple 17, User 62 may rotate Camera Assembly 15 in the direction of Visitor 63. As shown in FIG. 11a, prior to applying pressure to Camera Ball Assembly Rotation Dimple 17, Camera 18 is directed straight ahead. As displayed in FIG. 11b, when a directional force (Arrow A) is applied to Camera Ball Assembly Rotation Dimple 17 by User 62, Camera 18 is directed in the opposite direction (Arrow B). In one aspect, Clear Dome Tracks 14 may partially follow the curvature displayed in Clear Dome 13. In this aspect, Camera Assembly 15 may only rotate about Clear Dome Tracks 14 until Clear Dome Tracks stop.

In one aspect of the present disclosure, Camera Ball Assembly Rotation Dimple 17 may contain a port that accepts a tool such as a screw driver (e.g phillips or flat head), hex key or allen key. The tool (not shown) allows for easier rotation of Camera Ball Assembly 15 using the leverage acquired by inserting the tool into the port. In another aspect of the present disclosure, the mechanism described in FIG. 10 and FIG. 11 may be achieved electronically, using a series of motors and gears. In this aspect, User 62 may be capable of rotating Camera Ball Assembly 15 via Application 55 installed on Smart Device 54. Increased functionality may be capable in this aspect, such as panning, zooming and tracking the movements of Visitor 63, resulting in more visibility at User 62's doorstep.

FIG. 12 is an entity relationship diagram of the application and components within Wireless Communication Doorbell according to an aspect of the present disclosure. As shown in FIG. 12, Visitor 63 may initiate communication with User 62 by pressing Button 11 on the front face of Wireless Communication Doorbell 61. Pressing Button 11 may trigger Microcontroller 22 to signal Power Processor 51 to increase the power distribution levels to the rest of the device. Power Processor 51 is a processor that may manage the distribution of energy from Battery 24 to the components within Wireless Communication Device 61 such as Speaker 20, Microphone 21, Night Vision LEDs 19, Camera 18, Infrared Sensor 49, Microcontroller 22 and Communications Module 23. Battery 24 holds the power that Power Processor 51 used to distribute to all components within Wireless Communication Device 61. Battery 24 may be recharged via Micro USB Input 26. Micro USB Input 26 is mounted within Housing 5 and protrudes out of USB Input Port 29, located on an exterior of Housing Enclosure 28. Micro USB Input 26 is connected to Microcontroller 21, which may relay power to Battery 24 for charging. Battery 24 may also be charged from drawing power from Electrical Wiring 60,

**13**

derived from the building that Wireless Communication Doorbell **61** may be mounted to. To draw power from Electrical Wiring **60**, the electric current may be passed through Conductive Fittings **41**, along to Conductive Plate **40**, mounted on Mounting Plate **35** (not shown in FIG. **9**). Conductive Plate **40** makes contact with Conductive Prongs **27** when Wireless Communication Doorbell **61** is mounted to Mounting Plate **35**, transferring the electric current to Conductive Prongs **27**. Conductive Prongs **27** are mounted with Housing **5**, and protrude through Conductive Prong Port **31**, located on an exterior face of Housing Enclosure **28**. Conductive Prongs **27** transfer electric current derived from Electrical Wiring **60** to Microcontroller **21**. Microcontroller **21** then relays the power directly to Battery **24**.

As shown in FIG. **12**, after the initial trigger created by pressing Button **11**, Power Processor **51** may distribute power to Surface Mount LEDs **9**. Surface Mount LEDs **9** illuminate Light Pipe **10** surrounding Button **11**, providing a visual cue to Visitor **63** that their request has been processed. Surface Mount LEDs **9** may continue to stay illuminated, or shut off after Visitor **63** releases Button **11**. Surface Mount LEDs **9** may provide other visual cues indicating that Battery **24** is being charged, charging has been completed, or that Battery **24** is running low. Surface Mount LEDs **9** may also indicate that connection to User's Network **65** is good, limited, poor, or not connected, amongst other potential indicators. Surface Mount LEDs **9** may be used to guide User **62** through setup or installation steps using visual cues, potentially coupled with audio cues emitted from Speaker **20**.

In reference to FIG. **12**, after Button **11** is pressed, Power Processor **51** may provide the power to activate Camera **18** and Night Vision LEDs **19**. Camera **18** records any visuals of Visitor **63** and processes the visuals using CCD/CMOS Sensor **49**. The visuals recorded may be a still image or video, based on one or more factors including user settings, signal strength, and power available. In one non-limiting example, CCD/CMOS Sensor **49** may be the OmniVision OV7740/OV780, which is a low power, high sensitivity image sensor capable of managing all image processing procedures. Other image sensors may be used having similar characteristics. The processed visuals are then converted to digital data by CCD/CMOS AFE **50**, to be distributed to System Network **52** via Communications Module **23**. CCD/CMOS AFE **50** stands for analog front end sensor and may convert video or still images into a format capable of being transmitted. In one aspect of the present disclosure, the video and/or still images recorded by Camera **18** may be collected and stored in Database **64** within System Network **52**, in conjunction with the routing of said video and/or still images. User **62** may be able to access Database **64**, via Application **55**, installed on Smart Device **54**, to view still images or video taken by Wireless Communication Doorbell **61**.

As displayed in FIG. **12**, Communications Module **23** may be an off the shelf component such as the GS2011M module by Gainspan, or it may be any other module that adds low power, high speed Wi-Fi and Internet connectivity to any device with a microcontroller and serial host interface. Other data transmission protocols such as Bluetooth or zigbee may be incorporated into the Communications Module **23** to transmit data to mobile devices or any other device capable of receiving wireless data transmissions. Communications Module **23** sends outbound data to System Network **52**, containing data such as video, audio, and identifying information related to Wireless Communication Doorbell **61**. System Network **52** may be a telecommuni-

**14**

cations network that allows computers to exchange data either physically or virtually. In one aspect, System Network **52** may be a virtual network that identifies Smart Device **54** associated with Wireless Communication Doorbell **61** using the identifying information sent. Once the identifying information matches Smart Device **54**, System Network **52** routes the data through Server **53** to Smart Device **54**. Server **53** is a system that responds to requests across a computer network to provide, or help to provide, a network service, such as the routing of data according to instructions and user preferences. Wireless Communication Doorbell **61** may be connected to User's Network **65** for Communications Module **23** to communicate with Smart Device **54** via System Network **52**.

Once connected to User's Network **65**, data sent from Wireless Communication Doorbell **61** may be routed by Server **53** to devices associated with Wireless Communication Doorbell **61**. Thus, Wireless Communication Doorbell **61** may send data to Smart Device **54** or web based applications such as Skype via System Network **52**, so long as they are associated with Wireless Communication Doorbell **61** and have an associated data source name. Wireless Communication Doorbell **61** may also connect to other devices such as a television, landline phone, or send simple SMS messages to non smart devices by converting the audio, video and data transmissions to the applicable formats. In this aspect, a Smart Device **54**, web based application or any other device associated with Wireless Communication Doorbell **61** may be identified by Server **53**. Server **53** may then process audio, video and any other data to the appropriate format needed to transmit said data to the appropriate Smart Device **54**, web based application or any other device capable of receiving and transmitting audio, video and or other data.

Smart Device **54** may be any electronic device capable of receiving and transmitting data via the internet, capable of transmitting and receiving audio and video communications, and can operate to some extent autonomously. Examples of Smart Device **54**'s are but not limited to smartphones, tablets, laptops, computers and VOIP telephone systems. The infrastructure described above allows User **62** to connect multiple Smart Devices **54**, within the parameters just mentioned, to Wireless Communication Doorbell **61**. In this aspect, multiple authorized User's **62** may see who is within view of Wireless Communication Doorbell **61** at any given time. In one aspect of the present disclosure, the authorized User **62** who first responds to Accept/Deny Prompt **56** will be placed in communication with Visitor **63**. In another aspect System Network **52** may be able to connect multiple Users **62**, associated with the same Wireless Communication Doorbell **61**, with Visitor **63** on the same call, in a similar fashion to a conference call.

Application **55** may be installed on Smart Device **54** and provide an interface for User **62** to communicate and interact with Wireless Communication Doorbell **61**. Other than communicating with Visitor **63**, User **62** may be able to perform functions via Application **55** such as adjust the volume emitted from Speaker **20**, rotate Camera Ball Assembly **15**, focus or zoom Camera **18** and turn Night Vision LEDs **19** on or off, amongst other functions. Application **55** may also display data such as the battery life left in Battery **24**, videos and still images recorded by Camera **18**, voicemails left by Visitor **63** and information regarding recent Visitors **63** such as date, time, location and Wireless Communication Doorbell **61** identifying information. Smart Device **54** may provide an interface for User **62** to receive weekly, monthly or annual diagnostic and activity reports,

US 10,142,597 B2

**15**

which may display information such as the number of visitors per day, per month, and per year for example. Diagnostic data may include wireless connectivity data, and battery life data amongst other data.

As shown in FIG. **12**, and described in further detail in FIG. **14**, upon receiving a request from System Network **52**, Application **55** generates Accept/Deny Prompt **56**. If the request is denied by User **62**, the streaming of video and audio may be terminated by System Network **52**. If no action is taken and User **62** does not accept or deny the request, Camera **18** gathers streaming video and/or still images of Visitor **63** and stores said video and/or still images in Application **55** and Database **64**. If the request is accepted, System Network **52** may stream live video or still images to Smart Device **54**. Visitor **63** may communicate with User **62** via Microphone **21** within Wireless Communication Doorbell **61** and User **62** may communicate through Smart Device **54**. The transfer of digital audio from User **62** and Visitor **63** is compressed and decompressed using Audio Codec **48**, coupled to Microcontroller **22**. Once compressed by Audio Codec **48**, digital audio data is sent through Communications Module to System Network **52**, routed by Server **53** and delivered to Smart Device **54**. When User **62** speaks, after being transferred through System Network **52**, digital audio data is decompressed by Audio Codec **48** and emitted to Visitor **63** via Speaker **20**. In one aspect of the present disclosure, if User **62** denies the request or is unable to connect, an automated message, stored within Flash Memory **45**, may be emitted to Visitor **63** via Speaker **20**. In this aspect, Visitor **63** may be prompted to leave a voice message, if they choose to do so, Visitor **63** may record a message by speaking into Microphone **21**. The voice message may be sent to Application **55**, installed on Smart Device **54**, or may be delivered by other methods such as email, mms, or as an attachment or link to the voice message.

