# EXHIBIT 5

US010217331B2

(12) **United States Patent**
Siminoff

(10) Patent No.: **US 10,217,331 B2**
(45) Date of Patent:         *Feb. 26, 2019

(54) **WIRELESS COMMUNICATION USB DONGLE**

(71) Applicant: **Ring LLC**, Santa Monica, CA (US)

(72) Inventor: **James Siminoff**, Pacific Palisades, CA (US)

(73) Assignee: **Amazon Technologies, Inc.**, Seattle, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/645,250**

(22) Filed: **Jul. 10, 2017**

(65) **Prior Publication Data**

US 2017/0309138 A1      Oct. 26, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 14/905,653, filed as application No. PCT/US2014/046952 on Jul. 17, 2014, now Pat. No. 9,734,675.

(60) Provisional application No. 61/847,274, filed on Jul. 17, 2013.

(51) **Int. Cl.**
| | | |
|---|---|---|
| *G08B 3/10* | (2006.01) | |
| *G08B 5/36* | (2006.01) | |
| *G08C 17/02* | (2006.01) | |
| *H04M 11/02* | (2006.01) | |

(52) **U.S. Cl.**
CPC ................. *G08B 3/10* (2013.01); *G08B 5/36* (2013.01); *G08C 17/02* (2013.01); *H04M 11/025* (2013.01)

(58) **Field of Classification Search**
CPC ........ H04N 7/186; H04N 7/147; H04N 7/188; G08B 25/10; G08B 13/08; G08B 13/1436; G08B 13/19684; G08B 21/24; G08B 5/36; H04M 11/025; H04M 1/0291; H04M 1/7253; H02J 2007/0062; H02J 7/0052; H02J 1/00; H02J 4/00; F21Y 2115/10; G08C 17/02; H04L 2012/2841; H04L 51/36; H04L 51/38; H04L 63/08; H04L 67/1097; H04L 67/125; H04W 12/06; H04W 12/08; H04W 8/18
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,193,644 | B2 | 3/2007 | Carter |
| 8,139,098 | B2 | 3/2012 | Carter |
| 8,144,183 | B2 | 3/2012 | Carter |
| 8,154,581 | B2 | 4/2012 | Carter |
| 8,872,915 | B1 | 5/2014 | Scalisi et al. |
| 8,780,201 | B1 | 7/2014 | Scalisi et al. |

(Continued)

*Primary Examiner* — Fekadeselassie Girma
(74) *Attorney, Agent, or Firm* — Chong IP Law, LLP

(57) **ABSTRACT**

A communication device that may be removably coupled to a USB port, the device having a processor and non-volatile memory and configured to execute code, including code for receiving a wireless transmission including an alert signal from a second device, where the second device is a wireless doorbell, code for sounding an alarm via an audio or visual indicator on the communication device in response to the alert signal, code for receiving input from a user and transmitting a response signal to the second device, and code for allowing two-way audio communication between the communication device and the wireless doorbell.

