# EXHIBIT 6

US010270971B2

## (12) United States Patent
Siminoff et al.

(10) Patent No.: **US 10,270,971 B2**

(45) Date of Patent: **\*Apr. 23, 2019**

(54) **LOW-POWER-CONSUMPTION AUDIO/VIDEO RECORDING AND COMMUNICATION DOORBELL**

(71) Applicant: **Ring LLC**, Santa Monica, CA (US)

(72) Inventors: **James Siminoff**, Pacific Palisades, CA (US); **Changsoo Jeong**, Rancho Palos Verdes, CA (US); **John Modestine**, Los Angeles, CA (US); **Trevor Phillips**, Los Angeles, CA (US); **Mark Siminoff**, Mountain View, CA (US); **Robert Tso**, Hawthorne, CA (US); **Stuart Westerman**, Santa Monica, CA (US)

(73) Assignee: **Amazon Technologies, Inc.**, Seattle, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 18 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/729,644**

(22) Filed: **Oct. 10, 2017**

(65) **Prior Publication Data**

US 2018/0035051 A1    Feb. 1, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 15/459,087, filed on Mar. 15, 2017, now Pat. No. 9,819,867.

(Continued)

(51) **Int. Cl.**
**H04M 1/60** (2006.01)
**H04M 9/00** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........... **H04N 5/23241** (2013.01); **G08B 3/10** (2013.01); **G08B 13/196** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............. G08B 3/1016; G06K 9/00228; G06K 9/00302; G06F 3/017; H04L 12/2869;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,648,273 A * 3/1972 Gardner .................. G08B 5/36
337/88
8,780,201 B1    7/2014 Scalisi et al.
(Continued)

*Primary Examiner* — Binh Kien Tieu
(74) *Attorney, Agent, or Firm* — Chong IP Law, LLP

(57) **ABSTRACT**

An audio/video (A/V) recording and communication doorbell, including a camera, a speaker, a microphone, a power manager, a battery, an AC/DC rectifier, and a DC/DC converter. The doorbell is configured for connection to an external AC power source through the AC/DC rectifier and the DC/DC converter. The power manager is configured to draw power, up to a threshold power, from the AC power source and to draw supplemental power from the battery such that the power drawn from the AC power source never exceeds the threshold power. The present A/V recording and communication doorbell can thus be connected to an existing household AC power supply and an existing doorbell signaling device without causing inadvertent sounding of the signaling device.

**20 Claims, 24 Drawing Sheets**



**US 10,270,971 B2**

Page 2

## Related U.S. Application Data

(60) Provisional application No. 62/308,746, filed on Mar. 15, 2016.

(51) **Int. Cl.**

| | |
|---|---|
| *H04N 5/232* | (2006.01) |
| *G08B 13/196* | (2006.01) |
| *H04N 5/77* | (2006.01) |
| *H04N 7/18* | (2006.01) |
| *G08B 3/10* | (2006.01) |

(52) **U.S. Cl.**
CPC ........... *H04N 5/23206* (2013.01); *H04N 5/77* (2013.01); *H04N 7/186* (2013.01); *G08B 13/19615* (2013.01); *G08B 13/19669* (2013.01)

(58) **Field of Classification Search**
CPC .... H04N 7/186; H04N 21/4424; H04N 7/142; H04N 7/148; H04M 11/025; H04M 1/029

USPC ......... 348/14.01, 14.02, 14.04, 14.06, 14.11; 379/159, 164, 165, 166, 167.01, 167.04, 379/167.05, 167.14, 167.15, 169, 167.07, 379/167.12
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 9,058,738 B1 | 6/2015 | Scalisi |
| 2007/0008081 A1 | 1/2007 | Tylicki et al. |
| 2010/0225455 A1 | 9/2010 | Claiborne et al. |
| 2014/0267716 A1 | 9/2014 | Child et al. |
| 2015/0163463 A1 | 6/2015 | Hwang et al. |
| 2016/0126782 A1 | 5/2016 | Jo |

* cited by examiner

U.S. Patent

Apr. 23, 2019

Sheet 1 of 24

US 10,270,971 B2



FIG. 1

U.S. Patent
Apr. 23, 2019
Sheet 2 of 24
US 10,270,971 B2



FIG. 2

U.S. Patent

Apr. 23, 2019

Sheet 3 of 24

US 10,270,971 B2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 7A



**FIG. 8**



**FIG. 9**



FIG. 10



FIG. 11



FIG. 12



**FIG. 13**

U.S. Patent

Apr. 23, 2019

Sheet 14 of 24

US 10,270,971 B2



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18

FIG. 19



FIG. 20

FIG. 21

U.S. Patent

Apr. 23, 2019

Sheet 20 of 24

US 10,270,971 B2



FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26

**1**

## LOW-POWER-CONSUMPTION AUDIO/VIDEO RECORDING AND COMMUNICATION DOORBELL

### CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation of application Ser. No. 15/459,087, filed on Mar. 15, 2017, which claims priority to provisional application Ser. No. 62/308,746, filed on Mar. 15, 2016. The entire contents of the priority applications are hereby incorporated by reference as if fully set forth.

### TECHNICAL FIELD

The present embodiments relate to audio/video (A/V) recording and communication devices, including A/V recording and communication doorbell systems. In particular, the present embodiments relate to improvements in the functionality of A/V recording and communication devices that enhance the streaming and storing of video recorded by such devices.

### BACKGROUND

Home safety is a concern for many homeowners and renters. Those seeking to protect or monitor their homes often wish to have video and audio communications with visitors, for example, those visiting an external door or entryway. Audio/Video (A/V) recording and communication doorbell systems provide this functionality, and can also aid in crime detection and prevention. For example, audio and/or video captured by an A/V recording and communication doorbell can be uploaded to the cloud and recorded on a remote server. Subsequent review of the A/V footage can aid law enforcement in capturing perpetrators of home burglaries and other crimes. Further, the presence of an A/V recording and communication doorbell at the entrance to a home acts as a powerful deterrent against would-be burglars.

### SUMMARY

The various embodiments of the present low-power-consumption audio/video (A/V) recording and communication doorbell have several features, no single one of which is solely responsible for their desirable attributes. Without limiting the scope of the present embodiments as expressed by the claims that follow, their more prominent features now will be discussed briefly. After considering this discussion, and particularly after reading the section entitled "Detailed Description," one will understand how the features of the present embodiments provide the advantages described herein.

One aspect of the present embodiments includes the realization that in current audio/video (A/V) recording and communication doorbell systems other than the present embodiments, it is difficult if not impossible to connect the A/V recording and communication doorbell to the existing household AC power supply (may also be referred to as AC mains), because the A/V recording and communication doorbell draws an amount of power from the AC power supply that is above the threshold necessary for causing the signaling device to sound. The A/V recording and communication doorbell thus causes frequent inadvertent sounding of the signaling device, which is not only bothersome to the home's occupant(s), but also undermines the usefulness of the doorbell. The present embodiments solve this problem

**2**

by limiting the power consumption of the A/V recording and communication doorbell to an amount that is below the threshold necessary for causing the signaling device to sound. The present A/V recording and communication doorbell can thus be connected to the existing household AC power supply and the existing signaling device without causing inadvertent sounding of the signaling device.

In a first aspect, a method for an audio/video (A/V) recording and communication doorbell system is provided, the A/V recording and communication doorbell including a camera, a speaker, a microphone, a power manager, a battery, an AC/DC rectifier, and a DC/DC converter, wherein the A/V recording and communication doorbell is connected to an external AC power source through the AC/DC rectifier and the DC/DC converter, the method comprising the power manager drawing power, up to a threshold power, from the AC power source, wherein the threshold power is measured at an output of the DC/DC converter; and when the power drawn from the AC power source reaches the threshold power, the power manager drawing supplemental power from the battery such that the power drawn from the AC power source never exceeds the threshold power as measured at the output of the DC/DC converter.

In an embodiment of the first aspect, the threshold power as measured at the output of the DC/DC converter is about 1.4 A.

In another embodiment of the first aspect, the A/V recording and communication doorbell further includes a button and an electronic switch, wherein when the button is depressed the electronic switch closes, thereby diverting power from the AC power source away from the power manager.

In another embodiment of the first aspect, when the electronic switch closes power from the AC power source is diverted through a signaling device to cause the signaling device to emit a sound.

In another embodiment of the first aspect, prior to the electronic switch closing, the power drawn from the AC power source flows through the signaling device and a shunt connected in parallel with the signaling device.

In another embodiment of the first aspect, prior to the electronic switch closing the shunt is in a low impedance state.

In another embodiment of the first aspect, when the electronic switch closes the shunt transitions to a high impedance state.

In another embodiment of the first aspect, the signaling device is electro-mechanical or electronic.

In another embodiment of the first aspect, the signaling device is external to the A/V recording and communication doorbell.

In another embodiment of the first aspect, the A/V recording and communication doorbell further includes a timer, wherein when the button is depressed the timer is activated and the electronic switch remains closed until the timer expires, unless the A/V recording and communication doorbell receives a notification that a call to a client device has been answered.

Another embodiment of the first aspect further comprises the electronic switch opening when the A/V recording and communication doorbell receives the notification that the call to the client device has been answered.

In another embodiment of the first aspect, the timer is a first timer and the A/V recording and communication doorbell further includes a second timer, the method further comprising the electronic switch opening, the second timer being activated when the electronic switch opens, and the

**3**

electronic switch being prevented from closing again until after the second timer expires.

Another embodiment of the first aspect further comprises the A/V recording and communication doorbell, in response to the button being depressed, sending an alert signal and a video signal to a network device, the video signal including images captured by the camera.

Another embodiment of the first aspect further comprises, when the power drawn from the AC power source is below the threshold power, the power manager directing a portion of the power drawn from the AC power source to the battery to charge the battery.

In a second aspect, an audio/video (A/V) recording and communication doorbell system is provided, the A/V recording and communication doorbell comprising an A/V recording and communication doorbell including a camera, a speaker, a microphone, a power manager, a battery, an AC/DC rectifier, and a DC/DC converter, wherein the A/V recording and communication doorbell is connected to an external AC power source through the AC/DC rectifier and the DC/DC converter; wherein the power manager is configured to draw power, up to a threshold power, from the AC power source, wherein the threshold power is measured at an output of the DC/DC converter; and when the power drawn from the AC power source reaches the threshold power, the power manager is further configured to draw supplemental power from the battery such that the power drawn from the AC power source never exceeds the threshold power as measured at the output of the DC/DC converter.

In an embodiment of the second aspect, the threshold power as measured at the output of the DC/DC converter is about 1.4 A.

In another embodiment of the second aspect, the A/V recording and communication doorbell further includes a button and an electronic switch, wherein when the button is depressed the electronic switch is configured to close, thereby diverting power from the AC power source away from the power manager.

In another embodiment of the second aspect, the A/V recording and communication doorbell is further configured such that when the electronic switch closes power from the AC power source is diverted through a signaling device to cause the signaling device to emit a sound.

Another embodiment of the second aspect further comprises a shunt, wherein the A/V recording and communication doorbell is further configured such that, prior to the electronic switch closing, the power drawn from the AC power source flows through the signaling device and the shunt connected in parallel with the signaling device.

In another embodiment of the second aspect, prior to the electronic switch closing the shunt is in a low impedance state.

In another embodiment of the second aspect, when the electronic switch closes the shunt transitions to a high impedance state.

In another embodiment of the second aspect, the signaling device is electro-mechanical or electronic.

In another embodiment of the second aspect, the signaling device is external to the A/V recording and communication doorbell.

In another embodiment of the second aspect, the A/V recording and communication doorbell further includes a timer, wherein the A/V recording and communication doorbell is further configured such that when the button is depressed the timer is activated and the electronic switch remains closed until the timer expires, unless the A/V

**4**

recording and communication doorbell receives a notification that a call to a client device has been answered.

In another embodiment of the second aspect, the electronic switch is configured to open when the A/V recording and communication doorbell receives the notification that the call to the client device has been answered.

In another embodiment of the second aspect, the timer is a first timer and the A/V recording and communication doorbell further includes a second timer, wherein the A/V recording and communication doorbell is further configured such that when the electronic switch opens the second timer is activated and the electronic switch is prevented from closing again until after the second timer expires.

In another embodiment of the second aspect, the A/V recording and communication doorbell is further configured to send, in response to the button being depressed, an alert signal and a video signal to a network device, the video signal including images captured by the camera.

In another embodiment of the second aspect, the A/V recording and communication doorbell is further configured such that when the power drawn from the AC power source is below the threshold power, the power manager directs a portion of the power drawn from the AC power source to the battery to charge the battery.

In a third aspect, a method for an audio/video (A/V) recording and communication doorbell system is provided, the A/V recording and communication doorbell including a camera, a speaker, a microphone, a button, and an electronic switch, wherein the A/V recording and communication doorbell is connected to an external power source, the method comprising the A/V recording and communication doorbell drawing power from the power source; the power flowing through a signaling device and a shunt connected in parallel with the signaling device, wherein the shunt is in a low impedance state; and when the button is depressed, the electronic switch closing and the shunt transitioning to a high impedance state, thereby diverting power from the power source through the signaling device to cause the signaling device to emit a sound.

