# EXHIBIT 7

US010593173B2

(12) **United States Patent**
Roth et al.

(10) Patent No.: **US 10,593,173 B2**
(45) Date of Patent: **Mar. 17, 2020**

(54) **PARCEL DELIVERY PREDICTION-BASED THEFT DETECTION**

(71) Applicant: **Ring LLC**, Santa Monica, CA (US)

(72) Inventors: **Joshua Roth**, Pacific Palisades, CA (US); **James Siminoff**, Pacific Palisades, CA (US)

(73) Assignee: **Amazon Technologies, Inc.**, Seattle, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/992,702**

(22) Filed: **May 30, 2018**

(65) **Prior Publication Data**

US 2018/0350214 A1    Dec. 6, 2018

**Related U.S. Application Data**

(60) Provisional application No. 62/513,300, filed on May 31, 2017.

(51) **Int. Cl.**
| | | |
|---|---|---|
| *G08B 13/196* | (2006.01) | |
| *G06Q 10/08* | (2012.01) | |
| *G06K 9/00* | (2006.01) | |
| *G08B 25/08* | (2006.01) | |
| *G08B 15/00* | (2006.01) | |

(52) **U.S. Cl.**
CPC ... *G08B 13/19613* (2013.01); *G06K 9/00671* (2013.01); *G06K 9/00771* (2013.01); *G06Q 10/0833* (2013.01); *G08B 13/19628* (2013.01); *G08B 13/19669* (2013.01); *G08B 25/08* (2013.01); *G08B 15/00* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,764,953 | A | 8/1988 | Chern et al. |
| 5,428,388 | A | 6/1995 | Von Bauer et al. |
| 5,760,848 | A | 6/1998 | Cho |
| 6,072,402 | A | 6/2000 | Kniffin et al. |
| 6,192,257 | B1 | 2/2001 | Ray |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2585521 Y | 11/2003 |
| CN | 2792061 Y | 6/2006 |

(Continued)

OTHER PUBLICATIONS

PCT/US2018/035059 International Search Report and Written Opinion dated Aug. 27, 2018, 13 pages.

*Primary Examiner* — Thomas S McCormack

(74) *Attorney, Agent, or Firm* — Lathrop GPM LLP

(57) **ABSTRACT**

Techniques are disclosed to detect and/or deter parcel theft based at least in part on predicted parcel delivery times. In various embodiments, a predicted delivery time at which a parcel is expected to be delivered to an associated delivery address is determined based at least in part on delivery schedule information. An audio/video recording and communication device installed at the delivery address is operated in a parcel protect mode in which the audio/video recording and communication device is configured to be used to detect one or both of delivery of the parcel to the delivery address and removal of the parcel from the delivery address.

**20 Claims, 12 Drawing Sheets**



**US 10,593,173 B2**

Page 2

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,271,752 B1 | 8/2001 | Vaios |
| 6,356,196 B1 | 3/2002 | Wong et al. |
| 6,429,893 B1 | 8/2002 | Xin |
| 6,456,322 B1 | 9/2002 | Marinacci |
| 6,476,858 B1 | 11/2002 | Ramirez Diaz et al. |
| 6,633,231 B1 | 10/2003 | Okamoto et al. |
| 6,658,091 B1 | 12/2003 | Naidoo et al. |
| 6,753,774 B2 | 6/2004 | Pan et al. |
| 6,970,183 B1 | 11/2005 | Monroe |
| 7,062,291 B2 | 6/2006 | Ryley et al. |
| 7,065,196 B2 | 6/2006 | Lee |
| 7,085,361 B2 | 6/2006 | Lee |
| 7,109,860 B2 | 9/2006 | Wang |
| 7,193,644 B2 | 3/2007 | Carter |
| 7,222,081 B1 | 5/2007 | Sone |
| 7,304,572 B2 | 12/2007 | Sheynman et al. |
| 7,382,249 B2 | 6/2008 | Fancella |
| 7,450,638 B2 | 11/2008 | Iwamura |
| 7,643,056 B2 | 1/2010 | Silsby |
| 7,683,924 B2 | 3/2010 | Oh et al. |
| 7,683,929 B2 | 3/2010 | Elazar et al. |
| 7,738,917 B2 | 6/2010 | Ryley et al. |
| 8,139,098 B2 | 3/2012 | Carter |
| 8,144,183 B2 | 3/2012 | Carter |
| 8,154,581 B2 | 4/2012 | Carter |
| 8,619,136 B2 | 12/2013 | Howarter et al. |
| 8,780,201 B1 | 7/2014 | Scalisi et al. |
| 8,823,795 B1 | 9/2014 | Scalisi et al. |
| 8,842,180 B1 | 9/2014 | Kasmir et al. |
| 8,872,915 B1 | 10/2014 | Scalisi et al. |
| 8,937,659 B1 | 1/2015 | Scalisi et al. |
| 8,941,736 B1 | 1/2015 | Scalisi |
| 8,947,530 B1 | 2/2015 | Scalisi |
| 8,953,040 B1 | 2/2015 | Scalisi et al. |
| 9,013,575 B2 | 4/2015 | Scalisi |
| 9,049,352 B2 | 6/2015 | Scalisi et al. |
| 9,053,622 B2 | 6/2015 | Scalisi |
| 9,058,738 B1 | 6/2015 | Scalisi |
| 9,060,103 B2 | 6/2015 | Scalisi |
| 9,060,104 B2 | 6/2015 | Scalisi |
| 9,065,987 B2 | 6/2015 | Kasmir et al. |
| 9,094,584 B2 | 7/2015 | Scalisi et al. |
| 9,113,051 B1 | 8/2015 | Scalisi |
| 9,113,052 B1 | 8/2015 | Scalisi et al. |
| 9,118,819 B1 | 8/2015 | Scalisi et al. |
| 9,142,214 B2 | 9/2015 | Scalisi |
| 9,160,987 B1 | 10/2015 | Kasmir et al. |
| 9,165,444 B2 | 10/2015 | Scalisi |
| 9,172,920 B1 | 10/2015 | Kasmir et al. |
| 9,172,921 B1 | 10/2015 | Scalisi et al. |
| 9,172,922 B1 | 10/2015 | Kasmir et al. |
| 9,179,107 B1 | 11/2015 | Scalisi et al. |
| 9,179,108 B1 | 11/2015 | Scalisi et al. |
| 9,179,109 B1 | 11/2015 | Kasmir et al. |
| 9,196,133 B2 | 11/2015 | Scalisi et al. |
| 9,197,867 B1 | 11/2015 | Scalisi et al. |
| 9,230,424 B1 | 1/2016 | Scalisi et al. |
| 9,237,318 B2 | 1/2016 | Kasmir et al. |
| 9,247,219 B2 | 1/2016 | Kasmir et al. |
| 9,253,455 B1 | 2/2016 | Harrison et al. |
| 9,342,936 B2 | 5/2016 | Scalisi |
| 9,508,239 B1 | 11/2016 | Harrison et al. |
| 9,736,284 B2 | 8/2017 | Scalisi et al. |
| 9,743,049 B2 | 8/2017 | Scalisi et al. |
| 9,769,435 B2 | 9/2017 | Scalisi et al. |
| 9,786,133 B2 | 10/2017 | Harrison et al. |
| 9,799,183 B2 | 10/2017 | Harrison et al. |
| 2002/0094111 A1 | 7/2002 | Puchek et al. |
| 2002/0147982 A1 | 10/2002 | Naidoo et al. |
| 2003/0043047 A1 | 3/2003 | Braun |
| 2004/0085205 A1 | 5/2004 | Yeh |
| 2004/0085450 A1 | 5/2004 | Stuart |
| 2004/0086093 A1 | 5/2004 | Schranz |
| 2004/0095254 A1 | 5/2004 | Maruszczak |
| 2004/0135686 A1 | 7/2004 | Parker |
| 2005/0104730 A1 | 5/2005 | Yang |
| 2005/0111660 A1 | 5/2005 | Hosoda |
| 2006/0010199 A1 | 1/2006 | Brailean et al. |
| 2006/0022816 A1 | 2/2006 | Yukawa |
| 2006/0139449 A1 | 6/2006 | Cheng et al. |
| 2006/0156361 A1 | 7/2006 | Wang et al. |
| 2009/0141117 A1 | 6/2009 | Elberbaum |
| 2013/0057695 A1 | 3/2013 | Huisking |
| 2015/0035987 A1 | 2/2015 | Fernandez |
| 2015/0120598 A1* | 4/2015 | Fadell ................... G06Q 10/083 705/333 |
| 2015/0310381 A1* | 10/2015 | Lyman ................. G06Q 10/083 705/330 |
| 2016/0033966 A1 | 2/2016 | Farris et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0944883 B1 | 6/1998 |
| EP | 1480462 A1 | 11/2004 |
| GB | 2286283 A | 8/1995 |
| GB | 2354394 A | 3/2001 |
| GB | 2357387 A | 6/2001 |
| GB | 2400958 A | 10/2004 |
| JP | 2001-103463 A2 | 4/2001 |
| JP | 2002-033839 A2 | 1/2002 |
| JP | 2002-125059 A2 | 4/2002 |
| JP | 2002-342863 A2 | 11/2002 |
| JP | 2002-344640 A2 | 11/2002 |
| JP | 2002-354137 A2 | 12/2002 |
| JP | 2002-368890 A2 | 12/2002 |
| JP | 2003-283696 A2 | 10/2003 |
| JP | 2004-128835 A | 4/2004 |
| JP | 2005-341040 A | 12/2005 |
| JP | 2006-147650 A | 6/2006 |
| JP | 2006-262342 A | 9/2006 |
| JP | 09-008925 A | 1/2009 |
| WO | WO 199839894 A1 | 9/1998 |
| WO | WO 0113638 A1 | 2/2001 |
| WO | WO 200193220 A1 | 12/2001 |
| WO | WO 2002085019 A1 | 10/2002 |
| WO | WO 2003028375 A1 | 4/2003 |
| WO | WO 2003096696 A1 | 11/2003 |
| WO | WO 2006038760 A1 | 4/2006 |
| WO | WO 2006067782 A1 | 6/2006 |
| WO | WO 2007125143 A1 | 8/2007 |

* cited by examiner



Figure 1

Figure 2

U.S. Patent    Mar. 17, 2020    Sheet 2 of 12    US 10,593,173 B2



FIG. 3



FIG. 4

FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

FIG. 12



**FIG. 13**

B300
Determine that Parcel has Been Left Within Area About A/V Recording and Communication Device

B302
Determine that Parcel has Been Removed from Area

B304
Determine Whether Removal of Parcel was Authorized

B306
If Removal of Parcel was Unauthorized, Generate Alert

**FIG. 14**



A/V Device 130

Network Device(s) 118/120

Computer Vision Query Signal 310

Computer Vision Response Signal 312

**FIG. 15**

320
Use Delivery Schedule Information to Predict Parcel Delivery Time

322
Cause A/V Recording and Communication Device to Operate in Parcel Protect Mode Based at least in Part on Predicted Delivery Time

**FIG. 16**



**FIG. 17**



**FIG. 18**



**FIG. 19**



**FIG. 20**

U.S. Patent          Mar. 17, 2020        Sheet 11 of 12          US 10,593,173 B2



412
Receive Indication of
Parcel Theft from an
Associated Location

414
Determine Set of Locations
on Same Route and/or
Geographic Area

416
Notify Public Safety
Personnel of Predicted
Delivery Location(s) and
Time(s) on Same Delivery
Route

**FIG. 21**

422
Receive Indication of
Parcel Theft from an
Associated Location

424
Determine a Video
Segment to be
Associated with
Removal Event

426
Store Data Associating
Determined Video
Segment with
Removal Event

**FIG. 22**

808   Communication
      Module

802   Processor

812

804   Memory

**FIG. 23**

806   User
      Interface
      (Display)

810   Dataport

Client Device   800



**FIG. 24**

**1**

# PARCEL DELIVERY PREDICTION-BASED THEFT DETECTION

## CROSS REFERENCE TO OTHER APPLICATIONS

This application claims priority to U.S. Provisional Patent Application No. 62/513,300 entitled PARCEL DELIVERY PREDICTION-BASED THEFT DETECTION filed May 31, 2017 which is incorporated herein by reference for all purposes.

## TECHNICAL FIELD

The present disclosure relates to audio/video (A/V) recording and communication devices, including A/V recording and communication doorbell systems. In particular, the present embodiments relate to improvements in the functionality of A/V recording and communication devices that strengthen the ability of such devices to deter parcel theft and/or to identify and apprehend parcel thieves.

