# EXHIBIT 8

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL