# EXHIBIT 11

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL