# EXHIBIT 12

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL