# EXHIBIT 13

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL