# EXHIBIT 14

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL