# EXHIBIT 17

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL