# EXHIBIT 21

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL