# EXHIBIT 24

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL