# EXHIBIT 25

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL