# EXHIBIT 26

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL