# EXHIBIT 27

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL