# EXHIBIT 28

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL