# EXHIBIT 29

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL