# EXHIBIT 30

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL