# EXHIBIT 31

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL