# EXHIBIT 32

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL