# EXHIBIT 34

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL