# EXHIBIT 35

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL