# EXHIBIT 36

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL