# EXHIBIT 37

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
GATEGUARD, INC.,                    :
            Plaintiff,              :
    - against -                     : 21-cv-9321 (JGK)
AMAZON.COM INC., ET AL.,            :
            Defendants.             :
------------------------------x

        VIDEO DEPOSITION OF ODALIS TIBURCIO

        Via Zoom Video Communications

        Tuesday, January 30, 2024

        10:35 a.m.


        Videotaped deposition of
FINKELSTEIN TIMBERGER EAST REAL ESTATE, a
Non-Party Witness herein, BY: ODALIS TIBURCIO,
taken by the Plaintiff, in the above-entitled
action, held remotely at the above date and
time, before Carolyn Gioia, a machine
stenographic reporter and Notary Public within
and for the State of New York.


        Magna Legal Services

        866-624-6221

        www.MagnaLS.com



Page 17

 1               And how long did you do that for?
 2        A.     For two years.
 3        Q.     And then after that what did you --
 4   what did you do?
 5        A.     Then I become a superintendent.
 6        Q.     So you became a superintendent in
 7   2018; is that right?
 8        A.     Yes.
 9        Q.     And was that at 2230 Grand Concourse?
10        A.     Yes.
11        Q.     Do you have a contract with -- with
12   FTRE?
13        A.     Yes.
14        Q.     Is that contract in writing?
15        A.     I don't remember, to be honest.
16        Q.     Are you -- are you an employee of
17   FTRE?
18        A.     Yes.
19        Q.     So you get a W2, you know, you're a
20   W2 employee, you get a paycheck and -- is that
21   right?
22        A.     Yes.  Direct deposit, but yes.
23        Q.     Okay.
24               And do you have a -- do you have a --
25   a boss that you report to?



Page 18

1  A. Yes.
2  Q. Who would your boss be?
3  A. Paul.
4  Q. Paul. And what's Paul's last name?
5  A. Bagrowicz.
6  Q. Okay. So that's -- is that
7  B-A-G-R-O-W-I-C-Z?
8  A. Right. Yes.
9  Q. And has -- is -- what is Paul's
10 title, if you know?
11 A. I don't know.
12 Q. Has -- has he always been your boss
13 since you've been a superintendent?
14 A. Yes.
15 Q. And do you -- let me ask it
16 different. Are required to ask Mr. Bagrowicz,
17 or let's call him Paul, for authorization to
18 do -- to do certain of your -- of your tasks?
19 A. Yes.
20 Q. What -- what would you need to ask
21 Mr. Bagrowicz for authorization for?
22 A. I mean, I know what's my task in the
23 building. If I need to do something in an
24 emergency and stuff like that, I need his
25 permission.



1          Q.   When you contacted Paul, you had
2     testified earlier that you had called Paul and
3     he said it was okay to install.
4               Do you recall that testimony?
5               MR. QUAINTON:  Objection.
6          A.   It was wasn't my -- I mean, no, I
7     didn't.
8          Q.   No, you did not call Paul?
9          A.   I did call Paul but didn't -- I mean,
10    you asked me if I record it?
11         Q.   No, no, I'm sorry, do you recall.
12    I apologize, let me -- let me rephrase and --
13    and -- and speak clearer.  I apologize.
14              When the Amaz- -- when the installers
15    came, you said you had contacted Paul --
16         A.   Yes.
17         Q.   -- correct?
18              And Paul said, Okay; right?
19              MR. QUAINTON:  Objection.
20         A.   Yes.
21         Q.   You interpreted that to mean that
22    Paul was saying, Okay, let them install the
23    Amazon Key for Business; right?
24              MR. QUAINTON:  Objection.
25         A.   Yes.



Page 117

```
 1            Q.   Okay.
 2                 And you don't know whether Paul had
 3       any other conversations with those installers
 4       after that day, do you?
 5            MR. QUAINTON:   Objection.
 6            A.   I don't know.
 7            Q.   Is it possible that Paul spoke with
 8       Amazon at some point after that day was -- the
 9       installation?
10            MR. QUAINTON:   Objection.  Calls for
11            speculation.
12            A.   I don't know.
13            Q.   But if there were a conversation, you
14       may or may not know.
15                 You may not know that Paul had
16       actually spoken to someone from Amazon; isn't
17       that right?
18            MR. QUAINTON:   Objection.  Calls for
19            speculation.
20            A.   I don't know.  If he spoke to them, I
21       don't know.
22            Q.   Would it be possible that Paul might
23       have provided Amazon your information?
24            MR. QUAINTON:   Objection.  Calls for
25            speculation.
```



Page 131

```
 1                C E R T I F I C A T E
 2
 3             I, CAROLYN GIOIA, a machine
 4      stenographic court reporter and Notary Public
 5      within and for the State of New York, do hereby
 6      certify:
 7             That the witness whose testimony is
 8      hereinbefore set forth was duly sworn by me,
 9      and the foregoing 132-page transcript is a true
10      record of the testimony given virtually by such
11      witness.
12             I further certify that I am not related
13      to any of the parties to this action by blood
14      or marriage, and that I am in no way interested
15      in the outcome of this matter.
16             IN WITNESS WHEREOF, I have hereunto
17      set my hand this 5th day of February, 2024.
18
19
20             _____Carolyn Gioia_____
21                    CAROLYN GIOIA
22
23
24
25
```

