# EXHIBIT 38

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
GATEGUARD, INC.,                  :
            Plaintiff,            :
   - against -                    : 21-cv-9321 (JGK)
AMAZON.COM INC., ET AL.,          :
            Defendants.           :
------------------------------x

       VIDEO DEPOSITION OF RAMON RODRIGUEZ

        Via Zoom Video Communications

         Tuesday, January 30, 2024

           1:49 p.m.


        Videotaped deposition of
FINKELSTEIN TIMBERGER EAST REAL ESTATE, a
Non-Party Witness herein, BY: RAMON RODRIGUEZ,
taken by the Plaintiff, in the above-entitled
action, held remotely at the above date and
time, before Carolyn Gioia, a machine
stenographic reporter and Notary Public within
and for the State of New York.


          Magna Legal Services

            866-624-6221

           www.MagnaLS.com



Page 23

1    that purchased the building?
2            MR. QUAINTON:  No -- I think he means
3        Finkelstein.
4            THE INTERPRETER:  Finkelstein.
5        A.   Finkelstein.
6        Q.   Did the two men who installed the
7    black box, did they ask for the telephone
8    number of anybody who works for Finkelstein?
9            MS. SANTORA:  Objection.
10       A.   No, sir.
11       Q.   Do you know a woman who is called
12   Jessica?
13           MS. SANTORA:  Objection.
14       A.   Yes, sir.
15       Q.   And is the woman named Jessica you
16   know, does she work for -- for Finkelstein?
17           MS. SANTORA:  Objection.
18       A.   Yes, sir.
19       Q.   And do you know what her job is?
20       A.   I don't know --
21                   - - -
22           (Court reporter lost connection at
23       2:22 p.m.)
24           (Discussion off the stenographic
25       record.)



Page 46

```
 1          A.   Okay.  No, sometimes he asks me to
 2     call her directly, or sometimes when he sends
 3     me an email it's already translated into
 4     Spanish.
 5          Q.   So Keith has both your cell phone
 6     number and your email address; is that right?
 7               THE INTERPRETER:  Counsel, can you
 8          repeat that question?
 9     BY MS. SANTORA:
10          Q.   So Keith, your supervisor, has your
11     email address and your cell phone number;
12     correct?
13               MR. QUAINTON:  Objection.  (Multiple
14          speakers.)  Asked and answered.
15          A.   Of course, he's my boss.
16          Q.   Understood.
17               Is there any possibility that Keith
18     spoke to the installers before they knocked on
19     your door that day to install the Amazon black
20     box?
21               MR. QUAINTON:  Objection.  Asked and
22          answered and calls for speculation.
23          A.   I -- I don't know.
24          Q.   You're not sure either way, whether
25     he spoke with anyone from an installer or from
```



Page 47

1    Amazon; is that right?
2         MR. QUAINTON:  Objection.  Misstates
3    the testimony.
4    A.   No.
5    Q.   Okay.  And then just another few more
6    questions.
7         You had mentioned earlier about the
8    Key -- excuse me, the Amazon black box having
9    issues; is that right?
10        MR. QUAINTON:  Objection.
11   (Multiple speakers) --
12        THE INTERPRETER:  Sorry.
13        THE COURT REPORTER:  You said
14   "misstates the testimony"?  I'm not
15   getting the whole --
16        MR. QUAINTON:  Misstates the
17   testimony.
18        THE COURT REPORTER:  Right.
19   A.   No.  Not that I -- not that I'm aware
20   -- not -- okay.  Not that I'm aware of.  I
21   don't think that the box had any problems.
22   Q.   But the intercom device that was
23   installed on the outside of your building that
24   allows tenants to come and go, there were
25   issues with that device; is that right?



Page 59

```
 1                  C E R T I F I C A T E
 2
 3            I, CAROLYN GIOIA, a machine
 4    stenographic court reporter and Notary Public
 5    within and for the State of New York, do hereby
 6    certify:
 7            That the witness whose testimony is
 8    hereinbefore set forth was duly sworn by me,
 9    and the foregoing 60-page transcript is a true
10    record of the testimony given virtually by such
11    witness.
12             I further certify that I am not related
13    to any of the parties to this action by blood
14    or marriage, and that I am in no way interested
15    in the outcome of this matter.
16             IN WITNESS WHEREOF, I have hereunto
17    set my hand this 5th day of February, 2024.
18
19
20                      __Carolyn Gioia__
21                        CAROLYN GIOIA
22
23
24
25
```

