# EXHIBIT 39

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL