# EXHIBIT 41

| | |
|---|---|
| **From:** | Ari B. Teman |
| **To:** | jeff@amazon.com; jassy@amazon.com |
| **Cc:** | CWilliams@gibsondunn.com; AChampion@gibsondunn.com; CBelelieu@gibsondunn.com; Eden Quainton; Jonathan Gross |
| **Subject:** | Fantastic election results! |
| **Date:** | Wednesday, November 6, 2024 6:25:15 AM |

**This Message Is From an External Sender**
This message came from outside your organization.

I'm very happy today, Jeff and Andy.

Things just got much better for us, thank God.

**My guess is that Gibson Dunn is not being candid with you. They are similar to the Washington Post editors in their bubble, so I am writing to you directly**. It is not that they mean to mislead you, but they are not in-tune with the trends that Jeff clearly sees on X.

Your team's "Key" strategy sucks anyway -- there's a reason top landlords and management companies repeatedly and consistently choose GateGuard over Key, multiple reasons. *Consider that they pay us rather than take your free stuff.*

There is a reason they angrily tell you to get out of their buildings.

There is a reason so many people do not trust or like Amazon.

There is a reason judges keep siding with us in this case and not Amazon ( https://news.bloomberglaw.com/esg/amazon-to-face-claims-it-tampers-with-apartment-intercom-devices ).

Is it really smart to keep fighting me instead of doing this ethically and fairly?

Do you really want your reputation to continue in the direction it has gone?

Or can we focus on helping startups and small businesses thrive with Amazon instead of fighting to break Amazon and its clear monopoly practices up?

We are going to win, and the only question is does Amazon become an ethical company or does it go the way of Sears?

I would be very happy if the change Jeff demonstrated with the WaPo continues here, and that we could work together to help small businesses succeed and startups thrive without their IP being stolen.

I have friends who have worked at Amazon for years, who can speak to my character and abilities if needed, rather than the defamation Gibson Dunn has pushed.

I have no desire to fight or seek revenge for the crimes you have committed against me and my company -- though of course I will fight all the way to breaking up Amazon's monopoly if your team insists on continuing their tactics.

Zuckerberg turned a new leaf.
Elon is popular.
Jeff and Andy can do the same.

People change and redemption is possible.
I believe Amazon can turn a new leaf here under your direction.

But doing so requires paying startups fairly and not **buying their devices secretly through a 3rd party (ClearHome) and shipping them directly to Amazon R&D to reverse-engineer as your executives did and then destroyed the evidence after being sued and served!**

Again, I am willing to give the benefit of the doubt that Andy and Jeff are being mislead by those around them just as many MSNBC and WaPo folks are, and suggest that you two personally review this case and that we work together in a fair and reasonable way.

If you are willing to work together amicably, so am I, in a way that saves Amazon hundreds of millions of dollars per month AND helps local and small businesses, keeping cities vibrant and livable.

**We have mediation on the 12th. I suggest that you, Jeff and Andy, make the most of this time to fix the tone and demeanor of the proceedings and come to the table willing and eager to have a win-win relationship.**

We are going to win, and the only question is if Amazon joins us in winning or loses "bigly" under the new administration that very much doesn't like the practices we have proven your executives executed.

It's a new day. A new administration. I suggest a new approach by Amazon.

Ari

Ari Teman | Founder | teman™
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.