# EXHIBIT 42

**Subject:** RE: [EXTERNAL] The truth -- not what Gibson Dunn is telling you (Video link)

**From:** Ari B. Teman <ari@teman.com>
**Sent:** Wednesday, November 13, 2024 12:26 AM
**To:** ellisbra@amazon.com
**Cc:** Eden Quainton <eden.quainton@quaintonlaw.net>; Wasco, Mark <wasco@amazon.com>; jassy@amazon.com; Bezos, Jeff <jeff@amazon.com>
**Subject:** RE: [EXTERNAL] The truth -- not what Gibson Dunn is telling you (Video link)

> **CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

Going forward we will not engage in settlement discussion with David Salant, Anne Champion, or their firm. What know for sure is that Gibson Dunn has acted in bad faith and failed to properly inform their client, and that Salant was dedicated to wasting the day on demonstrable lies. No second chances. GateGuard counsel is instructed to disregard any offer of mediation or settlement by Gibson Dunn as disingenuous and to proceed aggressively to seek discovery and injunctions.

There is an amicable path forward but it does not include anyone from Gibson Dunn in any way.

Ari

On Wed, Nov 13, 2024, 1:31 AM Ari B. Teman <ari@teman.com> wrote:

> Hi Brad, Jeff, and Andy
>
> Brad, it's unfortunate that we did not get to chat more face to face. Chuck Palaniuk is great, as is Black Swan (your bookshelf, nicely color-coded). I see you were also working on compliance at Goldman at the time my dad was, too (compliance tech, etc.).
>
> Every statement we made is true, to the best of my knowledge. I believe Gibson Dunn's incentive to bill you hourly is motivating them to lie and drag this out while leaving Amazon and Jeff and Andy exposed to significant civil, criminal, and regulatory liability as Amazon continues to break Federal and State laws as alleged in the complaint.
>
> I believe Gibson is not giving you the full picture because despite you being a very qualified and well read individual, **you did not know about the existence of the recording of our meeting with Amazon's KFB executes and shouted at me on the Zoom that I was lying about such a video saying it would be in discovery.**
>
> **Here is the video of the meeting:**
> https://www.dropbox.com/s/rbb2vj7d7vqyh1k/20190227_202629-AmazonVideoChat1.MOV?dl=0
>
> https://www.dropbox.com/s/jcw206c5uq7hfu9/20190227_205214-amazonVideoChat2.MOV?dl=0
>
> We will provide the Discovery numbers so you can find it, but that's the dropbox link I have handy.
>
> I am sure this is a result of Salant lying to you -- Gibson Dunn's financial incentive is to keep billing you -- millions of dollars wasted & billions of dollars of exposure to Amazon only to have Jeff find Andy put on the stand and asked about their use of Signal to avoid discovery and how magically after I pitched Jeff in writing Amazon came up with the idea to knock off KFB (and we can prove Jeff has acted on my prior emails to him).

Thousands of landlords will learn that Amazon has broken into their buildings and stolen their electricity & leasable space, and damaged their intercoms and locks.

We have statements, letters, and evidence provided by installers unrelated to us, with no financial incentive to lie, about the massive amounts of damage Amazon has done nationwide AND how Amazon encourages them to fraudulently and illegally install devices.

**If you do not know this, Brad, it is because as Mr. Salant did today, he lies to you brazenly.** (My buddy went to high school with Salant... not surprised.)

He said our device was "off the shelf", but this is untrue. The box, router board, and every cable and power supply is custom designed by us and contract manufactured to our specifications by 5 different factories. We have the technical drawings, orders, etc etc.  Salant knows this and has seen much of it, and so he was just lying brazenly. That will not work with a judge or jury.

Every line of code on the intercom, router, and apps is by us. Nothing is bought. Our platform ([propertypanel.xyz](propertypanel.xyz)) is a "Bloomberg Terminal" for real estate unlike anyone else's. Look at the dashboard there. There is nothing else like it -- it's years ahead of the competition and we're bootstrapped! (Well, we have a few angels from Goldman Sachs, Appaloosa, Hudson, First Service, Verizon, etc, but then ran on revenue).

We are really good at building hardware and platforms -- and leaner than anyone. Amazon could learn a lot from us, and save a LOT more than we're asking by applying that.

