# EXHIBIT 43

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL