# EXHIBIT 44

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL