# EXHIBIT 45

# CONFIDENTIAL EXHIBIT – FILED UNDER SEAL