**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

GATEGUARD, INC.

       *Plaintiff*,                                        Civil Action No. 21-cv-9321 (JGK) (VF)

    v.

AMAZON.COM, INC.,
AMAZON.COM SERVICES, INC.,
AMAZON.COM SERVICES, LLC,
AMAZON LOGISTICS, INC.

       *Defendants*.

---

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that, upon the accompanying declaration, the undersigned will

move this Court, before the Honorable John G. Koeltl, United States District Judge, at the

United States Courthouse located at 500 Pearl Street, New York, New York, at a date and time

to be determined by the Court, for leave to withdraw as counsel for  Plaintiff GateGuard, Inc.

pursuant to Local Civil Rule 1.4 and Rule 1.16(b) of the New York Rules of Professional

Conduct, and for an order granting GateGuard ninety (90) days to obtain successor counsel.

                                          QUAINTON LAW, PLLC
                                          Eden P. Quainton
                                          2 Park Ave., 20th Fl.
                                          New York, NY 10016
                                          212-419-0575
                                          equainton@gmail.com
                                          *Attorneys for Plaintiff GateGuard, Inc*

All Attorneys of Record via ECF

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, a true and correct copy of the foregoing Notice of Motion to Withdraw as Counsel and the accompanying Declaration in Support of Motion and Proposed Order were served through the ECF filing system on all attorneys of record in this matter and via email on:

Mr. Ari Teman
CEO GateGuard, Inc.
1521 Alton Road #888
Miami Beach FL 33139
ari@teman.com

*Eden P. Quainton*
Eden P. Quainton