UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GATEGUARD, INC.,

                                Plaintiff,

          -against-

AMAZON.COM, INC. et al.,

                                Defendants.
------------------------------------------------------------------X

21-CV-9321 (JGK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

On June 24, 2025, Plaintiff's counsel filed a motion to withdraw and indicated that the motion was opposed by his client, GateGuard, Inc. See ECF No. 283; ECF No. 285 at ¶ 3. An *ex parte* conference to address counsel's motion to withdraw is hereby scheduled for **Thursday, August 14, 2025 at 10 a.m.** in Courtroom 17-A, 500 Pearl Street, New York, New York. A representative for Plaintiff that can speak to Plaintiff's opposition to the withdrawal motion is hereby directed to appear at the conference. Plaintiff's counsel is also directed to appear.

The conference will be *ex parte* because the dispute could require the disclosure of information protected by the attorney-client privilege. Motions to withdraw, and related papers, are "routinely filed under seal when necessary to preserve the attorney-client relationship." See, e.g., Broidy v. Glob. Risk Advisors LLC, No. 19-CV-11861 (MKV) (JW), 2023 WL 5447267, at *2 (S.D.N.Y. Aug. 24, 2023). Further, the practice to hold *ex parte* proceedings or review documents *in camera* is "a practice both long-standing and routine" in disputes implicating the attorney-client privilege. See, e.g., In re Grand Jury Subpoenas Dated Mar. 19, 2002 & Aug. 2, 2002, 318 F.3d 379, 386 (2d Cir.2003).

SO ORDERED.

DATED:  July 22, 2025

                                                                    _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge