```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
GATEGUARD, INC.,
                    Plaintiff,         21-cv-9321 (JGK)

     - against -                       ORDER

AMAZON.COM INC., ET AL.,
                    Defendants.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The case is stayed pending appearance of the plaintiff by new counsel. The parties are directed to file a status report by **October 13, 2025.** The Clerk is directed to mail a copy of this order to the address below:

> Mr. Ari Teman
> CEO GateGuard, Inc.
> 1521 Alton Rd. #888
> Miami Beach FL 33139
> ari@teman.com

**SO ORDERED.**
**Dated:** New York, New York
August 19, 2025

/s/ John G. Koeltl
John G. Koeltl
United States District Judge