UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**GateGuard, Inc.,**
 Plaintiff,

v.

**Amazon.com Inc.,**
 Defendant.

Case No. 1:21-cv-09321

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RETAIN NEW COUNSEL**

Plaintiff GateGuard, Inc., by its undersigned representative Ari Teman, respectfully moves this Court for an extension of sixty (60) days to retain new counsel. Plaintiff is in active discussions with prospective counsel, but progress has been delayed due to the Jewish holiday period and illness affecting both Plaintiff and prospective counsel.

Attorney Ephraim Savitt, who has been reviewing this matter with co-counsel, authorized Plaintiff to include the following message in support of this application:

> *"Good morning, Ari. I'm not feeling well this morning. Perhaps it's the flu, and I may have to check that out with Urgent Care. Richard and I will be conferring by phone this morning, instead of in person, and we will call you with an update before the Succot holiday begins for you in Israel. We will definitely need more time to continue reviewing the massive amount of materials that your litigation has generated. I'm mindful of your impending court deadline in securing new counsel. However, especially in view of the Succot holiday tomorrow and Tuesday and again next week Tuesday and Wednesday, we will need to the end of October to come to our determination as to whether we can sign up as your new counsel.
>
> You have my permission to incorporate my message in a pro se application for additional time to secure new counsel, if you wish.
>
> Chag sameach, E"*

For these reasons, Plaintiff respectfully requests a 60-day extension to secure and substitute counsel.

Dated: October 6, 2025

**s/Ari Teman/**

**Ari Teman** On behalf of GateGuard, Inc.
ari@teman.com

---

## [PROPOSED] ORDER

Upon consideration of Plaintiff's motion, it is hereby **ORDERED** that Plaintiff GateGuard, Inc. is granted an extension of sixty (60) days from the current deadline to retain and substitute new counsel.

SO ORDERED.

Dated: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**GateGuard, Inc.,**

Plaintiff,

v.

**Amazon.com Inc.,**

Defendant.

Case No. 1:21-cv-09321

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Motion for Extension of Time to Retain New Counsel, Plaintiff GateGuard, Inc., by its undersigned representative Ari Teman, will move this Court at such time as the Court may determine, for an order granting Plaintiff a sixty (60) day extension of time to retain and substitute new counsel, and for such other and further relief as the Court deems just and proper.

Dated: October 6, 2025

Respectfully submitted,

**s/Ari Teman/**
On behalf of GateGuard, Inc.
ari@teman.com
212-203-3714

**CERTIFICATE OF SERVICE**

I, Ari Teman, hereby certify that on [insert date], I caused a true and correct copy of the foregoing **Notice of Motion and Motion for Extension of Time to Retain New Counsel** (with Proposed Order) to be served via the Court's CM/ECF system via the "Temp Pro Se" email , which will send notice of such filing to all counsel of record for Defendant Amazon.com Inc. I have also copied Defendant Amazon's counsel AChampion@gibsondunn.com, ellisbra@amazon.com

Dated: October 6, 2025

---

**s/Ari Teman/**
**Ari Teman**
 On behalf of GateGuard, Inc.