UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GATEGUARD INC.,

               Plaintiff,

- against -

AMAZON.COM INC.,

               Defendant.

21-cv-9321 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to obtain new counsel is extended to **December 7, 2025**.

SO ORDERED.
Dated:   New York, New York
          October 7, 2025

                                      John G. Koeltl
                                  United States District Judge