**GIBSON DUNN**

Christopher D. Belelieu
Partner
T: +1 212.351.3801
M: +1 347.949.1819
cbelelieu@gibsondunn.com

October 13, 2025

VIA ECF

The Honorable John G. Koeltl
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *GateGuard, Inc. v. Amazon.com, Inc.*, No. 21 Civ. 9321 (JGK) (VF)

Dear Judge Koeltl:

Pursuant to the Court's August 19, 2025 Order, ECF No. 288, we submit this status report on behalf of Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Logistics, Inc. (collectively, "Amazon").

This case has been stayed for almost fifteen months. Below is a brief summary of the relevant procedural steps over those fifteen months:

- On July 24, 2024, Judge Figueredo granted the parties' joint request for a discovery stay while the parties discussed a potential resolution of the matter. ECF No. 213. The parties' discussions were unsuccessful.

- On June 24, 2025, Plaintiff GateGuard, Inc.'s ("GateGuard") prior counsel, Eden Quainton, filed a motion to withdraw and indicated that the motion was opposed by GateGuard. *See* ECF Nos. 283; 285 ¶ 3.

- On July 22, Judge Figueredo ordered that an *ex parte* conference be held on August 14 to address Mr. Quainton's motion to withdraw. ECF No. 286.

- Following the August 14 conference, Judge Figueredo granted Mr. Quainton's motion to withdraw and directed GateGuard to retain new counsel by October 13, 2025. ECF No. 287.

- On August 19, this Court issued a stay pending the appearance of new counsel for GateGuard. ECF No. 288.

# GIBSON DUNN

The Honorable John G. Koeltl  
U.S. District Court for the Southern District of  
New York

October 13, 2025  
Page 2

- On October 6, GateGuard moved for an extension of sixty days to retain new counsel due to religious holidays and health issues that delayed the onboarding of counsel. ECF No. 289.

- On October 8, the Court granted GateGuard's request, extending its deadline to retain new counsel until December 7, 2025. ECF No. 290.

In addition to the below, the following items remain pending:

- Amazon's Motion to Dismiss, to Deny Class Certification, and to Strike Class Allegations, which was fully briefed as of November 27, 2024. *See* ECF Nos. 239, 252, 266.

- While most discovery has taken place in the case, Amazon has yet to take the deposition of GateGuard's founder and CEO, Ari Teman, which deposition was noticed on December 1, 2023 but was delayed several times.

- GateGuard's letter motion for discovery sanctions relating to an Amazon consultant having discarded a GateGuard device. ECF No. 123. (On July 25, 2024, Judge Figueredo ordered that "due to the stay to discovery deadlines granted at ECF No. 213, the Court will hold off on ruling on the motion for sanctions until the parties have had an opportunity to mediate their dispute. Accordingly, the Clerk of Court is directed to terminate the letter motion at ECF No. 123." ECF No. 215.).

- GateGuard must produce documents it improperly withheld on the basis of the attorney-client privilege. (On March 5, 2024, Judge Figueredo found that GateGuard waived this privilege by failing to timely provide a privilege log, *see* ECF No. 155 at 2, and on July 16, 2024, Judge Figueredo denied GateGuard's motion for reconsideration and ordered GateGuard to produce the documents by August 19, 2024, *see* ECF No. 210 at 2. On August 28, 2024, Judge Figueredo ruled that GateGuard need not make this production until the parties' discovery stay is lifted. ECF No. 232 at 2.)

\*       \*       \*

We are available at the Court's convenience to answer any questions the Court may have about the above.

# GIBSON DUNN

The Honorable John G. Koeltl  
U.S. District Court for the Southern District of  
New York

October 13, 2025  
Page 3

Respectfully submitted,

By: */s/ Christopher D. Belelieu*  
Christopher D. Belelieu

CC: Mr. Ari Teman (via registered mail)

## CERTIFICATE OF SERVICE

I, Christopher D. Belelieu, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 13th day of October, 2025, I caused copies of this STATUS REPORT to be served by registered mail and electronic mail to Mr. Ari Teman (ari@teman.com), CEO of Plaintiff GateGuard, Inc.

*/s/ Christopher D. Belelieu*
Christopher D. Belelieu