<div align="center">

**Eden P. Quainton**

**Quainton Law, PLLC**
2 Park Ave., 20th Fl.
New York, NY 10016
245 Nassau St.
Princeton, NJ 08540

---

Telephone (212) 419-0575, (609) 356-0526
Cell: (202) 360-6296
Eden.quainton@quaintonlaw.net

</div>

October 16, 2025

**VIA ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

<div align="center">

Re: *GateGuard, Inc. v. Amazon,com, Inc. et al., 21-cv-9321*
*Order on Motion to Withdraw*

</div>

Dear Judge Figueredo,

  I am the former counsel to Plaintiff GateGuard Inc., ("Plaintiff" or "GateGuard") in the above captioned-action. On August 14, 2025, following a hearing with Mr. Ari Teman, the CEO of GateGuard, your Honor granted my motion to withdraw as counsel for GateGuard. Your Honor provided GateGuard with 60 days to obtain new counsel and directed GateGuard to report back to the Court by October 13 if it had been unable to obtain counsel. *See* Exhibit A - Dkt. 287. I am currently in the process of seeking to withdraw as counsel for GateGuard in a separate matter. In reviewing my files for that case, I checked the docket in this case, and after double-checking my files, it appears I did not forward a copy of the attached order to Mr. Teman as directed. I sincerely apologize for this oversight and I would respectfully request that the Court not take any action adverse to GateGuard as a result of my oversight. I can represent to the Court that I have cooperated to the best of my ability with GateGuard in seeking replacement counsel, but I do not know the status of any discussions GateGuard has had with potential new counsel.

  I would be happy to provide any additional information or respond to any additional questions should the Court so require.

  I thank your Honor for your courtesies in this matter.

<div style="margin-left: 50%;">

Respectfully submitted,

*Eden P. Quainton*
Eden P. Quainton

</div>

cc: Mr. Ari Teman – via email, ateman@gmail.com

2