UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GATEGUARD, INC.,

                Plaintiff,        21-cv-9321 (JGK)

   - against -                         ORDER

AMAZON.COM, INC., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on the motion to dismiss, ECF No. 239, on **Wednesday, January 14, 2026, at 3:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.
Dated:    New York, New York
          December 16, 2025

                                                  John G. Koeltl
                                      United States District Judge