UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GATEGUARD, INC.,

                    Plaintiff,              21-cv-9321 (JGK)

        - against -                          ORDER

AMAZON.COM, INC.,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

On December 29, 2025, the plaintiff requested an adjournment of the oral argument on the defendant's pending motion to dismiss, currently scheduled for January 14, 2026. Oral argument is **adjourned** to **Friday, January 23, 2025, at 4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
          January 5, 2026

                                  _____
                                       John G. Koeltl
                                  United States District Judge