# FRYMAN · PC
## Attorneys · at · Law

David Yeger
dyeger@frymanpc.com

January 15, 2026

**VIA ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
500 Pearl Street
New York, NY 10007

> Re:   *GateGuard, Inc. v. Amazon.com, Inc.*
>       Case No. 21 Civ. 9321 (JGK) (VF)

Your Honor,

We are newly retained counsel for plaintiff GateGuard, Inc., having filed an appearance in this action on December 7, 2025. On December 17, 2025, the Court scheduled oral argument on Defendant's pending motion to dismiss for January 14, 2026 (Dkt. 294). We subsequently requested an adjournment on consent of that date noting our new involvement in the matter (Dkt. 295). The Court thereafter adjourned oral argument to Friday, January 23, 2026 at 4:30 p.m. We are writing to request that the Court adjourn that date based on my Sabbath observance. I would further respectfully request that the Court not advance that date to earlier in the day or that week, as I will be away on a family vacation. We respectfully propose any time during the week of January 26 (except Friday afternoon) or February 2, 4, or the afternoon of February 3. This is the second request to adjourn this appearance and we have conferred with Defendant's counsel, who has consented to this request. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ David Yeger*

David Yeger

cc:   All counsel (via ECF)

*Motion hearing adjourned to 1/29/26 at 4:00 p.m. So ordered.*

*1/16/26   John G. Koeltl, U.S.D.J.*

10 East Merrick Road, Ste 304 ♦ Valley Stream, NY 11580 ♦ T. (516) 714-4147 ♦ F. (518) 670-0017 ♦ frymanpc.com