UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br> AMAZON.COM SERVICES, INC., <br> AMAZON.COM SERVICES, LLC, <br> AMAZON LOGISTICS, INC., <br> RING LLC. <br><br> Defendants. | Case No. 21 Civ. 9321 (JGK) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned respectfully enters her appearance as counsel for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Logistics, Inc., and Ring LLC, and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendants. The undersigned is admitted to practice before this Court.

Dated: New York, New York

January 27, 2026

Respectfully submitted,

By: /s/ *Rachel Katzin*
     Rachel Katzin

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: 212.351.4000
E-mail: rkatzin@gibsondunn.com

*Attorney for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Logistics, Inc., and Ring LLC*