```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------
GATEGUARD, INC.,
                           Plaintiff,            21-cv-9321 (JGK)

           - against -                           ORDER

AMAZON.COM INC., ET AL.,
                           Defendants.
-----------------------------------------------------------

JOHN G. KOELTL, District Judge:

   The Court has considered all of the parties' arguments. To the extent not specifically addressed, those arguments are either moot or without merit. For the reasons stated on the record today, Amazon's motion to dismiss Counts VI and VII is **denied**. Amazon's motion to dismiss Count XI is **granted without prejudice** to GateGuard's ability to file an amended complaint that pleads class claims in separate counts in compliance with Federal Rule of Civil Procedure 10(b) within twenty-one (21) days. If no amended complaint is filed within twenty-one (21) days, the dismissal of Count XI will be with prejudice. Amazon's motion to deny class certification and strike class allegations is **denied as moot**.

The Clerk is directed to close all pending motions in this case.

SO ORDERED.
Dated:   New York, New York
         January 29, 2026

_____
John G. Koeltl
United States District Judge