UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GATEGUARD, INC.,

                              Plaintiff,

        -against-

AMAZON.COM, INC. et al.,

                              Defendants.
------------------------------------------------------------------X

21-CV-9321 (JGK) (VF)

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      As discussed at today's conference, GateGuard has until **<u>March 30, 2026</u>** to produce the previously withheld documents over which the Court concluded that GateGuard had waived any assertion of privilege. Additionally, by **<u>February 26, 2026,</u>** the parties are directed to submit a revised case management plan with a proposed briefing schedule for GateGuard's class certification motion.

      **SO ORDERED.**

DATED:    New York, New York
               February 11, 2026

                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge