UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

GATEGUARD, INC.,

                    Plaintiff,

    -against-

AMAZON.COM, INC.,
AMAZON.COM SERVICES, INC.,
AMAZON.COM SERVICES, LLC,
AMAZON LOGISTICS, INC.,
RING LLC.

                    Defendants.

---------------------------------------------------------------x

Case No. 21 Civ. 9321 (JGK)(VF)

## DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000

*Counsel for Defendants*
*Amazon.com, Inc., Amazon.com*
*Services LLC, Amazon Logistics,*
*Inc., and Ring LLC*

Pursuant to Rules 7 and 8 of the Federal Rules of Civil Procedure, and the Revised Joint Case Management Plan of February 27, 2026, ECF No. 307, Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Logistics, Inc., and Ring LLC (collectively, "Amazon" or "Defendants"), by and through their undersigned counsel, hereby answer and assert defenses to the claims and allegations made by Plaintiff GateGuard, Inc. ("Plaintiff" or "GateGuard") in its Second Amended Complaint dated August 19, 2024, ECF No. 223 (the "SAC").[1]

## GENERAL DENIAL AND RESERVATION OF RIGHTS

Amazon denies any and all liability under the causes of action asserted in the SAC.

The SAC includes argumentative, unnumbered section headings to which no response is required; to the extent a response is required, such allegations are denied.

The SAC contains allegations pertaining to (a) claims dismissed with prejudice from GateGuard's First Amended Complaint, *see* ECF No. 30, and (b) a class-action claim (Count XI) that is now dismissed with prejudice from the SAC, *see* ECF Nos. 300 & 307.  No response to these allegations is required; to the extent a response is required, such allegations are denied.

Except as specifically admitted, Amazon denies each and every allegation in the SAC, including without limitation the headings, footnotes, charts, and images contained within the SAC.

Amazon respectfully reserves the right to amend and supplement this Answer as information becomes available and as may be necessary.

## RESPONSES TO INDIVIDUAL PARAGRAPHS

Amazon hereby answers the individual paragraphs in the SAC.  Where the SAC contains paragraph numbering errors—the SAC repeats paragraph numbers 3, 32–42, 113–114, and 120,

---

[1] Defendant "Amazon.com Services, Inc.," named in the SAC, no longer exists.

and contains no paragraph 99 or 119—Amazon answers the paragraphs in the order in which they appear in the SAC, using designations such as "first Paragraph 3" and "second Paragraph 3" to clarify the paragraph to which it responds.

### INTRODUCTION

1.    Amazon denies the allegations in Paragraph 1.

2.    Amazon denies the allegations in first Paragraph 3.

3.    Amazon denies the allegations in Paragraph 2.

4.    Amazon denies the allegations in second Paragraph 3.

5.    Amazon admits that GateGuard "sells" an internet-enabled intercom device to multi-tenant apartment buildings and otherwise denies the remaining allegations in Paragraph 4.

6.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

7.    Amazon denies the allegation in Paragraph 6 that GateGuard "offer[s] unique features" to building managers and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 6 concerning GateGuard's offerings and features.

8.    Amazon denies the allegation in Paragraph 7 that GateGuard "constitutes a valuable repository of client data of great interest to a business such as Amazon" and otherwise Amazon lacks knowledge or information sufficient to form a belief as to the truth of the balance of the allegations in Paragraph 7 concerning GateGuard's product offerings and features.

9.    Amazon admits the allegation in Paragraph 8 that Amazon obtained a physical device sold by GateGuard to one of Amazon's channel partners and otherwise denies the remaining allegations in Paragraph 8.

2

10. Amazon denies the allegations in Paragraph 9 that GateGuard's system was "uniquely designed" and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 9 concerning GateGuard's product offerings and features.

11. Amazon admits the allegation in Paragraph 10 that Amazon "caused the GateGuard device to be acquired by one of its channel partners" and otherwise denies the balance of the allegations in Paragraph 10.

12. Amazon denies the allegations in Paragraph 11.

13. Amazon admits the allegation in Paragraph 12 that the Ring Intercom device was launched in Europe in 2022, and that Kaushik Mani is the current Vice President of Amazon Key and Ring SMB, and otherwise denies the remaining allegations in Paragraph 12.

14. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

15. Amazon denies the allegations in Paragraph 14.

16. Amazon denies the allegations in Paragraph 15.

17. Amazon admits the allegation in Paragraph 16 that a meeting occurred in October 2020 between GateGuard founder Ari Teman and Amazon personnel, and otherwise denies the remaining allegations in Paragraph 16.

18. Amazon admits the allegation in Paragraph 17 that Ring LLC is a subsidiary of Amazon.com Services LLC, and otherwise denies the remaining allegations in Paragraph 17.