As shown in FIG. **12**, Application **55** may communicate with Third Party Application **57** via the use of APIs and software developer kits. Third Party Application may be installed on Smart Device **54** and associated with Third Party Hardware **58**. Third Party Hardware may be a device utilizing wireless communication protocols to initiate physical tasks through Third Party Application **57**. For example, Wireless Communication Doorbell **61** may be compatible with a smart lock, such as Lockitron™, which allows User **62** to lock and unlock a door through the use of a smart device application, such as Third Party Application **57**. Using this example, after User **62** communicates with Visitor **63** via Application **55**, User **62** may trigger Application **55** to send out an API call through System Network **52** to Third Party Application **57** (Lockitron™ application) to unlock the door using Third Party Hardware **58** (Lockitron™ hardware).

As shown in FIG. **16**, and described in further detail in FIG. **16**, Wireless Communication Doorbell **61** may communicate with Third Party Doorbell Chime **59**. Third Party Doorbell Chime **59** may be a stand-alone product or component that may emit an audio chime or message, amongst other functions to User **62** when Button **11** is pressed on Wireless Communication Doorbell **61**. Wireless Communication Doorbell **61** may communicate with Third Party Doorbell Chime **59** directly or indirectly, depending on the transmission capabilities associated with Third Party Doorbell Chime **59**. In one aspect, if embedded with a communications module, Third Party Doorbell Chime **59** may communicate with Wireless Communication Doorbell **61** via System Network **52**. In this aspect, Third Party Doorbell

**16**

Chime **59** may be connected to User's Network **65**, along with Wireless Communication Doorbell **61**. In one aspect of the present disclosure, Third Party Doorbell Chime **59** may take the form of a USB dongle, containing a communications module (e.g. Wi-Fi or Bluetooth), speaker and microphone. In this aspect, said USB dongle may derive power by being plugged into a computer or into a USB adapter. If connected over Wi-Fi, data sent from Wireless Communication Doorbell **61** such as digital audio and identifying information may be routed through System Network **52** to the USB dongle. If connected using Bluetooth protocols, Wireless Communication Doorbell may deliver data such as digital audio directly to USB dongle. USB dongle may alert User **62** of someone at the door using visual and audio cues derived from LED lights and speakers installed within the USB dongle. User **62** may then be able to communicate with Visitor **63** through the microphone installed on the USB dongle. In one aspect of the present disclosure, USB dongle may act as a Wi-Fi extender, repeater or booster to provide more or better access to User's Network **65**. In this aspect, USB dongle may contain components, (e.g. found in a Wi-Fi router) capable of receiving wireless signals transmitted from User's Network **65**, amplifying the wireless signal, and then transmitting the boosted signal throughout User **62**'s location or facility.

FIG. **13** is a process flow diagram describing the steps involved in connecting Wireless Communication Doorbell **61** to a wireless network according to the system and method of present disclosure. To connect the Wireless Communication Doorbell **61** to User's Network **65**, User **62** may start by going to a designated website or web domain at Step **102**. User **62** may access this website via Smart Device **54** or any device equipped with a web browser and also streams data via User's Network **65**. Once on the designated website, User **62** may be prompted to either login or create an account at Step **104**, which will be then connected to System Network **52**. At Step **106** User **62** may activate Wireless Communication Doorbell **61** by pressing Button **11** on the front face of Wireless Communication Doorbell **61**. Pressing Button **11** activates Communication Module **23**, located within Wireless Communication Doorbell **61** to begin broadcasting a wireless ad hoc network. A wireless ad hoc network is a decentralized wireless network that does not rely on pre existing infrastructure such as routers or access points in managed wireless networks.

User **62** may then disconnect their Smart Device **54** or any device equipped with a web browser from User's Network **65** and connect to Wireless Communication Doorbell **61**'s ad hoc network at Step **108**. Server **53** then identifies and displays potential networks on User's Smart Device **54** or any device equipped with a web browser for User **62** to select at Step **110**. At Step **112** User **62** selects their network of choice, in this case, User's Network **65** and provides any necessary credentials to gain access. Once approval is granted to access User's Network **65**, Wireless Communication Doorbell **61** is connected to User's Network **65** and Server **53** associates User **62**'s account with Wireless Communication Doorbell **61**.

FIG. **14** is a process flow describing the transmission of data to and from Wireless Communication Device to a Smart Device according to the system and method of present disclosure. The process may be initiated when the Visitor **63** presses Button **11** of Wireless Communication Doorbell **61** during Step **202**. Once the Button **11** is pressed, User **62** receives a notification on their Smart Device **54** at Step **204**. At Step **206**, User **62** is presented with an Accept/Deny Prompt **56** on Application **55** installed on Smart Device **54**.

**17**

User **62** then has the ability to accept or deny the request from Visitor **62** on Smart Device **54**. In one aspect, upon depressing Button **11** or another trigger may cause Camera **18** of Wireless Communication Doorbell **61** to record a static or continuous video image, which is sent to User **62** along with notification at Smart Device **54**.

If the request is denied, (No, Step **206**), then the transmission may be terminated at Step **214**, and Wireless Communication Doorbell **61** returns to a low power consumption mode. If the request is accepted by User **62**, (Yes, Step **206**), Visitor **63** and User **62** communicate via video and audio transmitted sent to and from Wireless Communication Doorbell **61** and Smart Device **54** at Step **208**. If Third Party Hardware **58** is required, (Yes, Step **210**), User **62** may activate Third Party Hardware **58** by sending out an API call via Application **55** to Third Party Application **57** at Step **212**. If Third Party Hardware **58** is not required, available or connected to User's Network **65**, (No, Step **210**), the transmission between Wireless Communication Doorbell **61** and Smart Device **54** may be terminated once User **62** disconnects or hangs up at Step **214**.

FIG. **15** is a diagram displaying multiple devices in communication according to the system and method of present disclosure. The communication protocol displayed in FIG. **11** is Wi-Fi, and is one method of wireless data exchange according to an aspect of the present disclosure. The devices within the system may connect to User's Network **65** using methods such as the process flow described in FIG. **13**. User's Network **65** may be a local area network (LAN), internet area network (IAN) or a wide area network (WAN) that connects voice and data end points within a wireless network. Once devices within the system are connected to User's Network **65** (unless equipped with 3G, 4G, LTE, etc), then the devices may communicate by sending data to System Network **52**. System Network **52** is wireless telecommunications network that allows for the transfer of data to and from Wi-Fi enabled devices. Server **53** may be embedded in or coupled to System Network **52**. Server **53** is a system that responds to requests across a computer network to provide, or help to provide, a network service, such as the routing of data according to instructions and user preferences. Devices within the system send data to System Network **52** where Server **53** processes and route the data to the appropriate device. For example, data from Wireless Communication Doorbell **61** may be sent to System Network **52**, such as identifying information, digital audio, processed visuals and device diagnostics. Server **53** processes the data sent from Wireless Communication Doorbell **61** and routes it accordingly to the other devices within the system. For instance, Server **53** may process diagnostic data sent from Wireless Communication Doorbell **61**, and Server **53** routes the diagnostic data to inform User **62** via Smart Device **54** if Battery **24** is about to die (e.g. 10% battery remaining).

In one aspect of the present disclosure, all devices within the system described in FIG. **15** may use other wireless communication protocols, such as bluetooth. Bluetooth is a wireless technology standard for exchanging data over short distances, in this aspect, all devices must be within close proximity to communicate. Bluetooth wireless transmission does not require the use of a System Network **52** or Server **53** because of the close proximity, while maintaining the capability to transfer data such as identifying information, digital audio, processed visuals and device diagnostics.

In one method and system of the present disclosure, all hardware components within Wireless Communication

**18**

Doorbell **61** may live in a state of hibernation until Button **11** is pressed by Visitor **63**. In this aspect, all components that draw power from Battery **24**, such as Communications Module **23** and Camera **18** do not waste battery power when not in use. When Button **11** is pressed, it may activate all components, and when streaming data to Smart Device **54** ceases, all components may return to hibernation mode.

In one aspect of the present disclosure, diagnostic data associated with Wireless Communication Doorbell **61**, such as battery life and internet connectivity, may be relayed to System Network **52** when Communication Module **23** is woken up out of hibernation mode. With the diagnostic data provided by Wireless Communication Doorbell **61**, Server **53** may send notifications to Smart Device **54**, informing User **62** to charge Battery **24** or reset the internet connectivity to Wireless Communication Doorbell **61**.

FIG. **16** displays a process flow regarding the use and functions associated with Third Party Doorbell Chime **59** according to an aspect of the present disclosure. In this aspect, Third Party Doorbell Chime **59** may contain a communication module, input button, speaker and microphone. Visitor **63** may push Button **11** located on the front face of Wireless Communication Doorbell **61** at Step **302**, triggering Wireless Communication Doorbell **61** to transmit data wirelessly to System Network **52**.