**19 Claims, 7 Drawing Sheets**



**US 10,217,331 B2**

Page 2

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,842,180 B1 | 9/2014 | Kasmir et al. | |
| 8,937,659 B1 | 1/2015 | Scalisi et al. | |
| 8,941,736 B1 | 1/2015 | Scalisi | |
| 8,947,530 B1 | 2/2015 | Scalisi | |
| 8,953,040 B1 | 2/2015 | Scalisi et al. | |
| 9,013,575 B2 | 4/2015 | Scalisi | |
| 9,049,352 B2 | 6/2015 | Scalisi et al. | |
| 9,053,622 B2 | 6/2015 | Scalisi | |
| 9,058,738 B1 | 6/2015 | Scalisi | |
| 9,060,103 B2 | 6/2015 | Scalisi | |
| 9,060,104 B2 | 6/2015 | Scalisi | |
| 9,065,987 B2 | 6/2015 | Scalisi | |
| 9,094,584 B2 | 7/2015 | Scalisi et al. | |
| 9,113,051 B1 | 8/2015 | Scalisi | |
| 9,113,052 B1 | 8/2015 | Scalisi et al. | |
| 9,118,819 B1 | 8/2015 | Scalisi et al. | |
| 9,142,214 B2 | 9/2015 | Scalisi | |
| 9,160,987 B1 | 10/2015 | Kasmir et al. | |
| 9,165,444 B2 | 10/2015 | Scalisi | |
| 9,172,920 B1 | 10/2015 | Kasmir et al. | |
| 9,172,921 B1 | 10/2015 | Scalisi et al. | |
| 9,172,922 B1 | 10/2015 | Kasmir et al. | |
| 9,179,107 B1 | 11/2015 | Scalisi | |
| 9,179,108 B1 | 11/2015 | Scalisi | |
| 9,179,109 B1 | 11/2015 | Kasmir et al. | |
| 9,196,133 B2 | 11/2015 | Scalisi et al. | |
| 9,197,867 B1 | 11/2015 | Scalisi et al. | |
| 9,230,424 B1 | 1/2016 | Scalisi et al. | |
| 9,237,318 B2 | 1/2016 | Kasmir et al. | |
| 9,247,219 B2 | 1/2016 | Kasmir et al. | |
| 9,253,455 B1 | 2/2016 | Harrison et al. | |
| 9,342,936 B2 | 5/2016 | Scalisi | |
| 9,508,239 B1 | 11/2016 | Harrison et al. | |
| 9,734,675 B2 * | 8/2017 | Siminoff | G08B 3/10 |
| 9,736,284 B2 * | 8/2017 | Scalisi | H04M 1/0291 |
| 9,736,688 B2 * | 8/2017 | Li | H04W 12/04 |
| 9,743,049 B2 | 8/2017 | Scalisi et al. | |
| 9,769,435 B2 | 9/2017 | Scalisi et al. | |
| 9,786,133 B2 | 10/2017 | Harrison et al. | |
| 9,799,183 B2 | 10/2017 | Harrison et al. | |
| 2003/0080855 A1 * | 5/2003 | Koneff | G08B 3/10 |
| | | | 340/328 |
| 2005/0104730 A1 * | 5/2005 | Yang | A47G 29/141 |
| | | | 340/569 |

| | | | |
|---|---|---|---|
| 2006/0011144 A1 * | 1/2006 | Kates | A01K 15/02 |
| | | | 119/719 |
| 2006/0063517 A1 * | 3/2006 | Oh | H04M 3/42348 |
| | | | 455/415 |
| 2008/0143489 A1 * | 6/2008 | Castaldo | G06F 9/54 |
| | | | 340/286.01 |
| 2008/0233953 A1 * | 9/2008 | Stefani | H04W 92/02 |
| | | | 455/431 |
| 2010/0225455 A1 * | 9/2010 | Claiborne | G08B 3/10 |
| | | | 340/384.7 |
| 2010/0225493 A1 * | 9/2010 | Zishaan | F24F 11/30 |
| | | | 340/627 |
| 2010/0302025 A1 * | 12/2010 | Script | G01P 15/09 |
| | | | 340/539.1 |
| 2011/0087137 A1 * | 4/2011 | Hanoun | A61B 5/0205 |
| | | | 600/587 |
| 2013/0045763 A1 * | 2/2013 | Ruiz | H04M 1/0291 |
| | | | 455/466 |
| 2013/0049954 A1 * | 2/2013 | Scannell | H04W 68/00 |
| | | | 340/539.11 |
| 2013/0057695 A1 * | 3/2013 | Huisking | H04N 7/186 |
| | | | 348/156 |
| 2013/0113928 A1 * | 5/2013 | Feldman | H04N 7/183 |
| | | | 348/143 |
| 2013/0267116 A1 * | 10/2013 | Tin | H02J 1/00 |
| | | | 439/535 |
| 2014/0043141 A1 * | 2/2014 | Cazanas | G06F 21/35 |
| | | | 340/5.81 |
| 2014/0098519 A1 * | 4/2014 | Chien | F21S 8/035 |
| | | | 362/96 |
| 2014/0366420 A1 * | 12/2014 | Hager | F41A 17/063 |
| | | | 42/70.11 |
| 2015/0296599 A1 * | 10/2015 | Recker | H05B 37/0272 |
| | | | 315/153 |
| 2015/0342005 A1 * | 11/2015 | Akcasu | H05B 37/0209 |
| | | | 315/307 |
| 2015/0364027 A1 * | 12/2015 | Haupt | G01W 1/02 |
| | | | 340/521 |
| 2016/0007431 A1 * | 1/2016 | Bosua | H05B 37/0272 |
| | | | 315/158 |
| 2016/0163163 A1 * | 6/2016 | Siminoff | G08B 3/10 |
| | | | 340/330 |
| 2016/0219254 A1 * | 7/2016 | Hu | H04N 7/186 |