In an embodiment of the third aspect, the signaling device is electro-mechanical or electronic.

In another embodiment of the third aspect, the signaling device is external to the A/V recording and communication doorbell.

In another embodiment of the third aspect, the A/V recording and communication doorbell further includes a timer, wherein when the button is depressed the timer is activated and the electronic switch remains closed until the timer expires, unless the A/V recording and communication doorbell receives a notification that a call to a client device has been answered.

Another embodiment of the third aspect further comprises the electronic switch opening when the A/V recording and communication doorbell receives the notification that the call to the client device has been answered.

In another embodiment of the third aspect, the timer is a first timer and the A/V recording and communication doorbell further includes a second timer, the method further comprising the electronic switch opening, the second timer being activated when the electronic switch opens, and the electronic switch being prevented from closing again until after the second timer expires.

Another embodiment of the third aspect further comprises the A/V recording and communication doorbell, in response to the button being depressed, sending an alert signal and a video signal to a network device, the video signal including images captured by the camera.

**5**

In another embodiment of the third aspect, the A/V recording and communication doorbell further comprises a rechargeable battery.

Another embodiment of the third aspect further comprises, in response to the button being depressed, comparing a power level of the rechargeable battery to a threshold value.

Another embodiment of the third aspect further comprises the electronic switch closing only if the power level of the rechargeable battery is equal to or greater than the threshold value.

In a fourth aspect, an audio/video (A/V) recording and communication doorbell system is provided, comprising an A/V recording and communication doorbell including a camera, a speaker, a microphone, a button, and an electronic switch, wherein the A/V recording and communication doorbell is connected to an external power source; wherein the A/V recording and communication doorbell is configured to draw power from the power source such that the power flows through a signaling device and a shunt connected in parallel with the signaling device, wherein the shunt is in a low impedance state; and when the button is depressed, the electronic switch is configured to close, thereby transitioning the shunt to a high impedance state and diverting power from the power source through the signaling device to cause the signaling device to emit a sound.

In an embodiment of the fourth aspect, the signaling device is electro-mechanical or electronic.

In another embodiment of the fourth aspect, the signaling device is external to the A/V recording and communication doorbell.

In another embodiment of the fourth aspect, the A/V recording and communication doorbell further includes a timer, wherein the A/V recording and communication doorbell is further configured such that when the button is depressed the timer is activated and the electronic switch remains closed until the timer expires, unless the A/V recording and communication doorbell receives a notification that a call to a client device has been answered.

In another embodiment of the fourth aspect, the electronic switch is configured to open when the A/V recording and communication doorbell receives the notification that the call to the client device has been answered.

In another embodiment of the fourth aspect, the timer is a first timer and the A/V recording and communication doorbell further includes a second timer, wherein the A/V recording and communication doorbell is further configured such that when the electronic switch opens the second timer is activated and the electronic switch is prevented from closing again until after the second timer expires.

In another embodiment of the fourth aspect, the A/V recording and communication doorbell is further configured to send, in response to the button being depressed, an alert signal and a video signal to a network device, the video signal including images captured by the camera.

In another embodiment of the fourth aspect, the A/V recording and communication doorbell further comprises a rechargeable battery.

In another embodiment of the fourth aspect, the A/V recording and communication doorbell is further configured to, in response to the button being depressed, compare a power level of the rechargeable battery to a threshold value.

In another embodiment of the fourth aspect, the A/V recording and communication doorbell is further configured to close the electronic switch only if the power level of the rechargeable battery is equal to or greater than the threshold value.

**6**

In a fifth aspect, an audio/video (A/V) recording and communication doorbell is provided, comprising a housing having an enclosure; a camera located at least partially within the enclosure; a speaker located at least partially within the enclosure; a microphone located at least partially within the enclosure; a button located at least partially within the enclosure and protruding outwardly from a front of the enclosure; and a shield located at the front of the enclosure; wherein the shield includes an upper portion that extends along the front of the enclosure above the button and a lower portion that extends along the front of the enclosure below the button; and wherein the camera is located behind the upper portion of the shield.

In an embodiment of the fifth aspect, the upper portion of the shield and the lower portion of the shield are separate pieces.

In another embodiment of the fifth aspect, the upper portion of the shield is transparent or translucent.

In another embodiment of the fifth aspect, the lower portion of the shield is transparent to infrared light, but partially or mostly opaque with respect to light in the visible spectrum.

Another embodiment of the fifth aspect further comprises a shell overlying the enclosure.

In another embodiment of the fifth aspect, the shell includes a recess that is sized and shaped to receive the enclosure in a close fitting engagement, such that outer surfaces of the enclosure abut conforming inner surfaces of the shell.

Another embodiment of the fifth aspect further comprises a back plate secured to a rear of the enclosure, wherein the back plate is sized and shaped such that edges of the back plate extend outward from edges of the enclosure, thereby creating a lip against which the shell abuts when the shell is mated with the enclosure.

In another embodiment of the fifth aspect, the shell includes a central opening in a front surface.

In another embodiment of the fifth aspect, the central opening is sized and shaped to accommodate the shield.

In another embodiment of the fifth aspect, the shield resides within the central opening of the shell such that a front surface of the shield is substantially flush with a front surface of the shell and there is little or no gap between outer edges of the shield and inner edges of the central opening in the shell.

In a sixth aspect, an audio/video (A/V) recording and communication doorbell is provided, comprising a housing having an enclosure; a camera located at least partially within the enclosure; a speaker located at least partially within the enclosure; a microphone located at least partially within the enclosure; a button located at least partially within the enclosure and protruding outwardly from a front of the enclosure; and a plurality of shells configured to overlie the enclosure; wherein each of the shells includes a recess that is sized and shaped to receive the enclosure in a close fitting engagement, such that outer surfaces of the enclosure abut conforming inner surfaces of each of the shells; and wherein each of the shells is a different color.

Another embodiment of the sixth aspect further comprises a shield located at the front of the enclosure.

In another embodiment of the sixth aspect, each of the shells includes a central opening in a front surface.

In another embodiment of the sixth aspect, the central opening is sized and shaped to accommodate the shield.

In another embodiment of the sixth aspect, the shield is configured to reside within the central opening of each of the shells such that a front surface of the shield is substantially

7                                                                          8

flush with a front surface of each of the shells and there is little or no gap between outer edges of the shield and inner edges of the central opening in each of the shells.

In a seventh aspect, a method for an audio/video (A/V) recording and communication doorbell system, the A/V recording and communication doorbell including a camera, a speaker, a microphone, a button, and a means for diverting power, wherein the A/V recording and communication doorbell is connected to an external power source is provided, the method comprising: the A/V recording and communication doorbell drawing power from the power source; the power flowing through a signaling device and the power diverting means connected in parallel with the signaling device, wherein the power diverting means is in a low impedance state; and when the button is depressed, the power diverting means transitioning to a high impedance state, thereby diverting power from the power source through the signaling device to cause the signaling device to emit a sound.

In an embodiment of the seventh aspect, the signaling device is electro-mechanical or electronic.

In another embodiment of the seventh aspect, the signaling device is external to the A/V recording and communication doorbell.

In another embodiment of the seventh aspect, the A/V recording and communication doorbell further includes a timer, wherein when the button is depressed the timer is activated and the power diverting means remains in the high impedance state until the timer expires, unless the A/V recording and communication doorbell receives a notification that a call to a client device has been answered.

In another embodiment of the seventh aspect, the method further comprises the power diverting means transitioning to the low impedance state when the A/V recording and communication doorbell receives the notification that the call to the client device has been answered.

In another embodiment of the seventh aspect, the timer is a first timer and the A/V recording and communication doorbell further includes a second timer, the method further comprising the power diverting means transitioning to the low impedance state, the second timer being activated when the power diverting means transitions to the low impedance state, and the power diverting means being prevented from again transitioning to the high impedance state until after the second timer expires.

In another embodiment of the seventh aspect, the method further comprises the A/V recording and communication doorbell, in response to the button being depressed, sending an alert signal and a video signal to a network device, the video signal including images captured by the camera.

In an eighth aspect, an audio/video (A/V) recording and communication doorbell system is provided, comprising: an A/V recording and communication doorbell including a camera, a speaker, a microphone, a button, and a power diverting means, wherein the A/V recording and communication doorbell is connected to an external power source; wherein the A/V recording and communication doorbell is configured to draw power from the power source such that the power flows through a signaling device and the power diverting means in parallel with the signaling device when the power diverting means is in a low impedance state; and when the button is depressed, the power diverting means is configured to transition to a high impedance state thereby diverting power from the power source through the signaling device to cause the signaling device to emit a sound.

In an embodiment of the eighth aspect, the signaling device is electro-mechanical or electronic.

In another embodiment of the eighth aspect, the signaling device is external to the A/V recording and communication doorbell.

In another embodiment of the eighth aspect, the A/V recording and communication doorbell further includes a timer, wherein the A/V recording and communication doorbell is further configured such that when the button is depressed the timer is activated and the power diverting means remains in the high impedance state until the timer expires, unless the A/V recording and communication doorbell receives a notification that a call to a client device has been answered.

In another embodiment of the eighth aspect, the power diverting means is configured to transition to the low impedance state when the A/V recording and communication doorbell receives the notification that the call to the client device has been answered.

In another embodiment of the eighth aspect, the timer is a first timer and the A/V recording and communication doorbell further includes a second timer, wherein the A/V recording and communication doorbell is further configured such that when the power diverting means transitions to the low impedance state, the second timer is activated and the power diverting means is prevented from again transitioning to the high impedance state until after the second timer expires.

In another embodiment of the eighth aspect, the A/V recording and communication doorbell is further configured to send, in response to the button being depressed, an alert signal and a video signal to a network device, the video signal including images captured by the camera.

In a ninth aspect, an audio/video (A/V) recording and communication doorbell system is provided, comprising: a power diverting means; and an A/V recording and communication doorbell including a camera, a speaker, a microphone, and a button, wherein the A/V recording and communication doorbell is connected to an external power source; wherein the A/V recording and communication doorbell is configured to draw power from the power source such that the power flows through a signaling device and the power diverting means in parallel with the signaling device when the power diverting means is in a low impedance state; and when the button is depressed, the power diverting means is configured to transition to a high impedance state, thereby diverting power from the power source through the signaling device to cause the signaling device to emit a sound.

In an embodiment of the ninth aspect, the power diverting means is at least one of external to and internal to the A/V recording and communication doorbell.

In another embodiment of the ninth aspect, the power diverting means includes at least one component external to the A/V recording and communication doorbell and at least one component internal to the A/V recording and communication doorbell.

In another embodiment of the ninth aspect, the signaling device is external to the A/V recording and communication doorbell.

In another embodiment of the ninth aspect, the A/V recording and communication doorbell further includes a timer, wherein when the button is depressed the timer is configured to be activated and the power diverting means is configured to remain in the high impedance state until the timer expires, unless the A/V recording and communication doorbell receives a notification that a call to a client device has been answered.

In another embodiment of the ninth aspect, the timer is a first timer and the A/V recording and communication door-

US 10,270,971 B2

**9**

bell further includes a second timer, and wherein the power diverting means is further configured to transition to the low impedance state, the second timer being activated when the power diverting means transitions to the low impedance state, and the power diverting means being prevented from again transitioning to the high impedance state until after the second timer expires.

BRIEF DESCRIPTION OF THE DRAWINGS

The various embodiments of the present low-power-consumption audio/video (A/V) recording and communication doorbell now will be discussed in detail with an emphasis on highlighting the advantageous features. These embodiments depict the novel and non-obvious low-power-consumption A/V recording and communication doorbell shown in the accompanying drawings, which are for illustrative purposes only. These drawings include the following figures, in which like numerals indicate like parts:

FIG. **1** is a functional block diagram illustrating an A/V recording and communication doorbell system according to the present embodiments;

FIG. **2** is a flowchart illustrating a process for streaming and storing A/V content from an A/V recording and communication doorbell system according to various aspects of the present disclosure;

FIG. **3** is a functional block diagram illustrating an embodiment of an A/V recording and communication doorbell system according to the present disclosure;

FIG. **4** is a front perspective view of an embodiment of an A/V recording and communication doorbell according to the present disclosure;

FIG. **5** is a rear perspective view of the A/V recording and communication doorbell of FIG. **4**;

FIG. **6** is a partially exploded front perspective view of the A/V recording and communication doorbell of FIG. **4** showing the cover removed;

FIGS. **7**, **8**, and **9** are front perspective views of various internal components of the A/V recording and communication doorbell of FIG. **4**;

FIG. **7A** is a front perspective view of another embodiment of an infrared (IR) light-emitting diode (LED) printed circuit board (PCB) according to various aspects of the present disclosure;

FIG. **10** is a right-side cross-sectional view of the A/V recording and communication doorbell of FIG. **4** taken through the line **9-9** in FIG. **4**;

FIGS. **11-13** are rear perspective views of various internal components of the A/V recording and communication doorbell of FIG. **4**;

FIG. **14** is a flowchart illustrating a process according to various aspects of the present disclosure;

FIG. **15** is a functional block diagram illustrating an embodiment of a shunt according to the present disclosure;

FIGS. **16** and **17** are circuit diagrams illustrating embodiments of first and second comparator circuits, respectively, of the shunt of FIG. **15**;

FIGS. **18** and **19** are waveform diagrams for the first comparator circuit of FIG. **16**;

FIGS. **20** and **21** are waveform diagrams for the second comparator circuit of FIG. **17**;

FIGS. **22** and **23** are flowcharts illustrating processes according to various aspects of the present disclosure;

FIG. **24** is a schematic diagram of a technique for creating intrusion zones according to various aspects of the present disclosure;

**10**

FIG. **25** is a functional block diagram of a client device on which the present embodiments may be implemented according to various aspects of the present disclosure; and

FIG. **26** is a functional block diagram of a general-purpose computing system on which the present embodiments may be implemented according to various aspects of present disclosure.