## BACKGROUND OF THE INVENTION

Home security is a concern for many homeowners and renters. Those seeking to protect or monitor their homes often wish to have video and audio communications with visitors, for example, those visiting an external door or entryway. Audio/Video (A/V) recording and communication devices, such as doorbells comprising A/V recording and communication devices, provide this functionality, and can also aid in crime detection and prevention. For example, audio and/or video captured by an A/V recording and communication device can be uploaded to the cloud and recorded on a remote server. Subsequent review of the A/V footage can aid law enforcement in capturing perpetrators of home burglaries and other crimes. Further, the presence of one or more A/V recording and communication devices on the exterior of a home, such as a doorbell unit at the entrance to the home, acts as a powerful deterrent against would-be burglars.

## SUMMARY

One aspect of the present embodiments includes the realization that theft of parcels from porches and other parts of protected premises has proven to be a pervasive and pernicious problem. Parcel carriers frequently leave parcels near the front door of a home when no one answers the door at the time of delivery. These parcels are vulnerable to theft, as they are often clearly visible from the street. This problem has only gotten worse with the proliferation of online commerce, and is particularly common around major holidays when many consumers do their holiday shopping online. The present embodiments solve this problem by leveraging the functionality of A/V recording and communication devices to deter parcel theft and/or to identify and apprehend parcel thieves. In particular, in various embodiments, parcel delivery schedule information is used to predict the time at which a parcel will be delivered to a location at which a network-connected A/V recording and communication device is installed. The A/V recording and communication device may be placed in a "parcel protect" mode of operation based at least in part on the delivery time prediction. In the parcel protect mode, the A/V recording and communication device, and/or a backend server with which the A/V recording and communication device communi-

**2**

cates, operate(s) to detect one or both of delivery of the parcel and removal of the parcel from the vicinity of the A/V recording and communication device. In various embodiments, data captured by the A/V recording and communication device may be processed to detect removal of the parcel and/or to determine whether such removal was authorized. If unauthorized removal of the parcel is detected, in some embodiments, delivery prediction information associated with other locations, e.g., other stops on a delivery route with which the parcel is associated, may be used to take responsive action with respect to such other locations.

In a first aspect, a system is provided, the system comprising a data storage device; and a processor operatively coupled to the data storage device and configured to: use delivery schedule information stored at the data storage device to determine a predicted delivery time at which a parcel is expected to be delivered to an associated delivery address; and cause an audio/video recording and communication device installed at the delivery address to operate in a parcel protect mode in which the audio/video recording and communication device is configured to be used to detect one or both of delivery of the parcel to the delivery address and removal of the parcel from the delivery address.

An embodiment of the first aspect further comprises a communication interface operatively coupled to the processor, wherein the processor is further configured to receive the delivery schedule information via the communication interface and to store the delivery schedule information at the data storage device.

In another embodiment of the first aspect, the audio/video recording and communication device is configured to detect motion within a field of view of the audio/video recording and communication device when the audio/video recording and communication device is in the parcel protect mode.

In another embodiment of the first aspect, the audio/video recording and communication device captures one or both of audio and video from within the field of view in response to detecting motion within the field of view.

In another embodiment of the first aspect, the processor is further configured to receive at least the video captured by the audio/video recording and communication device in response to detecting motion when in the parcel protect mode, and to process said video to determine whether the video depicts one or both of delivery of the parcel to and removal of the parcel from the field of view.

In another embodiment of the first aspect, the audio/video recording and communication device includes a sensor configured to detect presence of the parcel at the delivery address when the audio/video recording and communication device is in the parcel protect mode.

In another embodiment of the first aspect, the sensor includes one or more of the following: a radio frequency (RF) tag reader; a bar code, QR code, or other optical code reader; and a GPS receiver.

In another embodiment of the first aspect, the processor is further configured to receive sensor information from the sensor, determine based at least in part on the sensor information that the parcel has been removed from the delivery address, and take responsive action based at least in part on the determination that the parcel has been removed.

In another embodiment of the first aspect, the processor is further configured to receive an indication that the parcel has been removed from the delivery address by an unauthorized person and to determine in response to the indication and based at least in part on the delivery schedule information a video clip to be included in a set of video clips potentially associated with the unauthorized removal.

US 10,593,173 B2

**3**

In another embodiment of the first aspect, the delivery address comprises a first delivery address; the parcel comprises a first parcel; the predicted delivery time comprises a first predicted delivery time; the audio/video recording and communication device comprises a first audio/video recording a communication device; and the processor is further configured to receive an indication that the first parcel has been removed from the first delivery address by an unauthorized person, determine, in response to the indication and based at least in part on the delivery schedule information a second delivery address associated with a second parcel expected to be delivered to the second delivery address at a second predicted delivery time subsequent to the first delivery time, and take responsive action with respect to the second delivery address.

In another embodiment of the first aspect, the responsive action includes one or more of: notifying one or more of police, private security, and other public or private safety authorities; sending an alert to a user associated with the second audio/video recording and communication device; and causing the second audio/video recording and communication device to be placed in a heightened security mode.

In another embodiment of the first aspect, the delivery schedule information comprises one or more of an expected delivery time; a delivery route; a delivery schedule; a report of delivery completion; and GPS or other real time location information.

In another embodiment of the first aspect, the processor is further configured to detect removal of the parcel from the delivery address and to take a responsive action in response to detecting the removal of the parcel from the delivery address.

In another embodiment of the first aspect, the responsive action includes sending an alert to a user associated with one or both of the delivery address and the audio/video recording and communication device.

In a second aspect, a method is provided, the method comprising: using a processor to determine, based at least in part on delivery schedule information, a predicted delivery time at which a parcel is expected to be delivered to an associated delivery address; and causing an audio/video recording and communication device installed at the delivery address to operate in a parcel protect mode in which the audio/video recording and communication device is configured to be used to detect one or both of delivery of the parcel to the delivery address and removal of the parcel from the delivery address.

An embodiment of the second aspect further comprises receiving and storing the delivery schedule information.

In another embodiment of the second aspect, the audio/video recording and communication device is configured to capture one or both of audio and video from within the field of view in response to detecting motion within the field of view.

Another embodiment of the second aspect further comprises processing video received from the audio/video recording and communication device to determine whether the video depicts one or both of delivery of the parcel to and removal of the parcel from the field of view.

In another embodiment of the second aspect, the parcel comprises a first parcel, the delivery address comprises a first delivery address, the predicted deliver time comprises a first predicted delivery time, and further comprising receiving an indication that the first parcel has been removed from the first delivery address by an unauthorized person; determining in response to the indication and based at least in part on the delivery schedule information a second delivery

**4**

address associated with a second parcel expected to be delivered to the second delivery address at a second predicted delivery time subsequent to the first delivery time; and taking responsive action with respect to the second delivery address.

In a third aspect, a computer program product embodied in a non-transitory computer-readable medium is provided, the computer program product comprising computer instructions for: determining, based at least in part on delivery schedule information, a predicted delivery time at which a parcel is expected to be delivered to an associated delivery address; and causing an audio/video recording and communication device installed at the delivery address to operate in a parcel protect mode in which the audio/video recording and communication device is configured to be used to detect one or both of delivery of the parcel to the delivery address and removal of the parcel from the delivery address.

### BRIEF DESCRIPTION OF THE DRAWINGS

Various embodiments of the invention are disclosed in the following detailed description and the accompanying drawings.

FIG. **1** is a functional block diagram illustrating a system for streaming and storing A/V content captured by an audio/video (A/V) recording and communication device according to various aspects of the present disclosure;

FIG. **2** is a flowchart illustrating a process for streaming and storing A/V content from an A/V recording and communication device according to various aspects of the present disclosure;

FIG. **3** is a functional block diagram illustrating an embodiment of an A/V recording and communication device according to the present disclosure;

FIG. **4** is a front perspective view of an embodiment of an A/V recording and communication device according to the present disclosure;

FIG. **5** is a rear perspective view of the A/V recording and communication device of FIG. **4**;

FIG. **6** is a partially exploded front perspective view of the A/V recording and communication device of FIG. **4** showing the cover removed;

FIGS. **7-9** are front perspective views of various internal components of the A/V recording and communication device of FIG. **4**;

FIG. **10** is a right-side cross-sectional view of the A/V recording and communication device of FIG. **4** taken through the line **10-10** in FIG. **4**;

FIGS. **11-13** are rear perspective views of various internal components of the A/V recording and communication device of FIG. **4**;

FIG. **14** is a flowchart illustrating an embodiment of a process for deterring parcel theft with an A/V recording and communication device according to various aspects of the present disclosure;

FIG. **15** is a sequence diagram illustrating an embodiment of a process for deterring parcel theft with an A/V recording and communication device according to various aspects of the present disclosure;

FIG. **16** is a flowchart illustrating a process for operating an A/V recording and communication device in a parcel protect mode based on a predicted parcel delivery time according to various aspects of the present disclosure;

FIG. **17** is a flowchart illustrating a process for an A/V recording and communication device operating in a parcel protect mode according to various aspects of the present disclosure;

**5**

FIG. **18** is a functional block diagram illustrating a system to predict parcel delivery times and operate A/V recording and communication devices accordingly, according to various aspects of the present disclosure;

FIG. **19** is a flowchart illustrating a process for predicting parcel delivery time according to various aspects of the present disclosure;

FIG. **20** is a flowchart illustrating a process for operating A/V recording and communication devices at one or more other locations in response to detection of parcel theft from a first location according to various aspects of the present disclosure;

FIG. **21** is a flowchart illustrating a process for alerting authorities regarding a set of one or more locations in response to detection of parcel theft from a first location according to various aspects of the present disclosure;

FIG. **22** is a flowchart illustrating a process for identifying a video segment based on detection of parcel theft from a location according to various aspects of the present disclosure;

FIG. **23** is a functional block diagram of a client device on which the present embodiments may be implemented according to various aspects of the present disclosure; and

FIG. **24** is a functional block diagram of a general-purpose computing system on which the present embodiments may be implemented according to various aspects of the present disclosure.

### DETAILED DESCRIPTION

The present embodiments can be implemented in numerous ways, including as a process; an apparatus; a system; a computer program product embodied on a computer-readable storage medium; and/or a processor, such as a processor configured to execute instructions stored on and/or provided by a memory coupled to the processor. In this specification, these implementations, or any other form that the invention may take, may be referred to as techniques. In general, the order of the steps of disclosed processes may be altered within the scope of the present embodiments. Unless stated otherwise, a component such as a processor or a memory described as being configured to perform a task may be implemented as a general component that is temporarily configured to perform the task at a given time or a specific component that is manufactured to perform the task. As used herein, the term 'processor' refers to one or more devices, circuits, and/or processing cores configured to process data, such as computer program instructions.

A detailed description of one or more embodiments is provided below along with accompanying figures that illustrate the principles of the present embodiments. The present invention is described in connection with such embodiments, but the present invention is not limited to any embodiment. The scope of the present invention is limited only by the claims, and the present invention encompasses numerous alternatives, modifications, and equivalents. Numerous specific details are set forth in the following description in order to provide a thorough understanding of the present invention. These details are provided for the purpose of example, and the present invention may be practiced without some or all of these specific details.

The present disclosure describes several solutions to the problem of parcel theft, including parcel delivery prediction-based detection of parcel theft. In various embodiments, parcel delivery schedule information is used to predict the time at which a parcel will be delivered to a location at which a network-connected audio/video (A/V) recording

**6**

and communication device is installed. The A/V recording and communication device may be placed in a "parcel protect" mode of operation based at least in part on the delivery time prediction. In the parcel protect mode, one or both of the A/V recording and communication device and a backend server, with which the A/V recording and communication device is configured to communicate, operate(s) to detect one or both of delivery of the parcel and removal of the parcel from the vicinity of the A/V recording and communication device. In various embodiments, data captured by the A/V recording and communication device may be processed to detect removal of the parcel and/or to determine whether such removal was authorized. If unauthorized removal of the parcel is detected, in some embodiments, delivery prediction information associated with other locations, e.g., other stops on a delivery route with which the parcel is associated, may be used to take responsive action with respect to such other locations.

With reference to FIG. **1**, the present embodiments include an audio/video (A/V) device **100**, such as a doorbell. While the present disclosure provides numerous examples of methods and systems including A/V recording and communication doorbells, the present embodiments are equally applicable for A/V recording and communication devices other than doorbells. For example, the present embodiments may include one or more A/V recording and communication security cameras instead of, or in addition to, one or more A/V recording and communication doorbells. An example A/V recording and communication security camera may include substantially all of the structure and functionality of the doorbells described herein, but without the front button and related components.