**We are better at sales dollar-for-dollar than your entire Key team:**
**Consider that out of the 270 buildings in your sample data, only 70 agreed to install amazon versus 270 that chose to PAY GateGuard. A bootstrapped company beating Amazon nearly 4-to-1!!! And we charge THOUSANDS of dollars to start and you're FREE!**

We have 15,000 buildings (about) under contract, so that's about 11,000 buildings if that same ratio applies that Amazon is being rejected in --- or about $50,000,000 month in wasted fuel, delivery, labor, lost package claims. Amazon is losing money while Gibson bills you to lie to you.

While Gibson Dunn makes thousands of dollars for every hour they waste, it costs me nothing. We continue to operate, to sell devices, and are now raising with more ease since I'm free (and we expect I'll be exonerated 100% with G-d's help given the new evidence, 2255, and Appeal).

However, despite the portrait that Gibson Dunn wishes to paint, I am not here to fight, and I came from the very outset direct to Jeff with a proposal that helps both sides win. Someone at Amazon chose to steal -- perhaps not Jeff or Andy directly, but it will be for the Jury to decide what they hid by using Signal, I suppose? I will fight if I must, and that fight will **not only cost the damages we'll win but also cost Amazon billions in liabilities (your executives are knowingly directing agents to break into thousands of buildings repeatedly, you're stealing IP, you're using Signal and other tech to evade discovery, you're destroying evidence after being sued... and this goes right to Jeff and Andy).**

**My goal is and has always been to come to a win-win solution that saves Amazon hundreds of millions of dollars more every month** and helps small businesses and communities thrive in a way **that helps Amazon show it is not pursuing a monopoly**.

I believe there is a fair and reasonable deal where we are paid fairly, paid for damages, and that Amazon gets immediate access to every device we install, immediately cutting delivery costs in tens of thousands of buildings around the planet. And Amazon can LEGITIMATELY say they are just paying for access and are not installing their own tech.

2

Despite Salant's lies, GateGuard is great technology and support **which is why 270 chose to pay GateGuard and only 70 took Amazon for free! And many of those clients also chose us over Latch, etc.**

My proposal is that Amazon pick one of these two options:

A) That Amazon pay for the lost revenues, based on the model the Judge gave today ($70M plus attorney costs), and that Amazon then pay a per-device initiation fee close to what Amazon's costs are to install Key ($1450) and that we get paid 80 cents per package, but not until 50% of the cost of the installation is covered -- so your overall cost is *less* than to install KFB, plus you don't pay for failed sales attempts. You can set it so we are required to charge other companies slightly more so you have an advantage, but not a monopoly.

This costs you LESS than installing KFB, **allows you to honestly testify before Congress and State commissions that you are not a monopoly** and that GateGuard sells access to yoru competitors at similar rates, and that you addressed the issue of illegal installations by acquiring the rights via your deal with us with our clients.

B) Alternatively, I believe our number to be acquired by Amazon is fair, at $453M (We do have investors to answer to), and that I would be happy to work at Amazon for a year, provided I could continue to work on my charity projects ( https://sunflowercenter.com , https://jcorps.org ) and Jovari ( https://jovari.com -- I designed this vehicle, the branding, the tech, and the patents, with a team of 6 people...(a) I can design hardware, (b) I can help you work much leaner)

Salant is not a good liar -- search the USPTO for my patents  & applications if you think I cannot get on the stand and explain the engineering and how Amazon copied us. Four new applications just hit last month, thank G-d. THere will be no question by any jury that I designed GateGuard from the ground-up.

We're in litigation and as in politics people say ugly things for points and fight hard -- perhaps you will choose to continue to fight hard and dirty -- but both Amazon and GateGuard are businesses, and I believe that our proposal spares Amazon billions in costs, liabilities and even potential regulatory exposure as discussed above due to Amazon breaking into devices and Jeff and Andy and executives using Signal and destroying evidence.

Our deal is a great deal. I hope you will consider the facts, not the lies told by Salant, and the fact that even with all the troubles I have faced (very transparently : justiceforari.org ) we have kept customers happy and buying more and more devices and recommending us to friends. Most founders quit over much less. I don't quit. It would be best for both of us if we find a positive way to work together and look back on this as a learning experience we both gained from.

People make mistakes. Continuing with Gibson Dunn and just brazenly lying would be a mistake. People correct their mistakes. My offer to you is a fair one and lets us focus on good and, with God's help, winning together and helping lots of small local businesses also do well.

Please let me know how I can be helpful.

Ari

FOR SETTLEMENT PURPOSES ONLY. NO RIGHTS OR CLAIMS WAIVED.

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

4