19. Amazon denies the allegations in Paragraph 18.

20. Amazon denies the allegations in Paragraph 19.

21.     Paragraph 20 contains a statement of law to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 20.

22.     Amazon denies the allegations in Paragraph 21.

23.     Amazon denies the allegations in Paragraph 22.

24.     Amazon admits the allegation in Paragraph 23 that, starting in October 2020, GateGuard complained to Amazon about alleged "unauthorized installations" of Amazon's Key for Business devices at locations where GateGuard devices were also installed, and otherwise denies the remaining allegations in Paragraph 23.

25.     Amazon denies the allegations in Paragraph 24.

26.     Amazon admits the allegation in Paragraph 25 that Amazon instructed one of its channel partners to purchase a GateGuard device and otherwise denies the remaining allegations of Paragraph 25.

27.     Amazon admits the allegation in Paragraph 26 that GateGuard brought this lawsuit. Paragraph 26 also contains legal conclusions concerning Amazon's purported "illegal conduct," to which no response is required.  To the extent a response is required, Amazon denies the allegations.  Amazon otherwise denies the remaining allegations in Paragraph 26.

## THE PARTIES

28.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 27.

29.     Amazon admits the allegations in Paragraph 28.

30.     Amazon denies the allegations in Paragraph 29.  Defendant Amazon.com Services, Inc. no longer exists and is now known as Amazon.com Services LLC.

31.     Amazon admits the allegations in Paragraph 30.

32.    Amazon denies the allegation in Paragraph 31 that Amazon Logistics, Inc. is a Washington State corporation.  Amazon admits that Amazon Logistics, Inc. has a principal place of business at 410 Terry Avenue North, Seattle, WA 98109.

33.    Amazon admits the allegations in first Paragraph 32 that Kaushik Mani is the current Vice President of Amazon Key and Ring SMB, and otherwise denies the remaining allegations in first Paragraph 32.

34.    First Paragraph 33 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in first Paragraph 33.

## JURISDICTION AND VENUE

35.    Amazon admits the allegations in first Paragraph 34.

36.    Amazon admits the allegations in first Paragraph 35.

37.    First Paragraph 36 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon admits that this Court has personal jurisdiction over Amazon.

38.    First Paragraph 37 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon admits that venue is proper in this District.

## FACTUAL BACKGROUND

39.    First Paragraph 38 contains legal conclusions to which no response is required.  In addition, first Paragraph 38 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required.  To the extent a response is required, Amazon denies the allegations in first Paragraph 38.

40.    First Paragraph 39 contains legal conclusions to which no response  is required.  In addition, first Paragraph 39 contains allegations pertaining to claims that were dismissed with

5

prejudice by this Court, to which no response is required. To the extent a response is required, Amazon denies the allegations in first Paragraph 39. To the extent a response is required to the image included in first Paragraph 39, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable image of what Plaintiff claims it to be.

41.     First Paragraph 40 contains legal conclusions to which no response is required. In addition, first Paragraph 40 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. First Paragraph 40 purports to characterize the contents of a report of the House of Representatives' Subcommittee on Antitrust, Commercial and Administrative Law in part and out of context, and Amazon refers to that document, which speaks for itself, for a true and accurate account of its contents. To the extent a response is required, Amazon admits that Amazon operates a frequently visited website for e-commerce and otherwise denies the remaining allegations in the first Paragraph 40.

42.     Amazon denies the allegations in the first Paragraph 41.

43.     First Paragraph 42 contains legal conclusions to which no response is required. In addition, First Paragraph 42 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. To the extent a response is required, Amazon admits that Amazon makes certain deliveries through Amazon Logistics, Inc., and that Amazon Logistics, Inc. is an indirect, wholly owned subsidiary of Amazon.com, Inc., and otherwise denies that Amazon Logistics, Inc. was founded in 2016. First Paragraph 42 purports to characterize the contents of a report located at the link in footnote 3 in part and out of context, and Amazon refers to that document, which speaks for itself, for a true and accurate account of its contents. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in first Paragraph 42. To the extent a response is required to the images in

first Paragraph 42, Amazon lacks knowledge or information sufficient to form a belief as to whether they are authentic, reliable images of what Plaintiff claims them to be.

44. Second Paragraph 32 contains legal conclusions to which no response is required. In addition, second Paragraph 32 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. Second Paragraph 32 purports to characterize the contents of a report of the House of Representatives' Subcommittee on Antitrust, Commercial and Administrative Law in part and out of context, and Amazon refers to that document, which speaks for itself, for a true and accurate account of its contents. To the extent a response is required, Amazon denies the allegations in second Paragraph 32.

45. Second Paragraph 33 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. To the extent a response is required, Amazon denies that Amazon Logistics, Inc. was created in 2016. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in second Paragraph 33, which purport to quote from an uncited report by "industry analyst Mordor Intelligence."

46. Second Paragraph 34 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in second Paragraph 34 relating to UPS, FedEx, and the U.S. Postal Service. To the extent a response is required, Amazon denies the allegations in the second Paragraph 34.