At Step **304**, Wireless Communication Doorbell **61** transmits data to System Network **52** such as audio, video, and identifying information associated to Wireless Communication Doorbell **61**. Server **53** identifies what Smart Devices **54**, web based applications, Third Party Doorbell Chimes **59** and other devices may be associated with Wireless Communication Doorbell **61**. Server **53** may route the appropriate data, such as audio or video data, to the applicable device based on the functions of each device. User **62** may receive Accept/Deny Prompt **56** on Smart Device **54** or another device associated with Wireless Communication Doorbell **61**. If the request is accepted, (Yes, Step **304**), User **62** and Visitor may communicate via audio and video transmissions sent to and from Wireless Communication Doorbell **61** at Step **306**. The transmission may then be terminated at Step **314** once User **62** disconnects or hangs up.

If a connection cannot be made with Smart Device **54**, (No, Step **304**), Server **53** routes data to Third Party Doorbell Chime **59** at Step **308** to emit an audio chime. Reasons such as but not limited to poor wireless network connection, Smart Device **54** not connected to User's Network, Smart Device **54** being powered off or Accept/Deny Prompt **56** may trigger Third Party Doorbell Chime **59** to emit an audio chime to User **62**.

If User **62** is in the presence of Third Party Doorbell Chime **59** and is capable of answering the request, (Yes, Step **310**), User **62** may press the input button located on Third Party Doorbell Chime **59** at Step **312**. Pressing the input button located on Third Party Doorbell Chime **59** creates a connection between Wireless Communication Doorbell **61** and Third Party Doorbell Chime **59** via System Network **52**. User **62** and Visitor **63** may communicate via audio transmissions sent to and from Wireless Communication Doorbell **61** and Third Party Doorbell Chime **59** at Step **312**. The transmission may then be terminated at Step **314** when User **62** disconnects by pressing the input button.

If User **62** is not in the presence of Third Party Doorbell Chime **59**, or Third Party Doorbell Chime **59** is either disconnected from User's Network **65** or powered off (No, Step **310**) the transmission may then be terminated at Step **314**. It is to be understood by those skilled in the art that the steps described within FIG. **16** may take place in a different

US 10,142,597 B2

order than described above. For example, Server **53** may route data to Third Party Doorbell Chime **59** prior to routing data to Smart Device **54**.

### Visitor Recognition Processing

FIG. **17** is a process flow describing the steps involved in performing speech recognition to acknowledge Visitors **63** and route them to the appropriate User **62**. In one aspect of the present disclosure, Wireless Communication Doorbell **61** may come equipped with software either embedded or coupled to Microcontroller **22** or another component of Wireless Communication Doorbell **61** capable of performing speech recognition. In one non-limiting example, Wireless Communication Doorbell **61** may act as a front desk assistant and would be capable of acknowledging new Visitors **63** upon arrival to a location, such as an office.

In this aspect, Visitor **63** may push Button **11** located on the front face of Wireless Communication Doorbell **61** at Step **402**. Pressing Button **11** triggers automated or pre recorded audio to be emitted from Speaker **20** within Wireless Communication Doorbell **61** at Step **404**. In one aspect, the automated or pre-recorded audio may be triggered to be emitted when Visitor **63** crosses Infrared Sensor **49**. The automated or pre-recorded message at Step **404** may request Visitor **63** to say what User **62** they intend to meet or talk to.

At Step **406**, Visitor **63** may speak into Microphone **21**, saying what User **62** they intend to meet or talk to. The spoken words emitted from Visitor **63** may be processed by the speech recognition software within Wireless Communication Doorbell **61** at Step **408**. Using standard speech recognition processing, the spoken words emitted from Visitor **63** are interpreted into an audio file format capable of being compared with audio files stored within Database **64** at Step **410**. If a biometric match is found (Yes, Step **410**), Server **53** routes data to the Smart Device **54** associated with the User **62** associated with the biometric match.

If a biometric match is not found, (No, Step **410**) an automated or pre-recorded message at Step **404** may request Visitor **63** to say what User **62** they intend to meet or talk to. Steps **406** through **410** may then be repeated until a biometric match is found. In one aspect, after a predetermined number of failed attempts, Visitor **63** may be directed via Server **53** to User **62** capable of manually routing Visitor **63** to the correct User **62**. Once a Visitor **63** is connected to the correct User **62**, Visitor **63** and User **62** communicate via video and audio transmitted sent to and from Wireless Communication Doorbell **61** and Smart Device **54** at Step **414**. Wireless data transmission may be terminated at Step **416**.

FIG. **18** is a process flow describing the steps involved in performing facial recognition to acknowledge Visitors **63** and route them to the appropriate User **62**. In one aspect of the present disclosure, Wireless Communication Doorbell **61** may come equipped with software either embedded or coupled to Microcontroller **22**, Camera **18** or another component of Wireless Communication Doorbell **61** capable of performing facial recognition, or another form of physical recognition such as iris scanning, fingerprint scanning, etc. In one non-limiting example, Wireless Communication Doorbell **61** may act as a front desk assistant and would be capable of acknowledging Visitors **63** upon arrival to a location, such as an office, and route them to the correct User **62**.

In this aspect, Visitor **63** may push Button **11** located on the front face of Wireless Communication Doorbell **61** at Step **502**. Pressing Button **11** triggers Camera **18** to take one

or more photos of Visitor **63** at Step **504**. In one aspect, Camera **18** be triggered to take photos when Visitor **63** crosses Infrared Sensor **49**. At Step **506**, the image captured of Visitor **63** may be processed by facial recognition software within Wireless Communication Doorbell **61**. In one aspect, the facial recognition software may identify facial features by extracting landmarks, or features, from an image of the subject's face. For example, an algorithm may analyze the relative position, size, and/or shape of the eyes, nose, cheekbones, and jaw. These features are then used create a biometric comparison against other images within Database **64** with matching features at Step **508**.

If a biometric match is found in Database **64** (Yes, Step **510**), Server **53** routes Visitor **63** to the appropriate User **62** at Step **514**. Server **53** may have data associated to Visitor **63**, such as a calendar event, which may help direct Visitor **63** to the correct User **62**. In the event that no biometric match is found in Database **64** (No, Step **510**), Image data acquired from the facial recognition software is distributed to Database **64**, for future reference. Server **53** may then route the image captured by Camera **18** of Visitor **63**, accompanied with a Request/Deny Prompt **56** to all Smart Devices **54** associated with Wireless Communication Doorbell **61**. The User **62** that accepts the Request/Deny prompt **56** may then be connected to User **62** at Step **514**.

In one non-limiting aspect, Server **53** may utilize APIs and software developer kits to acquire images of people associated with Users **62** from social media websites and applications. For example, Server **53** may acquire images of User **62**'s friends on Facebook, Google Plus, Twitter, Instagram, etc. These images may then be processed using the facial recognition software and compared against the images captured of Visitor **63** by Camera **18** in search for a biometric match.

Once a Visitor **63** has been correctly associated with a User **62**, Server **53** may route all data transmissions coming from Wireless Communication Doorbell **61** to Smart Device **54** associated with User **62**. Visitor **63** and User **62** communicate via video and audio transmitted sent to and from Wireless Communication Doorbell **61** and Smart Device **54** at Step **516**. Wireless data transmission may be terminated at Step **518**.

FIG. **19** displays a process flow for utilizing the components of Wireless Communication Doorbell **61** to connect User **62** to a child. In this aspect of the present disclosure, the functionality and embodiments of Wireless Communication Doorbell **61** may be utilized within a children's play toy. Wireless Communication Doorbell **61** may only contain the components necessary to create a connection between Visitor **63**, in this case a child, and phone numbers applied by User **62**. For example, this aspect provides a unique and fun way for children to contact their parents, siblings, grandparents, friends, etc. In this aspect, all embodiments may be modified to be made suitable for a children's environment. Embodiments may be removed depending on the functionality needed for the device.

The process may be initiated when the child presses Button **11** of Wireless Communication Doorbell **61** during Step **602**. Once the Button **11** is pressed, User **62** receives a notification on their Smart Device **54** at Step **604**. At Step **606**, User **62** is presented with an Accept/Deny Prompt **56** on Application **55** installed on Smart Device **54**. User **62** then has the ability to accept or deny the request from the child on Smart Device **54**. In one aspect, upon depressing Button **11**, or another trigger, may cause Camera **18** of Wireless Communication Doorbell **61** to record a static or

**21**

continuous video image, which is sent to User **62** along with notification at Smart Device **54**.

If the request is denied, (No, Step **606**), then the transmission may be terminated at Step **610**, and Wireless Communication Doorbell **61** returns to a low power consumption mode. If the request is accepted by User **62**, (Yes, Step **606**), the child and User **62** communicate via video and audio transmitted sent to and from Wireless Communication Doorbell **61** and Smart Device **54** at Step **608**. The wireless data transmission may be terminated at Step **610**, and Wireless Communication Doorbell **61** returns to a low power consumption mode.

FIG. **20** shows a front view of a Wireless Communication Doorbell **130** according to another aspect of present disclosure. The Wireless Communication Doorbell **130** may have Faceplate **135** mounted to a back plate. Faceplate **135** may be but not limited to brushed aluminum, stainless steel, wood or plastic. Faceplate **135** may protect the contents of Wireless Communication Doorbell **130** and serve as an exterior surface of Wireless Communication Doorbell **130**. Faceplate **135** may have a substantially flat profile and include a Button **133** and Light Pipe **136**. Button **133** and Light Pipe **136** may have various profiles that may or may not match the profile of Faceplate **135**. Light Pipe **136** may be any material, such as transparent plastic, that is capable of allowing light produced from one or more LEDs contained within Wireless Communication Doorbell **130** to be passed out to environment. Button **133** may make contact with a button actuator located within the device when Button **133** is pressed by a visitor. When Button **133** is pressed by the visitor, Button **133** may trigger various functions as further described below. Wireless Communication Doorbell **130** may also have an Enclosure **131** that sits above Faceplate **135**. Enclosure **131** may rest flush against the top surface of Faceplate **135**, but may also include spaces or gaps between its lower edge and the upper edge of Faceplate **135** thereby allowing sound and or light to traverse through. Enclosure **131** may be a material that permits infrared light to pass through from inside the device to the general environment and vice versa. Wireless Communication Doorbell **130** may also include a Lens **132**, in one example, the lens may be a Fresnel lens, which may be patterned to deflect incoming light into one or more infrared sensors located within the device. Wireless Communication Doorbell **130** may also include a Camera **134** that may be capable of capturing video data when activated.