* cited by examiner

Fig. 1



Fig. 2



Fig. 3



Fig. 4A



10

13

Fig. 4B



13

11

Fig. 5



Fig. 6



Fig. 7



**1**

## WIRELESS COMMUNICATION USB DONGLE

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/905,653, filed on Jan. 15, 2016, which is a National Stage of International Application No. PCT/US2014/046952, filed Jul. 17, 2014, which claims the benefit of earlier filed U.S. Provisional Application No. 61/847,274, filed on Jul. 17, 2013, all of which are incorporated by reference herein in their entirety.

### BACKGROUND OF THE INVENTION

Recent advancements in intercom technology and the rapid development of microcomputer industry have allowed users to access numerous household functions remotely. Specifically there are various types of Wireless Doorbell Chimes available in the market that may be accessed from multiple access points such as portable interfaces and smart devices etc. In addition to the advancement of intercom technology, wireless communication chips may be packaged into a smaller configurations, saving space without affecting their processing ability. As building upon the aforesaid advancements we have developed a USB Doorbell Dongle that not only can store data but also it may work as a USB wireless Controller for a wireless doorbell chime.

### SUMMARY OF THE INVENTION

A communication device that may be removably coupled to a USB port, the device having a processor and non-volatile memory and configured to execute code, including code for receiving an alert signal from a second device, where the second device is a wireless doorbell, code for sounding an alarm via an audio or visual indicator on the communication device in response to the alert signal, and code for receiving input from a user and transmitting a response signal to the second device.

### BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** is an Entity Relationship diagram of the system and components of USB Doorbell Dongle according to an aspect of the present disclosure.

FIG. **2** is a cross sectional view of USB Doorbell Dongle according to an aspect of present disclosure.

FIG. **3** is a front perspective view of USB Doorbell Dongle according to an aspect of present disclosure.

FIG. **4A** is a front profile view of USB Doorbell Dongle being inserted into a computer according to an aspect of present disclosure.

FIG. **4B** is a front profile view of USB Doorbell Dongle being inserted in USB Adapter according to an aspect of present disclosure.

FIG. **5** shows a diagram displaying communication between components within the system according to an aspect of present disclosure.

FIG. **6** is a process flow diagram regarding the use and functions associated with USB Doorbell Dongle according to an aspect of the present disclosure.

FIG. **7** is a diagram displaying a general purpose computer on which the system and method of the present disclosure may be implemented according to an aspect of present disclosure.

**2**

### DETAILED DESCRIPTION

FIG. **1** is an Entity Relationship Diagram displaying the components of USB Doorbell Dongle **13** according to an aspect of present disclosure. USB Doorbell Dongle **13** may be an electronic hardware device designed to fit into a USB port. As shown in FIG. **1**, USB Doorbell Dongle **13** contains Microcontroller **4**, Flash Memory **6**, Speaker **1**, LED Lights **7** and Communications Module **8**. Each component inside USB Doorbell Dongle **13** performs an individual function which then contributes to an efficient working of the whole system. USB Doorbell Dongle **13** may communicate directly or indirectly with Doorbell **12**. Doorbell **12** may be a doorbell capable of wireless data transmission. Doorbell **12** may be equipped with a microphone, speaker, camera and button. Doorbell **12** may act as an intercom system, which in turn relays digital audio and/or video to USB Doorbell Dongle **13** and Smart Device **18**, allowing a User and a Visitor to communicate remotely with each other.

Smart Device **18** may be any electronic device capable of receiving and transmitting data via the Internet, capable of transmitting and receiving audio and video communications, and that can operate to some extent autonomously. Examples of Smart Device **18** are but not limited to smartphones, tablets, laptops, computers, and VOIP telephone systems. In one non-limiting aspect, Smart Device **18** may be an initial point of contact between a Visitor (not shown) at Doorbell **12** and a User (not shown), prior to Doorbell **12** connecting to USB Doorbell Dongle **13**. In this aspect, in the event that the User cannot connect to Doorbell **12** via Smart Device **18**, data routed by Server **17** may be directed to USB Doorbell Dongle **13**.