DETAILED DESCRIPTION

The following detailed description describes the present embodiments with reference to the drawings. In the drawings, reference numbers label elements of the present embodiments. These reference numbers are reproduced below in connection with the discussion of the corresponding drawing features.

The embodiments of the present low-power-consumption audio/video (A/V) recording and communication doorbell are described below with reference to the figures. These figures, and their written descriptions, indicate that certain components of the apparatus are formed integrally, and certain other components are formed as separate pieces. Those of ordinary skill in the art will appreciate that components shown and described herein as being formed integrally may in alternative embodiments be formed as separate pieces. Those of ordinary skill in the art will further appreciate that components shown and described herein as being formed as separate pieces may in alternative embodiments be formed integrally. Further, as used herein the term integral describes a single unitary piece.

With reference to FIG. **1**, the present embodiments include an audio/video (A/V) recording and communication doorbell **100**. The A/V recording and communication doorbell **100** is typically located near the entrance to a structure (not shown), such as a dwelling, a business, a storage facility, etc. The A/V recording and communication doorbell **100** includes a camera **102**, a microphone **104**, and a speaker **106**. The camera **102** may comprise, for example, a high definition (HD) video camera, such as one capable of capturing video images at an image display resolution of 720p, or 1080p, or any other image display resolution, including image display resolutions of better than 1080p. While not shown, the A/V recording and communication doorbell **100** may also include other hardware and/or components, such as a housing, one or more motion sensors (and/or other types of sensors), a button, etc. The A/V recording and communication doorbell **100** may further include similar componentry and/or functionality as the wireless video doorbells described in US Patent Application Publication Nos. 2015/0022620 (application Ser. No. 14/499,828) and 2015/0022618 (application Ser. No. 14/334,922), both of which are incorporated herein by reference in their entireties as if fully set forth.

With further reference to FIG. **1**, the A/V recording and communication device **100** communicates with a user's network **110**, which may be for example a wired and/or wireless network. If the user's network **110** is wireless, or includes a wireless component, the network **110** may be a Wi-Fi network compatible with the IEEE 802.11 standard and/or other wireless communication standard(s). The user's network **110** is connected to another network **112**, which may comprise, for example, the Internet and/or a public switched telephone network (PSTN). As described below, the A/V recording and communication doorbell **100** may communicate with a user's client device **114** via the user's network **110** and the network **112** (Internet/PSTN). The user's client device **114** may comprise, for example, a

**11**

mobile telephone (may also be referred to as a cellular telephone), such as a smartphone, a personal digital assistant (PDA), or another communication device. The user's client device **114** comprises a display (not shown) and related components capable of displaying streaming and/or recorded video images. The user's client device **114** may also comprise a speaker and related components capable of broadcasting streaming and/or recorded audio, and may also comprise a microphone. The A/V recording and communication doorbell **100** may also communicate with one or more remote storage device(s) **116** (may be referred to interchangeably as "cloud storage device(s)"), one or more servers **118**, and/or a backend API (application programming interface) **120** via the user's network **110** and the network **112** (Internet/PSTN). While FIG. **1** illustrates the storage device **116**, the server **118**, and the backend API **120** as components separate from the network **112**, it is to be understood that the storage device **116**, the server **118**, and/or the backend API **120** may be considered to be components of the network **112**.

The network **112** may be any wireless network or any wired network, or a combination thereof, configured to operatively couple the above mentioned modules, devices, and systems as shown in FIG. **1**. For example, the network **112** may include one or more of the following: a PSTN (public switched telephone network), the Internet, a local intranet, a PAN (Personal Area Network), a LAN (Local Area Network), a WAN (Wide Area Network), a MAN (Metropolitan Area Network), a virtual private network (VPN), a storage area network (SAN), a frame relay connection, an Advanced Intelligent Network (AIN) connection, a synchronous optical network (SONET) connection, a digital T1, T3, E1 or E3 line, a Digital Data Service (DDS) connection, a DSL (Digital Subscriber Line) connection, an Ethernet connection, an ISDN (Integrated Services Digital Network) line, a dial-up port such as a V.90, V.34, or V.34bis analog modem connection, a cable modem, an ATM (Asynchronous Transfer Mode) connection, or an FDDI (Fiber Distributed Data Interface) or CDDI (Copper Distributed Data Interface) connection. Furthermore, communications may also include links to any of a variety of wireless networks, including WAP (Wireless Application Protocol), GPRS (General Packet Radio Service), GSM (Global System for Mobile Communication), CDMA (Code Division Multiple Access), TDMA (Time Division Multiple Access), FDMA (Frequency Division Multiple Access), and/or OFDMA (Orthogonal Frequency Division Multiple Access) cellular phone networks, GPS, CDPD (cellular digital packet data), RIM (Research in Motion, Limited) duplex paging network, Bluetooth radio, or an IEEE 802.11-based radio frequency network. The network can further include or interface with any one or more of the following: RS-232 serial connection, IEEE-1394 (Firewire) connection, Fibre Channel connection, IrDA (infrared) port, SCSI (Small Computer Systems Interface) connection, USB (Universal Serial Bus) connection, or other wired or wireless, digital or analog, interface or connection, mesh or Digi® networking.

According to one or more aspects of the present embodiments, when a person (may be referred to interchangeably as "visitor") arrives at the A/V recording and communication doorbell **100**, the A/V recording and communication doorbell **100** detects the visitor's presence and begins capturing video images within a field of view of the camera **102**. The A/V recording and communication doorbell **100** may also capture audio through the microphone **104**. The A/V recording and communication doorbell **100** may detect the visitor's presence by detecting motion using the camera **102** and/or a

**12**

motion sensor, and/or by detecting that the visitor has depressed the button on the A/V recording and communication doorbell **100**.

In response to the detection of the visitor, the A/V recording and communication doorbell **100** sends an alert to the user's client device **114** (FIG. **1**) via the user's network **110** and the network **112**. The A/V recording and communication doorbell **100** also sends streaming video, and may also send streaming audio, to the user's client device **114**. If the user answers the alert, two-way audio communication may then occur between the visitor and the user through the A/V recording and communication doorbell **100** and the user's client device **114**. The user may view the visitor throughout the duration of the call, but the visitor cannot see the user (unless the A/V recording and communication doorbell **100** includes a display, which it may in some embodiments).

The video images captured by the camera **102** of the A/V recording and communication doorbell **100** (and the audio captured by the microphone **104**) may be uploaded to the cloud and recorded on the remote storage device **116** (FIG. **1**). In some embodiments, the video and/or audio may be recorded on the remote storage device **116** even if the user chooses to ignore the alert sent to his or her client device **114**.

With further reference to FIG. **1**, the system may further comprise a backend API **120** including one or more components. A backend API (application programming interface) may comprise, for example, a server (e.g. a real server, or a virtual machine, or a machine running in a cloud infrastructure as a service), or multiple servers networked together, exposing at least one API to client(s) accessing it. These servers may include components such as application servers (e.g. software servers), depending upon what other components are included, such as a caching layer, or database layers, or other components. A backend API may, for example, comprise many such applications, each of which communicate with one another using their public APIs. In some embodiments, the API backend may hold the bulk of the user data and offer the user management capabilities, leaving the clients to have very limited data.

The backend API **120** illustrated FIG. **1** may include one or more APIs. An API is a set of routines, protocols, and tools for building software and applications. An API expresses a software component in terms of its operations, inputs, outputs, and underlying types, defining functionalities that are independent of their respective implementations, which allows definitions and implementations to vary without compromising the interface. Advantageously, an API may provide a programmer with access to an application's functionality without the programmer needing to modify the application itself, or even understand how the application works. An API may be for a web-based system, an operating system, or a database system, and it provides facilities to develop applications for that system using a given programming language. In addition to accessing databases or computer hardware like hard disk drives or video cards, an API can ease the work of programming GUI components. For example, an API can facilitate integration of new features into existing applications (a so-called "plug-in API"). An API can also assist otherwise distinct applications with sharing data, which can help to integrate and enhance the functionalities of the applications.

The backend API **120** illustrated in FIG. **1** may further include one or more services (also referred to as network services). A network service is an application that provides data storage, manipulation, presentation, communication,

**13**

and/or other capability. Network services are often implemented using a client-server architecture based on application-layer network protocols. Each service may be provided by a server component running on one or more computers (such as a dedicated server computer offering multiple services) and accessed via a network by client components running on other devices. However, the client and server components can both be run on the same machine. Clients and servers may have a user interface, and sometimes other hardware associated with them.

FIG. **2** is a flowchart illustrating a process for streaming and storing A/V content from an A/V recording and communication doorbell system according to various aspects of the present disclosure. At block B**200**, the A/V recording and communication doorbell **100** detects the visitor's presence and begins capturing video images within a field of view of the camera **102**. The A/V recording and communication doorbell **100** may also capture audio through the microphone **104**. As described above, the A/V recording and communication doorbell **100** may detect the visitor's presence by detecting motion using the camera **102** and/or a motion sensor, and/or by detecting that the visitor has depressed the button on the A/V recording and communication doorbell **100**.

At block B**202**, a communication module of the A/V recording and communication doorbell **100** sends a request, via the user's network **110** and the network **112**, to a device in the network **112**. For example, the network device to which the request is sent may be a server such as the server **118**. The server **118** may comprise a computer program and/or a machine that waits for requests from other machines or software (clients) and responds to them. A server typically processes data. One purpose of a server is to share data and/or hardware and/or software resources among clients. This architecture is called the client-server model. The clients may run on the same computer or may connect to the server over a network. Examples of computing servers include database servers, file servers, mail servers, print servers, web servers, game servers, and application servers. The term server may be construed broadly to include any computerized process that shares a resource to one or more client processes.

In response to the request, at block B**204** the network device may connect the A/V recording and communication doorbell **100** to the user's client device **114** through the user's network **110** and the network **112**. At block B**206**, the A/V recording and communication doorbell **100** may record available audio and/or video data using the camera **102**, the microphone **104**, and/or any other sensor available. At block B**208**, the audio and/or video data is transmitted (streamed) from the A/V recording and communication doorbell **100** to the user's client device **114** via the user's network **110** and the network **112**. At block B**210**, the user may receive a notification on his or her client device **114** with a prompt to either accept or deny the call.

At block B**212**, the process determines whether the user has accepted or denied the call. If the user denies the notification, then the process advances to block B**214**, where the audio and/or video data is recorded and stored at a cloud server. The session then ends at block B**216** and the connection between the A/V recording and communication doorbell **100** and the user's client device **114** is terminated. If, however, the user accepts the notification, then at block B**218** the user communicates with the visitor through the user's client device **114** while audio and/or video data is captured by the camera **102**, the microphone **104**, and/or other sensors is streamed to the user's client device **114**. At

**14**

the end of the call, the user may terminate the connection between the user's client device **114** and the A/V recording and communication doorbell **100** and the session ends at block B**216**. In some embodiments, the audio and/or video data may be recorded and stored at a cloud server (block B**214**) even if the user accepts the notification and communicates with the visitor through the user's client device **114**.

Many of today's homes include a wired doorbell system that does not have A/V communication capabilities. Instead, standard wired doorbell systems include a button outside the home next to the front door. The button activates a signaling device (such as a bell or a buzzer) inside the building. Pressing the doorbell button momentarily closes the doorbell circuit, which may be, for example, a single-pole, single-throw (SPST) push button switch. One terminal of the button is wired to a terminal on a transformer. The transformer steps down the 120-volt or 240-volt household AC electrical power to a lower voltage, typically 16 to 24 volts. Another terminal on the transformer is wired to a terminal on the signaling device. Another terminal on the signaling device is wired to the other terminal on the button. A common signaling device includes two flat metal bar resonators, which are struck by plungers operated by two solenoids. The flat bars are tuned to different notes. When the doorbell button is pressed, the first solenoid's plunger strikes one of the bars, and when the button is released, a spring on the plunger pushes the plunger up, causing it to strike the other bar, creating a two-tone sound ("ding-dong").

Many current A/V recording and communication doorbell systems (other than the present embodiments) are incompatible with existing wired doorbell systems of the type described in the preceding paragraph. One reason for this incompatibility is that the A/V recording and communication doorbell draws an amount of power from the household AC electrical power supply that is above the threshold necessary for causing the signaling device to sound. The A/V recording and communication doorbell thus causes frequent inadvertent sounding of the signaling device, which is not only bothersome to the home's occupant(s), but also undermines the usefulness of the doorbell. The present embodiments solve this problem by limiting the power consumption of the A/V recording and communication doorbell to an amount that is below the threshold necessary for causing the signaling device to sound. Embodiments of the present A/V recording and communication doorbell can thus be connected to the existing household AC power supply and the existing signaling device without causing inadvertent sounding of the signaling device.