The A/V recording and communication device **100** is typically located near the entrance to a structure (not shown), such as a dwelling, a business, a storage facility, etc. The A/V recording and communication device **100** includes a camera **102**, a microphone **104**, and a speaker **106**. The camera **102** may comprise, for example, a high definition (HD) video camera, such as one capable of capturing video images at an image display resolution of 1080p or better. While not shown, the A/V recording and communication device **100** may also include other hardware and/or components, such as a housing, one or more motion sensors (and/or other types of sensors), a button, etc. The A/V recording and communication device **100** may further include similar componentry and/or functionality as the wireless communication doorbells described in US Patent Application Publication Nos. 2015/0022620 (application Ser. No. 14/499, 828) and 2015/0022618 (application Ser. No. 14/334,922), both of which are incorporated herein by reference in their entireties as if fully set forth.

With further reference to FIG. **1**, the A/V recording and communication device **100** communicates with a user's network **110** user's network **110**, which may be for example a wired and/or wireless network. If the user's network **110** is wireless, or includes a wireless component, the network **110** may be a Wi-Fi network compatible with the IEEE 802.11 standard and/or other wireless communication standard(s). The user's network **110** is connected to another network **112**, which may comprise, for example, the Internet and/or a public switched telephone network (PSTN). As described below, the A/V recording and communication device **100** may communicate with the user's client device **114** via the user's network **110** and the network **112** (Internet/PSTN). The user's client device **114** may comprise, for example, a mobile telephone (may also be referred to as a cellular telephone), such as a smartphone, a personal digital

**7**

assistant (PDA), or another communication device. The user's client device **114** comprises a display (not shown) and related components capable of displaying streaming and/or recorded video images. The user's client device **114** may also comprise a speaker and related components capable of broadcasting streaming and/or recorded audio, and may also comprise a microphone. The A/V recording and communication device **100** may also communicate with one or more remote storage device(s) **116** (may be referred to interchangeably as "cloud storage device(s)"), one or more servers **118**, and/or a backend API (application programming interface) **120** via the user's network **110** and the network **112** (Internet/PSTN). While FIG. **1** illustrates the storage device **116**, the server **118**, and the backend API **120** as components separate from the network **112**, it is to be understood that the storage device **116**, the server **118**, and/or the backend API **120** may be considered to be components of the network **112**.

The network **112** may be any wireless network or any wired network, or a combination thereof, configured to operatively couple the above-mentioned modules, devices, and systems as shown in FIG. **1**. For example, the network **112** may include one or more of the following: a PSTN (public switched telephone network), the Internet, a local intranet, a PAN (Personal Area Network), a LAN (Local Area Network), a WAN (Wide Area Network), a MAN (Metropolitan Area Network), a virtual private network (VPN), a storage area network (SAN), a frame relay connection, an Advanced Intelligent Network (AIN) connection, a synchronous optical network (SONET) connection, a digital T1, T3, E1 or E3 line, a Digital Data Service (DDS) connection, a DSL (Digital Subscriber Line) connection, an Ethernet connection, an ISDN (Integrated Services Digital Network) line, a dial-up port such as a V.90, V.34, or V.34bis analog modem connection, a cable modem, an ATM (Asynchronous Transfer Mode) connection, or an FDDI (Fiber Distributed Data Interface) or CDDI (Copper Distributed Data Interface) connection. Furthermore, communications may also include links to any of a variety of wireless networks, including WAP (Wireless Application Protocol), GPRS (General Packet Radio Service), GSM (Global System for Mobile Communication), LTE, VoLTE, LoRaWAN, LPWAN, RPMA, LTE Cat-"X" (e.g. LTE Cat 1, LTE Cat 0, LTE CatM1, LTE Cat NB1), CDMA (Code Division Multiple Access), TDMA (Time Division Multiple Access), FDMA (Frequency Division Multiple Access), and/or OFDMA (Orthogonal Frequency Division Multiple Access) cellular phone networks, GPS, CDPD (cellular digital packet data), RIM (Research in Motion, Limited) duplex paging network, Bluetooth radio, or an IEEE 802.11-based radio frequency network. The network can further include or interface with any one or more of the following: RS-232 serial connection, IEEE-1394 (Firewire) connection, Fibre Channel connection, IrDA (infrared) port, SCSI (Small Computer Systems Interface) connection, USB (Universal Serial Bus) connection, or other wired or wireless, digital or analog, interface or connection, mesh or Digi® networking.

According to one or more aspects of the present embodiments, when a person (may be referred to interchangeably as "visitor") arrives at the A/V recording and communication device **100**, the A/V recording and communication device **100** detects the visitor's presence and begins capturing video images within a field of view of the camera **102**. The A/V communication device **100** may also capture audio through the microphone **104**. The A/V recording and communication device **100** may detect the visitor's presence using a motion

**8**

sensor, and/or by detecting that the visitor has depressed the button on the A/V recording and communication device **100**.

In response to the detection of the visitor, the A/V recording and communication device **100** sends an alert to the user's client device **114** (FIG. **1**) via the user's network **110** and the network **112**. The A/V recording and communication device **100** also sends streaming video, and may also send streaming audio, to the user's client device **114**. If the user answers the alert, two-way audio communication may then occur between the visitor and the user through the A/V recording and communication device **100** and the user's client device **114**. The user may view the visitor throughout the duration of the call, but the visitor cannot see the user (unless the A/V recording and communication device **100** includes a display, which it may in some embodiments).

The video images captured by the camera **102** of the A/V recording and communication device **100** (and the audio captured by the microphone **104**) may be uploaded to the cloud and recorded on the remote storage device **116** (FIG. **1**). In some embodiments, the video and/or audio may be recorded on the remote storage device **116** even if the user chooses to ignore the alert sent to his or her client device **114**.

With further reference to FIG. **1**, the system may further comprise a backend API **120** including one or more components. A backend API (application programming interface) may comprise, for example, a server (e.g. a real server, or a virtual machine, or a machine running in a cloud infrastructure as a service), or multiple servers networked together, exposing at least one API to client(s) accessing it. These servers may include components such as application servers (e.g. software servers), depending upon what other components are included, such as a caching layer, or database layers, or other components. A backend API may, for example, comprise many such applications, each of which communicate with one another using their public APIs. In some embodiments, the API backend may hold the bulk of the user data and offer the user management capabilities, leaving the clients to have very limited state.

The backend API **120** illustrated FIG. **1** may include one or more APIs. An API is a set of routines, protocols, and tools for building software and applications. An API expresses a software component in terms of its operations, inputs, outputs, and underlying types, defining functionalities that are independent of their respective implementations, which allows definitions and implementations to vary without compromising the interface. Advantageously, an API may provide a programmer with access to an application's functionality without the programmer needing to modify the application itself, or even understand how the application works. An API may be for a web-based system, an operating system, or a database system, and it provides facilities to develop applications for that system using a given programming language. In addition to accessing databases or computer hardware like hard disk drives or video cards, an API can ease the work of programming GUI components. For example, an API can facilitate integration of new features into existing applications (a so-called "plug-in API"). An API can also assist otherwise distinct applications with sharing data, which can help to integrate and enhance the functionalities of the applications.

The backend API **120** illustrated in FIG. **1** may further include one or more services (also referred to as network services). A network service is an application that provides data storage, manipulation, presentation, communication, and/or other capability. Network services are often implemented using a client-server architecture based on applica-

US 10,593,173 B2

**9**

tion-layer network protocols. Each service may be provided by a server component running on one or more computers (such as a dedicated server computer offering multiple services) and accessed via a network by client components running on other devices. However, the client and server components can both be run on the same machine. Clients and servers may have a user interface, and sometimes other hardware associated with them.

FIG. **2** is a flowchart illustrating a process for streaming and storing A/V content from the A/V recording and communication device **100** according to various aspects of the present disclosure. At block B**260**, the A/V recording and communication device **100** detects the visitor's presence and captures video images within a field of view of the camera **102**. The A/V recording and communication device **100** may also capture audio through the microphone **104**. As described above, the A/V recording and communication device **100** may detect the visitor's presence by detecting motion using the camera **102** and/or a motion sensor, and/or by detecting that the visitor has pressed a front button of the A/V recording and communication device **100** (if the A/V recording and communication device **100** is a doorbell). Also as described above, the video recording/capture may begin when the visitor is detected, or may begin earlier, as described below.

At block B**262**, a communication module of the A/V recording and communication device **100** sends a request, via the user's network **110** and the network **112**, to a device in the network **112**. For example, the network device to which the request is sent may be a server such as the server **118**. The server **118** may comprise a computer program and/or a machine that waits for requests from other machines or software (clients) and responds to them. A server typically processes data. One purpose of a server is to share data and/or hardware and/or software resources among clients. This architecture is called the client-server model. The clients may run on the same computer or may connect to the server over a network. Examples of computing servers include database servers, file servers, mail servers, print servers, web servers, game servers, and application servers. The term server may be construed broadly to include any computerized process that shares a resource to one or more client processes. In another example, the network device to which the request is sent may be an API such as the backend API **120**, which is described above.

In response to the request, at block B**264** the network device may connect the A/V recording and communication device **100** to the user's client device **114** through the user's network **110** and the network **112**. At block B**266**, the A/V recording and communication device **100** may record available audio and/or video data using the camera **102**, the microphone **104**, and/or any other device/sensor available. At block B**268**, the audio and/or video data is transmitted (streamed) from the A/V recording and communication device **100** to the user's client device **114** via the user's network **110** and the network **112**. At block B**270**, the user may receive a notification on his or her client device **114** with a prompt to either accept or deny the call.

At block B**272**, the process determines whether the user has accepted or denied the call. If the user denies the notification, then the process advances to block B**274**, where the audio and/or video data is recorded and stored at a cloud server. The session then ends at block B**276** and the connection between the A/V recording and communication device **100** and the user's client device **114** is terminated. If, however, the user accepts the notification, then at block B**278** the user communicates with the visitor through the

**10**

user's client device **114** while audio and/or video data captured by the camera **102**, the microphone **104**, and/or other devices/sensors is streamed to the user's client device **114**. At the end of the call, the user may terminate the connection between the user's client device **114** and the A/V recording and communication device **100** and the session ends at block B**276**. In some embodiments, the audio and/or video data may be recorded and stored at a cloud server (block B**274**) even if the user accepts the notification and communicates with the visitor through the user's client device **114**.

FIGS. **3**-**13** illustrate one embodiment of a low-power-consumption A/V recording and communication device **130** according to various aspects of the present disclosure. FIG. **3** is a functional block diagram illustrating various components of the A/V recording and communication device **130** and their relationships to one another. For example, the A/V recording and communication device **130** includes a pair of terminals **131**, **132** configured to be connected to a source of external AC (alternating-current) power, such as a household AC power supply **134** (may also be referred to as AC mains). The AC power **134** may have a voltage in the range of 16-24 V AC, for example. The incoming AC power **134** may be converted to DC (direct-current) by an AC/DC rectifier **136**. An output of the AC/DC rectifier **136** may be connected to an input of a DC/DC converter **138**, which may step down the voltage from the output of the AC/DC rectifier **136** from 16-24 VDC to a lower voltage of about 5 VDC, for example. In various embodiments, the output of the DC/DC converter **138** may be in a range of from about 2.5 V to about 7.5 V, for example.

With further reference to FIG. **3**, the output of the DC/DC converter **138** is connected to a power manager **140**, which may comprise an integrated circuit including a processor core, memory, and/or programmable input/output peripherals. In one non-limiting example, the power manager **140** may be an off-the-shelf component, such as the BQ24773 chip manufactured by Texas Instruments. As described in detail below, the power manager **140** controls, among other things, an amount of power drawn from the external power supply **134**, as well as an amount of supplemental power drawn from a battery **142**, to power the A/V recording and communication device **130**. The power manager **140** may, for example, limit the amount of power drawn from the external power supply **134** so that a threshold power draw is not exceeded. In one non-limiting example, the threshold power, as measured at the output of the DC/DC converter **138**, may be equal to 1.4 A. The power manager **140** may also control an amount of power drawn from the external power supply **134** and directed to the battery **142** for recharging the battery **142**. An output of the power manager **140** is connected to a power sequencer **144**, which controls a sequence of power delivery to other components of the A/V recording and communication device **130**, including a communication module **146**, a front button **148**, a microphone **150**, a speaker driver **151**, a speaker **152**, an audio CODEC (COder-DECoder) **153**, a camera **154**, an infrared (IR) light source **156**, an IR cut filter **158**, a processor **160** (may also be referred to as a controller **160**), a plurality of light indicators **162**, and a controller **164** for the light indicators **162**. Each of these components is described in detail below. The power sequencer **144** may comprise an integrated circuit including a processor core, memory, and/or programmable input/output peripherals. In one non-limiting example, the power sequencer **144** may be an off-the-shelf component, such as the RT5024 chip manufactured by Richtek.