47. Second Paragraph 35 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. Second Paragraph 35 purports to characterize a publication of the U.S. census, and Amazon refers to that publication, which speaks

for itself, for a true and accurate account of its contents. To the extent a response is required, Amazon denies the allegations in second Paragraph 35.

48.     Second Paragraph 36 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. To the extent a response is required, Amazon denies the allegations in second Paragraph 36.

49.     Second Paragraph 37 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. In addition, second Paragraph 37 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in the second Paragraph 37.

50.     Second Paragraph 38 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. In addition, second Paragraph 38 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in second Paragraph 38.

51.     Second Paragraph 39 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. To the extent a response is required, Amazon denies the allegations in the second Paragraph 39.

52.     Amazon lacks knowledge or information sufficient to form a belief as to the allegations in second Paragraph 40.

53.     Second Paragraph 41 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. In addition, second Paragraph 41 contains legal conclusions to which no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the allegations in second Paragraph 41.

54.    Second Paragraph 42 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required.  In addition, second Paragraph 42 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in second Paragraph 42.

55.    Paragraph 43 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required.  In addition, Paragraph 43 contains legal conclusions, to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 43.

56.    Paragraph 44 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required.  In addition, Paragraph 44 contains legal conclusions to which no response is required.  Amazon otherwise admits that it operates the Key for Business ("KfB") program, and that it introduced the KfB program in 2019, and denies the remaining allegations in Paragraph 44.

57.    Amazon admits the allegation in Paragraph 45 that the KfB technology may be compatible with existing access systems, that KfB can be remotely controlled to open a building door, and that only during a time-limited entry window triggered by a delivery request, package deliverers verified by Amazon can use KfB to obtain access to the building.  Amazon otherwise denies the remaining allegations in Paragraph 45.

58.    Paragraph 46 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required.  In addition, Paragraph 46 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 46.

59.     Paragraph 47 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required.  In addition, Paragraph 47 contains legal conclusions to which no response is required.  Paragraph 47 purports to characterize the contents of the GateGuard Service Agreement in part and out of context, and Amazon refers to that document, which speaks for itself, for a true and accurate account of its contents.  To the extent a response is required, Amazon denies the allegations in Paragraph 47.

60.     Paragraph 48 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 48.  To the extent a response is required to the photograph in Paragraph 48, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable photograph of what Plaintiff claims it to be.

61.     Paragraph 49 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required.  In addition, Paragraph 49 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 49.

62.     Paragraph 50 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 50.

63.     Paragraph 51 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 51.

64.     Paragraph 52 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required.  To the extent a response is required,

Amazon denies the allegations in Paragraph 52. To the extent a response is required to the chart in Paragraph 52, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable chart of what Plaintiff claims it to be.

65. Amazon admits the allegation in Paragraph 53 that by using KfB, package deliverers verified by Amazon can more efficiently and securely deliver packages. Amazon lacks knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 53.

66. Paragraph 54 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. Amazon admits that by using KfB, package deliverers verified by Amazon can more efficiently and securely deliver packages, and that KfB offers the potential for certain trusted third-party delivery providers to use the KfB technology. Amazon otherwise denies the remaining allegations in Paragraph 54.

67. Paragraph 55 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 55.

68. Amazon denies the allegations in Paragraph 56. To the extent a response is required to the screenshot included in Paragraph 56, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable image of what Plaintiff claims it to be.

69. Paragraph 57 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 57.

70.     Paragraph 58 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 58.

71.     Paragraph 59 contains legal conclusions to which no response is required. Paragraph 59 purports to characterize the contents of Amazon's January 7, 2019 press release in part and out of context, and Amazon refers to that document, which speaks for itself, for a true and accurate account of its contents.  To the extent a response is required, Amazon denies the allegations in Paragraph 59.

72.     Paragraph 60 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 60.

73.     Amazon denies the allegations in Paragraph 61.

74.     Paragraph 62 purports to characterize the contents of a portion of Amazon's website in part and out of context, and Amazon refers to that document, which speaks for itself, for a true and accurate account of its contents.  Amazon admits that KfB works with most call boxes, buzzers, key pads, and other building access systems, and that KfB does not disrupt the way residents access properties.  Amazon otherwise denies the remaining allegations in Paragraph 62.

75.     Amazon denies the allegations in Paragraph 63.

76.     Amazon denies the allegations in Paragraph 64.

77.     Amazon denies the allegations in Paragraph 65.  To the extent a response is required to the video linked in Paragraph 65, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable video link of what Plaintiff claims it to be.

78.     Paragraph 66 purports to characterize the contents of a YouTube video in part and out of context, and Amazon refers to that video, which speaks for itself, for a true and accurate account of its contents. To the extent a response is required to the video screenshots contained in Paragraph 66, Amazon lacks knowledge or information sufficient to form a belief as to whether they are authentic, reliable images of what Plaintiff claims them to be. Amazon denies the remaining allegations in Paragraph 66.