FIG. **21** is a back view of the Wireless Communication Doorbell **130**, according to an aspect of the present disclosure. In this view, Enclosure **131** may extend from the front of the device to the back and may fit snugly around the lip of Backplate **139**. Backplate **139** may be but not limited to brushed aluminum, stainless steel, wood or plastic. Backplate **139** may protect the contents of Wireless Communication Doorbell **130** and serve as the rear exterior surface of Wireless Communication Doorbell **130**. Faceplate **135** may extend from the front and partially wrap around Backplate **139**, thereby allowing a coupled connection between itself and Backplate **139**. Backplate **139** may have indentations in its structure to facilitate the coupling. Spring Contacts **140** may provide power to the Wireless Communication Doorbell **130** when mated with other conductive contacts connected to a power source. Spring Contacts **140** may be made out of a conducting material such as copper, and may be capable of deflecting when contacted by an inward force, for example the insertion of a mating element. Connector **160** may be a micro-USB or other connecter whereby power and/or data may be supplied to and from the components

**22**

within Wireless Communication Doorbell **130**. Reset Button **159** may be located on Backplate **139** and may make contact with a button actuator located within the device when Reset Button **159** is pressed by Visitor **63**. When Reset Button **159** is pressed by User **62**, it may trigger various functions as described below.

FIG. **22** is a side profile view of Wireless Communication Doorbell **130** coupled to Mounting Bracket **137** according to an aspect of the present disclosure. Mounting Bracket **137** may serve the purpose of mounting the Wireless Communication Doorbell **130** to an exterior surface, such as the exterior of a building. Faceplate **135** may extend from the bottom of the device up to just below the Camera **134**, and connect to Backplate **139** as described above. Lens **132** may extend and curl partially around the side of the device. Enclosure **131** may extend and curl around the side and top of Wireless Communication Doorbell **130** and may be coupled to Backplate **139** as described above. Camera **134** may protrude slightly through Enclosure **131**, thereby giving it a wider field of view. Mounting Bracket **137** may couple with Backplate **139** such that they may contact each other at various points in a common plane of contact, thereby creating an assembly including Wireless Communication Doorbell **130** and Mounting Bracket **137**. The couplings described in this paragraph may be done by, but not limited to, screws, interference fittings, adhesives, or fasteners. Interference fittings may refer to a type of connection where a material relies on pressure and/or gravity coupled with the material's physical strength to support a connection to a different element.

FIG. **23** is a cross sectional side view of Wireless Communication Doorbell **130** unattached from Mounting Bracket **137**. Lens **132** may be assembled co-planarly with Enclosure **131** as shown, but may be situated inward of Wireless Communication Doorbell **130** or may protrude outward through Enclosure **131**. Camera **134** may rest on Camera Printed Circuit Board **147** and Camera Lens **134a** protrude through an opening in Enclosure **131**. Camera Lens **134a** may be a lens capable of focusing light into the Camera **134** so that clear images may be taken. Camera Printed Circuit Board may be secured within the Wireless Communication Doorbell using fasteners, interference connections, screws, or adhesives. Camera Printed Circuit Board **147** may contain elements that govern the functionality of the Camera **134** of Wireless Communication Doorbell **130** memory as further described below. Infrared LED's **168** may similarly be situated on Camera Printed Circuit Board **147** and may be triggered to activate when a light sensor detects a lack of light. When activated, the Infrared LEDs **168** may emit infrared light through Enclosure **131** or Camera **134** out into the environment. The Camera **134** which may be configured to detect infrared light, may then capture the light emitted by the Infrared LED's **168** reflecting off objects within the Camera's **134** field of view, thereby granting the Wireless Communication Doorbell **130** the ability to see clearly at night, i.e. night vision.

Referring still to FIG. **23**, Front Printed Circuit Board **146** may sit in the lower portion of Wireless Communication Doorbell **130** adjacent to Battery **166**. Front Printed Circuit Board **146** may be secured within Wireless Communication Doorbell **130** using fasteners, interference connections, screws, or adhesives. Front Printed Circuit Board **146** may contain elements that control the function of audio and light components as further described below. Battery **166** may provide power to Wireless Communication Doorbell **130** components while receiving power from Spring Contacts **140**, thereby engaging in a trickle-charge method of power

**23**

consumption and supply. Alternatively, Wireless Communication Doorbell **130** may draw power directly from Spring Contacts **140** while relying on Battery **166** only when Spring Contacts **140** are not providing the power necessary for all functions. Power Printed Circuit Board **148** may sit behind Camera Printed Circuit Board **147**. Power Printed Circuit Board **148** may be secured within Wireless Communication Doorbell **130** using fasteners, interference connections, screws, or adhesives. Power Printed Circuit Board **148** may contain elements that govern the function of power and device-control components as further described below. Communication Module **164** may be located on Power Printed Circuit Board **148**. Communication Module **164** may utilize wireless networks to contact mobile devices and or servers in use by third parties in a separate location, as further described below. Connector **160** may protrude outward from Power Printed Circuit Board **148** and extend through a hole in Backplate **139**. Passive Infrared Sensors **144** may be secured on or within Passive Infrared Sensor Holder **143**, and the assembly may sit behind Lens **132**. Passive Infrared Sensor Holder **143** may be secured to Wireless Communication Doorbell **130** with fasteners, interference connections, screws, or adhesives. Passive Infrared Sensors **144** may be any sensor capable of detecting and communicating the presence of a heat source within its field of view.

FIG. **24** is an exploded view of Wireless Communication Doorbell **130** along with unattached Mounting Bracket **137** according to an aspect of the present disclosure. Mounting Bracket **137** may be mounted to a mountable surface such as wood, concrete, stucco, brick and vinyl siding using fasteners, screws, or adhesives. FIG. **24** shows the front side of Mounting Bracket **137**. The back side of Mounting Bracket **137** (not shown) may be mounted to one of the aforementioned mountable surfaces. Wireless Communication Doorbell **130** may be coupled to Mounting Bracket **137** using fasteners, screws, adhesives, or through the use of interference connections.

Now referencing FIGS. **21** and **24**, Mounting Bracket **137** may include Terminal Screws **138**. Terminal Screws **138** may contact electrical wires originating from the mountable surface upon which Mounting Bracket **137** is mounted. Terminal Screws **138** and Electrical Contacts **177** may be electrically connected. If power is supplied to Terminal Screws **138**, then Electrical Contacts **177** may also be supplied with power. Electrical Contacts **177** may be made of a conducting material such as but not limited to copper, and may protrude slightly from the face of Mounting Bracket **137** so that they may mate with Spring Contacts **140** located on Backplate **139**. Bracket Printed Circuit Board **149** may be secured to Mounting Bracket **137** and may include various sensors, such as weather and geological data sensing elements as further described below, in the space towards the bottom of the back face of Mounting Bracket **137** (as shown in FIG. **25**). Bracket Printed Circuit Board **149** may thus be situated outside of Wireless Communication Doorbell **130**. Bracket Printed Circuit Board **149** may be secured to Mounting Bracket **137** using fasteners, screws, adhesives, or interference fittings.

FIG. **25** is a back view of Mounting Bracket **137**. Towards the bottom of Mounting Bracket **137** may be Bracket Printed Control Board **149**, which may contain an Accelerometer **150**, Barometer **151**, Humidity Sensor **152**, and Temperature Sensor **153** whose functions are discussed below.

FIG. **26***a* is a top view of the Wireless Communication Doorbell **130**. As described above, Enclosure **131** may extend from the front face of the device to the back, where

**24**

it contacts Backplate **139**. Camera **134** may protrude slightly beyond the surface of Enclosure **131** thereby giving a larger field of view. The Wireless Communication Doorbell **130** and Mounting Bracket **137** assembly may sit flush against the surface to which the device is mounted.

FIG. **26***b* is a bottom view of the Wireless Communication Doorbell **130**. As described above, Faceplate **135** may extend from the front face of the device to the back, where it snugly surrounds Backplate **139**. Security Screw Inserts **141** may be holes configured to receive screws.

FIG. **27***a* is a top view of the Passive Infrared Sensor Holder **143**. Passive Infrared Sensor Holder **143** may be but is not limited to brushed aluminum, stainless steel, wood or plastic, and may be configured to mount Passive Infrared Sensors **144** facing out through Lens **132** at varying angles, thereby allowing the Passive Infrared Sensor **144** field of view to be expanded to 180 degrees or more, and consequently broken up into various zones as further described below. There may be one or more Faces **178** of Passive Infrared Sensor Holder **143** within or on which the Passive Infrared Sensors **144** may be mounted. In this particular aspect, the faces of Passive Infrared Sensor Holder **143** are angled at 55 degrees facing outward from the center face. However, this angle may be increased or decreased as necessary to change or influence the Passive Infrared Sensor **144** field of view.

FIG. **27***b* is a front view of the Passive Infrared Sensor Holder **143** that features the holes in which the Passive Infrared Sensors **144** may be mounted. The two vertical sections may have notches which may be used to secure Passive Infrared Sensor Holder **143** within Wireless Communication Doorbell **130**. In the aspect shown in FIG. **27***b*, Faces **178** are shown as holes but they may also be solid flat faces upon which Passive Infrared Sensors **144** may be mounted. Generally, they may be any physical structure whose purpose is to house and secure Passive Infrared Sensors **144** in place.