In one aspect, USB Doorbell Dongle **13**, Smart Device **18** and Doorbell **12** communicate via Wi-Fi. In this aspect, Communications Module **8** may be an off the shelf component such as the GS2011M module by Gainspan, or it could be another module that adds low power, high speed Wi-Fi and Internet connectivity to a device with a microcontroller and serial host interface. Communications Module **8** may send outbound data calls to Server **17** via Network **16**, containing data such as sound and identifying information related to USB Doorbell Dongle **13**. Network **16** may be a telecommunications network that allows computers to exchange data either physically or virtually. Server **17** determines which USB Doorbell Dongle **13** is associated with Doorbell **12** using the identifying information sent and routes the transmitted signal through Server **17** to USB Doorbell Dongle **13**. Server **17** is a system that responds to requests across a computer network to provide, or help to provide, a network service, such as routing. The Doorbell **13** may connect to Network **16** via Communications Module **8** to communicate with USB Doorbell Dongle **13**.

Other data transmission protocols such as Bluetooth™ or ZigBee® may be incorporated into Communications Module **8** to transmit data to mobile devices or any other device capable of receiving wireless data transmissions. In this aspect, data may be transmitted to Microcontroller **4** directly through Bluetooth™ protocol via Communications Module **8** depending on Doorbell Dongle's **13** proximity to Doorbell **12**.

Once a wireless connection has been made, Microcontroller **4** may process data delivered from Doorbell **12** to USB Doorbell Dongle **13**. Microcontroller **4** is a self-contained processing system embedded in USB Doorbell Dongle **13** which handles and distributes commands coming in and out of the device and routes them to the appropriate components. If Doorbell **12** is rung by a Visitor, Microcon-

**3**

troller **4** may transmit a notifying signal to a User via USB Doorbell Dongle **13**, such as activating LED Lights **7** and/or emitting an audio ringtone through Speaker **1**. USB Doorbell Dongle **13** may be equipped with one or more Input Buttons **3**. When pressed by the User, Input Button **3** may activate Microphone **9** to allow the User to communicate with the Visitor through audio transmission.

USB Connector **5** may transmit data and/or electrical current from Computer **10** (FIG. **4**A) and USB Wall Adapter **11** (FIG. **4**B). Electrical current is transmitted to Power Regulator **2**, which in turn distributes power to all components within USB Doorbell Dongle **13**. Any data transmitted via USB Connector **5** from Computer **10** may be stored in Flash Memory **6**. In one aspect of the present disclosure, a User may store audio ringtones on Flash Memory **6**, which may be emitted when Doorbell **12** is rung.

FIG. **2** shows a cross sectional view of USB Doorbell Dongle **13** according to an aspect of present disclosure. USB Doorbell Dongle **13** may contain Flash Memory **6** in conjunction with Speaker **1**, Power Regulator **2**, Input Button **3**, Microcontroller **4**, USB Connector **5**, LED Lights **7**, Communications Module **8** and Microphone **9**. Flash Memory **6** embedded inside USB Doorbell Dongle **13** may be used to store or transfer the User's data from one device to another device such as Computer **10**. Flash Memory **6** may also be used to store potential ringtones that the User might select as an audio notification for Doorbell **12**. Communications Module **8** may contain Bluetooth™ and/or Wi-Fi, and connect to Doorbell **12** depending on the wireless connection available at that given time. In one aspect of the present disclosure, USB Doorbell Dongle **13** may have the ability to extended available Wi-Fi signal to the nearby devices available within Network **16**. In this aspect, USB Doorbell Dongle **13** may contain components, (e.g. found in a Wi-Fi router) capable of receiving a wireless signal transmitted from Network **16**, amplifying the wireless signal, and then transmitting the boosted signal throughout the User's location or facility. USB Doorbell Dongle **13** may include a battery (not shown) to allow operation when electrical power is not available to the device.