Several advantages flow from the ability of the present embodiments to be connected to the existing household AC power supply. For example, the camera of the present A/V recording and communication doorbell can be powered on continuously. In a typical battery-powered A/V recording and communication doorbell, the camera is powered on only part of the time so that the battery does not drain too rapidly. The present embodiments, by contrast, do not rely on a battery as a primary (or sole) power supply, and are thus able to keep the camera powered on continuously. Because the camera is able to be powered on continuously, it can always be recording, and recorded footage can be continuously stored in a rolling buffer or sliding window. In some embodiments, about 10-15 seconds of recorded footage can be continuously stored in the rolling buffer or sliding window. Also because the camera is able to be powered on continuously, it can be used for motion detection, thus eliminating any need for a separate motion detection device, such as a passive infrared sensor (PIR). Eliminating the PIR

**15**

simplifies the design of the A/V recording and communication doorbell and enables the doorbell to be made more compact. Also because the camera is able to be powered on continuously, it can be used as a light detector for use in controlling the current state of the IR cut filter and turning the IR LED on and off. Using the camera as a light detector eliminates any need for a separate light detector, thereby further simplifying the design of the A/V recording and communication doorbell and enabling the doorbell to be made even more compact.

FIGS. **3-13** illustrate one embodiment of a low-power-consumption A/V recording and communication doorbell **130** according to various aspects of the present disclosure. FIG. **3** is a functional block diagram illustrating various components of the A/V recording and communication doorbell **130** and their relationships to one another. For example, the A/V recording and communication doorbell **130** includes a pair of terminals **131**, **132** configured to be connected to a source of external AC (alternating-current) power, such as a household AC power supply **134** (may also be referred to as AC mains). The AC power **134** may have a voltage in the range of 16-24 VAC, for example. The incoming AC power **134** may be converted to DC (direct-current) by an AC/DC rectifier **136**. An output of the AC/DC rectifier **136** may be connected to an input of a DC/DC converter **138**, which may step down the voltage from the output of the AC/DC rectifier **136** from 16-24 $V_{DC}$ to a lower voltage of about 5 VDC, for example. In various embodiments, the output of the DC/DC converter **138** may be in a range of from about 2.5 V to about 7.5 V, for example.

With further reference to FIG. **3**, the output of the DC/DC converter **138** is connected to a power manager **140**, which may comprise an integrated circuit including a processor core, memory, and/or programmable input/output peripherals. In one non-limiting example, the power manager **140** may be an off-the-shelf component, such as the BQ24773 chip manufactured by Texas Instruments. As described in detail below, the power manager **140** controls, among other things, an amount of power drawn from the external power supply **134**, as well as an amount of supplemental power drawn from a battery **142**, to power the A/V recording and communication doorbell **130**. The power manager **140** may, for example, limit the amount of power drawn from the external power supply **134** so that a threshold power draw is not exceeded. In one non-limiting example, the threshold power, as measured at the output of the DC/DC converter **138**, may be equal to 1.4 A. The power manager **140** may also control an amount of power drawn from the external power supply **134** and directed to the battery **142** for recharging of the battery **142**. An output of the power manager **140** is connected to a power sequencer **144**, which controls a sequence of power delivery to other components of the A/V recording and communication doorbell **130**, including a communication module **146**, a front button **148**, a microphone **150**, a speaker driver **151**, a speaker **152**, an audio CODEC (Coder-DECoder) **153**, a camera **154**, an infrared (IR) light source **156**, an IR cut filter **158**, a processor **160** (may also be referred to as a controller **160**), a plurality of light indicators **162**, and a controller **164** for the light indicators **162**. Each of these components is described in detail below. The power sequencer **144** may comprise an integrated circuit including a processor core, memory, and/or programmable input/output peripherals. In one non-limiting example, the power sequencer **144** may be an off-the-shelf component, such as the RT5024 chip manufactured by Richtek.

**16**

With further reference to FIG. **3**, the A/V recording and communication doorbell **130** further comprises an electronic switch **166** that closes when the front button **148** is depressed. When the electronic switch **166** closes, power from the AC power source **134** is diverted through a signaling device **168** that is external to the A/V recording and communication doorbell **130** to cause the signaling device **168** to emit a sound, as further described below. In one non-limiting example, the electronic switch **166** may be a triac device. The A/V recording and communication doorbell **130** further comprises a reset button **170** configured to initiate a hard reset of the processor **160**, as further described below.

With further reference to FIG. **3**, the processor **160** may perform data processing and various other functions, as described below. The processor **160** may comprise an integrated circuit including a processor core, memory **172**, non-volatile memory **174**, and/or programmable input/output peripherals (not shown). The memory **172** may comprise, for example, DDR3 (double data rate type three synchronous dynamic random-access memory). The non-volatile memory **174** may comprise, for example, NAND flash memory. In the embodiment illustrated in FIG. **3**, the memory **172** and the non-volatile memory **174** are illustrated within the box representing the processor **160**. It is to be understood that the embodiment illustrated in FIG. **3** is merely an example, and in some embodiments the memory **172** and/or the non-volatile memory **174** are not necessarily physically incorporated with the processor **160**. The memory **172** and/or the non-volatile memory **174**, regardless of their physical location, may be shared by one or more other components (in addition to the processor **160**) of the present A/V recording and communication doorbell **130**.

The transfer of digital audio between the user and a visitor may be compressed and decompressed using the audio CODEC **153**, which is operatively coupled to the processor **160**. When the visitor speaks, audio from the visitor is compressed by the audio CODEC **153**, digital audio data is sent through the communication module **146** to the network **112** via the user's network **110**, routed by the server **118** and delivered to the user's client device **114**. When the user speaks, after being transferred through the network **112**, the user's network **110**, and the communication module **146**, the digital audio data is decompressed by the audio CODEC **153** and emitted to the visitor through the speaker **152**, which is driven by the speaker driver **151**.

With further reference to FIG. **3**, some of the present embodiments may include a shunt **176** connected in parallel with the signaling device **168**. The shunt **176** facilitates the ability of the A/V recording and communication doorbell **130** to draw power from the AC power source **134** without inadvertently triggering the signaling device **168**. The shunt **176**, during normal standby operation, presents a relatively low electrical impedance, such as a few ohms, across the terminals of the signaling device **168**. Most of the current drawn by the A/V recording and communication doorbell **130**, therefore, flows through the shunt **176**, and not through the signaling device **168**. The shunt **176**, however, contains electronic circuitry (described below) that switches the shunt **176** between a state of low impedance, such as a few ohms, for example, and a state of high impedance, such as >1K ohms, for example. When the front button **148** of the A/V recording and communication doorbell **130** is pressed, the electronic switch **166** closes, causing the voltage from the AC power source **134** to be impressed mostly across the shunt **176** and the signaling device **168** in parallel, while a small amount of voltage, such as about 1V, is impressed

**17**

across the electronic switch **166**. The circuitry in the shunt **176** senses this voltage, and switches the shunt **176** to the high impedance state, so that power from the AC power source **134** is diverted through the signaling device **168**. The diverted AC power **134** is above the threshold necessary to cause the signaling device **168** to emit a sound. Pressing the front button **148** of the doorbell **130** therefore causes the signaling device **168** to "ring," alerting any person(s) within the structure to which the doorbell **130** is mounted that there is a visitor at the front door (or at another location corresponding to the location of the doorbell **130**). In one non-limiting example, the electronic switch **166** may be a triac device.

With reference to FIGS. **4-6**, the A/V recording and communication doorbell **130** further comprises a housing **178** having an enclosure **180** (FIG. **6**), a back plate **182** secured to the rear of the enclosure **180**, and a shell **184** overlying the enclosure **180**. With reference to FIG. **6**, the shell **184** includes a recess **186** that is sized and shaped to receive the enclosure **180** in a close fitting engagement, such that outer surfaces of the enclosure **180** abut conforming inner surfaces of the shell **184**. Exterior dimensions of the enclosure **180** may be closely matched with interior dimensions of the shell **184** such that friction maintains the shell **184** about the enclosure **180**. Alternatively, or in addition, the enclosure **180** and/or the shell **184** may include mating features **188**, such as one or more tabs, grooves, slots, posts, etc. to assist in maintaining the shell **184** about the enclosure **180**. The back plate **182** is sized and shaped such that the edges of the back plate **182** extend outward from the edges of the enclosure **180**, thereby creating a lip **190** against which the shell **184** abuts when the shell **184** is mated with the enclosure **180**, as shown in FIGS. **4** and **5**. In some embodiments, multiple shells **184** in different colors may be provided so that the end user may customize the appearance of his or her A/V recording and communication doorbell **130**. For example, the A/V recording and communication doorbell **130** may be packaged and sold with multiple shells **184** in different colors in the same package.

With reference to FIG. **4**, a front surface of the A/V recording and communication doorbell **130** includes the button **148** (may also be referred to as front button **148**, FIG. **3**), which is operatively connected to the processor **160**. In a process similar to that described above with reference to FIG. **2**, when a visitor presses the front button **148**, an alert may be sent to the user's client device to notify the user that someone is at his or her front door (or at another location corresponding to the location of the A/V recording and communication doorbell **130**). With further reference to FIG. **4**, the A/V recording and communication doorbell **130** further includes the camera **154**, which is operatively connected to the processor **160**, and which is located behind a shield **192**. As described in detail below, the camera **154** is configured to capture video images from within its field of view. Those video images can be streamed to the user's client device and/or uploaded to a remote network device for later viewing according to a process similar to that described above with reference to FIG. **2**.

With reference to FIG. **5**, a pair of terminal screws **194** extends through the back plate **182**. The terminal screws **194** are connected at their inner ends to the terminals **131**, **132** (FIG. **3**) within the A/V recording and communication doorbell **130**. The terminal screws **194** are configured to receive electrical wires to connect to the A/V recording and communication doorbell **130**, through the terminals **131**, **132**, to the household AC power supply **134** of the structure on which the A/V recording and communication doorbell

**18**

**130** is mounted. In the illustrated embodiment, the terminal screws **194** are located within a recessed portion **196** of the rear surface **198** of the back plate **182** so that the terminal screws **194** do not protrude from the outer envelope of the A/V recording and communication doorbell **130**. The A/V recording and communication doorbell **130** can thus be mounted to a mounting surface with the rear surface **198** of the back plate **182** abutting the mounting surface. The back plate **182** includes apertures **200** adjacent its upper and lower edges to accommodate mounting hardware, such as screws (not shown), for securing the back plate **182** (and thus the A/V recording and communication doorbell **130**) to the mounting surface. With reference to FIG. **6**, the enclosure **180** includes corresponding apertures **202** adjacent its upper and lower edges that align with the apertures **200** in the back plate **182** to accommodate the mounting hardware. In certain embodiments, the A/V recording and communication doorbell **130** may include a mounting plate or bracket (not shown) to facilitate securing the A/V recording and communication doorbell **130** to the mounting surface.

With further reference to FIG. **6**, the shell **184** includes a central opening **204** in a front surface. The central opening **204** is sized and shaped to accommodate the shield **192**. In the illustrated embodiment, the shield **192** is substantially rectangular, and includes a central opening **206** through which the front button **148** protrudes. The shield **192** defines a plane parallel to and in front of a front surface **208** of the enclosure **180**. When the shell **184** is mated with the enclosure **180**, as shown in FIGS. **4** and **10**, the shield **192** resides within the central opening **204** of the shell **184** such that a front surface **210** of the shield **192** is substantially flush with a front surface **212** of the shell **184** and there is little or no gap (FIG. **4**) between the outer edges of the shield **192** and the inner edges of the central opening **204** in the shell **184**.

With further reference to FIG. **6**, the shield **192** includes an upper portion **214** (located above and to the sides of the front button **148**) and a lower portion **216** (located below and to the sides of the front button **148**). The upper and lower portions **214**, **216** of the shield **192** may be separate pieces, and may comprise different materials. The upper portion **214** of the shield **192** may be transparent or translucent so that it does not interfere with the field of view of the camera **154**. For example, in certain embodiments the upper portion **214** of the shield **192** may comprise glass or plastic. As described in detail below, the microphone **150**, which is operatively connected to the processor **160**, is located behind the upper portion **214** of the shield **192**. The upper portion **214**, therefore, may include an opening **218** that facilitates the passage of sound through the shield **192** so that the microphone **150** is better able to pick up sounds from the area around the A/V recording and communication doorbell **130**.

The lower portion **216** of the shield **192** may comprise a material that is substantially transparent to infrared (IR) light, but partially or mostly opaque with respect to light in the visible spectrum. For example, in certain embodiments the lower portion **216** of the shield **192** may comprise a plastic, such as polycarbonate. The lower portion **216** of the shield **192**, therefore, does not interfere with transmission of IR light from the IR light source **156**, which is located behind the lower portion **216**. As described in detail below, the IR light source **156** and the IR cut filter **158**, which are both operatively connected to the processor **160**, facilitate "night vision" functionality of the camera **154**.