**11**

With further reference to FIG. **3**, the A/V recording and communication device **130** further comprises an electronic switch **166** that closes when the front button **148** is depressed. When the electronic switch **166** closes, power from the AC power source **134** is diverted through a signaling device **168** that is external to the A/V recording and communication device **130** to cause the signaling device **168** to emit a sound, as further described below. In one non-limiting example, the electronic switch **166** may be a triac (triode AC switch) device. The A/V recording and communication device **130** further comprises a reset button **170** configured to initiate a hard reset of the processor **160**, as further described below.

With further reference to FIG. **3**, the processor **160** may perform data processing and various other functions, as described below. The processor **160** may comprise an integrated circuit including a processor core, memory **172**, non-volatile memory **174**, and/or programmable input/output peripherals (not shown). The memory **172** may comprise, for example, DDR3 (double data rate type three synchronous dynamic random-access memory). The non-volatile memory **174** may comprise, for example, NAND flash memory. In the embodiment illustrated in FIG. **3**, the memory **172** and the non-volatile memory **174** are illustrated within the box representing the processor **160**. It is to be understood that the embodiment illustrated in FIG. **3** is merely an example, and in some embodiments the memory **172** and/or the non-volatile memory **174** are not necessarily physically incorporated with the processor **160**. The memory **172** and/or the non-volatile memory **174**, regardless of their physical location, may be shared by one or more other components (in addition to the processor **160**) of the present A/V recording and communication device **130**.

The transfer of digital audio between the user and a visitor may be compressed and decompressed using the audio CODEC **153**, which is operatively coupled to the processor **160**. When the visitor speaks, audio from the visitor is compressed by the audio CODEC **153**, digital audio data is sent through the communication module **146** to the network **112** via the user's network **110**, routed by the server **118** and delivered to the user's client device **114**. When the user speaks, after being transferred through the network **112**, the user's network **110**, and the communication module **146**, the digital audio data is decompressed by the audio CODEC **153** and emitted to the visitor through the speaker **152**, which is driven by the speaker driver **151**.

With further reference to FIG. **3**, some of the present embodiments may include a shunt **176** connected in parallel with the signaling device **168**. The shunt **176** facilitates the ability of the A/V recording and communication device **130** to draw power from the AC power source **134** without inadvertently triggering the signaling device **168**. The shunt **176**, during normal standby operation, presents a relatively low electrical impedance, such as a few ohms, across the terminals of the signaling device **168**. Most of the current drawn by the A/V recording and communication device **130**, therefore, flows through the shunt **176**, and not through the signaling device **168**. The shunt **176**, however, contains electronic circuitry (described below) that switches the shunt **176** between a state of low impedance, such as a few ohms, for example, and a state of high impedance, such as >1K ohms, for example. When the front button **148** of the A/V recording and communication device **130** is pressed, the electronic switch **166** closes, causing the voltage from the AC power source **134** to be impressed mostly across the shunt **176** and the signaling device **168** in parallel, while a small amount of voltage, such as about 1V, is impressed

**12**

across the electronic switch **166**. The circuitry in the shunt **176** senses this voltage, and switches the shunt **176** to the high impedance state, so that power from the AC power source **134** is diverted through the signaling device **168**. The diverted AC power **134** is above the threshold necessary to cause the signaling device **168** to emit a sound. Pressing the front button **148** of the device **130** therefore causes the signaling device **168** to "ring," alerting any person(s) within the structure to which the device **130** is mounted that there is a visitor at the front door (or at another location corresponding to the location of the device **130**). In one non-limiting example, the electronic switch **166** may be a triac device.

With reference to FIGS. **4-6**, the A/V recording and communication device **130** further comprises a housing **178** having an enclosure **180** (FIG. **6**), a back plate **182** secured to the rear of the enclosure **180**, and a shell **184** overlying the enclosure **180**. With reference to FIG. **6**, the shell **184** includes a recess **186** that is sized and shaped to receive the enclosure **180** in a close fitting engagement, such that outer surfaces of the enclosure **180** abut conforming inner surfaces of the shell **184**. Exterior dimensions of the enclosure **180** may be closely matched with interior dimensions of the shell **184** such that friction maintains the shell **184** about the enclosure **180**. Alternatively, or in addition, the enclosure **180** and/or the shell **184** may include mating features **188**, such as one or more tabs, grooves, slots, posts, etc. to assist in maintaining the shell **184** about the enclosure **180**. The back plate **182** is sized and shaped such that the edges of the back plate **182** extend outward from the edges of the enclosure **180**, thereby creating a lip **190** against which the shell **184** abuts when the shell **184** is mated with the enclosure **180**, as shown in FIGS. **4** and **5**. In some embodiments, multiple shells **184** in different colors may be provided so that the end user may customize the appearance of his or her A/V recording and communication device **130**. For example, the A/V recording and communication device **130** may be packaged and sold with multiple shells **184** in different colors in the same package.

With reference to FIG. **4**, a front surface of the A/V recording and communication device **130** includes the button **148** (may also be referred to as front button **148**, FIG. **3**), which is operatively connected to the processor **160**. In a process similar to that described above with reference to FIG. **2**, when a visitor presses the front button **148**, an alert may be sent to the user's client device to notify the user that someone is at his or her front door (or at another location corresponding to the location of the A/V recording and communication device **130**). With further reference to FIG. **4**, the A/V recording and communication device **130** further includes the camera **154**, which is operatively connected to the processor **160**, and which is located behind a shield **192**. As described in detail below, the camera **154** is configured to capture video images from within its field of view. Those video images can be streamed to the user's client device and/or uploaded to a remote network device for later viewing according to a process similar to that described above with reference to FIG. **2**.

With reference to FIG. **5**, a pair of terminal screws **194** extends through the back plate **182**. The terminal screws **194** are connected at their inner ends to the terminals **131**, **132** (FIG. **3**) within the A/V recording and communication device **130**. The terminal screws **194** are configured to receive electrical wires to connect to the A/V recording and communication device **130**, through the terminals **131**, **132**, to the household AC power supply **134** of the structure on which the A/V recording and communication device **130** is

US 10,593,173 B2

**13**

mounted. In the illustrated embodiment, the terminal screws **194** are located within a recessed portion **196** of the rear surface **198** of the back plate **182** so that the terminal screws **194** do not protrude from the outer envelope of the A/V recording and communication device **130**. The A/V recording and communication device **130** can thus be mounted to a mounting surface with the rear surface **198** of the back plate **182** abutting the mounting surface. The back plate **182** includes apertures **200** adjacent its upper and lower edges to accommodate mounting hardware, such as screws (not shown), for securing the back plate **182** (and thus the A/V recording and communication device **130**) to the mounting surface. With reference to FIG. **6**, the enclosure **180** includes corresponding apertures **202** adjacent its upper and lower edges that align with the apertures **200** in the back plate **182** to accommodate the mounting hardware. In certain embodiments, the A/V recording and communication device **130** may include a mounting plate or bracket (not shown) to facilitate securing the A/V recording and communication device **130** to the mounting surface.

With further reference to FIG. **6**, the shell **184** includes a central opening **204** in a front surface. The central opening **204** is sized and shaped to accommodate the shield **192**. In the illustrated embodiment, the shield **192** is substantially rectangular, and includes a central opening **206** through which the front button **148** protrudes. The shield **192** defines a plane parallel to and in front of a front surface **208** of the enclosure **180**. When the shell **184** is mated with the enclosure **180**, as shown in FIGS. **4** and **10**, the shield **192** resides within the central opening **204** of the shell **184** such that a front surface **210** of the shield **192** is substantially flush with a front surface **212** of the shell **184** and there is little or no gap (FIG. **4**) between the outer edges of the shield **192** and the inner edges of the central opening **204** in the shell **184**.

With further reference to FIG. **6**, the shield **192** includes an upper portion **214** (located above and to the sides of the front button **148**) and a lower portion **216** (located below and to the sides of the front button **148**). The upper and lower portions **214**, **216** of the shield **192** may be separate pieces, and may comprise different materials. The upper portion **214** of the shield **192** may be transparent or translucent so that it does not interfere with the field of view of the camera **154**. For example, in certain embodiments the upper portion **214** of the shield **192** may comprise glass or plastic. As described in detail below, the microphone **150**, which is operatively connected to the processor **160**, is located behind the upper portion **214** of the shield **192**. The upper portion **214**, therefore, may include an opening **218** that facilitates the passage of sound through the shield **192** so that the microphone **150** is better able to pick up sounds from the area around the A/V recording and communication device **130**.

The lower portion **216** of the shield **192** may comprise a material that is substantially transparent to infrared (IR) light, but partially or mostly opaque with respect to light in the visible spectrum. For example, in certain embodiments the lower portion **216** of the shield **192** may comprise a plastic, such as polycarbonate. The lower portion **216** of the shield **192**, therefore, does not interfere with transmission of IR light from the IR light source **156**, which is located behind the lower portion **216**. As described in detail below, the IR light source **156** and the IR cut filter **158**, which are both operatively connected to the processor **160**, facilitate "night vision" functionality of the camera **154**.

The upper portion **214** and/or the lower portion **216** of the shield **192** may abut an underlying cover **220** (FIG. **10**), which may be integral with the enclosure **180** or may be a

**14**

separate piece. The cover **220**, which may be opaque, may include a first opening **222** corresponding to the location of the camera **154**, a second opening (not shown) corresponding to the location of the microphone **150** and the opening **218** in the upper portion **214** of the shield **192**, and a third opening (not shown) corresponding to the location of the IR light source **156**.

FIGS. **7**-**10** illustrate various internal components of the A/V recording and communication device **130**. FIGS. **7**-**9** are front perspective views of the device **130** with the shell **184** and the enclosure **180** removed, while FIG. **10** is a right-side cross-sectional view of the device **130** taken through the line **10**-**10** in FIG. **4**. With reference to FIGS. **7** and **8**, the A/V recording and communication device **130** further comprises a main printed circuit board (PCB) **224** and a front PCB **226**. With reference to FIG. **8**, the front PCB **226** comprises a button actuator **228**. With reference to FIGS. **7**, **8**, and **10**, the front button **148** is located in front of the button actuator **228**. The front button **148** includes a stem **230** (FIG. **10**) that extends into the housing **178** to contact the button actuator **228**. When the front button **148** is pressed, the stem **230** depresses the button actuator **228**, thereby closing the electronic switch **166** (FIG. **8**), as described below.

With reference to FIG. **8**, the front PCB **226** further comprises the light indicators **162**, which may illuminate when the front button **148** of the device **130** is pressed. In the illustrated embodiment, the light indicators **162** comprise light-emitting diodes (LEDs **162**) that are surface mounted to the front surface of the front PCB **226** and are arranged in a circle around the button actuator **228**. The present embodiments are not limited to the light indicators **162** being LEDs, and in alternative embodiments the light indicators **162** may comprise any other type of light-emitting device. The present embodiments are also not limited by the number of light indicators **162** shown in FIG. **8**, nor by the pattern in which they are arranged.

With reference to FIG. **7**, the device **130** further comprises a light pipe **232**. The light pipe **232** is a transparent or translucent ring that encircles the front button **148**. With reference to FIG. **4**, the light pipe **232** resides in an annular space between the front button **148** and the central opening **206** in the shield **192**, with a front surface **234** of the light pipe **232** being substantially flush with the front surface **210** of the shield **192**. With reference to FIGS. **7** and **10**, a rear portion of light pipe **232** includes a plurality of posts **236** whose positions correspond to the positions of the LEDs **162**. When the LEDs **162** are illuminated, light is transmitted through the posts **236** and the body of the light pipe **232** so that the light is visible at the front surface **234** of the light pipe **232**. The LEDs **162** and the light pipe **232** thus provide a ring of illumination around the front button **148**. The light pipe **232** may comprise a plastic, for example, or any other suitable material capable of transmitting light.

The LEDs **162** and the light pipe **232** may function as visual indicators for a visitor and/or a user. For example, the LEDs **162** may illuminate upon activation or stay illuminated continuously. In one aspect, the LEDs **162** may change color to indicate that the front button **148** has been pressed. The LEDs **162** may also indicate that the battery **142** needs recharging, or that the battery **142** is currently being charged, or that charging of the battery **142** has been completed. The LEDs **162** may indicate that a connection to the user's wireless (and/or wired) network is good, limited, poor, or not connected. The LEDs **162** may be used to guide

US 10,593,173 B2

15

the user through setup or installation steps using visual cues, potentially coupled with audio cues emitted from the speaker **152**.