79.     Paragraph 67 purports to characterize the contents of the YouTube video in part and out of context, and Amazon refers to that video, which speaks for itself, for a true and accurate account of its contents. Amazon denies the remaining allegations in Paragraph 67.

80.     Amazon denies the allegations in Paragraph 68.

81.     Amazon denies the allegations in Paragraph 69.

82.     Paragraph 70 purports to characterize the contents of the YouTube video in part and out of context, and Amazon refers to that video, which speaks for itself, for a true and accurate account of its contents. To the extent a response is required to the video screenshot contained in Paragraph 70, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable image of what Plaintiff claims it to be. Amazon otherwise denies the remaining allegations in Paragraph 70.

83.     Amazon denies the allegations in Paragraph 71.

84.     Amazon denies the allegations in Paragraph 72.

85.     Amazon denies the allegations in Paragraph 73.

86.     Paragraph 74 purports to characterize the contents of Amazon promotional materials in part and out of context, and Amazon refers to those documents, which speak for themselves, for a true and accurate account of their contents. To the extent a response is required

to the image contained in Paragraph 74, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable image of what Plaintiff claims it to be. Amazon denies the remaining allegations in Paragraph 74.

87.    Amazon denies the allegations in Paragraph 75.

88.    Amazon denies the allegations in Paragraph 76.

89.    Paragraph 77 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 77.

90.    Paragraph 78 purports to characterize the contents of Amazon promotional materials in part and out of context, and Amazon refers to those documents, which speak for themselves, for a true and accurate account of their contents.  To the extent any response is required, Amazon denies the allegations in Paragraph 78.  To the extent a response is required to the images contained in Paragraph 78, Amazon lacks knowledge or information sufficient to form a belief as to whether they are authentic, reliable images of what Plaintiff claims them to be.

91.    Paragraph 79 purports to characterize the contents of Amazon promotional materials in part and out of context, and Amazon refers to those documents, which speak for themselves, for a true and accurate account of their contents.  To the extent a response is required, Amazon denies the allegations in Paragraph 79.  To the extent a response is required to the image contained in Paragraph 79, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable image of what Plaintiff claims it to be.

92.    Amazon denies the allegations in Paragraph 80.

93.    Amazon denies the allegations in Paragraph 81.

94.    Amazon denies the allegations in Paragraph 82.

14

95.    Amazon denies the allegations in Paragraph 83.  To the extent a response is required to the images contained in Paragraph 83, Amazon lacks knowledge or information sufficient to form a belief as to whether they are authentic, reliable image of what Plaintiff claims them to be.

96.    Amazon denies the allegations in Paragraph 84.

97.    Amazon denies the allegations in Paragraph 85.  To the extent a response is required to the image contained in Paragraph 85, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable image of what Plaintiff claims it to be.

98.    Amazon denies the allegations of Paragraph 86.

99.    Amazon lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 87 concerning the GateGuard device's technical specifications. Paragraph 87 purports to characterize the contents of GateGuard's Terms and Conditions as found on its website, and Amazon refers to that document, which speaks for itself, for a true and accurate account of its contents.  In addition, Paragraph 87 contains legal conclusions concerning the bindingness of GateGuard's Terms of Service, to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 87.

100.    Paragraph 88 contains legal conclusions to which no response is required.  In addition, Paragraph 88 relates to claims dismissed with prejudice by this Court, to which no response is required.  Amazon denies that GateGuard's technology is kept secret from its competitors.  Amazon also denies that the purported configuration of GateGuard's intercom's motherboard, the placement and type of electronic circuitry and other components used, the insulation resistance between circuits, the voltages at which the device operates, the mechanisms of internet connectivity and the antennae used, the inner casing of the intercom, its system of wall-mounting and hinges, its waterproofing design, and its custom-designed cables are proprietary to

15

GateGuard or unique in the industry.  Amazon also denies that it has broken into a GateGuard box and that it has, or has attempted to, steal or damage GateGuard's technology.  Amazon lacks knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 88.

101.    Amazon denies the allegations in Paragraph 89.

102.    Amazon lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 90.  To the extent a response is required to the image contained in Paragraph 90, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable image of what Plaintiff claims it to be.

103.    Paragraph 91 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 91.

104.    Paragraph 92 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 92 and the accompanying footnote.

105.    Paragraph 93 contains legal conclusions to which no response is required.  Paragraph 93 purports to characterize the contents of GateGuard's Service Agreement as found on its website, and Amazon refers to that document, which speaks for itself, for a true and accurate account of its contents.  To the extent a response is required, Amazon denies the allegations in Paragraph 93.

106.    Paragraph 94 purports to characterize the contents of GateGuard's Service Agreement as found on its website, and Amazon refers to that document, which speaks for itself, for a true and accurate account of its contents.  To the extent a response is required, Amazon denies the allegations in Paragraph 94.