FIG. **28***a* is a top view of the Passive Infrared Sensor Assembly **179**. The Passive Infrared Sensor Holder **143** may be secured to the rear face of the Lens **132** as described above. Flexible Power Circuit **145** may be any material or component capable of delivering power or data to and from Passive Infrared Sensors **144** and may be contoured along the non-linear route as required by the shape of the Passive Infrared Sensor Holder **143**. The Flexible Power Circuit **145** may connect to, draw power from, and transmit data to and from, the Power Printed Circuit Board **148**.

FIG. **28***b* is a front view of the Passive Infrared Sensor Assembly **179**. The Passive Infrared Sensors **144** may be mounted within the holes located in the Passive Infrared Sensor Holder **143** and the assembly may be secured to the rear face of the Lens **132** via the notches at the ends of the vertical towers located on the Passive Infrared Sensor Holder **143**.

FIG. **29** is a top down view of the Passive Infrared Sensor Assembly **179** describing the Passive Infrared Sensor **144** fields of view. Zone **1** is the area that is visible only to Passive Infrared Sensor **144-1**. Zone **2** is the area that is visible only to Passive Infrared Sensors **144-1** and **144-2**. Zone **3** is the area that is visible only to Passive Infrared Sensor **144-2**. Zone **4** is the area that is visible only to Passive Infrared Sensors **144-2** and **144-3**. Zone **5** is the area that is visible only to Passive Infrared Sensor **144-3**. The Wireless Communication Doorbell **130** may be capable of determining the direction that an object is moving based upon which zones are triggered in a time sequence.

25

FIG. **30** is an entity relationship diagram of the application and components within or in communication with Wireless Communication Doorbell **130** according to an aspect of the present disclosure. Bracket Printed Circuit Board **149** may contain an Accelerometer **150**, a Barometer **151**, a Humidity Sensor **152**, a Temperature Sensor **153**, and Terminal Screw Inserts **154**. Accelerometer **150** may be one or more sensors capable of sensing motion or acceleration. Barometer **151** may be one or more sensors capable of determining the atmospheric pressure of the surrounding environment in which Bracket Printed Circuit Board **149** may be located. Humidity Sensor **152** may be one or more sensors capable of determining the amount of water present in the atmospheric environment in which Bracket Printed Circuit Board **149** may be located. Temperature Sensor **153** may be one or more sensors capable of determining the temperature of the general environment in which Bracket Printed Circuit Board **149** may be located. Bracket Printed Circuit Board **149** may be located outside of Wireless Communication Doorbell **130** so as to minimize interference from heat, pressure, moisture or other stimuli generated from Wireless Communication Doorbell's **130** components. Terminal Screw Inserts **154** may be configured to receive Terminal Screws **138** and transmit power to Electrical Contacts **177** (shown in FIG. **24**). Bracket Printed Circuit Board **149** may be electrically and/or mechanically coupled to Power Printed Circuit board **148** through the operation of Terminal Screws **138**, Terminal Screw Inserts **154**, Spring Contacts **140**, and Electrical Contacts **177**. Terminal Screws **138** may contact electrical wires coming from the exterior mountable surface, such as the wall of a building, thereby becoming electrically charged. Upon Terminal Screws **138** being secured within Terminal Screw Inserts **154**, power may be transferred to Bracket Printed Circuit Board **149**, and all elements associated therewith, including Electrical Contacts **177**. Electrical Contacts **177** may transfer electrical power to Power Printed Circuit Board **148** by mating with Spring Contacts **140**.

Front Printed Circuit Board **146** may contain a Light Sensor **155**, one or more LED's **156**, Speakers **157**, and a Microphone **158**. Light Sensor **155** may be one or more sensors capable of detecting the level of ambient light of the surrounding environment in which Wireless Communication Doorbell **130** may be located. LED's **156** may be one or more light emitting diodes capable of producing visible light when supplied with power. Speakers **157** may be an electromechanical device capable of producing sound in response to an electrical signal input. Microphone **158** may be an acoustic-to-electric transducer or sensor capable of converting sound waves into an electrical signal. When activated, LED's **156** may illuminate Light Pipe **136** (shown in FIG. **20**). Front Printed Circuit Board **146** and all elements contained therein may be electrically coupled to Power Printed Circuit Board **148**, thereby allowing data and/or power to be transferred to and from Power Printed Circuit Board **148** and Front Printed Circuit Board **146**.

Power Printed Circuit Board **148** may contain Power Management **162**, Microcontroller **163**, Communication Module **164**, and SPI Flash **165**. Power Management **162** may be an integrated circuit capable of arbitrating between multiple voltage rails thereby selecting the source of power for Wireless Communication Doorbell **130**. Battery **166**, Spring Contacts **140**, and Connector **160** may each provide power to Power Management **162**. Power Management **162** may have separate power rails dedicated to Battery **166**, Spring Contacts **140**, and Connector **160**. In one aspect of the present disclosure, Power Management **162** may con-

26

tinuously draw power from Battery **166** to power Wireless Communication Doorbell **130** while at the same time routing power from Spring Contacts **140** or Connector **160** to Battery **166** thereby allowing Battery **166** to maintain a constant level of charge. Alternatively, Power Management **162** may continuously draw power from Spring Contacts **140** or Connector **160** to power Wireless Communication Doorbell **130** while only drawing from Battery **166** when the power from Spring Contacts **140** or Connector **160** is low or insufficient. Power Management **162** may also serve as a conduit for data between Connector **160** and Microcontroller **163**.

Microcontroller **163** may be an integrated circuit containing a processor core, memory, and programmable input/output peripherals. Microcontroller **163** may receive input signals such as data or power from Passive Infrared Sensors **144**, Power Management **162**, Light Sensor **155**, Microphone **158**, and Communication Module **164** and perform various functions as further described below. When Microcontroller **163** is triggered by Passive Infrared Sensors **144**, Microcontroller **163** may perform various functions such as those substantially described in FIG. **31**. When Light Sensor **155** detects a lack of ambient light, Light Sensor **155** may trigger Microcontroller **163** to enable "night vision" as further described below. Microcontroller **163** may also act as a conduit for data communicated between various elements and Communication Module **164**.

Still referencing FIG. **30**, Communication Module **164** may be an integrated circuit containing a processor core, memory, and programmable input/output peripherals. Communication Module **164** may also be configured to transmit data wirelessly to a third party server at a separate location. The wireless communication may be done by through various wireless networks such as but not limited to available Wi-Fi, cellular, Bluetooth, or satellite networks. Communication Module **164** may receive inputs, such as power or data, from Camera Printed Circuit Board **147**, Microcontroller **163**, Button **133**, Reset Button **159** and SPI Flash **165**. When Button **133** is pressed by a user, Communication Module **164** may be triggered to perform various functions, such as those substantially described in FIG. **30**. When Reset Button **159** is pressed by a user, Communication Module **164** may be triggered to erase any data stored on SPI Flash **165** and/or on SD RAM **169**. Communication Module **164** may also act as a conduit for data communicated between various elements and Microcontroller **163**. SPI Flash **165** may be flash memory configured to store and/or transmit data.

Still referencing FIG. **30**, Camera Printed Circuit Board **147** may contain elements integral to the operation of Camera **134**. Imager **171** may be a video recording sensor or camera chip. In one aspect of the present disclosure, Imager **171** may, in one aspect of the present disclosure, contain a CMOS Array and may be capable of recording high definition 720p video files. Bridge Processor **170** may be an encoding and compression chip. Bridge Processor **170** may process video recorded by Imager **171** and audio recorded by Microphone **158** and may transform this data into a form suitable for wireless transfer by the Communication Module to the third party server. SD RAM **169** may be volatile memory that may be used when data is being buffered or encoded by Bridge Processor **170**. IR LED's **168** may be light emitting diodes capable of radiating infrared light. IR Cut Filter **167** may be a system that when triggered, configures Imager **171** to see primarily infrared light as opposed to visible light. When Light Sensor **155** detects a lack of ambient light (this may be a level that impedes Imager **171**

US 10,142,597 B2

performance in the visible spectrum), IR LED's **168** may shine infrared light through the Wireless Communication Doorbell **130** enclosure out to the environment, and IR Cut Filter **167** may enable Imager **171** to see this light as it is reflected or refracted off objects within its field of view. This process may provide Wireless Communication Doorbell **130** with the "night vision" function mentioned above.

FIG. **31** is a flowchart showing an operation of one aspect of the present disclosure. At step **200**, a visitor may press Button **133** on the Wireless Communication Doorbell. At step **202**, the Communications Module **164** sends a request to a server. Once the server receives the request, at step **204** the server may connect the Wireless Communication Doorbell **130** to the User's mobile device. This may be done through various wireless communication networks such as but not limited to available Wi-Fi, cellular, Bluetooth, or satellite networks. In step **206**, the Wireless Communication Doorbell **130** may record available audio and/or video data using Camera **134**, Microphone **158**, or any other sensor available. At step **208**, the recorded data or a notification may be sent to the User's mobile device. At step **210**, the User may receive a notification on their mobile device prompting them to either accept or deny. If the user elects to deny the notification, then at step **214** the session ends and the connection between the Wireless Communication Doorbell **130** and the User's mobile device may be severed. If the user elects to accept the notification, then at step **212** the User speaks to the visitor through the mobile device while being provided audio and/or video data captured by the Camera **134**, Microphone **158**, and other sensors. At the end of the call, the User may terminate the connection between the User's mobile device and the Wireless Communication Doorbell and the session ends at Step **214**.