FIG. **3** shows a front perspective of USB DoorBell Dongle **13** according to an aspect of present disclosure. The top face of USB Doorbell Dongle **13** may feature a perforated pattern that allows for audio to be emitted from Speaker **9** (not shown). An aperture to allow for LED Lights **7** to emit light may be located on a front facing surface of USB Doorbell Dongle **13**. LED Lights **7**, mounted within USB Doorbell Dongle **13** may turn on and off or blink continuously depending on the signal transmitted from Doorbell **12**. LED Lights **7** may also be illuminated if USB Doorbell Dongle **13** is plugged into Computer **10** or USB Wall Adapter **11**. In this aspect, the illumination of LED Lights **7** may indicate charging or data transfer and may turn off once the user unplugs USB Doorbell Dongle **13** from Computer **10** or USB Wall Adapter **11**.

Input button **3** may be positioned on a front facing surface of USB Doorbell Dongle **13**. Once USB Doorbell Dongle **13** receives signal from Doorbell **12**, Microcontroller **4** is triggered to inform the User by emitting audio from Speaker **1** and/or illuminating LED Lights **7**. The User may press Input button **3** to activate Microphone **9** in order to transmit digital audio from USB Doorbell Dongle **13** to Doorbell **12**.

FIG. **4**A shows a front profile view of USB Doorbell Dongle **13** being inserted into Computer **10** according to an aspect of present disclosure. USB Doorbell Dongle **13** may extract power from Computer **10** as USB Doorbell Dongle **13** may be plugged in the USB port of Computer **10**. As USB

**4**

Doorbell Dongle **13** may be inserted in Computer **10**, the User may also extract data from Computer **10** and store on Flash Memory **6** embedded in USB Doorbell Dongle **13** and/or user may be able to transfer data back and forth from Computer **10** to USB Doorbell Dongle **13**.

FIG. **4**B shows USB Doorbell Dongle **13** being inserted in USB Wall Adapter **11** according to an aspect of present disclosure. USB Doorbell Dongle **13** may extract power from USB Wall Adapter **11** that may be plugged in a wall socket. USB Doorbell Dongle **13** may be inserted into any device offering a USB port, and that will also provide power to USB Doorbell Dongle **13**.

FIG. **5** shows a diagram displaying communication between USB Doorbell Dongle **13** and Wi-Fi Doorbell **12**. In one aspect of the present disclosure, when a notification command is transmitted from Doorbell **12** to USB Doorbell Dongle **13** through Wi-Fi or Bluetooth™, the User may have the ability to talk to a Visitor through Microphone **9** embedded in the USB Doorbell Dongle **13**.

In one aspect, USB Doorbell Dongle **13** may communicate with Doorbell **12** via Wi-Fi. Communication Module **8** may send an outbound data call to Server **17** located within Network **16**, containing data such as sound and identifying information related to USB Doorbell Dongle **13**. Server **17** may then determine which USB Doorbell Dongle **13** is associated with Doorbell **12** using the identifying information delivered from Doorbell **12** and may route the transmitted signal through Network **16** to USB Doorbell Dongle **13**. As mentioned above, the connection may also transmit through Bluetooth™ protocol via Bluetooth™ module embedded in Communications Module **8** of USB Doorbell Dongle **13** depending on its proximity to Doorbell **12**.

FIG. **6** displays a process flow regarding the use and functions associated with USB Doorbell Dongle **13** according to an aspect of the present disclosure. A Visitor may push a button located on the Doorbell **12** at Step **102**. At Step **104**, Doorbell **12** transmits data to Network **16** such as video, audio and identifying information associated to Doorbell **12**. Server **17** identifies what Smart Devices **54**, web based applications, USB Doorbell Dongle **13**'s and other devices may be associated with Doorbell **12**. Server **53** may route the appropriate data, such as audio or video data, to the appropriate device based on the functions of each device. The User may initially receive a notification on Smart Device **18** or another device associated with Doorbell **12**. If the request is accepted, (Yes, Step **104**), the User and Visitor may communicate via audio and video transmissions sent to and from Doorbell **12** at Step **106**. The transmission may then be terminated at Step **116** once the User disconnects or hangs up.

If a connection cannot be made with Smart Device **18**, (No, Step **104**), Server **17** routes data to USB Doorbell Dongle **13** at Step **108** to emit an audio chime. Reasons such as but not limited to poor network connection, Smart Device **18** not connected to a network, and Smart Device **18** being powered off may trigger USB Doorbell Dongle to emit an audio chime to the User.