The upper portion **214** and/or the lower portion **216** of the shield **192** may abut an underlying cover **220** (FIG. **10**), which may be integral with the enclosure **180** or may be a

**19**

separate piece. The cover **220**, which may be opaque, may include a first opening **222** corresponding to the location of the camera **154**, a second opening (not shown) corresponding to the location of the microphone **150** and the opening **218** in the upper portion **214** of the shield **192**, and a third opening (not shown) corresponding to the location of the IR light source **156**.

FIGS. **7-10** illustrate various internal components of the A/V recording and communication doorbell **130**. FIGS. **7-9** are front perspective views of the doorbell **130** with the shell **184** and the enclosure **180** removed, while FIG. **10** is a right-side cross-sectional view of the doorbell **130** taken through the line **10-10** in FIG. **4**. With reference to FIGS. **7** and **8**, the A/V recording and communication doorbell **130** further comprises a main printed circuit board (PCB) **224** and a front PCB **226**. With reference to FIG. **8**, the front PCB **226** comprises a button actuator **228**. With reference to FIGS. **7**, **8**, and **10**, the front button **148** is located in front of the button actuator **228**. The front button **148** includes a stem **230** (FIG. **10**) that extends into the housing **178** to contact the button actuator **228**. When the front button **148** is pressed, the stem **230** depresses the button actuator **228**, thereby closing the electronic switch **166** (FIG. **8**), as described below.

With reference to FIG. **8**, the front PCB **226** further comprises the light indicators **162**, which may illuminate when the front button **148** of the doorbell **130** is pressed. In the illustrated embodiment, the light indicators **162** comprise light-emitting diodes (LEDs **162**) that are surface mounted to the front surface of the front PCB **226** and are arranged in a circle around the button actuator **228**. The present embodiments are not limited to the light indicators **162** being LEDs, and in alternative embodiments the light indicators **162** may comprise any other type of light-emitting device. The present embodiments are also not limited by the number of light indicators **162** shown in FIG. **8**, nor by the pattern in which they are arranged.

With reference to FIG. **7**, the doorbell **130** further comprises a light pipe **232**. The light pipe **232** is a transparent or translucent ring that encircles the front button **148**. With reference to FIG. **4**, the light pipe **232** resides in an annular space between the front button **148** and the central opening **206** in the shield **192**, with a front surface **234** of the light pipe **232** being substantially flush with the front surface **210** of the shield **192**. With reference to FIGS. **7** and **10**, a rear portion of light pipe **232** includes a plurality of posts **236** whose positions correspond to the positions of the LEDs **162**. When the LEDs **162** are illuminated, light is transmitted through the posts **236** and the body of the light pipe **232** so that the light is visible at the front surface **234** of the light pipe **232**. The LEDs **162** and the light pipe **232** thus provide a ring of illumination around the front button **148**. The light pipe **232** may comprise a plastic, for example, or any other suitable material capable of transmitting light.

The LEDs **162** and the light pipe **232** may function as visual indicators for a visitor and/or a user. For example, the LEDs **162** may illuminate upon activation or stay illuminated continuously. In one aspect, the LEDs **162** may change color to indicate that the front button **148** has been pressed. The LEDs **162** may also indicate that the battery **142** needs recharging, or that the battery **142** is currently being charged, or that charging of the battery **142** has been completed. The LEDs **162** may indicate that a connection to the user's network is good, limited, poor, or not connected. The LEDs **162** may be used to guide the user through setup or installation steps using visual cues, potentially coupled with audio cues emitted from the speaker **152**.

**20**

With further reference to FIG. **7**, the A/V recording and communication doorbell **130** further comprises a recharge-able battery **142**. As described in further detail below, the A/V recording and communication doorbell **130** is connected to an external power source **134** (FIG. **3**), such as AC mains. The A/V recording and communication doorbell **130** is primarily powered by the external power source **134**, but may also draw power from the rechargeable battery **142** so as not to exceed a threshold amount of power from the external power source **134**, to thereby avoid inadvertently sounding the signaling device **168**. With reference to FIG. **3**, the battery **142** is operatively connected to the power manager **140**. As described below, the power manager **140** controls an amount of power drawn from the battery **142** to supplement the power drawn from the external AC power source **134** to power the A/V recording and communication doorbell **130** when supplemental power is needed. The power manager **140** also controls recharging of the battery **142** using power drawn from the external power source **134**. The battery **142** may comprise, for example, a lithium-ion battery, or any other type of rechargeable battery.

With further reference to FIG. **7**, the A/V recording and communication doorbell **130** further comprises the camera **154**. The camera **154** is coupled to a front surface of the front PCB **226**, and includes a lens **238** and an imaging processor **240** (FIG. **9**). The camera lens **238** may be a lens capable of focusing light into the camera **154** so that clear images may be captured. The camera **154** may comprise, for example, a high definition (HD) video camera, such as one capable of capturing video images at an image display resolution of 720p or better. In certain of the present embodiments, the camera **154** may be used to detect motion within its field of view, as described below.

With further reference to FIG. **7**, the A/V recording and communication doorbell **130** further comprises an infrared (IR) light source **242**. In the illustrated embodiment, the IR light source **242** comprises an IR light-emitting diode (LED) **242** coupled to an IR LED printed circuit board (PCB) **244**. In alternative embodiments, the IR LED **242** may not comprise a separate PCB **244**, and may, for example, be coupled to the front PCB **226**.

With reference to FIGS. **7** and **10**, the IR LED PCB **244** is located below the front button **148** (FIG. **7**) and behind the lower portion **216** of the shield **192** (FIG. **10**). As described above, the lower portion **216** of the shield **192** is transparent to IR light, but may be opaque with respect to light in the visible spectrum. FIG. **7A** illustrates an alternative embodiment of the IR LED PCB **244'** comprising three IR LEDs **242**. In an embodiment including the IR LED PCB **244'** of FIG. **7A**, or including any IR LED PCB having more than one IR LED **242**, the size of the third opening in the cover may be increased to accommodate the larger size of the IR LED PCB **244'**.

The IR LED **242** may be triggered to activate when a low level of ambient light is detected. When activated, IR light emitted from the IR LED **242** illuminates the camera **154**'s field of view. The camera **154**, which may be configured to detect IR light, may then capture the IR light emitted by the IR LED **242** as it reflects off objects within the camera **154**'s field of view, so that the A/V recording and communication doorbell **130** can clearly capture images at night (may be referred to as "night vision").

With reference to FIG. **9**, the A/V recording and communication doorbell **130** further comprises an IR cut filter **158**. The IR cut filter **158** is a mechanical shutter that can be selectively positioned between the lens **238** and the image sensor of the camera **154**. During daylight hours, or when-

**21**

ever there is a sufficient amount of ambient light, the IR cut filter **158** is positioned between the lens **238** and the image sensor to filter out IR light so that it does not distort the colors of images as the human eye sees them. During nighttime hours, or whenever there is little to no ambient light, the IR cut filter **158** is withdrawn from the space between the lens **238** and the image sensor, so that the camera **154** is sensitive to IR light ("night vision"). In some embodiments, the camera **154** acts as a light detector for use in controlling the current state of the IR cut filter **158** and turning the IR LED **242** on and off. Using the camera **154** as a light detector is facilitated in some embodiments by the fact that the A/V recording and communication doorbell **130** is powered by a connection to AC mains, and the camera **154**, therefore, is always powered on. In other embodiments, however, the A/V recording and communication doorbell **130** may include a light sensor separate from the camera **154** for use in controlling the IR cut filter **158** and the IR LED **242**.

With reference back to FIG. **6**, the A/V recording and communication doorbell **130** further comprises a reset button **170**. The reset button **170** contacts a reset button actuator **246** (FIG. **8**) coupled to the front PCB **226**. When the reset button **170** is pressed, it may contact the reset button actuator **246**, which may trigger the erasing of any data stored at the non-volatile memory **174** and/or at the memory **172** (FIG. **3**), and/or may trigger a reboot of the processor **160**.

FIGS. **11-13** further illustrate internal components of the A/V recording and communication doorbell **130**. FIGS. **11-13** are rear perspective views of the doorbell **130** with the back plate **182** and additional components removed. For example, in FIG. **11** the back plate **182** is removed, while in FIG. **12** the back plate **182** and the main PCB **224** are removed, and in FIG. **13** the back plate **182**, the main PCB **224**, and the front PCB **226** are removed. With reference to FIG. **11**, several components are coupled to the rear surface of the main PCB **224**, including the communication module **146**, the processor **160**, memory **172**, and non-volatile memory **174**. The functions of each of these components are described below. With reference to FIG. **12**, several components are coupled to the rear surface of the front PCB **226**, including the power manager **140**, the power sequencer **144**, the AC/DC rectifier **136**, the DC/DC converter **138**, and the controller **164** for the light indicators **162**. The functions of each of these components are also described below. With reference to FIG. **13**, several components are visible within the enclosure **180**, including the microphone **150**, a speaker chamber **248** (in which the speaker **152** is located), and an antenna **250** for the communication module **146**. The functions of each of these components are also described below.

With reference to FIG. **7**, the antenna **250** is coupled to the front surface of the main PCB **224** and operatively connected to the communication module **146**, which is coupled to the rear surface of the main PCB **224** (FIG. **11**). The microphone **150**, which may also be coupled to the front surface of the main PCB **224**, is located near the opening **218** (FIG. **4**) in the upper portion **214** of the shield **192** so that sounds emanating from the area around the A/V recording and communication doorbell **130** can pass through the opening **218** and be detected by the microphone **150**. With reference to FIG. **13**, the speaker chamber **248** is located near the bottom of the enclosure **180**. The speaker chamber **248** comprises a hollow enclosure in which the speaker **152** is located. The hollow speaker chamber **248** amplifies the sounds made by the speaker **152** so that they can be better heard by a visitor in the area near the A/V recording and

**22**

communication doorbell **130**. With reference to FIGS. **5** and **13**, the lower surface **252** of the shell **184** and the lower surface (not shown) of the enclosure **180** may include an acoustical opening **254** through which the sounds made by the speaker **152** can pass so that they can be better heard by a visitor in the area near the A/V recording and communication doorbell **130**. In the illustrated embodiment, the acoustical opening **254** is shaped generally as a rectangle having a length extending substantially across the lower surface **252** of the shell **184** (and also the enclosure **180**). The illustrated shape is, however, just one example. With reference to FIG. **5**, the lower surface **252** of the shell **184** may further include an opening **256** for receiving a security screw (not shown). The security screw may extend through the opening **256** and into a similarly located opening in the enclosure **180** to secure the shell **184** to the enclosure **180**. If the doorbell **130** is mounted to a mounting bracket (not shown), the security screw may also maintain the doorbell **130** on the mounting bracket.

With reference to FIG. **13**, the A/V recording and communication doorbell **130** may further include a battery heater **258**. The present A/V recording and communication doorbell **130** is configured for outdoor use, including in cold climates. Cold temperatures, however, can cause negative performance issues for rechargeable batteries, such as reduced energy capacity, increased internal resistance, reduced ability to charge without damage, and reduced ability to supply load current. The battery heater **258** helps to keep the rechargeable battery **142** warm in order to reduce or eliminate the foregoing negative performance issues. In the illustrated embodiment, the battery heater **258** comprises a substantially flat, thin sheet abutting a side surface of the rechargeable battery **142**. The battery heater **258** may comprise, for example, an electrically resistive heating element that produces heat when electrical current is passed through it. The battery heater **258** may thus be operatively coupled to the power manager **140** and/or the power sequencer **144** (FIG. **12**). In some embodiments, the rechargeable battery **142** may include a thermally sensitive resistor ("thermistor," not shown) operatively connected to the processor **160** so that the battery **142**'s temperature can be monitored and the amount of power supplied to the battery heater **258** can be adaptively controlled to keep the rechargeable battery **142** within a desired temperature range.

FIG. **14** is a flowchart illustrating an embodiment of a process for drawing supplemental power from the battery **142** of the present A/V recording and communication doorbell **130** in order to avoid inadvertent sounding of the connected signaling device **168**. At block B**280**, the A/V recording and communication doorbell **130** draws power, below a threshold power, from an external power source. The external power source may be, for example, the AC power source **134**, as shown in FIG. **3**. The threshold power may be, for example, the power level at which the signaling device **168** (FIG. **3**) would sound. In one non-limiting example, the threshold power may be measured at the output of the DC/DC converter **138** (FIG. **3**). The threshold power may be measured by the power manager **140** (FIG. **3**), for example. In one non-limiting example, the threshold power, as measured at the output of the DC/DC converter **138**, may be equal to 1.4 A.

At block B**282**, the process determines whether the power drawn from the external power source **134** has reached the threshold power. In some embodiments, the power manager **140** (FIG. **3**), for example, may determine whether the power drawn from the external power source **134** has reached the threshold power. If the power drawn from the

**23**

external power source **134** has not reached the threshold power, then the process loops back to block B**280**. If, however, the power drawn from the external power source **134** has reached the threshold power, then the process moves to block B**284**. At block B**284**, the A/V recording and communication doorbell **130** draws supplemental power from the battery **142** as needed so that the power drawn from the external power source **134** does not exceed the threshold power. In this manner, the process of FIG. **14** avoids inadvertent sounding of the connected signaling device **168**. Examples of scenarios where the power drawn from the external power source **134** might reach the threshold power include, but are not limited to, when switching the IR cut filter **158** from daytime mode to nighttime mode (and vice versa), or when a call is in progress between a visitor at the A/V recording and communication doorbell **130** and a user using a client device and the IR light source **156** is illuminated. In some embodiments, when the power being drawn from the external power source **134** is below the threshold power, the power manager **140** may direct a portion of the power drawn from the external power source **134** to the battery **142** in order to recharge the battery **142**.