With further reference to FIG. **7**, the A/V recording and communication device **130** further comprises a rechargeable battery **142**. As described in further detail below, the A/V recording and communication device **130** is connected to an external power source **134** (FIG. **3**), such as AC mains. The A/V recording and communication device **130** is primarily powered by the external power source **134**, but may also draw power from the rechargeable battery **142** so as not to exceed a threshold amount of power from the external power source **134**, to thereby avoid inadvertently sounding the signaling device **168**. With reference to FIG. **3**, the battery **142** is operatively connected to the power manager **140**. As described below, the power manager **140** controls an amount of power drawn from the battery **142** to supplement the power drawn from the external AC power source **134** to power the A/V recording and communication device **130** when supplemental power is needed. The power manager **140** also controls recharging of the battery **142** using power drawn from the external power source **134**. The battery **142** may comprise, for example, a lithium-ion battery, or any other type of rechargeable battery.

With further reference to FIG. **7**, the A/V recording and communication device **130** further comprises the camera **154**. The camera **154** is coupled to a front surface of the front PCB **226**, and includes a lens **238** and an imaging processor **240** (FIG. **9**). The camera lens **238** may be a lens capable of focusing light into the camera **154** so that clear images may be captured. The camera **154** may comprise, for example, a high definition (HD) video camera, such as one capable of capturing video images at an image display resolution of 720p or better. In certain of the present embodiments, the camera **154** may be used to detect motion within its field of view, as described below.

With further reference to FIG. **7**, the A/V recording and communication device **130** further comprises an infrared (IR) light source **242**. In the illustrated embodiment, the IR light source **242** comprises an IR light-emitting diode (LED) **242** coupled to an IR LED printed circuit board (PCB) **244**. In alternative embodiments, the IR LED **242** may not comprise a separate PCB **244**, and may, for example, be coupled to the front PCB **226**.

With reference to FIGS. **7** and **10**, the IR LED PCB **244** is located below the front button **148** (FIG. **7**) and behind the lower portion **216** of the shield **192** (FIG. **10**). As described above, the lower portion **216** of the shield **192** is transparent to IR light, but may be opaque with respect to light in the visible spectrum. In alternative embodiments of the IR LED PCB **244**, the IR LED PCB **244** may include more than one IR LED **242**. For example, the IR LED PCB **244** may include three IR LEDs **242**, or any other number of IR LEDs **242**. In embodiments including more than one IR LED **242**, the size of the third opening in the cover may be increased to accommodate the larger size of the IR LED PCB **244**.

The IR LED **242** may be triggered to activate when a low level of ambient light is detected. When activated, IR light emitted from the IR LED **242** illuminates the camera **154**'s field of view. The camera **154**, which may be configured to detect IR light, may then capture the IR light emitted by the IR LED **242** as it reflects off objects within the camera **154**'s field of view, so that the A/V recording and communication device **130** can clearly capture images at night (may be referred to as "night vision").

With reference to FIG. **9**, the A/V recording and communication device **130** further comprises an IR cut filter **158**.

16

The IR cut filter **158** is a mechanical shutter that can be selectively positioned between the lens **238** and the image sensor of the camera **154**. During daylight hours, or whenever there is a sufficient amount of ambient light, the IR cut filter **158** is positioned between the lens **238** and the image sensor to filter out IR light so that it does not distort the colors of images as the human eye sees them. During nighttime hours, or whenever there is little to no ambient light, the IR cut filter **158** is withdrawn from the space between the lens **238** and the image sensor, so that the camera **154** is sensitive to IR light ("night vision"). In some embodiments, the camera **154** acts as a light detector for use in controlling the current state of the IR cut filter **158** and turning the IR LED **242** on and off. Using the camera **154** as a light detector is facilitated in some embodiments by the fact that the A/V recording and communication device **130** is powered by a connection to AC mains, and the camera **154**, therefore, is always powered on. In other embodiments, however, the A/V recording and communication device **130** may include a light sensor separate from the camera **154** for use in controlling the IR cut filter **158** and the IR LED **242**.

With reference back to FIG. **6**, the A/V recording and communication device **130** further comprises a reset button **170**. The reset button **170** contacts a reset button actuator **246** (FIG. **8**) coupled to the front PCB **226**. When the reset button **170** is pressed, it may contact the reset button actuator **246**, which may trigger the erasing of any data stored at the non-volatile memory **174** and/or at the memory **172** (FIG. **3**), and/or may trigger a reboot of the processor **160**. In some embodiments, the reset button **170** may also be used in a process to activate the A/V recording and communication device **130**, as described below.

FIGS. **11-13** further illustrate internal components of the A/V recording and communication device **130**. FIGS. **11-13** are rear perspective views of the device **130** with the back plate **182** and additional components removed. For example, in FIG. **11** the back plate **182** is removed, while in FIG. **12** the back plate **182** and the main PCB **224** are removed, and in FIG. **13** the back plate **182**, the main PCB **224**, and the front PCB **226** are removed. With reference to FIG. **11**, several components are coupled to the rear surface of the main PCB **224**, including the communication module **146**, the processor **160**, memory **172**, and non-volatile memory **174**. The functions of each of these components are described below. With reference to FIG. **12**, several components are coupled to the rear surface of the front PCB **226**, including the power manager **140**, the power sequencer **144**, the AC/DC rectifier **136**, the DC/DC converter **138**, and the controller **164** for the light indicators **162**. The functions of each of these components are also described below. With reference to FIG. **13**, several components are visible within the enclosure **180**, including the microphone **150**, a speaker chamber **248** (in which the speaker **152** is located), and an antenna **250** for the communication module **146**. The functions of each of these components are also described below.

With reference to FIG. **7**, the antenna **250** is coupled to the front surface of the main PCB **224** and operatively connected to the communication module **146**, which is coupled to the rear surface of the main PCB **224** (FIG. **11**). The microphone **150**, which may also be coupled to the front surface of the main PCB **224**, is located near the opening **218** (FIG. **4**) in the upper portion **214** of the shield **192** so that sounds emanating from the area around the A/V recording and communication device **130** can pass through the opening **218** and be detected by the microphone **150**. With reference to FIG. **13**, the speaker chamber **248** is located near the bottom of the enclosure **180**. The speaker chamber

**17**

248 comprises a hollow enclosure in which the speaker 152 is located. The hollow speaker chamber 248 amplifies the sounds made by the speaker 152 so that they can be better heard by a visitor in the area near the A/V recording and communication device 130. With reference to FIGS. 5 and 13, the lower surface 252 of the shell 184 and the lower surface (not shown) of the enclosure 180 may include an acoustical opening 254 through which the sounds made by the speaker 152 can pass so that they can be better heard by a visitor in the area near the A/V recording and communication device 130. In the illustrated embodiment, the acoustical opening 254 is shaped generally as a rectangle having a length extending substantially across the lower surface 252 of the shell 184 (and also the enclosure 180). The illustrated shape is, however, just one example. With reference to FIG. 5, the lower surface 252 of the shell 184 may further include an opening 256 for receiving a security screw (not shown). The security screw may extend through the opening 256 and into a similarly located opening in the enclosure 180 to secure the shell 184 to the enclosure 180. If the device 130 is mounted to a mounting bracket (not shown), the security screw may also maintain the device 130 on the mounting bracket.

With reference to FIG. 13, the A/V recording and communication device 130 may further include a battery heater 258. The present A/V recording and communication device 130 is configured for outdoor use, including in cold climates. Cold temperatures, however, can cause negative performance issues for rechargeable batteries, such as reduced energy capacity, increased internal resistance, reduced ability to charge without damage, and reduced ability to supply load current. The battery heater 258 helps to keep the rechargeable battery 142 warm in order to reduce or eliminate the foregoing negative performance issues. In the illustrated embodiment, the battery heater 258 comprises a substantially flat, thin sheet abutting a side surface of the rechargeable battery 142. The battery heater 258 may comprise, for example, an electrically resistive heating element that produces heat when electrical current is passed through it. The battery heater 258 may thus be operatively coupled to the power manager 140 and/or the power sequencer 144 (FIG. 12). In some embodiments, the rechargeable battery 142 may include a thermally sensitive resistor ("thermistor," not shown) operatively connected to the processor 160 so that the battery 142's temperature can be monitored and the amount of power supplied to the battery heater 258 can be adaptively controlled to keep the rechargeable battery 142 within a desired temperature range.

As discussed above, the present disclosure provides numerous examples of methods and systems including A/V recording and communication doorbells, but the present embodiments are equally applicable for A/V recording and communication devices other than doorbells. For example, the present embodiments may include one or more A/V recording and communication security cameras instead of, or in addition to, one or more A/V recording and communication doorbells. An example A/V recording and communication security camera may include substantially all of the structure and functionality of the device 130, but without the front button 148, the button actuator 228, and/or the light pipe 232.

The present disclosure also provides numerous examples of methods and systems including A/V recording and communication devices that are powered by a connection to AC mains, but the present embodiments are equally applicable for A/V recording and communication devices that are battery powered. For example, the present embodiments

**18**

may include an A/V recording and communication device such as those described in US Patent Application Publication Nos. 2015/0022620 (application Ser. No. 14/499,828) and 2015/0022618 (application Ser. No. 14/334,922), both of which are incorporated herein by reference in their entireties as if fully set forth.

As discussed above, parcel theft is an increasingly common problem. Parcel carriers frequently leave parcels near the front door of a home when no one answers the door at the time of delivery. These parcels are vulnerable to theft, as they are often clearly visible from the street. This problem has only gotten worse with the proliferation of online commerce, and is particularly common around major holidays when many consumers do their holiday shopping online. It would be advantageous, therefore, if the functionality of A/V recording and communication devices could be leveraged to deter parcel theft and/or to identify and apprehend parcel thieves. It would also be advantageous if the functionality of A/V recording and communication devices could be enhanced in one or more ways to deter parcel theft and/or to identify and apprehend parcel thieves. The present embodiments provide these advantages and enhancements, as described below.

For example, some of the present embodiments deter parcel theft and/or facilitate the identification and apprehension of parcel thieves by determining that a parcel has been delivered, determining that the parcel has been removed from the delivery area, determining whether removal of the parcel was authorized, and, taking responsive action when the removal of the parcel is determined to have been unauthorized, such as generating an alert. Further, because the present embodiments include A/V recording and communication devices, acts of parcel theft are recorded by the camera of the A/V recording and communication device. These images are useful in identifying and apprehending parcel thieves.

Some of the present embodiments comprise computer vision for one or more aspects, such as object recognition. Computer vision includes methods for acquiring, processing, analyzing, and understanding images and, in general, high-dimensional data from the real world in order to produce numerical or symbolic information, e.g. in the form of decisions. Computer vision seeks to duplicate the abilities of human vision by electronically perceiving and understanding an image. Understanding in this context means the transformation of visual images (the input of the retina) into descriptions of the world that can interface with other thought processes and elicit appropriate action. This image understanding can be seen as the disentangling of symbolic information from image data using models constructed with the aid of geometry, physics, statistics, and learning theory. Computer vision has also been described as the enterprise of automating and integrating a wide range of processes and representations for vision perception. As a scientific discipline, computer vision is concerned with the theory behind artificial systems that extract information from images. The image data can take many forms, such as video sequences, views from multiple cameras, or multi-dimensional data from a scanner. As a technological discipline, computer vision seeks to apply its theories and models for the construction of computer vision systems.

One aspect of computer vision comprises determining whether or not the image data contains some specific object, feature, or activity. Different varieties of computer vision recognition include: Object Recognition (also called object classification)—One or several pre-specified or learned objects or object classes can be recognized, usually together

US 10,593,173 B2

**19**

with their 2D positions in the image or 3D poses in the scene. Identification—An individual instance of an object is recognized. Examples include identification of a specific person's face or fingerprint, identification of handwritten digits, or identification of a specific vehicle. Detection—The image data are scanned for a specific condition. Examples include detection of possible abnormal cells or tissues in medical images or detection of a vehicle in an automatic road toll system. Detection based on relatively simple and fast computations is sometimes used for finding smaller regions of interesting image data that can be further analyzed by more computationally demanding techniques to produce a correct interpretation.

Several specialized tasks based on computer vision recognition exist, such as: Optical Character Recognition (OCR)—Identifying characters in images of printed or handwritten text, usually with a view to encoding the text in a format more amenable to editing or indexing (e.g. ASCII). 2D Code Reading—Reading of 2D codes such as data matrix and QR codes. Facial Recognition. Shape Recognition Technology (SRT)—Differentiating human beings (e.g. head and shoulder patterns) from objects.

Typical functions and components (e.g. hardware) found in many computer vision systems are described in the following paragraphs. The present embodiments may include at least some of these aspects. For example, with reference to FIG. **3**, embodiments of the present A/V recording and communication device **130** may include a computer vision module **163**. The computer vision module **163** may include any of the components (e.g. hardware) and/or functionality described herein with respect to computer vision, including, without limitation, one or more cameras, sensors, and/or processors. In some embodiments, the microphone **150**, the camera **154**, and/or the imaging processor **240** may be components of the computer vision module **163**.