16

107. Paragraph 95 contains legal conclusions to which no response is required. Paragraph 95 purports to characterize the contents of GateGuard's Service Agreement as found on its website, and Amazon refers to that document, which speaks for itself, for a true and accurate account of its contents. To the extent a response is required, Amazon denies the allegations in Paragraph 95.

108. Paragraph 96 contains legal conclusions to which no response is required. Paragraph 96 purports to characterize the contents of GateGuard's Service Agreement as found on its website, and Amazon refers to that document, which speaks for itself, for a true and accurate account of its contents. To the extent a response is required, Amazon denies the allegations in Paragraph 96.

109. Paragraph 97 contains legal conclusions to which no response is required. Paragraph 97 purports to characterize the contents of GateGuard's Privacy Policy as found on its website, and Amazon refers to that document, which speaks for itself, for a true and accurate account of its contents. To the extent a response is required, Amazon denies the allegations in Paragraph 97.

110. Paragraph 98 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 98.

111. The SAC contains no Paragraph 99.

112. Paragraph 100 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 100.

113. Amazon lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 101 relating to purported actions by property managers against GateGuard

17

or the status of GateGuard's reputation in the industry. Amazon otherwise denies the remaining allegations in Paragraph 101.

114. Amazon denies the allegations in Paragraph 102. To the extent a response is required to the image contained in Paragraph 102, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable image of what Plaintiff claims it to be.

115. Amazon denies the allegations in Paragraph 103.

116. Amazon denies the allegations in Paragraph 104.

117. Amazon denies the allegations in Paragraph 105. To the extent a response is required to the image in Paragraph 105, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable image of what Plaintiff claims it to be.

118. Amazon denies the allegations in Paragraph 106. To the extent a response is required to the image contained in Paragraph 106, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable image of what Plaintiff claims it to be.

119. Amazon lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 107 relating to whether building management discussed a certain KfB installation with GateGuard. Amazon otherwise denies the balance of the allegations in Paragraph 107.

120. Paragraph 108 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 108.

121. Amazon denies the allegations in Paragraph 109.

122. Amazon denies the allegations in Paragraph 110.

123.    Amazon denies the allegations in Paragraph 111.  To the extent a response is required to the photograph contained in Paragraph 111, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable photograph of what Plaintiff claims it to be.

124.    Amazon denies the allegations in Paragraph 112.  To the extent a response is required to the photograph in Paragraph 112, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable photograph of what Plaintiff claims it to be.

125.    First Paragraph 113 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in first Paragraph 113.

126.    Amazon denies the allegations in first Paragraph 114.  To the extent a response is required to the photograph in first Paragraph 114, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable photograph of what Plaintiff claims it to be.

127.    Amazon denies the allegations in second Paragraph 113.

128.    Amazon lacks knowledge or information sufficient to form a belief as to the allegations in second Paragraph 114.

129.    Amazon admits that the FCC ID "2AVOC" along with the product code "KFBLORA" returns "Amazon.com Services, Inc." as the "Applicant Name" in the FCC ID Search Form located at https://www.fcc.gov/oet/ea/fccid.  Amazon otherwise denies the remaining allegations in Paragraph 115.  To the extent a response is required to the image contained in Paragraph 115, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable image of what Plaintiff claims it to be.

130.    Paragraph 116 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 116.  To the extent a response is required to the photographs and video links in Paragraph 116, Amazon lacks knowledge or information sufficient to form a belief as to whether they are authentic, reliable photographs or video links of what Plaintiff claims them to be.

131.    Paragraph 117 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 117.  To the extent a response is required to the photographs and video links referenced in Paragraph 117, Amazon lacks knowledge or information sufficient to form a belief as to whether they are authentic, reliable photographs or video links of what Plaintiff claims them to be.

132.    Amazon lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 118.  To the extent a response is required to the images mentioned in Paragraph 118, Amazon lacks knowledge or information sufficient to form a belief as to whether they are authentic, reliable images of what Plaintiff claims them to be.

133.    The SAC contains no Paragraph 119.

134.    Amazon denies the allegations in first Paragraph 120.

135.    Amazon denies the allegations in Paragraph 121.

136.    Amazon denies the allegations in Paragraph 122.

137.    Amazon denies the allegations in Paragraph 123.  To the extent a response is required to the images contained in Paragraph 123, Amazon lacks knowledge or information sufficient to form a belief as to whether they are authentic, reliable images of what Plaintiff claims them to be.

138. Paragraph 124 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. In addition, Paragraph 124 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 124.

139. Paragraph 125 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. In addition, Paragraph 125 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 125.

140. Amazon denies the allegations in Paragraph 126.

141. Amazon denies the allegations in Paragraph 127.

142. Amazon denies the allegations in Paragraph 128.

143. Amazon denies the allegations in Paragraph 129.

144. Amazon admits that GateGuard first contacted Amazon in October of 2020 and otherwise denies the remaining allegations in Paragraph 130.