FIG. **32** is a flowchart showing an operation of one aspect of the present disclosure. At step **300**, an object may move into the field of view of one or more Passive Infrared Sensors **144**. At step **302**, Passive Infrared Sensors **144** may trigger Microcontroller **163** then, Microcontroller **163** may trigger the Communication Module **164** to send a request to the server. At step **304**, the server may connect Wireless Communication Doorbell to the User's mobile device. This may be done through various wireless communication networks such as but not limited to available Wi-Fi, cellular, Bluetooth, or satellite networks. In step **306**, the Wireless Communication Doorbell **130** may record available audio and or video data using Camera **134**, Microphone **158**, or any other sensor available and stream the data to the User's mobile device. In step **308**, the user may receive a notification prompting the user to either accept or deny/ignore the notification. If the notification is accepted, the live audio/ video data may be displayed on the User's mobile device thereby allowing the User surveillance from the perspective of the Wireless Communication Doorbell **130**. When the User is satisfied with this function, the User may sever the connection at Step **312** whereby the session ends. If the User elects to deny the notification in step **308** or ignore it past a specified time, the connection to the User device is severed and the audio/video data may be stored on a cloud server, whereby the User may be able to view it later at their convenience. The Wireless Communication Doorbell **130** may be configured to record for a specified period of time in the event the notification in step **308** is denied or ignored. If such a time period is set, the Wireless Communication Doorbell **130** may record data for that period of time before ceasing operation in step **312** thereby ending the session.

FIG. **33** is a flowchart showing an operation of one aspect of the present disclosure. At step **400**, the User may select a

"snooze time-out," which is a time period that whereby the system may deactivate or otherwise not respond to stimuli (such as light, sound, or heat signatures) after an operation is performed, e.g. a notification is either accepted or denied/ ignored. Assume for the below, a snooze-time out of 15 minutes has been set by the User. At step **402**, an object may move into the field of view of one or more Passive Infrared Sensors **144**. At step **404**, the Microcontroller **163** may trigger the Communication module **164** to send a request to the server. In step **406**, the server may connect Wireless Communication Doorbell **130** to the User's mobile device using any of the wireless communication systems mentioned above. At step **408**, audio/video data captured by the Wireless Communication Doorbell **130** may be streamed to the User's mobile device. At step **410**, the user may receive a notification prompting the User to either accept or deny/ ignore the request. If the request is denied or ignored, then at step **412***b* audio/video may be recorded and stored on a cloud server. After the Wireless Communication Doorbell **130** finishes recording, the objects remain in the Passive Infrared Sensor **144** field of view in step **414**. In step **416**, the Microcontroller **163** waits for the "snooze time" to elapse, e.g. 15 minutes, before triggering the Communications Module **164** to submit another request to the server. After the snooze time, e.g. 15 minutes, elapses, the system reverts back to step **404** and progresses normally. The cycle may continue like this until the User accepts the notification request in step **410**. At this point, at step **412***a*, live audio and video data is displayed on the User's mobile device thereby allowing the user surveillance from the perspective of the Wireless Communication Doorbell **130**. At the User's request, the connection may be severed and the session ends at step **418**. At this point the User may elect for the system to revert back to step **416** whereby there may be no response until the snooze time, e.g. 15 minutes, has elapsed from the end of the previous session, or the User may elect for the system to return to step **402** and receive a notification the next time an object is perceived by one or more of the Passive Infrared Sensors **144**.

In certain embodiments according to the present disclosure, the user may remotely modify settings of the Wireless Communication Doorbell **130**. For example, the user may toggle one or more zones (areas of the fields of view of the Passive Infrared Sensors **144**, FIG. **29**) ON and OFF. In another example, the user may increase and decrease the range (or sensitivity) of the Passive Infrared Sensors **144**. Changes to the settings of the Wireless Communication Doorbell **130** may affect the notifications that the user receives from the Wireless Communication Doorbell **130**. For example, the user may turn off selected zones and/or decrease the range of the Passive Infrared Sensors **144** to reduce "false alarm" alerts, such as those generated by passing cars.

FIGS. **34-40** are screenshots of one example of a graphi- cal user interface (GUI) **250** for modifying settings of the Wireless Communication Doorbell according to an aspect of the present disclosure. In one example, the user may modify settings by selecting a menu choice from within a software application installed on the user's computer or mobile device. With reference to FIG. **34**, upon selecting the menu choice for modifying settings of the Wireless Communica- tion Doorbell, the software application may display, on a display of the user's computer or mobile device, a diagram **252** of the field of view about the Wireless Communication Doorbell. The diagram **252** may indicate the motion zones within the field of view, with each zone delineated by boundary lines **254** and enumerated with a unique zone

**29**

identifier, such as a number (Zones **1-6**). In the embodiment illustrated in FIG. **34**, the zone diagram **252** is a top view, but in alternative embodiments the zone diagram **252** may be presented from a different perspective, such as a front view or a side view.

With further reference to FIG. **34**, the zone diagram **252** further includes an ON/OFF indicator **256** for each zone. In the configuration of FIG. **34**, Zones **1-6** are all ON. The user may toggle selected ones of the zones ON and OFF by individually selecting each zone. For example, if the display of the user's computer or mobile device is a touchscreen, the user may toggle a selected zone by touching that area of the touchscreen. In another example, the user may select zones to toggle ON/OFF by clicking on those zones in the GUI **250** using a pointing device such as a mouse or a trackball. Zones that are ON will trigger motion alerts when movement is detected in those zones, while no motion alerts will be triggered for any zones that are OFF.

In certain of the present embodiments, the user may toggle individual zones ON and OFF independently of the other zones, such that any combination of zones may be ON at any given time. For example, FIGS. **35-38** illustrate some possible combinations. With reference to FIG. **35**, Zones **1**, **3**, and **5** are OFF, while Zones **2**, **4**, and **6** are ON. With reference to FIG. **36**, Zones **4** and **5** are OFF, while Zones **1-3** and **6** are ON. With reference to FIG. **37**, Zones **2-4** are OFF, while Zones **1**, **5**, and **6** are ON. With reference to FIG. **38**, Zones **1** and **5** are OFF, while Zones **2-4** and **6** are ON. With reference to FIG. **34**, the GUI **250** further includes a SAVE button **258**. When the user has set a desired zone configuration by toggling selected ones of the zones ON and OFF, he or she selects the SAVE button **258** to update the zone configuration setting for the Wireless Communication Doorbell **130**. The user may then close the zone diagram **252** by selecting the BACK button **260**, which may return the user to a previous screen (not shown) within the software application.

With further reference to FIG. **34**, the GUI **250** further includes a range adjustment component **262** that enables the user to remotely modify the range of the Passive Infrared Sensors **144**. In the illustrated embodiment, the range adjustment component **262** comprises a slider widget. A first end **264**, or lower end, of the range of the slider widget **262** corresponds to a minimum range of the Passive Infrared Sensors **144**, and a second end **266**, or upper end, of the range of the slider widget **262** corresponds to a maximum range of the Passive Infrared Sensors **144**. The first and second ends **264**, **266** of the slider widget **262** may include text indicating the distance corresponding to the minimum and maximum ranges of the Passive Infrared Sensors **144**. In the illustrated embodiment, the minimum range is indicated as approximately five feet, while the maximum range is indicated as approximately thirty feet. These ranges are merely examples, and are not limiting. In fact, in certain embodiments the textual indicators of the minimum and maximum ranges may not be provided at all.

With further reference to FIG. **34**, the current setting of the range of the Passive Infrared Sensors **144** is indicated on the zone diagram **252** by contrasting colors or shades of the same color, with a darker area **268** indicating the area where the Passive Infrared Sensors **144** will trigger motion alerts (the ON area **268**), and a lighter area **270** indicating the area where the Passive Infrared Sensors **144** will not trigger motion alerts (the OFF area **270**). A transition area **272** between the ON area **268** and the OFF area **270** is indicated by a color/shade between the darker area **268** and the lighter area **270**, with the color of the transition area **272** fading

**30**

gradually toward the OFF area **270**. In certain embodiments, the transition area **272** is part of the ON area **268**, such that the Passive Infrared Sensors **144** will trigger motion alerts in the transition area **272**, but in other embodiments the transition area **272** may be part of the OFF area **270**, such that the Passive Infrared Sensors **144** will not trigger motion alerts in the transition area **272**.

In the configuration of FIG. **34**, the range of the Passive Infrared Sensors **144** is set roughly halfway between the minimum and maximum settings. By contrast, in the configuration of FIG. **39**, the range of the Passive Infrared Sensors **144** is set to the minimum (slider widget **262** at first end **264**), and in the configuration of FIG. **40**, the range of the Passive Infrared Sensors **144** is set to the maximum (slider widget **262** at second end **266**). When the user has set a desired range for the Passive Infrared Sensors **144**, he or she selects the SAVE button **258** to update the range setting for the Wireless Communication Doorbell **130**. The user may then close the zone diagram **252** by selecting the BACK button **260**, which may return the user to a previous screen (not shown) within the software application. In the illustrated embodiment, the ranges of the Passive Infrared Sensors **144** may not be adjusted individually. That is, any movement of the slider widget **262** simultaneously adjusts the range of all of the Passive Infrared Sensors **144**. However, alternative embodiments may enable the ranges of the Passive Infrared Sensors **144** to be adjusted individually.

In certain of the present embodiments, if the user closes the zone diagram **252** (whether by selecting the BACK button **260**, or exiting the application, or by any other action) without selecting the SAVE button **258**, then any changes that the user may have made to the settings for the Passive Infrared Sensors **144**, such as toggling one or more of the sensors **144** on or off, or adjusting a range of one or more of the sensors **144**, will not be saved and will not be sent to the Wireless Communication Doorbell **130**.

FIG. **41** is a flowchart showing an embodiment of a process according to the present disclosure. According to the process shown in FIG. **41**, a user may remotely modify the settings of the Wireless Communication Doorbell **130**. Referring to FIGS. **34** and **41**, at block B**500** a diagram **252** of the field of view about the Wireless Communication Doorbell **130** is displayed on a display of the user's computer or mobile device. The diagram **252** facilitates modifying the zone and range settings of the Wireless Communication Doorbell **130**. For example, the user may toggle selected ones of the zones ON and OFF and/or increase and decrease a range (or sensitivity) of the Passive Infrared Sensors **144**, as described above with reference to FIGS. **34-40**. The displaying of the diagram **252** on the display of the user's computer or mobile device may be performed by software executing on the user's computer or mobile device, for example.