If the User is in the presence of USB Doorbell Dongle **12** and is capable of answering the request, (Yes, Step **110**), the User may press Button **3** located on USB Doorbell Dongle **12** at Step **112**. Pressing Button **3** located on USB Doorbell Dongle **12** creates a connection between Doorbell **12** and USB Doorbell Dongle **12** via Network **16**. The User and a Visitor may communicate via audio transmissions sent to and from Doorbell **12** and USB Doorbell Dongle **12** at Step **114**. The transmission may then be terminated at Step **116** when the User disconnects by pressing Button **3**.

**5**

If the User is not in the presence of USB Doorbell Dongle **12**, or USB Doorbell Dongle **12** is either disconnected from Network **16** or powered off (No, Step **110**) the transmission may then be terminated at Step **116**. It may be understood by those skilled in the art that the steps described within FIG. **6** may take place in a different order than described above. For example, Server **17** may route data to USB Doorbell Dongle **12** prior to routing data to Smart Device **18**.

FIG. **7** shows a general purpose computer on which the system and method of the present disclosure may be implemented. The computer system **900** may execute at least some of the operations described above. Computer system **900** may include processor **910**, memory **920**, storage device **930**, and input/output devices **940**. Some or all of the components **910**, **920**, **930**, and **940** may be interconnected via system bus **950**. Processor **910** may be single or multi-threaded and may have one or more cores. Processor **910** may execute instructions, such as those stored in memory **920** or in storage device **930**. Information may be received and output using one or more input/output devices **940**.

Memory **920** may store information and may be a computer-readable medium, such as volatile or non-volatile memory. Storage device **930** may provide storage for system **900** and may be a computer-readable medium. In various aspects, storage device **930** may be a flash memory device, a floppy disk device, a hard disk device, an optical disk device, or a tape device.

Input/output devices **940** may provide input/output operations for system **900**. Input/output devices **940** may include a keyboard, pointing device, and microphone. Input/output devices **940** may further include a display unit for displaying graphical user interfaces, speaker, and printer. External data, such as financial data, may be stored in accessible external databases **960**.

The features described may be implemented in digital electronic circuitry, or in computer hardware, firmware, software, or in combinations thereof. The apparatus may be implemented in a computer program product tangibly embodied in an information carrier, e.g., in a machine-readable storage device or in a propagated signal, for execution by a programmable processor; and method steps may be performed by a programmable processor executing a program of instructions to perform functions of the described implementations by operating on input data and generating output.

The described features may be implemented in one or more computer programs that are executable on a programmable system including at least one programmable processor coupled to receive data and instructions from, and to transmit data and instructions to, a data storage system, at least one input device, and at least one output device. A computer program may include set of instructions that may be used, directly or indirectly, in a computer to perform a certain activity or bring about a certain result. A computer program may be written in any form of programming language, including compiled or interpreted languages, and it may be deployed in any form, including as a stand-alone program or as a module, component, subroutine, or other unit suitable for use in a computing environment.

Suitable processors for the execution of a program of instructions may include, by way of example, both general and special purpose microprocessors, and the sole processor or one of multiple processors of any kind of computer. Generally, a processor may receive instructions and data from a read only memory or a random access memory or both. Such a computer may include a processor for executing instructions and one or more memories for storing

**6**

instructions and data. Generally, a computer may also include, or be operatively coupled to communicate with, one or more mass storage devices for storing data files; such devices include magnetic disks, such as internal hard disks and removable, disks; magneto-optical disks; and optical disks. Storage devices suitable for tangibly embodying computer program instructions and data may include all forms of non-volatile memory, including by way of example semiconductor memory devices, such as EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROM and DVD-ROM disks. The processor and the memory may be supplemented by, or incorporated in, ASICs (application-specific integrated circuits).

To provide for interaction with a user, the features may be implemented on a computer having a display device such as a CRT (cathode ray tube) or LCD (liquid crystal display) monitor for displaying information to the user and a keyboard and a pointing device such as a mouse or a trackball by which the user may provide input to the computer.

The features may be implemented in a computer system that includes a back-end component, such as a data server, or that includes a middleware component, such as an application server or an Internet server, or that includes a front-end component, such as a client computer having a graphical user interface or an Internet browser, or any combination of them. The components of the system may be connected by any form or medium of digital data communication such as a communication network. Examples of communication networks may include, e.g., a LAN, a WAN, and the computers and networks forming the Internet.