As discussed above, and with reference back to FIG. **3**, some of the present embodiments may include a shunt **176** connected in parallel across the terminals of the signaling device **168**. The shunt **176** facilitates the ability of the A/V recording and communication doorbell **130** to draw power from the AC power source **134** without inadvertently triggering the signaling device **168**. FIG. **15** illustrates an example embodiment of the shunt **176**. With reference to FIG. **15**, the shunt **176** comprises a full-wave bridge rectifier **300**, a capacitor **302**, a diode **304**, a shunt switch **306**, a first resistor R$_{Shunt}$ **308**, and a second resistor R$_{Bias}$ **310**. In some embodiments, the shunt switch **306** may be an opto-coupled switch, for example. The first resistor R$_{Shunt}$ **308** presents a relatively low electrical impedance, such as a few ohms for example, while the second resistor R$_{Bias}$ **310** presents a higher electrical impedance, such as >1K ohms for example.

During normal standby operation, the shunt switch **306** is closed. The shunt **176**, therefore, presents a relatively low electrical impedance across the terminals AC$_1$, AC$_2$ of the signaling device **168**, because the impedance of the first resistor R$_{Shunt}$ **308** is relatively low and the impedance of the switch is even lower, such as about 1 ohm or less in one example. Most of the current drawn by the A/V recording and communication doorbell **130**, therefore, flows through the shunt **176**, and not through the signaling device **168**. When the front button **148** of the A/V recording and communication doorbell **130** is pressed, however, the electronic switch **166** closes, causing the voltage from the AC power source **134** to be impressed mostly across the shunt **176** and the signaling device **168** in parallel, while a small amount of voltage, such as about 1V in one example, is impressed across the signaling device **168**, if it is implemented as a triac for example. The circuitry in the shunt **176** senses the voltage across its terminals AC$_1$, AC$_2$, causing the shunt switch **306** to open, which puts the shunt **176** into a high impedance state. When the shunt **176** receives enough AC voltage, the full-wave bridge rectifier **300** provides and outputs enough DC voltage such that the diode **304** biased by resistor **310** R$_{bias}$ conducts enough current to cause the switch **306** to change to an open or very high impedance state. Thus, the switching action of the shunt **176** makes nearly all available power from the AC power source **134** usable by the signaling device **168**, when it is desired. The amount of diverted AC power from the AC power source **134** is above the threshold necessary to cause the signaling

**24**

device **168** to emit a sound. Pressing the front button **148** of the doorbell **130** therefore causes the signaling device **168** to sound, alerting any person(s) within the structure to which the doorbell **130** is mounted that there is a visitor at the front door (or at another location corresponding to the location of the doorbell **130**).

With continued reference to FIG. **15**, the shunt **176** further comprises a first comparator circuit **312** and a second comparator circuit **314**. FIGS. **16** and **17** are circuit diagrams illustrating example embodiments of the first and second comparator **312** circuits **312**, **314**, respectively, of the shunt **176** of FIG. **15**. The comparators **312**, **314** of FIGS. **16** and **17** are both open collector-type or open drain-type. These types of comparators are advantageous because they allow the outputs to be tied together without conflict, commonly known as a "wired-OR" connection. As further described below, the first comparator circuit **312** serves the purpose of returning the state of the shunt switch **306** to the normally closed, low impedance state, when an opening event is detected at the electronic switch **166** (FIG. **3**). The second comparator circuit **314** serves as a time out safety trigger, returning the state of the shunt switch **306** to the normally closed, low impedance state, in the event that the first comparator circuit **312** fails to perform its intended function.

With reference to FIG. **16**, the first comparator circuit **312** comprises a first comparator **316**, and an RC network at each of its two inputs **318**, **320**. The first (positive) input **318** of the first comparator **316** has an RC network having time constant Tau$_1$, where Tau$_1$=C$_1$*R$_1$. The second (negative) input **320** of the first comparator **316** has a voltage divider R$_2$/(R$_2$+R$_3$) and time constant Tau$_2$, where Tau$_2$=C$_2$* ((R$_2$*R$_3$)/((R$_2$+R$_3$))). With reference to FIGS. **18** and **19**, which are waveform diagrams for the first comparator circuit **312** of FIG. **16**, the first comparator circuit **312** behavior is as follows. At time t$_1$, when the V$_{DC}$ at the capacitor **302** (FIG. **15**) ramps up due to closure of the electronic switch (FIG. **3**), both inputs **318**, **320** to the first comparator **316** rise, with V$_2$ rising slower and asymptotically approaching V$_{MAX}$*(R$_2$/(R$_2$+R$_3$)), while V$_1$ rises faster and approaches V$_{MAX}$. The ratio R$_2$/(R$_2$+R$_3$) may be chosen based on noise level consideration, particularly to ensure a positive drive with margin into the first comparator **316**, for all times when the electronic switch **166** is closed. This assures the output V$_{OUT}$ **322** of the first comparator **316** will be high impedance, since it is an open collector-type or an open drain-type output. Upon the electronic switch **166** opening at time t$_2$, the voltage V$_{DC}$ at the capacitor **302** drops, and the voltage V$_1$ drops below V$_2$. The first comparator **316** responds by driving its output V$_{OUT}$ **322** on, which pulls down the voltage and starts to turn off the diode **304** in the shunt switch **306**. The shunt switch **306** responds by reverting back to its normally closed position.

With reference to FIG. **17**, the second comparator circuit **314** comprises a second comparator **324**, and an RC network at each of its two inputs **326**, **328**, but with the addition of a diode **330** in one of the series branches. The first (positive) input **326** of the second comparator **324** receives an attenuated version of V$_{DC}$. More precisely, it receives a voltage given by V$_{DC}$* (R$_6$/(R$_6$+R$_5$)). In some embodiments, a capacitor (not shown) may be provided across R$_6$, as some filtering may be advantageous. The second (negative) input **328** of the second comparator **324** receives a voltage V$_4$ that rises slowly after V$_{DC}$ ramps up. With reference to FIGS. **20** and **21**, which are waveform diagrams for the second comparator circuit **314** of FIG. **17**, the second comparator circuit **314** behavior is as follows. The rising waveform is given by V$_4$(t)=V$_{DCMAX}$*(1−exp(−t/Tau$_3$)) where

$Tau_3 = C_4 \cdot R_4$. While $V_4$ asymptotically approaches $V_{DCMAX}$, it will hit $V_{DCMAX} \cdot (R_6/(R_6+R_5))$ at time $t_3$, which is given by $t_3 = Tau_3 \cdot ln(1+R_6/R_5)$. Because of delays in the feedback mechanism, the voltage $V_4$ will actually go higher than $V_3$, causing the output $V_{OUT}$ 332 of the second comparator 324 to be pulled low. This causes the diode 304 in the shunt switch 306 to discharge and turn off, which in turn causes the shunt switch 306 in $SW_1$ to revert to its normally closed position. The feedback mechanism is positive in that the turning off of the diode 304 puts the shunt 176 in a low impedance state, which causes the diode 304 to turn off even faster, since a low impedance state of the shunt 176 will collapse the $AC_1$, $AC_2$ terminals, if the electronic switch 166 is not closed. Reducing the voltage across $AC_1$, $AC_2$ will reduce the output of the full-wave bridge rectifier 300, $V_{DC}$.

FIG. 22 is a flowchart illustrating an embodiment of a process for sounding the signaling device 168 connected to the present A/V recording and communication doorbell 130 according to various aspects of the present disclosure. At block B380, the A/V recording and communication doorbell 130 draws power from an external power source. The external power source may be, for example, the AC power source 134, as shown in FIG. 3. At block B382, the power flows through the signaling device 168 and the shunt 176 in parallel, and the shunt 176 is in the low impedance state. At block B384, the process determines whether the front button 148 has been depressed. If the front button 148 has not been depressed, then the process returns to block B382. If, however, the front button 148 has been depressed, then the process moves to block B386. At block B386, the electronic switch 166 closes, thereby causing the shunt 176 to transition to the high impedance state, which in turn causes the power drawn from the external power source to be diverted through the signaling device 168, which in turn causes the signaling device 168 to emit a sound. Also, when the front button 148 is depressed, the speaker 152 of the A/V recording and communication doorbell 130 may emit a sound to alert any persons within earshot of the speaker 152 that a visitor has pressed the front button 148.

FIG. 23 is a flowchart illustrating another embodiment of a process for sounding the signaling device 168 connected to the present A/V recording and communication doorbell 130 according to various aspects of the present disclosure. At block B350, the A/V recording and communication doorbell 130 draws power from an external power source. The external power source may be, for example, the AC power source 134, as shown in FIG. 3. At block B352, the power flows through the signaling device 168 and the shunt 176 in parallel, and the shunt 176 is in the low impedance state. At block B354, the process determines whether the front button 148 has been depressed. If the front button 148 has not been depressed, then the process returns to block B352. If, however, the front button 148 has been depressed, then the process moves to block B356. Also, when the front button 148 is depressed, the speaker 152 of the A/V recording and communication doorbell 130 may emit a sound to alert any persons within earshot of the speaker 152 that a visitor has pressed the front button 148.

At block B356, the process determines whether the power in the battery 142 is above a threshold. This determination helps ensure that the battery 142 does not drain completely while the power manager 140 is drawing supplemental power from the battery 142. If the power in the battery 142 is not above the threshold, then the process returns to block B352. If, however, the power in the battery 142 is above the threshold, then the process moves to block B358. At block B358, the electronic switch 166 closes, thereby causing the

shunt 176 to transition to the high impedance state, which in turn causes the power drawn from the external power source to be diverted through the signaling device 168, which in turn causes the signaling device 168 to emit a sound.

Also at block B358, a first timer is activated. The first timer, which may be implemented by the processor 160, for example, enables several advantages. For example, the first timer enhances the compatibility of the present A/V recording and communication doorbell 130 with different types of existing signaling devices 168. Many existing signaling devices are of two types: electro-mechanical and electronic. Electro-mechanical signaling devices typically include a pair of metal tubes (or plates) that are tuned to different notes and act as resonators when struck. A plunger strikes the tubes or plates in quick succession, creating the "ding-dong" sound that is characteristic of many traditional doorbells. Electronic signaling devices, by contrast, typically include an audio speaker that acts as an electro-acoustic transducer. The speaker can in many instances be made to play custom ringtones having different durations.

During initial setup of some embodiments of the present A/V recording and communication doorbell 130, the duration of the first timer may be set according to the type of signaling device 168 with which it is paired, and the duration of the first timer may be customizable. For example, if the doorbell 130 is paired with an electro-mechanical signaling device 168, then the first timer may be set to a relatively short duration, such as 250 ms. A short duration for the first timer enables the electro-mechanical signaling device 168 to emit the characteristic "ding-dong" sound, because the plunger of the signaling device 168 will strike a first one of the metal tubes (or plates) when the electronic switch 166 closes and strike the second one of the metal tubes (or plates) when the electronic switch 166 opens. If the doorbell 130 is paired with an electro-mechanical signaling device 168, the duration of the first timer may be preset (not customizable by the user). If, however, the doorbell 130 is paired with an electronic signaling device 168, then the first timer may be set to a relatively long duration, such as from 1 second to 10 seconds, and the duration of the first timer may be selectable by the user. For example, if the user's electronic signaling device 168 plays a ringtone having a duration of about 3 seconds, then the user may set the duration of the first timer to be about 3 seconds.

During initial setup of some embodiments of the present A/V recording and communication doorbell 130, the user may be prompted to indicate what type of signaling device 168 the doorbell 130 is to be paired with. If the user indicates that the signaling device 168 is electro-mechanical, then the process may automatically set the duration of the first timer to a relatively short duration. If, however, the user indicates that the signaling device 168 is electronic, then the process may prompt the user to enter a desired duration for the first timer. In some embodiments, the process may prompt the user that the duration must be within a preset range.

At block B360, the process determines whether the first timer has expired. If the first timer has expired, then the process moves to block B364, which is described below. If, however, the first timer has not expired, then the process moves to block B362. At block B362, the process determines whether a notification has been received that a call to the user's client device has been answered. If no notification has been received that a call to the user's client device has been answered, then the process returns to block B360. If, however, a notification has been received that a call to the user's client device has been answered, then the process moves to block B364. At block B364, the electronic switch

27

**166** opens, and a second timer is activated. The second timer, which may be implemented by the processor **160**, for example, prevents a subsequent press of the front button **148** from closing the electronic switch **166**, thereby preventing the visitor from repeatedly sounding the signaling device **168** (by rapidly pressing and re-pressing the front button **148**). The second timer also allows time for the battery **142** to recharge. The process then moves to block B**366**. At block B**366**, the process determines whether the front button **148** has been depressed. If the front button **148** has not been depressed, then the process returns to block B**366**. If, however, the front button **148** has been depressed, then the process moves to block B**368**. At block B**368**, the process determines whether the second timer has expired. If the second timer has not expired, then the process returns to block B**366**. If, however, the second timer has expired, then the process returns to block B**356**.