Image acquisition—A digital image is produced by one or several image sensors, which, besides various types of light-sensitive cameras, may include range sensors, tomography devices, radar, ultra-sonic cameras, etc. Depending on the type of sensor, the resulting image data may be a 2D image, a 3D volume, or an image sequence. The pixel values may correspond to light intensity in one or several spectral bands (gray images or color images), but can also be related to various physical measures, such as depth, absorption or reflectance of sonic or electromagnetic waves, or nuclear magnetic resonance.

Pre-processing—Before a computer vision method can be applied to image data in order to extract some specific piece of information, it is usually beneficial to process the data in order to assure that it satisfies certain assumptions implied by the method. Examples of pre-processing include, but are not limited to re-sampling in order to assure that the image coordinate system is correct, noise reduction in order to assure that sensor noise does not introduce false information, contrast enhancement to assure that relevant information can be detected, and scale space representation to enhance image structures at locally appropriate scales.

Feature extraction—Image features at various levels of complexity are extracted from the image data. Typical examples of such features are: Lines, edges, and ridges; Localized interest points such as corners, blobs, or points; More complex features may be related to texture, shape, or motion.

Detection/segmentation—At some point in the processing a decision may be made about which image points or regions of the image are relevant for further processing. Examples are: Selection of a specific set of interest points; Segmen-

**20**

tation of one or multiple image regions that contain a specific object of interest; Segmentation of the image into nested scene architecture comprising foreground, object groups, single objects, or salient object parts (also referred to as spatial-taxon scene hierarchy).

High-level processing—At this step, the input may be a small set of data, for example a set of points or an image region that is assumed to contain a specific object. The remaining processing may comprise, for example: Verification that the data satisfy model-based and application-specific assumptions; Estimation of application-specific parameters, such as object pose or object size; Image recognition—classifying a detected object into different categories; Image registration—comparing and combining two different views of the same object.

Decision making—Making the final decision required for the application, for example match/no-match in recognition applications.

One or more of the present embodiments may include a vision processing unit (not shown separately, but may be a component of the computer vision module **163**). A vision processing unit is an emerging class of microprocessor; it is a specific type of AI (artificial intelligence) accelerator designed to accelerate machine vision tasks. Vision processing units are distinct from video processing units (which are specialized for video encoding and decoding) in their suitability for running machine vision algorithms such as convolutional neural networks, SIFT, etc. Vision processing units may include direct interfaces to take data from cameras (bypassing any off-chip buffers), and may have a greater emphasis on on-chip dataflow between many parallel execution units with scratchpad memory, like a many core DSP (digital signal processor). But, like video processing units, vision processing units may have a focus on low precision fixed point arithmetic for image processing.

FIG. **14** illustrates an example embodiment of a process for deterring parcel theft with an A/V recording and communication device according to various aspects of the present disclosure. At block B**300**, the process determines that a parcel has been left within an area about an A/V recording and communication device, such as the A/V recording and communication device **130** described above. The present embodiments encompass any method of determining that a parcel has been left within an area about an A/V recording and communication device, and several examples are provided below. The present embodiments are not, however, limited to these examples, which are provided for illustration only. Any of the examples described below, as well as any of the present embodiments, may include one or more aspects of computer vision.

In one example embodiment, determining that the parcel has been left within the area about the A/V recording and communication device **130** may comprise comparing video frames recorded by the camera **154** of the A/V recording and communication device **130**, e.g. using computer vision. For example, before a parcel is left within the area about the A/V recording and communication device **130**, the field of view of the camera **154** may remain largely static. Different objects may occasionally (or frequently) pass through the camera's field of view, such as people, animals, cars, etc., but these objects generally do not remain within the camera's field of view for very long (on the order of seconds) and, if they stop within the camera's field of view, they typically begin moving again soon after stopping. By contrast, when a parcel is left within the camera's field of view, it typically remains within the camera's field of view for a significant amount of time (on the order of minutes or

hours), and the parcel typically remains motionless throughout the time that it remains within the camera's field of view (at least until someone picks it up and carries it away). Thus, comparing video frames from a time before a parcel is left within the camera's field of view with video frames from a time after the parcel is left within the camera's field of view may enable a reliable determination to be made as to whether an object that is present within the camera's field of view is a parcel or not.

The present embodiments contemplate numerous methodologies for determining whether an object that is present within the camera's field of view is a parcel or not. Any or all of these methodologies may include one or more aspects of computer vision. For example, in some embodiments an object within the camera's field of view may be determined to be a parcel if the object is not present within the camera's field of view at a first time (in a first video frame), the object is present within the camera's field of view at a second time after the first time (in a second video frame), and the object remains within the camera's field of view for at least a threshold amount of time. Determining whether the object remains within the camera's field of view for at least the threshold amount of time may comprise review of one or more video frames that are recorded after the second video frame. In other embodiments, an object within the camera's field of view may be determined to be a parcel if the object is not present within the camera's field of view at a first time (in a first video frame), the object is present within the camera's field of view at a second time after the first time (in a second video frame), and the object remains motionless within the camera's field of view for at least a threshold amount of time. Determining whether the object remains motionless within the camera's field of view for at least the threshold amount of time may comprise review of one or more video frames that are recorded after the second video frame.

In other embodiments, an object within the camera's field of view may be determined to be a parcel if the object is not present within the camera's field of view at a first time (in a first video frame), a person is detected approaching the A/V recording and communication device **130** at a second time after the first time (in a second video frame), the person is detected moving away from the A/V recording and communication device **130** at a third time after the second time (in a third video frame), and the object is present within the camera's field of view at a fourth time after the third time (in a fourth video frame).

In other embodiments, an object within the camera's field of view may be determined to be a parcel if the object is not present within the camera's field of view at a first time (in a first video frame), a stationary vehicle (which may be a delivery vehicle, for example) is detected within the camera's field of view at a second time after the first time (in a second video frame), the object is present within the camera's field of view at a third time after the second time (in a third video frame), and the vehicle is no longer present within the camera's field of view at a fourth time after the third time (in a fourth video frame).

In other embodiments, an object within the camera's field of view may be determined to be a parcel if the object is not present within the camera's field of view at a first time (in a first video frame), the object is present within the camera's field of view at a second time after the first time (in a second video frame), and the object meets one or more criteria, such as having one or more physical characteristics. Examples of physical characteristics that may be examined to determine whether the object is a parcel include, without limitation,

size, shape, color, and material (or materials). For example, if the object is made of cardboard and is brown or white (common colors for cardboard shipping boxes), it may be determined to be a parcel.

The present embodiments contemplate many processes for examining physical characteristics of the object and making a determination as to whether the object is a parcel. For example, some embodiments may comprise gathering information about the object using computer vision, and then comparing the gathered information about the object to stored information about parcels to determine whether there is a match. For example, the present embodiments may include a database of parcels and/or physical characteristics of parcels. The database may include pictures of known parcels, and comparing the gathered information about the object to the stored information about parcels may comprise comparing a picture of the object to the pictures of known parcels. Gathering information about the object using computer vision may comprise using one or more cameras, scanners, imagers, etc. and/or one or more sensors, such as sonar.

With reference to FIG. **15**, information received by the computer vision module **163** of the A/V recording and communication device **130** may be sent to one or more network devices, such as the server **118** and/or the backend API **120**, in a computer vision query signal **310**. The one or more network devices may then analyze the sent information and/or compare the sent information with other information in one or more databases to determine whether there is a match, for example in order to identify the parcel. In one example embodiment, comparing the sent information about the parcel with other information in one or more databases to determine whether there is a match may comprise comparing the sent information, such as one or more photos or images, about the parcel with photos and/or images of known parcels. If there is a match, then one or more actions may occur, such as the A/V recording and communication device **130** transitioning to a different operational mode. For example, the network device, such as the server **118** and/or the backend API **120**, may send a computer vision response signal **312** to the A/V recording and communication device **130**. The computer vision response signal **312** may include a command to the A/V recording and communication device **130** to change the operational mode of the A/V recording and communication device **130**. For example, the command to the A/V recording and communication device **130** may cause the A/V recording and communication device **130** to transition to an "armed" mode in which the A/V recording and communication device **130** is configured to take one or more actions when the parcel is removed from the area about the A/V recording and communication device **130**, as described below.

In another example embodiment, determining that the parcel has been left within the area about the A/V recording and communication device **130** may comprise receiving information from a carrier (e.g. the postal service, FedEx, UPS, etc.) that delivered the parcel. For example, when the parcel carrier delivers the parcel, or at some time after the parcel carrier has delivered the parcel, the carrier may update a delivery status of the parcel in the carrier's parcel tracking system to indicate that the parcel has been delivered. The carrier's parcel tracking system may then forward that information to one or more network devices, such as the server **118** and/or the backend API **120**, which may then forward the information to the A/V recording and communication device **130**.

US 10,593,173 B2

**23**

In another example embodiment, determining that the parcel has been left within the area about the A/V recording and communication device **130** may comprise automatic identification and data capture (AIDC). For example, the parcel may include at least one of a barcode, a matrix code, a bokode, and a radio frequency identification (RFID) tag. AIDC refers to methods of automatically identifying objects, collecting data about them, and entering that data directly into computer systems (e.g. without human involvement). Technologies typically considered part of AIDC include barcodes, matrix codes, bokodes, RFID, biometrics (e.g. iris recognition, facial recognition, voice recognition, etc.), magnetic stripes, Optical Character Recognition (OCR), and smart cards. AIDC is also commonly referred to as "Automatic Identification," "Auto-ID," and "Automatic Data Capture."

FIG. **16** is a flowchart illustrating a process for operating an A/V recording and communication device in a parcel protect mode based on a predicted parcel delivery time according to various aspects of the present disclosure. In various embodiments, the process of FIG. **16** may be performed by a backend device, such as a server or other backend computer, such as the server **118** of FIG. **1**. In the example shown, at block **320**, delivery schedule information is used to predict parcel delivery time. For example, an e-commerce retailer or store (e.g., Amazon), or any other shipper, and/or a shipping service, such as a parcel delivery service (e.g., USPS, UPS, FedEx), may provide schedule information for routes to be delivered in an upcoming period, such as the present day or the next day. The schedule information may be communicated in electronic form via a machine-to-machine communication, such as by a software module running on a server of the parcel delivery service sending the information via one or more API calls to the backend API **120**. In some embodiments, the delivery schedule information received at block **320** may include for each delivery location estimated delivery times estimated by the delivery service provider.

In some embodiments, the delivery schedule information may be limited to addresses associated with a recipient of the delivery schedule information. For example, a service provider of home access and/or home monitoring services associated with an installed base of A/V recording and communication devices may receive parcel delivery information from each of one or more parcel delivery service providers, and/or others, such as retailers, other shippers, and/or aggregators of delivery schedule information, but only for deliveries to locations associated with that service provider of home access and/or home monitoring services. For example, the provider of the information may select and/or filter delivery schedule information to provide only information associated with locations associated with A/V recording and communication devices monitored by the A/V recording and communication device monitoring service to which the parcel delivery schedule information is being sent. In some embodiments, the parcel delivery schedule information received by the A/V recording and communication device monitoring service provider may include locations not associated with any device monitored by that service provider, and the receiving service provider may filter the received parcel delivery schedule information to identify the portion of information relevant to the recipient.

In some embodiments, parcel delivery times may be predicted by processing parcel delivery route information to predict a time at which each respective parcel or group of parcels will be delivered at its destination location. In various embodiments, the parcel delivery service may pro-

**24**

vide a start time and an indication of a sequence in which the delivery driver will drive the route. Delivery times may be predicted and/or updated in real time based on information such as historically observed drive times and/or traffic patterns; historical data regarding actual delivery times along the same route; current traffic conditions along the route on the day of delivery; current weather conditions that may affect delivery times (e.g., rain, snow, visibility); historical data associated with the driver assigned to the route and which may be considered to be predictive of that driver's delivery times along the route in question; etc.

In some embodiments, predicted delivery times may be updated based on real-time information. For example, a delivery service provider may update estimated delivery times estimated by the delivery service provider. A delivery service provider may inform the recipient of delivery service information of a delay affecting a particular route, such as due to traffic, mechanical failure, and/or the driver being ahead of, or behind, the expected schedule. In some embodiments, real-time delivery information may include and/or be derived from actual delivery times of parcels along the route. For example, the driver may scan parcels as they are delivered, resulting in delivery schedule information and/or predicted delivery times (for parcels yet to be delivered along the route) being updated based on such actual delivery times of parcels that have been delivered.