145. Amazon denies the allegations in Paragraph 131.

146. Amazon denies the allegations in Paragraph 132.

147. Amazon denies the allegations in Paragraph 133.

148. Amazon denies the allegations in Paragraph 134.

149. Paragraph 135 contains legal conclusions to which no response is required. To the extent a response is required, Amazon admits that a third party, Clear Home, Inc., placed orders for the purchase of GateGuard devices for Amazon to test their compatibility with KfB. Amazon otherwise denies the remaining allegations in Paragraph 135.

150. Amazon admits that it instructed Clear Home, Inc. to deliver one GateGuard device to a building located in Sunnyvale, CA and a second to an Amazon office in Las Vegas, and denies the remaining allegations in Paragraph 136.

151. Amazon admits that one GateGuard device was acquired by Amazon and otherwise denies the remaining allegations in Paragraph 137.

152. Amazon denies the allegations in Paragraph 138.

153. Amazon denies the allegations in Paragraph 139.

154. Amazon denies the allegations in Paragraph 140.

155. Amazon denies the allegations in Paragraph 141.

156. Amazon denies the allegations in Paragraph 142.  To the extent a response is required to the photograph contained in Paragraph 142, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable photograph of what Plaintiff claims it to be.

157. Amazon lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 143.

158. To the extent a response is required to the photograph that comprises Paragraph 144, Amazon lacks knowledge or information sufficient to form a belief as to whether it is an authentic, reliable photograph of what Plaintiff claims it to be.

159. Amazon lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 145.

160. Amazon lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 146.  To the extent a response is required to the images contained in

22

Paragraph 146, Amazon lacks knowledge or information sufficient to form a belief as to whether they are authentic, reliable images of what Plaintiff claims them to be.

161. Amazon denies the allegations in Paragraph 147. To the extent a response is required to the images contained in Paragraph 147, Amazon lacks knowledge or information sufficient to form a belief as to whether they are authentic, reliable images of what Plaintiff claims them to be.

162. Paragraph 148 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. In addition, Paragraph 148 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 148.

163. Paragraph 149 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. In addition, Paragraph 149 contains legal conclusions to which no response is required. Paragraph 149 purports to characterize the contents of a report of the House of Representatives' Subcommittee on Antitrust, Commercial and Administrative Law in part and out of context, and Amazon refers to that document, which speaks for itself, for a true and accurate account of its contents. To the extent a response is required, Amazon denies the allegations in Paragraph 149.

164. Paragraph 150 contains allegations pertaining to claims that were dismissed with prejudice by this Court, to which no response is required. Paragraph 150 contains legal conclusions to which no response is required. Paragraph 150 purports to characterize the contents of a publication of Reuters in part and out of context, and Amazon refers to that document, which speaks for itself, for a true and accurate account of its contents. To the extent a response is required, Amazon denies the allegations in Paragraph 150.

23

165.     Amazon denies the allegations in Paragraph 151.

## CAUSES OF ACTION

## COUNT I

**COMPUTER FRAUD AND ABUSE ACT (18 U.S.C. § 1030 *et seq.*)**
**(AS TO ALL DEFENDANTS)**

166.     Amazon incorporates by reference its responses to Paragraphs 1 through 151 as if fully set forth herein.

167.     Paragraph 153 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 153.

168.     Paragraph 154 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 154.

169.     Paragraph 155 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 155.

170.     Paragraph 156 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 156.

171.     Paragraph 157 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 157.

172.     Paragraph 158 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 158.

173.     Paragraph 159 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 159.

## COUNT II

### TORTIOUS INTERFERENCE WITH CONTRACT UNDER NEW YORK LAW
### (AS TO ALL DEFENDANTS)

174. Amazon incorporates by reference its responses to Paragraphs 1 through 159 as if fully set forth herein.

175. Paragraph 161 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 161.

176. Paragraph 162 contains legal conclusions to which no response is required. To the extent a response is required Amazon denies the allegations in Paragraph 162.