With further reference to FIG. **41**, at block B**502** the process determines whether an input has been received to toggle a selected zone ON or OFF. The input may come from the user, for example according to the process described above with reference to FIGS. **34-38**. If at least one input is received to toggle a selected zone ON or OFF, then the process moves to block B**504**, where the selected zone(s) is/are toggled ON or OFF. If, however, no input is received to toggle a selected zone ON or OFF, then the process moves to block B**506**.

At block B**506**, the process determines whether an input has been received to adjust the range of the Passive Infrared Sensors **144**. The input may come from the user, for example according to the process described above with reference to

US 10,142,597 B2

**31**

FIGS. **34**, **39**, and **40**. If an input is received to adjust the range of the Passive Infrared Sensors **144**, then the process moves to block B**508**, where the range of the Passive Infrared Sensors **144** is increased or decreased. If, however, no input is received to adjust the range of the Passive Infrared Sensors **144**, then the process moves to block B**510**.

At block B**510**, the process determines whether an input has been received to save any settings that may have been changed at either or both of block B**502** and block B**506**. The input may come from the user, for example according to the processes described above with reference to FIGS. **34**-**40**. If an input is received to save any changed settings, then the process moves to block B**512**, where the changed settings are saved, after which the process ends at block B**514**. If, however, no input is received to save any changed settings, then the process ends at block B**514**.

In certain embodiments, saving any changed settings may further comprise sending the changed settings to the system network **52**, from which the Wireless Communication Doorbell **130** may subsequently download the changed settings. For example, to implement the new settings in the Wireless Communication Doorbell **130**, the system network **52** may communicate with the Wireless Communication Doorbell **130**. In the process of the communication, the system network **52** may provide the updated user settings and instruct the Wireless Communication Doorbell **130** to overwrite any previous settings. This process may be performed in various ways. For example, and without limitation, the user may press the button **133** on the Wireless Communication Doorbell **130**, thereby causing the communication to occur, or the Wireless Communication Doorbell **130** may detect motion and then initiate the communication with the system network **52**, or a regular "check in" communication between the system network **52** and the Wireless Communication Doorbell **130** may be implemented. In one aspect of the present disclosure, the changed settings may be compiled into a single communication to the Wireless Communication Doorbell **130** containing instructions for all zones, instead of sending numerous communications, piecemeal, for each zone.

After the settings of the Wireless Communication Doorbell **130** are changed, as described above, the user may then receive notifications consistent with the changed settings. In one aspect of the present disclosure, the system of the present disclosure may implement the settings by running software capable of analyzing the inputs from the Passive Infrared Sensors **144**, and then checking to see if the input is in accordance with the preferred settings. For example, assume the user modifies Zone **5**, as shown in FIG. **29**, so that no motion alerts are generated for any movement farther than ten feet away from the Wireless Communication Doorbell **130** in Zone **5**. Also assume for purposes of this example that Passive Infrared Sensor **144-3**, which is responsible for Zone **5**, has a maximum range of fifty feet, and thus can detect movement up to fifty feet away. The Wireless Communication Doorbell **130** may analyze movement based on the input from Passive Infrared Sensor **144-3**, and may determine the distance of the movement from the Wireless Communication Doorbell **130**. If the Wireless Communication Doorbell **130** determines that the distance of the movement from the Wireless Communication Doorbell **130** is greater than ten feet, the Wireless Communication Doorbell **130** may ignore or filter out the movement and not initiate a communication with the system network **52** (and the user will thus not receive a motion alert). The Wireless Communication Doorbell **130** may apply these principles to all zones and settings, and may also provide features that take

**32**

into account possible false positive triggers, such as certain temperature conditions, light conditions, and/or moisture conditions, and determine whether a given input is a false detection. Whether or not false detections are ignored or filtered out may be governed by the preferred settings saved by the user.

In another aspect of the present disclosure, the user may manipulate physical controls, such as switches, sliders, or dials (not shown), located on the Wireless Communication Doorbell **130**, in lieu of doing so with a remote software application.

In some embodiments, an aspect of the present disclosure comprises a graphical user interface (GUI) displayed on a display of a computing device for enabling modification of motion zones for a wireless communication doorbell. The GUI may comprise a diagram of a field of view about the wireless communication doorbell, the diagram including a plurality of motion zones within the field of view, with each motion zone delineated by boundary lines and enumerated with a unique motion zone identifier, wherein the zone diagram further includes an ON/OFF indicator for each motion zone. In some embodiments, each unique zone identifier may comprise a number. In some embodiments, the zone diagram may be a top view. Some embodiments may further comprise a range adjustment component that enables a range of each of the motion zones to be modified. In some embodiments, the range adjustment component may comprise a slider widget. In some embodiments, contrasting colors or shades of the same color may indicate areas where motion alerts will be triggered and areas where motion alerts will not be triggered. In some embodiments, the areas where motion alerts will be triggered may be indicated by a dark color or shade and the areas where motion alerts will not be triggered may be indicated by a light color or shade. Some embodiments may further comprise a transition area between the dark areas and the light areas, the transition area having a gradually changing color or shade.

FIG. **42** is a functional block diagram of a client device **800** on which the present embodiments may be implemented according to various aspects of the present disclosure. The client device **800** may comprise, for example, a smartphone.

With reference to FIG. **42**, the client device **800** includes a processor **802**, a memory **804**, a user interface **806**, a communication module **808**, and a dataport **810**. These components are communicatively coupled together by an interconnect bus **812**. The processor **802** may include any processor used in smartphones and/or portable computing devices, such as an ARM processor (a processor based on the RISC (reduced instruction set computer) architecture developed by Advanced RISC Machines (ARM).). In some embodiments, the processor **802** may include one or more other processors, such as one or more conventional microprocessors, and/or one or more supplementary co-processors, such as math co-processors.

The memory **804** may include both operating memory, such as random access memory (RAM), as well as data storage, such as read-only memory (ROM), hard drives, flash memory, or any other suitable memory/storage element. The memory **804** may include removable memory elements, such as a CompactFlash card, a MultiMediaCard (MMC), and/or a Secure Digital (SD) card. In some embodiments, the memory **804** may comprise a combination of magnetic, optical, and/or semiconductor memory, and may include, for example, RAM, ROM, flash drive, and/or a hard disk or drive. The processor **802** and the memory **804** each may be, for example, located entirely within a single device, or may be connected to each other by a communication

US 10,142,597 B2

**33**

medium, such as a USB port, a serial port cable, a coaxial cable, an Ethernet-type cable, a telephone line, a radio frequency transceiver, or other similar wireless or wired medium or combination of the foregoing. For example, the processor **802** may be connected to the memory **804** via the dataport **810**.

The user interface **806** may include any user interface or presentation elements suitable for a smartphone and/or a portable computing device, such as a keypad, a display screen, a touchscreen, a microphone, and a speaker. The communication module **808** is configured to handle communication links between the client device **800** and other, external devices or receivers, and to route incoming/outgoing data appropriately. For example, inbound data from the dataport **810** may be routed through the communication module **808** before being directed to the processor **802**, and outbound data from the processor **802** may be routed through the communication module **808** before being directed to the dataport **810**. The communication module **808** may include one or more transceiver modules capable of transmitting and receiving data, and using, for example, one or more protocols and/or technologies, such as GSM, UMTS (3GSM), IS-95 (CDMA one), IS-2000 (CDMA 2000), LTE, FDMA, TDMA, W-CDMA, CDMA, OFDMA, Wi-Fi, WiMAX, or any other protocol and/or technology.

The dataport **810** may be any type of connector used for physically interfacing with a smartphone and/or a portable computing device, such as a mini-USB port or an IPHONE®/IPOD® 30-pin connector or LIGHTNING® connector. In other embodiments, the dataport **810** may include multiple communication channels for simultaneous communication with, for example, other processors, servers, and/or client terminals.

The memory **804** may store instructions for communicating with other systems, such as a computer. The memory **804** may store, for example, a program (e.g., computer program code) adapted to direct the processor **802** in accordance with the present embodiments. The instructions also may include program elements, such as an operating system. While execution of sequences of instructions in the program causes the processor **802** to perform the process steps described herein, hard-wired circuitry may be used in place of, or in combination with, software/firmware instructions for implementation of the processes of the present embodiments. Thus, the present embodiments are not limited to any specific combination of hardware and software.

FIG. **43** is a functional block diagram of a general-purpose computing system on which the present embodiments may be implemented according to various aspects of present disclosure. The computer system **900** may execute at least some of the operations described above. The computer system **900** may include at least one processor **910**, memory **920**, at least one storage device **930**, and input/output (I/O) devices **940**. Some or all of the components **910**, **920**, **930**, **940** may be interconnected via a system bus **950**. The processor **910** may be single- or multi-threaded and may have one or more cores. The processor **910** may execute instructions, such as those stored in the memory **920** and/or in the storage device **930**. Information may be received and output using one or more I/O devices **940**.

The memory **920** may store information, and may be a computer-readable medium, such as volatile or non-volatile memory. The storage device(s) **930** may provide storage for the system **900**, and may be a computer-readable medium. In various aspects, the storage device(s) **930** may be a flash memory device, a hard disk device, an optical disk device, a tape device, or any other type of storage device.

**34**

The I/O devices **940** may provide input/output operations for the system **900**. The I/O devices **940** may include a keyboard, a pointing device, and/or a microphone. The I/O devices **940** may further include a display unit for displaying graphical user interfaces, a speaker, and/or a printer. External data may be stored in one or more accessible external databases **960**.