The computer system may include clients and servers. A client and server may be remote from each other and interact through a network, such as the described one. The relationship of client and server may arise by virtue of computer programs running on the respective computers and having a client-server relationship to each other.

Numerous additional modifications and variations of the present disclosure are possible in view of the above teachings. It is therefore to be understood that within the scope of the appended claims, the present disclosure may be practiced other than as specifically described herein.

The invention claimed is:

**1**. A non-transitory machine-readable medium of an electronic device comprising at least one light emitting diode (LED) and storing a program for communicating with a doorbell, the electronic device configured to communicate with a remote server and the doorbell and to emit audio ringtones, the program executable by a processing unit of the electronic device, the program comprising sets of instructions for:

receiving, by the electronic device, a first signal from the remote server via at least one network when the remote server receives, from the doorbell, a second signal along with audio/video data via the at least one network, and sends, to at least one client device associated with the doorbell, the audio/video data captured by the doorbell;

in response to receiving the first signal, transmitting a third signal to a speaker of the electronic device to emit an audio ringtone; and

in response to receiving the first signal, activating the at least one LED.

**2**. The non-transitory machine-readable medium of claim **1**, wherein the electronic device is configured to removably couple to a universal serial bus (USB) port.

US 10,217,331 B2

7

**3**. The non-transitory machine-readable medium of claim **2**, wherein the electronic device is further configured to receive electrical current through the USB port.

**4**. The non-transitory machine-readable medium of claim **2**, wherein the electronic device is further configured (i) to receive data through the USB port and (ii) to store the received data at a non-volatile memory of the electronic device.

**5**. The non-transitory machine-readable medium of claim **2**, wherein the USB port comprises a USB port of a computer.

**6**. The non-transitory machine-readable medium of claim **2**, wherein the USB port comprises a USB port of a USB wall adapter.

**7**. The non-transitory machine-readable medium of claim **1**, wherein the set of instructions for receiving the first signal comprises a set of instructions for receiving the first signal from the remote server when a button of the doorbell is pressed.

**8**. The non-transitory machine-readable medium of claim **1**, wherein the client device comprises one of a smartphone, a tablet, and a laptop computer.

**9**. The non-transitory machine-readable medium of claim **1**, wherein the electronic device further comprises a button and a microphone, and wherein the program further comprises a set of instructions for, when the button is pressed, activating the microphone to establish audio communication between a user at the electronic device and a visitor at the doorbell.

**10**. The non-transitory machine-readable medium of claim **1**, wherein the ringtone is one of a set of ringtones stored at a memory of the electronic device.

**11**. The non-transitory machine-readable medium of claim **1**, wherein the electronic device further comprises a wireless signal amplifier configured to boost received wireless signals for one or more other devices to connect to the at least one network.

8

**12**. A method for an electronic device to communicate with a remote server and a doorbell and to emit audio ringtones, the electronic device comprising at least one light emitting diode (LED), the method comprising:

receiving, by the electronic device, a first signal from the remote server via at least one network when the remote server receives, from the doorbell, a second signal along with audio/video data via the at least one network, and sends, to at least one client device associated with the doorbell, the audio/video data captured by the doorbell;

in response to receiving the first signal, transmitting a third signal to a speaker of the electronic device to emit an audio ringtone; and

in response to receiving the first signal, activating the at least one LED.

**13**. The method of claim **12**, wherein the electronic device receives the first signal when a button of the doorbell is pressed.

**14**. The method of claim **12**, wherein the electronic device further comprises a connector for coupling to a universal serial bus (USB) port.

**15**. The method of claim **14**, wherein the electronic device is further configured to receive electrical current from at least one of the USB port and a battery of the electronic device.

**16**. The method of claim **14**, wherein the USB port comprises a USB port of a computer.

**17**. The method of claim **14**, wherein the USB port comprises a USB port of a USB wall adapter.

**18**. The method of claim **12**, wherein the client device comprises one of a smartphone, a tablet, and a laptop computer.

**19**. The method of claim **12**, wherein the electronic device further comprises a wireless signal amplifier configured to boost received wireless signals for one or more other devices to connect to the at least one network.

*    *    *    *    *