In some embodiments, the present A/V recording and communication doorbell **130** may detect a visitor (by detecting motion) before the visitor presses the front button **148**. In such cases, the A/V recording and communication doorbell **130** may initiate a call to the user's client device in a manner similar to that described above with respect to blocks B**202**-B**210** of FIG. **2**. If the user answers the call on his or her client device before the visitor presses the front button **148** of the A/V recording and communication doorbell **130**, then the front button **148** may be blocked out as long as the call between the visitor and the user is still in progress. That is, if the visitor presses the front button **148** while the call between the visitor and the user is in progress, the electronic switch **166** may be prevented from closing. If, however, the visitor presses the front button **148** of the A/V recording and communication doorbell **130** before the user answers the call on his or her client device, then the process may proceed according to that described above with respect to FIG. **23** (beginning at block B**354**).

Some of the present embodiments provide advantageous motion detection algorithms and techniques. For example, during an initial setup process, or at any time after the A/V recording and communication doorbell **130** has been setup, the user may designate one or more zones within the field of view **400** of the camera **154** as motion zones of interest, also referred to as "intrusion zones." With reference to FIG. **24**, when configuring the camera **154**'s motion detection, a configuration process may present the user with a visual representation of the field of view **400** of the camera **154**. For example, an application executing on the user's client device **800**, such as a smartphone, may show a live view from the camera **154** of the user's A/V recording and communication doorbell **130** on the display **806** of the user's client device **800** (FIG. **25**). The configuration process may prompt the user to designate one or more intrusion zones **402** by selecting areas on the display **806** of the user's client device **800**. For example, the user may draw one or more polygons **404**, **406**, **408** on the display **806** to designate the intrusion zone(s) **402**. If the display **806** of the user's client device **800** is a touchscreen, the user may designate the intrusion zone(s) **402** by tracing the polygon(s) **404**, **406**, **408** on the display **806** with his or her finger. The configuration process may enable the user to designate intrusion zone(s) **402** having any shape and/or number of sides. For example, the intrusion zone(s) **402** may be regular polygons such as the square **404**, rectangle **406**, and hexagon **408** shown in FIG. **24**, or any other type of regular polygon such as circles, pentagons, octagons, decagons, etc., or any type of irregular polygons. The configuration process may allow the user to designate any number of intrusion zones **402**,

28

such as one intrusion zone **402**, two intrusion zones **402**, three intrusion zones **402**, etc. When all desired intrusion zones **402** have been created, the configuration process may prompt the user to save the intrusion zones **402**, after which the created intrusion zones **402** may be sent from the user's client device **800** to a device in the network, such as a server **900**C (FIG. **26**), and to the user's A/V recording and communication doorbell **130** via the user's network **110** (FIG. **1**).

After one or more intrusion zones **402** have been designated, embodiments of the present motion detection algorithms and techniques may incorporate those intrusion zones **402**. For example, the camera **154**, which may be powered on at all times, may continuously monitor motion within the field of view **400**. The A/V recording and communication doorbell **130**, however, may not begin recording and/or streaming video to the user's client device **800** unless and until a moving object enters one of the intrusion zones **402**. The recording and/or streaming may continue until the moving object exits the intrusion zone **402** it earlier entered. Further, if the moving object stops moving, but remains in the intrusion zone **402**, the recording and/or streaming may continue while the object remains stationary within the intrusion zone **402**. This aspect of the present embodiments creates an advantage over systems that rely on other types of motion sensors, such as passive IR sensors, that typically only detect moving objects, and therefore do not typically record and/or stream stationary objects. The object may, of course, be a person.

Some of the present embodiments may incorporate motion detection algorithms and techniques that vary according to the level of ambient light. Generally, the quality of video recorded during daylight hours is good enough to detect moving objects of interest while correctly filtering out other unnecessary and unwanted moving objects (e.g. tree branches or flags swaying in the wind, sun glare, etc.). At night, however, the A/V recording and communication doorbell **130** turns on the IR light source **156** to increase the incoming light intensity. However, the light intensity level can be affected by other light sources, such as porchlights, outdoor security lights, streetlights, and headlights of passing cars. These light sources are preferably filtered out in order to reduce false positives (also referred to as false alarms). Thus, to accurately detect moving objects of interest while correctly filtering out other unnecessary and unwanted moving objects, embodiments of the present A/V recording and communication doorbell **130** may use different motion detection algorithms during the day versus at night.

For example, as discussed above, the A/V recording and communication doorbell **130** may not begin recording and/or streaming video to the user's client device **800** unless and until a moving object enters one of the intrusion zones **402**. During periods of low levels of ambient light, however, such as after nightfall, the A/V recording and communication doorbell **130** may not begin recording and/or streaming video to the user's client device **800** unless and until the moving object that enters one of the intrusion zones **402** is a human. In some of the present embodiments, a process for determining whether a moving object is a human compares characteristics of the motion of the moving object with a dataset. For example, in each frame, the A/V recording and communication doorbell **130** may detect object regions, extract features from those object regions, and then compare those features with trained features in the dataset. If a comparison score and a confidence level are above a predefined threshold, then the algorithm returns a positive

**29**

output (e.g. human) on the detected object region. Thus, for example, during daylight hours the A/V recording and communication doorbell **130** may begin recording and/or streaming video to the user's client device **800** as soon as any moving object enters one of the intrusion zones **402**, but during nighttime hours the A/V recording and communication doorbell **130** may begin recording and/or streaming video to the user's client device **800** only if the moving object that entered one of the intrusion zones **402** is a human.

Differentiating between moving humans and moving non-human objects during nighttime hours may help to reduce false positives, because nighttime motion detection can be affected by uneven lighting conditions. For example, at night an A/V recording and communication doorbell may interpret a sudden change in ambient light, such as a porchlight being turned on, as motion. These kinds of false positives are reduced in the present embodiments by limiting recording and/or streaming video to the user's client device **800** to those instances when a detected object in an intrusion zone **402** is a human.

One example embodiment of a technique for determining whether a detected object in an intrusion zone **402** is a human is tracking moving objects by tracking the center of mass of each object, and predicting the trajectory of the object based on the observed motion of the center of mass. In some embodiments, the center of mass for an arbitrary shape of a detected region may be calculated as an average of multiple small centroid regions. With a finite number of small centroids, the total centroid can be calculated as:

The centroid of a finite set of k points x1, x2, . . . xk, in Rn is

$$C = (x_1 + x_2 + \ldots + x_k)/k$$

Tracking moving objects by tracking the center of mass of each object, and predicting the trajectory of the object based on the observed motion of the center of mass, can advantageously reduce false positives. For example, a person moving through the camera **154**'s field of view **400** typically follows a predictable trajectory. If the person is moving in a first direction at a given instant, the person is likely to be moving in that same direction in the next instant. By contrast, many objects that move within the camera **154**'s field of view **400** follow very unpredictable trajectories. For example, a tree branch swaying in the breeze follows a somewhat random trajectory that depends upon which way the wind is blowing at any given moment. Thus, by attempting to predict the trajectory of the center of mass of an object moving through the camera **154**'s field of view **400**, and then determining whether the object actually follows the predicted trajectory, the present embodiments can make an educated guess as to whether an object being tracked is an object of interest, such as a person, or another object, such as a tree branch. With this trajectory analysis, embodiments of the present A/V recording and communication doorbell **130** can successfully distinguish objects of interest from false positives by combining the trajectory analysis with detection of other changes in each frame.

Some of the present embodiments provide advantageous night vision algorithms and techniques for determining when to activate night vision mode and when to deactivate night vision mode. When night vision mode is activated, the IR light source **156** may be illuminated (turned on), the IR cut filter **158** may be turned off, and the camera **154** may transition from color mode to grayscale mode. Conversely, when night vision mode is deactivated, the IR light source

**30**

**156** may be turned off, the IR cut filter **158** may be turned on, and the camera **154** may transition from grayscale mode to color mode.

In one example technique, some embodiments of the present night vision algorithms may measure the average luminance of the pixels and the average standard deviation of the pixels in each frame of video shot by the camera **154**. The average luminance and the average standard deviation may then be tracked across frames by keeping a running average of each value. If the running averages of both values fall below a first pair of threshold values, then the A/V recording and communication doorbell **130** may activate night vision mode. Conversely, if the running averages of both values rise above a second pair of threshold values, then the A/V recording and communication doorbell **130** may deactivate night vision mode. For example, if the running average of the average luminance (AL) falls below a first threshold value (AL**1**), and the running average of the average standard deviation (ASD) falls below a first threshold value (ASD**1**), then the A/V recording and communication doorbell **130** may activate night vision mode. Conversely, if the running average of the average luminance (AL) rises above a second threshold value (AL**2**), and the running average of the average standard deviation (ASD) rises above a second threshold value (ASD**2**), then the A/V recording and communication doorbell **130** may deactivate night vision mode. Using separate threshold values for activating night vision mode versus deactivating night vision mode helps to prevent the A/V recording and communication doorbell **130** from oscillating between night vision mode and non-night vision mode during periods of fading light, such as dusk, and periods of rising light, such as dawn.

In some embodiments, sudden changes in light conditions may be ignored when tracking the running averages of the average luminance (AL) and the average standard deviation (ASD). For example, when night vision mode is active (e.g. after nightfall), if a porchlight is turned on near the A/V recording and communication doorbell **130** the average luminance and the average standard deviation in the pixels will suddenly spike. But, it is still after nightfall and the porchlight may soon be turned off, so it may be advantageous to keep night vision mode active. Some of the present embodiments, therefore, may not factor these sudden changes in the values AL and ASD into the running averages for those values.

In some embodiments, the proximity of the A/V recording and communication doorbell **130** to large objects or structures may affect whether night vision mode is activated or deactivated. For example, if the A/V recording and communication doorbell **130** is located directly across from a wall of a structure, a large percentage of the IR light generated by the IR light source **156** may be reflected back toward the camera **154**. This reflected IR light could cause the A/V recording and communication doorbell **130** to deactivate night vision mode even under conditions of low ambient light, because the IR light reflected into the camera **154** increases the average light intensity value. A conventional night vision algorithm based on frame intensity level would cause night vision mode to be deactivates even when the current ambient light level was low. Thus, some of the present embodiments may compensate for this situation by measuring how many pixels in the field of view **400** of the camera **154** are saturated. Then, by comparing the number of saturated pixels to a threshold value, the process can determine whether to maintain the A/V recording and communication doorbell **130** in night vision mode. For example, if

US 10,270,971 B2

**31**

night vision mode is active, and the number of saturated pixels is above the threshold value, then night vision mode may remain active even when the values of AL and ASD rise above the second pair of threshold values (AL2, ASD2).

As described above, the present embodiments advantageously limit the power consumption of the A/V recording and communication doorbell to an amount that is below the threshold necessary for causing the signaling device to sound (except when the front button of the doorbell is pressed). The present A/V recording and communication doorbell can thus be connected to the existing household AC power supply and the existing signaling device without causing inadvertent sounding of the signaling device.

Several advantages flow from the ability of the present embodiments to be connected to the existing household AC power supply. For example, the camera of the present A/V recording and communication doorbell can be powered on continuously. In a typical battery-powered A/V recording and communication doorbell, the camera is powered on only part of the time so that the battery does not drain too rapidly. The present embodiments, by contrast, do not rely on a battery as a primary (or sole) power supply, and are thus able to keep the camera powered on continuously. Because the camera is able to be powered on continuously, it can always be recording, and recorded footage can be continuously stored in a rolling buffer or sliding window. In some embodiments, about 10-15 seconds of recorded footage can be continuously stored in the rolling buffer or sliding window. Also because the camera is able to be powered on continuously, it can be used for motion detection, thus eliminating any need for a separate motion detection device, such as a passive infrared sensor (PIR). Eliminating the PIR simplifies the design of the A/V recording and communication doorbell and enables the doorbell to be made more compact. Also because the camera is able to be powered on continuously, it can be used as a light detector for use in controlling the current state of the IR cut filter and turning the IR LED on and off. Using the camera as a light detector eliminates any need for a separate light detector, thereby further simplifying the design of the A/V recording and communication doorbell and enabling the doorbell to be made even more compact.

FIG. **25** is a functional block diagram of a client device **800** on which the present embodiments may be implemented according to various aspects of the present disclosure. The user's client device **114** described with reference to FIG. **1** may include some or all of the components and/or functionality of the client device **800**. The client device **800** may comprise, for example, a smartphone.

With reference to FIG. **25**, the client device **800** includes a processor **802**, a memory **804**, a user interface **806**, a communication module **808**, and a dataport **810**. These components are communicatively coupled together by an interconnect bus **812**. The processor **802** may include any processor used in smartphones and/or portable computing devices, such as an ARM processor (a processor based on the RISC (reduced instruction set computer) architecture developed by Advanced RISC Machines (ARM).). In some embodiments, the processor **802** may include one or more other processors, such as one or more conventional microprocessors, and/or one or more supplementary co-processors, such as math co-processors.