Referring further to FIG. **16**, at block **322**, A/V recording and communication devices associated with locations at which one or more parcels are predicted to be delivered at a predicted delivery time are operated in a parcel protect mode as disclosed herein, based at least in part on the predicted delivery time. For example, a server performing the process of FIG. **16**, such as the server **118** (FIG. **1**), may schedule an A/V recording and communication device **100** to begin to operate in the parcel protect mode at a start time derived from the predicted delivery time associated with a location at which the A/V recording and communication device **100** is located. In some embodiments, the A/V recording and communication device **100** may be operated in the parcel protect mode until a command is sent to the A/V recording and communication device **100** to cause it to no longer operate in the parcel protect mode, e.g., after an indication has been received that the parcel was received and removed by an authorized person. For example, a user associated with the location may send an indication via an application executing on the user's client device **114** that the parcel has been received and secured by the user. In another example, computer vision techniques as described herein may be used to determine via processing, e.g., at the server **118**, that the parcel was removed by an authorized person, such as by recognizing that a person who removed the parcel was an authorized person (e.g., by facial recognition and/or other biometric techniques) and/or by determining that the parcel was removed from within the area about the A/V recording and communication device **100** but not carried away from the house or other location to which the parcel had been delivered.

FIG. **17** is a flowchart illustrating a process for receiving data from an A/V recording and communication device operating in a parcel protect mode according to various aspects of the present disclosure. In various embodiments, the process of FIG. **17** may be performed by one or both of the server **118** and/or the backend API **120** of FIG. **1**. In the example shown, at block **330** data is received from an A/V recording and communication device. The data may include one or more of a notification or alert, audio and/or video content data, data identifying a parcel (e.g., scanned or

received by a sensor comprising the A/V recording and communication device), etc. At block **332**, it is determined whether the A/V recording and communication device from which the data was received at block **330** is operating and/or being operated in a parcel protect mode. If not, the process of FIG. **17** ends. If, however, it is determined that the A/V recording and communication device from which the data was received at block **330** is operating and/or being operated in a parcel protect mode, it is determined at block **334** whether a parcel has been determined to be located at the location, e.g., based on information received previously from the A/V recording and communication device. If a parcel has not been determined to be at the location (e.g., has yet to be determined to have been delivered), at block **338** the data received at block **330** is processed to determine if the received data indicates a parcel has been delivered. If the data received at block **330** is determined to indicate a parcel has been delivered (block **340**), at block **342** a state variable is set to indicate a parcel has been determined to have been delivered to the location, and the process of FIG. **17** ends. If the data received at block **330** is determined to not indicate that a parcel has been delivered (blocks **338**, **340**), the process of FIG. **17** ends.

If at block **334** it is determined that a parcel was determined previously to have been delivered to the site, at block **336** the data received at block **330** is processed to determine if the received data indicates the parcel was removed. If the parcel is determined at block **344** to have been removed, but the removal is determined to have been an authorized removal (e.g., authorized person recognized in video data and/or parcel carried into a house or other building at the location), the process of FIG. **17** ends. In some embodiments, state information may be updated to reflect authorized removal of the parcel and/or the associated A/V recording and communication device(s) may be taken out of parcel protect mode.

If unauthorized removal of the parcel is detected at block **344**, responsive action is taken at block **346**. Examples of responsive action may include, without limitation, one or more of sending an alert or notification to a user, e.g., via a user's client device **114**; notifying authorities (e.g., police, private security, neighborhood watch); notifying the parcel delivery service; and taking action with respect to A/V recording and communication devices at one or more other locations, such as by recording and/or preserving A/V data from such other locations, placing A/V recording and communication devices at such other locations in parcel protect mode, and/or providing a list of such locations to the authorities. In some embodiments, the A/V recording and communication devices at one or more other locations may comprise A/V recording and communication devices at a same property or address, but located elsewhere on the same property or at the same address, as the first A/V recording and communication device.

In alternative embodiments, the process of FIG. **17** may be performed by the A/V recording and communication device itself. In such embodiments, block **330** may be omitted.

FIG. **18** is a functional block diagram illustrating a system **360** to predict parcel delivery times and operate A/V recording and communication devices accordingly, according to various aspects of the present disclosure. In various embodiments, the system of FIG. **18** may be implemented on and/or by one or more of the storage device **116**, the server **118**, and/or the backend API **120** of FIG. **1**. In the example shown, the system **360** includes a parcel delivery predictor **362** configured to use parcel delivery schedule data stored in a data store **364** to predict parcel delivery times. In various embodiments, the parcel delivery predictor **362** may use location and other user and/or device profile data stored in a user/device profile data store **366** to predict parcel delivery times. A device manager **368** included in the system **360** may be configured to use predicted parcel delivery times stored in the data store **364** and user/device profiles stored in the data store **366** to cause A/V recording and communication devices that are managed by the system **360**, and which are associated with parcels predicted to be delivered at a corresponding predicted parcel delivery time, to be placed and/or managed in a parcel protect mode, for example each at a time determined at least in part based on a predicted parcel delivery time of a parcel expected to be delivered at a location with which the A/V recording and communication device is associated.

The system **360** includes parcel protect logic **370**. In various embodiments, the parcel protect logic **370** may process data received from A/V recording and communication devices operating in the parcel protect mode in a manner as disclosed herein. For example, in some embodiments, the parcel protect logic **370** may implement the process of FIG. **17**.

In various embodiments, the system **360** may include one or more processors configured to implement one or more of the parcel delivery predictor **362**, the device manager **368**, and the parcel protect logic **370**. For example, in some embodiments, one or more of the parcel delivery predictor **362**, the device manager **368**, and the parcel protect logic **370** may be implemented as software modules running on one or more processors comprising the system **360**. In various embodiments, the system **360** may include one or more data storage devices, such as memory and/or internal or external disk drives or other storage devices, configured to store one or both of the delivery schedule data **364** and the user/device profiles **366**.

FIG. **19** is a flowchart illustrating a process for predicting parcel delivery time according to various aspects of the present disclosure. In various embodiments, the process of FIG. **19** may be implemented by a software module or process, such as the parcel delivery predictor **362** running on the system **360** of FIG. **18**. In the example shown, at block **380** delivery route and/or expected delivery time information is received, e.g., from a parcel delivery service provider (e.g., Amazon, USPS, UPS, FedEx). At block **382**, real time information potentially affecting parcel delivery time(s) may be received. For example, traffic, delivery personnel or vehicle incident report data, weather data, etc. may be received. At block **384**, available data is used to predict parcel delivery times. If new/updated information is received (block **386**), predicted delivery times affected by the new information may be updated (block **384**). Processing continues with respect to each parcel until it has been delivered (block **388**), at which time the parcel status is updated to "delivered" at block **390**.

FIG. **20** is a flowchart illustrating a process for operating A/V recording and communication devices at one or more other locations in response to detection of parcel theft from a first location according to various aspects of the present disclosure. In various embodiments, the process of FIG. **20** may be implemented by a backend server, such as the server **118** and/or the backend API **120** of FIG. **1**. In some embodiments, the process of FIG. **20** may be implemented by one or more software modules, such as the device manager **368** and/or the parcel protect logic **370** of the system **360** of FIG. **18**. In the example shown in FIG. **20**, at block **402**, an indication that a parcel has been removed without authori-

27

zation (e.g., parcel theft) from an associated delivery location is received. For example, parcel theft may be detected as disclosed herein. At block **404**, a set of locations on a same route and/or in the same geographic area as the parcel with respect to which parcel theft was detected is determined. For example, stops on the same delivery route as the parcel with respect to which parcel theft was detected may be included in the set. In some embodiments, stops on other delivery routes of the same parcel delivery service provider and/or delivery routes associated with other delivery services, may be included in the set, e.g., based on geographic area. At block **406**, A/V recording and communication devices at locations included in the set are placed in a parcel protect mode, as disclosed herein, if not already in such a mode.

FIG. **21** is a flowchart illustrating a process for alerting authorities regarding a set of one or more locations in response to detection of parcel theft from a first location according to various aspects of the present disclosure. In various embodiments, the process of FIG. **21** may be implemented by a backend server, such as the server **118** and/or the backend API **120** of FIG. **1**. In some embodiments, the process of FIG. **21** may be implemented by one or more software modules, such as the device manager **368** and/or the parcel protect logic **370** of the system **360** of FIG. **18**. In the example shown in FIG. **21**, at block **412**, an indication that a parcel has been removed without authorization (e.g., parcel theft) from an associated delivery location is received. For example, parcel theft may be detected as disclosed herein. At block **414**, a set of locations on a same delivery route and/or in the same geographic area as the parcel with respect to which parcel theft was detected is determined. For example, stops on the same delivery route as the parcel with respect to which parcel theft was detected may be included in the set. In some embodiments, stops on other delivery routes of the same parcel delivery service provider and/or delivery routes associated with other delivery services, may be included in the set, e.g., based on geographic area. At block **416**, public safety personnel, such as the police or other authorities, are notified of one or more of the detected parcel theft, a location associated with the detected parcel theft, and the delivery route and/or locations in the same area that were identified at block **414**. In some embodiments, alerts may be sent to community members, e.g., through neighborhood social media, community email lists and/or bulletin boards, and/or community alert apps, services, etc., to alert residents of the detected parcel theft. In some embodiments, alerts may be sent to other users/owners of A/V recording and communication devices located near the location where the detected parcel theft occurred, for example through an application executing on client devices associated with those A/V recording and communication devices. Also in some embodiments, alerts may be sent to client devices associated with users who are not owners of A/V recording and communication devices, but who may nonetheless be interested in receiving such notifications, for example because of their geographic proximity to the location where the detected parcel theft occurred.

FIG. **22** is a flowchart illustrating a process for identifying a video segment based on detection of parcel theft from a location according to various aspects of the present disclosure. In various embodiments, the process of FIG. **22** may be implemented by a backend server, such as the server **118** and/or the backend API **120** of FIG. **1**. In some embodiments, the process of FIG. **22** may be implemented by one or more software modules, such as the device manager **368** and/or the parcel protect logic **370** of the system **360** of FIG.

28

**18**. In the example shown in FIG. **22**, at block **422**, an indication that a parcel has been removed without authorization (e.g., parcel theft) from an associated delivery location is received. For example, parcel theft may be detected as disclosed herein. At block **424**, a video segment to be associated with the unauthorized parcel removal event is determined. For example, a video segment that begins with the person who removed the parcel approaching the area about the A/V recording and communication device at the location and ends after the person has left the field of view (e.g., drove away) is determined. At block **426**, data that associates the determined video segment with the unauthorized parcel removal event is stored. In various embodiments, associating a video segment with such an event results in the segment being stored and/or preserved, e.g., in a cloud or other storage device such as device **116** of FIG. **1**. In some embodiments, the determined video segment may be sent to the user/owner of the associated A/V recording and communication device and/or to local law enforcement.

FIG. **23** is a functional block diagram of a client device **800** on which the present embodiments may be implemented according to various aspects of the present disclosure. The user's client device **114** described with reference to FIG. **1** may include some or all of the components and/or functionality of the client device **800**. The client device **800** may comprise, for example, a smartphone.

With reference to FIG. **23**, the client device **800** includes a processor **802**, a memory **804**, a user interface **806**, a communication module **808**, and a dataport **810**. These components are communicatively coupled together by an interconnect bus **812**. The processor **802** may include any processor used in smartphones and/or portable computing devices, such as an ARM processor (a processor based on the RISC (reduced instruction set computer) architecture developed by Advanced RISC Machines (ARM)). In some embodiments, the processor **802** may include one or more other processors, such as one or more conventional microprocessors, and/or one or more supplementary co-processors, such as math co-processors.

The memory **804** may include both operating memory, such as random access memory (RAM), as well as data storage, such as read-only memory (ROM), hard drives, flash memory, or any other suitable memory/storage element. The memory **804** may include removable memory elements, such as a CompactFlash card, a MultiMediaCard (MMC), and/or a Secure Digital (SD) card. In some embodiments, the memory **804** may comprise a combination of magnetic, optical, and/or semiconductor memory, and may include, for example, RAM, ROM, flash drive, and/or a hard disk or drive. The processor **802** and the memory **804** each may be, for example, located entirely within a single device, or may be connected to each other by a communication medium, such as a USB port, a serial port cable, a coaxial cable, an Ethernet-type cable, a telephone line, a radio frequency transceiver, or other similar wireless or wired medium or combination of the foregoing. For example, the processor **802** may be connected to the memory **804** via the dataport **810**.