177. Paragraph 163 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 163.

178. Paragraph 164 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 164.

## COUNT III

### TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE
### UNDER NEW YORK LAW
### (AS TO ALL DEFENDANTS)

179. Amazon incorporates by reference its responses to Paragraphs 1 through 164 as if fully set forth herein.

180. Paragraph 166 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 166.

181. Paragraph 167 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 167.

182. Paragraph 168 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 168.

25

183. Paragraph 169 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 169.

## COUNT IV

### TRESPASS TO CHATTELS UNDER NEW YORK LAW
### (AS TO ALL DEFENDANTS)

184. Amazon incorporates by reference its responses to Paragraphs 1 through 169 as if fully set forth herein.

185. Paragraph 171 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 171.

186. Paragraph 172 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 172.

## COUNT V

### CONVERSION
### (AS TO ALL DEFENDANTS)

187. Amazon incorporates by reference its responses to Paragraphs 1 through 172 as if fully set forth herein.

188. Paragraph 174 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 174.

189. Paragraph 175 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 175.

190. Paragraph 176 contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 176.

## COUNT VI

### MISAPPROPRIATION OF TRADE SECRETS UNDER NEW YORK LAW
### (AS TO ALL DEFENDANTS)

191.    Amazon incorporates by reference its responses to Paragraphs 1 through 176 as if fully set forth herein.

192.    Paragraph 178 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 178.

193.    Paragraph 179 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 179.

194.    Paragraph 180 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 180.

195.    Paragraph 181 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 181.

## COUNT VII

### VIOLATION OF THE DEFEND TRADE SECRETS ACT OF 2016,
### 18 U.S.C.A. § 183 *et seq.*)
### (AS TO ALL DEFENDANTS)

196.    Amazon incorporates by reference its responses to Paragraphs 1 through 181 as if fully set forth herein.

197.    Paragraph 183 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 183.

198.    Paragraph 184 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 184.

199.    Paragraph 185 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 185.

200.    Paragraph 186 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 186.

201.    Paragraph 187 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 187.

202.    Paragraph 188 contains legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 188.

**COUNT XI – CLASS CLAIM**[2]

**TRESPASS AND
CONVERSION TORTIOUS
INTERFERENCE WITH
PROSPECTIVE
ECONOMIC ADVANTAGE
(AS TO ALL DEFENDANTS)**

203.    Amazon incorporates by reference its responses to Paragraphs 1 through 188 as if fully set forth herein.

204.    No response is required for Paragraph 190 because Count XI has been dismissed with prejudice.  *See* ECF Nos. 300, 307.  To the extent a response is required, Amazon denies the allegations of Paragraph 190.

205.    No response is required for Paragraph 191 because Count XI has been dismissed with prejudice.  *See* ECF Nos. 300, 307.  To the extent a response is required, Amazon denies the allegations of Paragraph 191.

---

[2] There is no Count VIII–X in the SAC.

206.    No response is required for Paragraph 192 because Count XI has been dismissed with prejudice.  *See* ECF Nos. 300, 307.  To the extent a response is required, Amazon denies the allegations of Paragraph 192.

207.    No response is required for Paragraph 193 because Count XI has been dismissed with prejudice.  *See* ECF Nos. 300, 307.  To the extent a response is required, Amazon denies the allegations of Paragraph 193.

208.    No response is required for Paragraph 194 because Count XI has been dismissed with prejudice.  *See* ECF Nos. 300, 307.  To the extent a response is required, Amazon denies the allegations of Paragraph 194.

209.    No response is required for Paragraph 195 because Count XI has been dismissed with prejudice.  *See* ECF Nos. 300, 307.  To the extent a response is required, Amazon denies the allegations of Paragraph 195.

**CLASS REPRESENTATION ALLEGATIONS**

197.    No response is required for Paragraph 196 because GateGuard's putative class-action claim, set forth in Count XI, has been dismissed with prejudice.  *See* ECF Nos. 300, 307. To the extent a response is required, Amazon denies the allegations of Paragraph 196.

198.    No response is required for Paragraph 197 because GateGuard's putative class-action claim, set forth in Count XI, has been dismissed with prejudice.  *See* ECF Nos. 300, 307. To the extent a response is required, Amazon denies the allegations of Paragraph 197.

199.    No response is required for second Paragraph 120 because GateGuard's putative class-action claim, set forth in Count XI, has been dismissed with prejudice.  *See* ECF Nos. 300, 307.  To the extent a response is required, Amazon denies the allegations of second Paragraph 120.

29

200.    No response is required for Paragraph 198 because GateGuard's putative class-action claim, set forth in Count XI, has been dismissed with prejudice.  *See* ECF Nos. 300, 307. To the extent a response is required, Amazon denies the allegations of Paragraph 198.

201.    No response is required for Paragraph 199 because GateGuard's putative class-action claim, set forth in Count XI, has been dismissed with prejudice.  *See* ECF Nos. 300, 307. To the extent a response is required, Amazon denies the allegations of Paragraph 199.

202.    No response is required for Paragraph 200 because GateGuard's putative class-action claim, set forth in Count XI, has been dismissed with prejudice.  *See* ECF Nos. 300, 307. To the extent a response is required, Amazon denies the allegations of Paragraph 200.

## JURY DEMAND

Amazon denies that any of the claims asserted against it in the SAC are valid.

Amazon denies that Plaintiff is entitled to any of the relief sought in the "Wherefore" clause at pages 75 to 76 of the SAC.