The features of the present embodiments described herein may be implemented in digital electronic circuitry, and/or in computer hardware, firmware, software, and/or in combinations thereof. Features of the present embodiments may be implemented in a computer program product tangibly embodied in an information carrier, such as a machine-readable storage device, and/or in a propagated signal, for execution by a programmable processor. Embodiments of the present method steps may be performed by a programmable processor executing a program of instructions to perform functions of the described implementations by operating on input data and generating output.

The features of the present embodiments described herein may be implemented in one or more computer programs that are executable on a programmable system including at least one programmable processor coupled to receive data and/or instructions from, and to transmit data and/or instructions to, a data storage system, at least one input device, and at least one output device. A computer program may include a set of instructions that may be used, directly or indirectly, in a computer to perform a certain activity or bring about a certain result. A computer program may be written in any form of programming language, including compiled or interpreted languages, and it may be deployed in any form, including as a stand-alone program or as a module, component, subroutine, or other unit suitable for use in a computing environment.

Suitable processors for the execution of a program of instructions may include, for example, both general and special purpose processors, and/or the sole processor or one of multiple processors of any kind of computer. Generally, a processor may receive instructions and/or data from a read only memory (ROM), or a random access memory (RAM), or both. Such a computer may include a processor for executing instructions and one or more memories for storing instructions and/or data.

Generally, a computer may also include, or be operatively coupled to communicate with, one or more mass storage devices for storing data files. Such devices include magnetic disks, such as internal hard disks and/or removable disks, magneto-optical disks, and/or optical disks. Storage devices suitable for tangibly embodying computer program instructions and/or data may include all forms of non-volatile memory, including for example semiconductor memory devices, such as EPROM, EEPROM, and flash memory devices, magnetic disks such as internal hard disks and removable disks, magneto-optical disks, and CD-ROM and DVD-ROM disks. The processor and the memory may be supplemented by, or incorporated in, one or more ASICs (application-specific integrated circuits).

To provide for interaction with a user, the features of the present embodiments may be implemented on a computer having a display device, such as an LCD (liquid crystal display) monitor, for displaying information to the user. The computer may further include a keyboard, a pointing device, such as a mouse or a trackball, and/or a touchscreen by which the user may provide input to the computer.

The features of the present embodiments may be implemented in a computer system that includes a back-end component, such as a data server, and/or that includes a

US 10,142,597 B2

35

middleware component, such as an application server or an Internet server, and/or that includes a front-end component, such as a client computer having a graphical user interface (GUI) and/or an Internet browser, or any combination of these. The components of the system may be connected by any form or medium of digital data communication, such as a communication network. Examples of communication networks may include, for example, a LAN (local area network), a WAN (wide area network), and/or the computers and networks forming the Internet.

The computer system may include clients and servers. A client and server may be remote from each other and interact through a network, such as those described herein. The relationship of client and server may arise by virtue of computer programs running on the respective computers and having a client-server relationship to each other.

The above description presents the best mode contemplated for carrying out the present embodiments, and of the manner and process of practicing them, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which they pertain to practice these embodiments. The present embodiments are, however, susceptible to modifications and alternate constructions from those discussed above that are fully equivalent. Consequently, the present invention is not limited to the particular embodiments disclosed. On the contrary, the present invention covers all modifications and alternate constructions coming within the spirit and scope of the present disclosure. For example, the steps in the processes described herein need not be performed in the same order as they have been presented, and may be performed in any order(s). Further, steps that have been presented as being performed separately may in alternative embodiments be performed concurrently. Likewise, steps that have been presented as being performed concurrently may in alternative embodiments be performed separately.

The invention claimed is:

**1**. A method for a client device associated with a doorbell having a plurality of motion sensors, the method comprising:

displaying, on a graphical user interface (GUI) displayed on a display of the client device, a plurality of motion zones, wherein each of the motion zones represents a range of motion detection for a field of view of at least one of the motion sensors of the doorbell;

receiving an input to adjust the range of motion detection of the motion sensors;

determining whether any of the plurality of motion zones is selected for motion detection, wherein the selected motion zone or zones are displayed in a darker color on the GUI and unselected motion zones are displayed in a lighter color on the GUI; and

adjusting, based on the received input, the range of motion detection for at least a subset of the motion sensors that is associated with the selected motion zone or zones.

**2**. The method of claim **1** further comprising receiving an input to save the adjusted motion detection range as a current motion detection sensitivity of the doorbell.

**3**. The method of claim **1**, wherein receiving the input to adjust the range comprises receiving an input to increase a distance within which the motion sensors detect motion.

**4**. The method of claim **1**, wherein receiving the input to adjust the range comprises receiving an input to decrease a distance within which the motion sensors detect motion.

36

**5**. A method for a client device associated with a doorbell having a plurality of motion sensors, the method comprising:

displaying, on a graphical user interface (GUI) displayed on a display of the client device, a plurality of motion zones, wherein each of the motion zones represents a range of motion detection for a field of view of at least one of the motion sensors of the doorbell;

displaying, on the GUI, a slider for adjusting the range

receiving an input to adjust the range of motion detection of the motion sensors, wherein receiving the input to adjust the range comprises receiving movement of the slider;

determining whether any of the plurality of motion zones is selected for motion detection; and

adjusting, based on the received input, the range of motion detection for at least a subset of the motion sensors that is associated with the selected motion zone or zones.

**6**. The method of claim **5**, wherein the movement of the slider toward a first direction increases a distance within which the motion sensors detect motion, and wherein the movement of the slider toward a second direction decreases the distance within which the motion sensors detect motion.

**7**. The method of claim **5**, wherein the selected motion zone or zones are displayed in a darker color on the GUI and unselected motion zones are displayed in a lighter color on the GUI.

**8**. A method for a client device associated with a doorbell having a plurality of motion sensors, the method comprising:

displaying, on a graphical user interface (GUI) displayed on a display of the client device, a plurality of motion zones on a diagram comprising boundary lines that separate the motion zones and each motion zone is enumerated with a unique zone number, wherein each of the motion zones represents a range of motion detection for a field of view of at least one of the motion sensors of the doorbell;

receiving an input to adjust the range of motion detection of the motion sensors;

determining whether any of the plurality of motion zones is selected for motion detection; and

adjusting, based on the received input, the range of motion detection for at least a subset of the motion sensors that is associated with the selected motion zone or zones.

**9**. The method of claim **8**, wherein the diagram further comprises an indicator for each of the motion zones, the indicator for indicating whether the motion zone is selected or unselected.

**10**. The method of claim **1**, wherein adjusting the range of motion detection of motion sensors that are associated with the selected motion zone or zones comprises adjusting a motion detection distance from the doorbell for each motion sensor that is associated with the selected motion zone or zones.

**11**. The method of claim **1**, wherein the client device receives a motion alert from each motion sensor that is associated with the selected motion zone or zones when the motion sensor detects motion within the motion detection range of the motion sensor.

**12**. The method of claim **11**, wherein the client device further receives audio/video data from a camera of the doorbell when the motion sensor detects motion within the motion detection range of the motion sensor.

US 10,142,597 B2

37

**13**. A non-transitory machine-readable medium of a client device associated with a doorbell comprising video camera and a plurality of motion sensors, the non-transitory machine-readable medium storing a program executable by at least one processing unit of the client device, the program comprising sets of instructions for:

displaying, on a graphical user interface (GUI) displayed on a display of the client device, a plurality of motion zones on a diagram comprising boundary lines that separate the motion zones and each motion zone is enumerated with a unique zone number, wherein each of the motion zones represents a range of motion detection for a field of view of at least one of the motion sensors of the doorbell, and wherein when any of the motion sensors detects motion within the motion detection range of the motion sensor, the camera starts capturing video images of an area within a field of view of the video camera;

receiving an input to increase the range of motion detection of the motion sensors;

determining whether any of the plurality of motion zones is selected for motion detection; and

increasing, based on the received input, the range of motion detection for at least a subset of the motion sensors that is associated with the selected motion zone or zones.

**14**. The non-transitory machine-readable medium of claim **13**, wherein the plurality of motion sensors comprises at least one Passive Infrared (PIR) motion sensor.

**15**. The non-transitory machine-readable medium of claim **13**, wherein the program further comprises a set of instructions for receiving a motion alert from each motion sensor that is associated with a selected motion zone when the motion sensor detects motion within the motion detection range of the motion sensor.

**16**. The non-transitory machine-readable medium of claim **13**, wherein the program further comprises a set of instructions for displaying, on the GUI, numbers that are

38

indicative of minimum and maximum motion detection ranges of the motion sensors.

**17**. The non-transitory machine-readable medium of claim **13**, wherein the program further comprises a set of instructions for receiving an input to decrease the range of motion detection of the motion sensors.

**18**. A non-transitory machine-readable medium of a client device associated with a doorbell comprising a plurality of motion sensors, the non-transitory machine-readable medium storing a program executable by at least one processing unit of the client device, the program comprising sets of instructions for:

displaying, on a graphical user interface (GUI) displayed on a display of the client device, a plurality of motion zones, wherein each of the motion zones represents a range of motion detection for a field of view of at least one of the motion sensors of the doorbell;

displaying, on the GUI, a slider for adjusting the range;

receiving movement of the slider to adjust the range of motion detection of the motion sensors;

determining whether any of the plurality of motion zones is selected for motion detection; and

adjusting, based on the received input, the range of motion detection for at least a subset of the motion sensors that is associated with the selected motion zone or zones.

**19**. The non-transitory machine-readable medium of claim **18**, wherein the set of instructions for displaying the plurality of motion zones comprises a set of instructions for displaying, on the GUI, the selected motion zone or zones in a darker color and unselected motion zones in a lighter color.

**20**. The non-transitory machine-readable medium of claim **18**, wherein the program further comprises a set of instructions for receiving a motion alert from each motion sensor that is associated with a selected motion zone when the motion sensor detects motion within the motion detection range of the motion sensor.

*    *    *    *    *