The memory **804** may include both operating memory, such as random access memory (RAM), as well as data storage, such as read-only memory (ROM), hard drives, flash memory, or any other suitable memory/storage element. The memory **804** may include removable memory

**32**

elements, such as a CompactFlash card, a MultiMediaCard (MMC), and/or a Secure Digital (SD) card. In some embodiments, the memory **804** may comprise a combination of magnetic, optical, and/or semiconductor memory, and may include, for example, RAM, ROM, flash drive, and/or a hard disk or drive. The processor **802** and the memory **804** each may be, for example, located entirely within a single device, or may be connected to each other by a communication medium, such as a USB port, a serial port cable, a coaxial cable, an Ethernet-type cable, a telephone line, a radio frequency transceiver, or other similar wireless or wired medium or combination of the foregoing. For example, the processor **802** may be connected to the memory **804** via the dataport **810**.

The user interface **806** may include any user interface or presentation elements suitable for a smartphone and/or a portable computing device, such as a keypad, a display screen, a touchscreen, a microphone, and a speaker. The communication module **808** is configured to handle communication links between the client device **800** and other, external devices or receivers, and to route incoming/outgoing data appropriately. For example, inbound data from the dataport **810** may be routed through the communication module **808** before being directed to the processor **802**, and outbound data from the processor **802** may be routed through the communication module **808** before being directed to the dataport **810**. The communication module **808** may include one or more transceiver modules capable of transmitting and receiving data, and using, for example, one or more protocols and/or technologies, such as GSM, UMTS (3GSM), IS-95 (CDMA one), IS-2000 (CDMA 2000), LTE, FDMA, TDMA, W-CDMA, CDMA, OFDMA, Wi-Fi, WiMAX, or any other protocol and/or technology.

The dataport **810** may be any type of connector used for physically interfacing with a smartphone and/or a portable computing device, such as a mini-USB port or an IPHONE®/IPOD® 30-pin connector or LIGHTNING® connector. In other embodiments, the dataport **810** may include multiple communication channels for simultaneous communication with, for example, other processors, servers, and/or client terminals.

The memory **804** may store instructions for communicating with other systems, such as a computer. The memory **804** may store, for example, a program (e.g., computer program code) adapted to direct the processor **802** in accordance with the present embodiments. The instructions also may include program elements, such as an operating system. While execution of sequences of instructions in the program causes the processor **802** to perform the process steps described herein, hard-wired circuitry may be used in place of, or in combination with, software/firmware instructions for implementation of the processes of the present embodiments. Thus, the present embodiments are not limited to any specific combination of hardware and software.

FIG. **26** is a functional block diagram of a general-purpose computing system on which the present embodiments may be implemented according to various aspects of present disclosure. The computer system **900** may execute at least some of the operations described above. The computer system **900** may be embodied in at least one of a personal computer (also referred to as a desktop computer) **900**A, a portable computer (also referred to as a laptop or notebook computer) **900**B, and/or a server **900**C. A server is a computer program and/or a machine that waits for requests from other machines or software (clients) and responds to them. A server typically processes data. The purpose of a server is to share data and/or hardware and/or software resources

33

among clients. This architecture is called the client-server model. The clients may run on the same computer or may connect to the server over a network. Examples of computing servers include database servers, file servers, mail servers, print servers, web servers, game servers, and application servers. The term server may be construed broadly to include any computerized process that shares a resource to one or more client processes.

The computer system **900** may include at least one processor **910**, memory **920**, at least one storage device **930**, and input/output (I/O) devices **940**. Some or all of the components **910**, **920**, **930**, **940** may be interconnected via a system bus **950**. The processor **910** may be single- or multi-threaded and may have one or more cores. The processor **910** may execute instructions, such as those stored in the memory **920** and/or in the storage device **930**. Information may be received and output using one or more I/O devices **940**.

The memory **920** may store information, and may be a computer-readable medium, such as volatile or non-volatile memory. The storage device(s) **930** may provide storage for the system **900**, and may be a computer-readable medium. In various aspects, the storage device(s) **930** may be a flash memory device, a hard disk device, an optical disk device, a tape device, or any other type of storage device.

The I/O devices **940** may provide input/output operations for the system **900**. The I/O devices **940** may include a keyboard, a pointing device, and/or a microphone. The I/O devices **940** may further include a display unit for displaying graphical user interfaces, a speaker, and/or a printer. External data may be stored in one or more accessible external databases **960**.

The features of the present embodiments described herein may be implemented in digital electronic circuitry, and/or in computer hardware, firmware, software, and/or in combinations thereof. Features of the present embodiments may be implemented in a computer program product tangibly embodied in an information carrier, such as a machine-readable storage device, and/or in a propagated signal, for execution by a programmable processor. Embodiments of the present method steps may be performed by a programmable processor executing a program of instructions to perform functions of the described implementations by operating on input data and generating output.

The features of the present embodiments described herein may be implemented in one or more computer programs that are executable on a programmable system including at least one programmable processor coupled to receive data and/or instructions from, and to transmit data and/or instructions to, a data storage system, at least one input device, and at least one output device. A computer program may include a set of instructions that may be used, directly or indirectly, in a computer to perform a certain activity or bring about a certain result. A computer program may be written in any form of programming language, including compiled or interpreted languages, and it may be deployed in any form, including as a stand-alone program or as a module, component, subroutine, or other unit suitable for use in a computing environment.

Suitable processors for the execution of a program of instructions may include, for example, both general and special purpose processors, and/or the sole processor or one of multiple processors of any kind of computer. Generally, a processor may receive instructions and/or data from a read only memory (ROM), or a random access memory (RAM),

34

or both. Such a computer may include a processor for executing instructions and one or more memories for storing instructions and/or data.

Generally, a computer may also include, or be operatively coupled to communicate with, one or more mass storage devices for storing data files. Such devices include magnetic disks, such as internal hard disks and/or removable disks, magneto-optical disks, and/or optical disks. Storage devices suitable for tangibly embodying computer program instructions and/or data may include all forms of non-volatile memory, including for example semiconductor memory devices, such as EPROM, EEPROM, and flash memory devices, magnetic disks such as internal hard disks and removable disks, magneto-optical disks, and CD-ROM and DVD-ROM disks. The processor and the memory may be supplemented by, or incorporated in, one or more ASICs (application-specific integrated circuits).

To provide for interaction with a user, the features of the present embodiments may be implemented on a computer having a display device, such as an LCD (liquid crystal display) monitor, for displaying information to the user. The computer may further include a keyboard, a pointing device, such as a mouse or a trackball, and/or a touchscreen by which the user may provide input to the computer.

The features of the present embodiments may be implemented in a computer system that includes a back-end component, such as a data server, and/or that includes a middleware component, such as an application server or an Internet server, and/or that includes a front-end component, such as a client computer having a graphical user interface (GUI) and/or an Internet browser, or any combination of these. The components of the system may be connected by any form or medium of digital data communication, such as a communication network. Examples of communication networks may include, for example, a LAN (local area network), a WAN (wide area network), and/or the computers and networks forming the Internet.

The computer system may include clients and servers. A client and server may be remote from each other and interact through a network, such as those described herein. The relationship of client and server may arise by virtue of computer programs running on the respective computers and having a client-server relationship to each other.

The above description presents the best mode contemplated for carrying out the present embodiments, and of the manner and process of practicing them, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which they pertain to practice these embodiments. The present embodiments are, however, susceptible to modifications and alternate constructions from those discussed above that are fully equivalent. Consequently, the present invention is not limited to the particular embodiments disclosed. On the contrary, the present invention covers all modifications and alternate constructions coming within the spirit and scope of the present disclosure. For example, the steps in the processes described herein need not be performed in the same order as they have been presented, and may be performed in any order(s). Further, steps that have been presented as being performed separately may in alternative embodiments be performed concurrently. Likewise, steps that have been presented as being performed concurrently may in alternative embodiments be performed separately.

What is claimed is:

**1**. A method for an audio/video (A/V) recording and communication doorbell system, the A/V recording and communication doorbell including a camera, a speaker, a

**35**

microphone, a button, and a means for diverting power, wherein the A/V recording and communication doorbell is connected to an external power source, the method comprising:

the A/V recording and communication doorbell drawing power from the power source;

the power flowing through a signaling device and the power diverting means connected in parallel with the signaling device, wherein the power diverting means is in a low impedance state; and

when the button is depressed, the power diverting means transitioning to a high impedance state, thereby diverting power from the power source through the signaling device to cause the signaling device to emit a sound.

**2**. The method of claim **1**, wherein the signaling device is electro-mechanical or electronic.

**3**. The method of claim **1**, wherein the signaling device is external to the A/V recording and communication doorbell.

**4**. The method of claim **1**, wherein the A/V recording and communication doorbell further includes a timer, wherein when the button is depressed the timer is activated and the power diverting means remains in the high impedance state until the timer expires, unless the A/V recording and communication doorbell receives a notification that a call to a client device has been answered.

**5**. The method of claim **4**, further comprising the power diverting means transitioning to the low impedance state when the A/V recording and communication doorbell receives the notification that the call to the client device has been answered.

**6**. The method of claim **4**, wherein the timer is a first timer and the A/V recording and communication doorbell further includes a second timer, the method further comprising the power diverting means transitioning to the low impedance state, the second timer being activated when the power diverting means transitions to the low impedance state, and the power diverting means being prevented from again transitioning to the high impedance state until after the second timer expires.

**7**. The method of claim **1**, further comprising the A/V recording and communication doorbell, in response to the button being depressed, sending an alert signal and a video signal to a network device, the video signal including images captured by the camera.

**8**. An audio/video (A/V) recording and communication doorbell system, comprising:

an A/V recording and communication doorbell including a camera, a speaker, a microphone, a button, and a power diverting means, wherein the A/V recording and communication doorbell is connected to an external power source;

wherein the A/V recording and communication doorbell is configured to draw power from the power source such that the power flows through a signaling device and the power diverting means in parallel with the signaling device when the power diverting means is in a low impedance state; and

when the button is depressed, the power diverting means is configured to transition to a high impedance state thereby diverting power from the power source through the signaling device to cause the signaling device to emit a sound.

**9**. The A/V recording and communication doorbell system of claim **8**, wherein the signaling device is electro-mechanical or electronic.

**36**

**10**. The A/V recording and communication doorbell system of claim **8**, wherein the signaling device is external to the A/V recording and communication doorbell.

**11**. The A/V recording and communication doorbell system of claim **8**, wherein the A/V recording and communication doorbell further includes a timer, wherein the A/V recording and communication doorbell is further configured such that when the button is depressed the timer is activated and the power diverting means remains in the high impedance state until the timer expires, unless the A/V recording and communication doorbell receives a notification that a call to a client device has been answered.

**12**. The A/V recording and communication doorbell system of claim **11**, wherein the power diverting means is configured to transition to the low impedance state when the A/V recording and communication doorbell receives the notification that the call to the client device has been answered.

**13**. The A/V recording and communication doorbell system of claim **11**, wherein the timer is a first timer and the A/V recording and communication doorbell further includes a second timer, wherein the A/V recording and communication doorbell is further configured such that when the power diverting means transitions to the low impedance state, the second timer is activated and the power diverting means is prevented from again transitioning to the high impedance state until after the second timer expires.

**14**. The A/V recording and communication doorbell system of claim **8**, wherein the A/V recording and communication doorbell is further configured to send, in response to the button being depressed, an alert signal and a video signal to a network device, the video signal including images captured by the camera.

**15**. An audio/video (A/V) recording and communication doorbell system, comprising:

a power diverting means; and

an A/V recording and communication doorbell including a camera, a microphone, and a button, wherein the A/V recording and communication doorbell is connected to an external power source;

wherein the A/V recording and communication doorbell is configured to draw power from the power source such that the power flows through a signaling device and the power diverting means in parallel with the signaling device when the power diverting means is in a low impedance state; and

when the button is depressed, the power diverting means is configured to transition to a high impedance state, thereby diverting power from the power source through the signaling device to cause the signaling device to emit a sound.

**16**. The A/V recording and communication doorbell system of claim **15**, wherein the power diverting means is at least one of external to and internal to the A/V recording and communication doorbell.

**17**. The A/V recording and communication doorbell system of claim **16**, wherein the power diverting means includes at least one component external to the A/V recording and communication doorbell and at least one component internal to the A/V recording and communication doorbell.

**18**. The A/V recording and communication doorbell system of claim **15**, wherein the signaling device is external to the A/V recording and communication doorbell.

**19**. The A/V recording and communication doorbell system of claim **15**, wherein the A/V recording and communication doorbell further includes a timer, wherein when the button is depressed the timer is configured to be activated

**37**                                                                          **38**

and the power diverting means is configured to remain in the high impedance state until the timer expires, unless the A/V recording and communication doorbell receives a notification that a call to a client device has been answered.

**20**. The A/V recording and communication doorbell system of claim **19**, wherein the timer is a first timer and the A/V recording and communication doorbell further includes a second timer, and wherein the power diverting means is further configured to transition to the low impedance state, the second timer being activated when the power diverting means transitions to the low impedance state, and the power diverting means being prevented from again transitioning to the high impedance state until after the second timer expires.

\*   \*   \*   \*   \*