The user interface **806** may include any user interface or presentation elements suitable for a smartphone and/or a portable computing device, such as a keypad, a display screen, a touchscreen, a microphone, and a speaker. The communication module **808** is configured to handle communication links between the client device **800** and other, external devices or receivers, and to route incoming/outgoing data appropriately. For example, inbound data from the dataport **810** may be routed through the communication

US 10,593,173 B2

29                                                                30

module **808** before being directed to the processor **802**, and outbound data from the processor **802** may be routed through the communication module **808** before being directed to the dataport **810**. The communication module **808** may include one or more transceiver modules capable of transmitting and receiving data, and using, for example, one or more protocols and/or technologies, such as GSM, UMTS (3GSM), IS-95 (CDMA one), IS-2000 (CDMA 2000), LTE, FDMA, TDMA, W-CDMA, CDMA, OFDMA, Wi-Fi, WiMAX, or any other protocol and/or technology.

The dataport **810** may be any type of connector used for physically interfacing with a smartphone and/or a portable computing device, such as a mini-USB port or an IPHONE®/IPOD® 30-pin connector or LIGHTNING® connector. In other embodiments, the dataport **810** may include multiple communication channels for simultaneous communication with, for example, other processors, servers, and/or client terminals.

The memory **804** may store instructions for communicating with other systems, such as a computer. The memory **804** may store, for example, a program (e.g., computer program code) adapted to direct the processor **802** in accordance with the present embodiments. The instructions also may include program elements, such as an operating system. While execution of sequences of instructions in the program causes the processor **802** to perform the process steps described herein, hard-wired circuitry may be used in place of, or in combination with, software/firmware instructions for implementation of the processes of the present embodiments. Thus, the present embodiments are not limited to any specific combination of hardware and software.

FIG. **24** is a functional block diagram of a general-purpose computing system on which the present embodiments may be implemented according to various aspects of the present disclosure. The computer system **900** may be embodied in at least one of a personal computer (also referred to as a desktop computer) **900**A, a portable computer (also referred to as a laptop or notebook computer) **900**B, and/or a server **900**C. A server is a computer program and/or a machine that waits for requests from other machines or software (clients) and responds to them. A server typically processes data. The purpose of a server is to share data and/or hardware and/or software resources among clients. This architecture is called the client-server model. The clients may run on the same computer or may connect to the server over a network. Examples of computing servers include database servers, file servers, mail servers, print servers, web servers, game servers, and application servers. The term server may be construed broadly to include any computerized process that shares a resource to one or more client processes.

The computer system **900** may execute at least some of the operations described above. The computer system **900** may include at least one processor **910**, memory **920**, at least one storage device **930**, and input/output (I/O) devices **940**. Some or all of the components **910**, **920**, **930**, **940** may be interconnected via a system bus **950**. The processor **910** may be single- or multi-threaded and may have one or more cores. The processor **910** may execute instructions, such as those stored in the memory **920** and/or in the storage device **930**. Information may be received and output using one or more I/O devices **940**.

The memory **920** may store information, and may be a computer-readable medium, such as volatile or non-volatile memory. The storage device(s) **930** may provide storage for the system **900**, and may be a computer-readable medium. In various aspects, the storage device(s) **930** may be a flash memory device, a hard disk device, an optical disk device, a tape device, or any other type of storage device.

The I/O devices **940** may provide input/output operations for the system **900**. The I/O devices **940** may include a keyboard, a pointing device, and/or a microphone. The I/O devices **940** may further include a display unit for displaying graphical user interfaces, a speaker, and/or a printer. External data may be stored in one or more accessible external databases **960**.

The features of the present embodiments described herein may be implemented in digital electronic circuitry, and/or in computer hardware, firmware, software, and/or in combinations thereof. Features of the present embodiments may be implemented in a computer program product tangibly embodied in an information carrier, such as a machine-readable storage device, and/or in a propagated signal, for execution by a programmable processor. Embodiments of the present method steps may be performed by a programmable processor executing a program of instructions to perform functions of the described implementations by operating on input data and generating output.

The features of the present embodiments described herein may be implemented in one or more computer programs that are executable on a programmable system including at least one programmable processor coupled to receive data and/or instructions from, and to transmit data and/or instructions to, a data storage system, at least one input device, and at least one output device. A computer program may include a set of instructions that may be used, directly or indirectly, in a computer to perform a certain activity or bring about a certain result. A computer program may be written in any form of programming language, including compiled or interpreted languages, and it may be deployed in any form, including as a stand-alone program or as a module, component, subroutine, or other unit suitable for use in a computing environment.

Suitable processors for the execution of a program of instructions may include, for example, both general and special purpose processors, and/or the sole processor or one of multiple processors of any kind of computer. Generally, a processor may receive instructions and/or data from a read only memory (ROM), or a random access memory (RAM), or both. Such a computer may include a processor for executing instructions and one or more memories for storing instructions and/or data.

Generally, a computer may also include, or be operatively coupled to communicate with, one or more mass storage devices for storing data files. Such devices include magnetic disks, such as internal hard disks and/or removable disks, magneto-optical disks, and/or optical disks. Storage devices suitable for tangibly embodying computer program instructions and/or data may include all forms of non-volatile memory, including for example semiconductor memory devices, such as EPROM, EEPROM, and flash memory devices, magnetic disks such as internal hard disks and removable disks, magneto-optical disks, and CD-ROM and DVD-ROM disks. The processor and the memory may be supplemented by, or incorporated in, one or more ASICs (application-specific integrated circuits).

To provide for interaction with a user, the features of the present embodiments may be implemented on a computer having a display device, such as an LCD (liquid crystal display) monitor, for displaying information to the user. The computer may further include a keyboard, a pointing device, such as a mouse or a trackball, and/or a touchscreen by which the user may provide input to the computer.

US 10,593,173 B2

**31**

The features of the present embodiments may be implemented in a computer system that includes a backend component, such as a data server, and/or that includes a middleware component, such as an application server or an Internet server, and/or that includes a front-end component, such as a client computer having a graphical user interface (GUI) and/or an Internet browser, or any combination of these. The components of the system may be connected by any form or medium of digital data communication, such as a communication network. Examples of communication networks may include, for example, a LAN (local area network), a WAN (wide area network), and/or the computers and networks forming the Internet.

The computer system may include clients and servers. A client and server may be remote from each other and interact through a network, such as those described herein. The relationship of client and server may arise by virtue of computer programs running on the respective computers and having a client-server relationship to each other.

In various embodiments, techniques as disclosed herein may provide a degree of protection against parcel theft and/or may aid in prevent further parcel theft and/or apprehending perpetrators of parcel theft.

Although the foregoing embodiments have been described in some detail for purposes of clarity of understanding, the invention is not limited to the details provided. There are many alternative ways of implementing the invention. The disclosed embodiments are illustrative and not restrictive.

What is claimed is:

**1**. A system, comprising:

one or more processors; and

one or more data storage devices operatively coupled to the one or more processors, and storing instructions that, when executed by the one or more processors, cause the one or more processors to:
- cause an audio/video recording and communication device (A/V device) installed at a delivery address to operate in a parcel protect mode beginning at a time determined at least in part based on a predicted parcel delivery time such that, when in the parcel protect mode, the A/V device is configured to capture images of one or both of delivery of a parcel to the delivery address and removal of the parcel from the delivery address,
- the predicted parcel delivery time being based on delivery schedule information of the parcel received from a delivery service provider and identifying an estimated time when the parcel is expected to be delivered to the delivery address.

**2**. The system of claim **1**, wherein the A/V device captures one or both of audio and the images in response to detecting motion within a field of view of the A/V device.

**3**. The system of claim **2**, the one or more data storage devices storing further instructions that, when executed by the one or more processors, further cause the one or more processors to process the images to determine whether the images depict one or both of delivery of the parcel to and removal of the parcel from the field of view.

**4**. The system of claim **1**, wherein the A/V device includes a sensor configured to detect presence of the parcel at the delivery address when the A/V device is in the parcel protect mode.

**5**. The system of claim **4**, wherein the sensor includes one or more of the following: a radio frequency (RF) tag reader; a bar code, QR code, or other optical code reader; and a GPS receiver.

**32**

**6**. The system of claim **4**, the one or more data storage devices storing further instructions that, when executed by the one or more processors, further cause the one or more processors to receive sensor information from the sensor, determine based at least in part on the sensor information that the parcel has been removed from the delivery address, and take responsive action based at least in part on the determination that the parcel has been removed from the delivery address.

**7**. The system of claim **1**, the one or more data storage devices storing further instructions that, when executed by the one or more processors, further cause the one or more processors to determine, based at least in part on the delivery schedule information, a video clip to be included in a set of video clips potentially associated with unauthorized removal of the parcel from the delivery address in response to indication that the parcel has been removed from the delivery address by an unauthorized person.

**8**. The system of claim **1**, wherein the delivery address comprises a first delivery address; the parcel comprises a first parcel; the predicted parcel delivery time comprises a first predicted delivery time; the A/V device comprises a first A/V device; and the one or more data storage devices storing further instructions that, when executed by the one or more processors, further cause the one or more processors to determine, in response to indication that the first parcel has been removed from the first delivery address by an unauthorized person, and based at least in part on the delivery schedule information, a second delivery address associated with a second parcel expected to be delivered to the second delivery address at a second predicted delivery time subsequent to the first predicted delivery time, and take responsive action with respect to the second delivery address.

**9**. The system of claim **8**, wherein the responsive action includes one or more of: notifying one or more of police, private security, and other public or private safety authorities; sending an alert to a user associated with the second A/V device; and causing a second A/V device installed at the second delivery address to be placed in a heightened security mode.

**10**. The system of claim **1**, wherein the estimated time is derived based on one or more of historical drive times along a delivery route; historical traffic patterns along the delivery route; and a delivery schedule.

**11**. The system of claim **1**, the one or more data storage devices storing further instructions that, when executed by the one or more processors, further cause the one or more processors to detect removal of the parcel from the delivery address and to take a responsive action in response to detecting the removal of the parcel from the delivery address.

**12**. The system of claim **11**, wherein the responsive action includes sending an alert to a user associated with one or both of the delivery address and the A/V device.

**13**. A method, comprising:
- causing an audio/video recording and communication device (A/V device) installed at a delivery address to operate in a parcel protect mode such that, when in the parcel protect mode, the A/V device is configured to capture images of one or both of delivery of a parcel to the delivery address and removal of the parcel from the delivery address; and
- causing the A/V device to no longer operate in the parcel protect mode in response to an indication that the parcel was removed by an authorized person.

**14**. The method of claim **13**, wherein the A/V device is configured to capture one or both of audio and the images

33

34

from within a field of view of the A/V device in response to detecting motion within the field of view.

**15**. The method of claim **14**, further comprising processing video received from the A/V device to determine whether the images depict one or both of delivery of the parcel to and removal of the parcel from the field of view.

**16**. The method of claim **13**, wherein the parcel comprises a first parcel, the delivery address comprises a first delivery address, and further comprising:

determining, in response indication that the first parcel has been removed from the first delivery address by an unauthorized person and based at least in part on delivery schedule information, a second delivery address associated with a second parcel expected to be delivered to the second delivery address at a second predicted delivery time subsequent to a first predicted delivery time at which the first parcel is expected to be delivered to the first delivery address; and

taking responsive action with respect to the second delivery address.

**17**. A computer program product embodied in a non-transitory computer-readable medium and comprising computer instructions for:

causing an audio/video recording and communication device (A/V device) installed at a first delivery address to operate in a parcel protect mode, beginning at a time determined at least in part based on a first predicted parcel delivery time such that, when in the parcel protect mode, the A/V device is configured to capture images of one or both of delivery of a first parcel to the first delivery address and removal of the parcel from the delivery address,

in response to indication that the first parcel has been removed from the first delivery address by an unauthorized person: (1) determining, based at least in part on delivery schedule information of a second parcel, a second delivery address associated with the second parcel expected to be delivered to the second delivery address at a second predicted parcel delivery time subsequent to the first predicted parcel delivery time, and (2) taking responsive action with respect to the second delivery address.

**18**. The system of claim **1**, the predicted parcel delivery time being a plurality of predicted parcel delivery times, the time being a start time of the plurality of predicted parcel delivery times.

**19**. The system of claim **1**, the predicted parcel delivery time being updated based on real-time information provided by a delivery service provider associated with the parcel, the real-time information including at least one of GPS data, a delay affecting a particular route, a driver being ahead of, or behind, an expected delivery schedule, and actual delivery times of other parcels along the same delivery route of the parcel.

**20**. The system of claim **1**, the one or more data storage devices storing further instructions that, when executed by the one or more processors, further cause the one or more processors to cause the A/V device to no longer operate in the parcel protect mode in response to an indication that the parcel was removed by an authorized person.

\* \* \* \* \*