## AMAZON'S DEFENSES

Without admitting any wrongful conduct on the part of Amazon, and without admitting that Plaintiff suffered any loss, damage, or injury, or is entitled to any relief sought in the SAC, Amazon states the following affirmative and/or other defenses.  By designating the following as affirmative defenses, Amazon does not in any way waive or limit any defenses that are or may be raised by its denials, allegations, and averments set forth herein.  To the extent that a defense asserted herein as an "Affirmative Defense" is an ordinary defense, Amazon does not intend to, and does not, assume any burden of proof, production, or persuasion that would not apply if such defense were not asserted herein.  Nothing stated herein is intended or shall be construed as an admission that any particular issue or subject matter is relevant to Plaintiff's allegations.  These

defenses are pleaded in the alternative, and are raised to preserve Amazon's rights to assert such defenses, and are without prejudice to its ability to raise other and further defenses.

## FIRST DEFENSE
### (Failure to State a Claim)

Plaintiff has failed to state a claim, in whole or in part, upon which relief may be granted.

## SECOND DEFENSE
### (Unclean Hands, Waiver, Estoppel)

Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, waiver, and/or estoppel.

## THIRD DEFENSE
### (Unjust Enrichment)

Plaintiff's claims for damages are barred, in whole or in part, to the extent an award of damages would result in unjust enrichment of Plaintiff.

## FOURTH DEFENSE
### (Statute of Limitations)

Plaintiff's claims for damages are barred, in whole or in part, by the statute of limitations.

## FIFTH DEFENSE
### (Adequate Remedy at Law)

Plaintiff's request for injunctive relief is barred in whole or in part by the existence of adequate remedies at law.

## SIXTH DEFENSE
### (Mitigation of Damages)

Plaintiff's claims for damages are barred, in whole or in part, by Plaintiff's failure to mitigate its damages.

## SEVENTH DEFENSE
### (Lack of Bases for Injunction)

31

Plaintiff's claims fail to the extent they seek injunctive relief against Amazon because there is no reasonable likelihood that Amazon will repeat any alleged violation.  Additionally, Plaintiff fails to allege facts and lacks evidence sufficient to support any granting of injunctive relief. Finally, Plaintiff's request for injunctive relief lacks the specificity required by Federal Rule of Civil Procedure 65.

### EIGHTH DEFENSE
### (Reasonable Care)

Plaintiff's claims are barred, in whole or in part, because Amazon did not know, and in the exercise of reasonable care could not have known, that any of its actions would have led to the harm alleged in the SAC.

### NINTH DEFENSE
### (Causation)

Plaintiff's claims are barred because any alleged conduct by Amazon was not the cause, in law or in fact, of any injury Plaintiff allegedly suffered, and Plaintiff's alleged losses were not actually or proximately caused by Amazon.

### TENTH DEFENSE
### (No Trade Secret)

Plaintiff's claims based on alleged misappropriation of trade secrets are barred under the laws of the United States of America and/or the State of New York because Plaintiff has failed to identify any specific, legally protected trade secrets.

### ELEVENTH DEFENSE
### (Not Secret)

Plaintiff's claims based on alleged misappropriation of trade secrets are barred under the laws of the United States of America and/or the State of New York because Plaintiff has not exercised reasonable or sufficient efforts to keep the information secret.

## TWELFTH DEFENSE
### (No Acquisition by Improper Means)

Plaintiff's claims based on alleged misappropriation of trade secrets are barred under the laws of the United States of America and/or the State of New York because Amazon did not acquire the alleged trade secrets by improper means.

## THIRTEENTH DEFENSE
### (No Independent Economic Value)

Plaintiff's claims based on alleged misappropriation of trade secrets are barred under the laws of the United States of America and/or the State of New York because the alleged trade secrets lack independent economic value.

## FOURTEENTH DEFENSE
### (Frivolous Claims)

Plaintiff's claims are frivolous, unreasonable, and groundless, and accordingly, Amazon should recover all attorneys' fees, costs, and expenses incurred in defending this action.

## ADDITIONAL DEFENSES AND COUNTERCLAIMS

Amazon reserves the right to raise any additional defenses, cross-claims, counterclaims, and third-party claims not asserted herein of which it may become aware through discovery or other investigation, as may be appropriate at a later time.

## AMAZON'S PRAYER FOR RELIEF

WHEREFORE, having fully answered the SAC, Amazon requests entry of judgment in its favor and against Plaintiff as follows:

a.  An order declaring that Plaintiff takes nothing on the claims asserted in the SAC against Amazon;

b.  A judgment dismissing with prejudice the remaining claims against Amazon in the SAC;

c.  A judgment awarding Amazon its costs, expenses, and reasonable attorneys' fees;

d.  An order denying Plaintiff recovery of any costs; and

e.  An order awarding Amazon any such other relief as the Court may deem just and proper.

Dated:  March 13, 2026

By:  */s/ Christopher D. Belelieu*

Christopher D. Belelieu
David P. Salant
Marc Aaron Takagaki
Rachel I. Katzin
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000

*Counsel for Defendants Amazon.com,
Inc., Amazon.com Services LLC, Amazon
Logistics, Inc., and Ring LLC*

34