Dear Mr. Teman and Mr. Fryman,

I am a former employee of both Ring and Latch. I have now worked with the Federal Trade Commission, the Securities and Exchange Commission, and even international agencies on matters relating to securities violations, antitrust violations and privacy and security issues at Latch, Ring, and Amazon. I was employed at Ring from 2017 to 2018, and Latch from 2021 to 2022.

As a market participant, I pride myself on creating products that compete on the merits. Unfortunately, this is not possible when you're competing with Ring Founder Jamie Siminoff and Amazon.[1]

In Amazon's quest to dominate the Internet of Things (IoT) infrastructure and create the world's largest network of connected devices, otherwise known as Amazon Sidewalk, they focused on different sub-markets, from routers to smart speakers, robovacuums, security devices, and in this case, access control.[2]

Gateguard first came up in my conversations with SEC attorneys in April of 2025, when Siminoff returned to Amazon. The Ring founder returned to Amazon to lead Ring for Business and Key for Business (among other endeavors), while still serving as an advisor to Latch, a competitor in the access control space. I flagged potential conflicts of interest, given that Siminoff potentially had control or "access to customer lists, roadmaps, financials, and strategy documents" of competitors in the access control space. I cited my experience with Siminoff as well as the Gateguard case as cause for concern. I also looped in the FTC, which has publicly addressed Ring's privacy issues and deceptive practices in its 2023 action, and the DOJ Antitrust division, which oversees criminal antitrust enforcement. According to recent SEC filings, Latch ended up terminating Siminoff's advisory services in May of 2025.[3]

As I told the agencies, I believe GateGuard is an unfortunate victim in this conspiracy to dominate, not just the access control market, but the Internet of Things IoT market as well. Elements include, but are not limited to, intellectual property theft, gun-jumping, predatory pricing, evidence destruction, an intentional disregard for security, and deceptive advertising. I have kept abreast of industry news including the GateGuard v. Amazon complaint, and wanted to pass along information to support your case.

The following information is thoroughly documented and has contributed to a congressional investigation into the acquisition of Ring, with an 11 page section in the House's report on Amazon's IoT ambitions, self-preferencing, predatory pricing & bundling, use of gatekeeper power, misuse of data and copying nascent competitors' technology.[4] It contributed to whistleblower protections for antitrust violation reporters via the Criminal Antitrust Antiretaliation Act of 2020. It contributed to enforcement action against Ring in the FTC's deceptive advertising and privacy lawsuit, FTC v. Ring, that resulted in a $5.8 million settlement, and it has also contributed to a multi-faceted SEC investigation into Latch. This

[1] Staff, SSI. "Amazon Pulls the Plug on Selling Nest Smart Devices, Worsening Feud with Google." *Security Sales & Integration*, 23 May 2018, www.securitysales.com/news/amazon-pulls-plug-nest-smart-devices-feud-google/
[2] Stoller, Matt. "How Wall Street Ruined the Roomba." 18 December 2025. https://www.thebignewsletter.com/p/how-wall-street-ruined-the-roomba
[3] Latch 2024 10-K, pp. 114. Filed 17 November 2025. https://app.quotemedia.com/data/downloadFiling?webmasterId=90423&ref=319555139&type=HTML&symbol=LTCH&companyName=Latch-Inc.&formType=10-K&formDescription=Annual+report+pursuant+to+Section+13+or+15%28d%29&dateFiled=2025-11-05
[4] "Investigation into Digital Markets."(pp. 256-265). Published July 2022. https://www.govinfo.gov/content/pkg/CPRT-117HPRT47832/pdf/CPRT-117HPRT47832.pdf

information was also sent to the EU Commission on November 24, 2023, just days before the EU Commission reversed course and objected to the iRobot deal[5].

I raised concerns about competition, compliance, and security internally at Ring, and I was silenced. Unfortunately, the misconduct at Ring didn't just affect me at Ring; it affected me at Latch as well. Over the years, I have built an antitrust case against Ring and Amazon and meticulously cataloged and archived all exchanges with Ring executives and Human Resources, Ring's outside counsel, the House Judiciary Committee, Lina Khan, the EU Commission, the FTC, DOJ-Antitrust division, SEC attorneys, and a plethora of other government agencies from 2018 to present. I firmly believe that much of my work, as well as Siminoff's, Ring's, and Amazon's conduct, is relevant to Gateguard's monopolization case.

### A History of Intellectual Property Theft

In 2017, Ring and Amazon co-invested in an IoT startup called Zonoff. Zonoff was on the verge of bankruptcy, and Ring quietly acquired them. This led to a lawsuit in the case of ADT v. Harris. In November of 2017, the judge in the case issued an injunction against Ring.[6]

I was hired in October of 2017 and reported directly to the Chief Product Officer. In November, I was told to book a last minute flight to the Ring Ukraine office. The judge had just issued an injunction and Jamie wanted to proceed with the Zonoff product. The Zonoff team was responsible for Ring Alarm. They couldn't use the employees or any requirements documentation. As a result, I was tasked with leading a Ukrainian IoT company, Ajax, to replicate the Ring Alarm product using Ajax hardware.

Teardowns are not unusual in the electronics industry. A teardown is the disassembly of a product to view the components. It reveals the internal layout and components, giving more insight into the costs and capabilities of products. It's commonplace amongst YouTubers and competitors alike. What I was tasked with doing, however, was far beyond a teardown. I personally ensured that the Ajax team received the Zonoff hardware in Ukraine and began working with the Ajax development team to bring it to market.[7] I was given the Zonoff hardware, screenshots of Zonoff's app experience,  API and infrastructure documents and asked to replicate the user experience with the Ajax team. The Ajax hardware wasn't running the Zonoff code, but the layouts gave insight into the technology and what was possible.

The executive team wanted to avoid discovery in the ADT lawsuit, so I was instructed to create a personal Telegram account to communicate with Ajax and executives. To transfer API keys, I was instructed by the CTO/Head of Infosec to create a personal Keybase account.

Ajax never finished the product. Ring settled with ADT to avoid the public embarrassment of a home security company stealing IP from another company, and Ring Alarm was put back on shelves. But the

---

[5] Chee, Foo Yun. *EU Commission Lawyers Initially Opposed Warning Amazon on Irobot Deal - Sources | Reuters*, 29 Nov. 2023, www.reuters.com/markets/deals/eu-commission-lawyers-initially-opposed-warning-amazon-irobot-deal-sources-2023-11-29/.
[6] Higginbotham, Stacey. "ADT Wins Temporary Injunction against Ring's New Security System - Stacey on IOT: Internet of Things News and Analysis." *Stacey on IoT | Internet of Things News and Analysis*, 3 Nov. 2017, staceyoniot.com/adt-wins-temporary-injunction-against-rings-new-security-system/.
[7] Telegram message with Ring Chief Product Officer Michael "Jason" Mitura, 16 November 2017. https://drive.google.com/file/d/1dUdc81A3pSju0Ysf-CbX8lQl6H_3Bdrm/view?usp=sharing

damage was done.[8] Even before the settlement, Ring was facing bankruptcy and the lawsuit scared off investors.[9] The news reported that the ADT settlement was $25 million – and Siminoff's recent book parrots that amount – but that number has never been confirmed. Internally, we were told it was over ten times that amount.

Siminoff had no choice but to sell Ring to Amazon. Unfortunately, his hatred and mistrust of Amazon in the months leading up to the acquisition was public.

### Gun-Jumping, Predatory Pricing & Siminoff's Concerns About Competing with Amazon

I sat in a room with my manager, Jason Mitura, general counsel, Leila Rouhi, COO Jon Irwin, and Yassi Shahmiri, head of Public Relations, frantically trying to wipe Siminoff's interviews off the Internet during the days of due diligence. With no money in the bank and no investors, Siminoff needed the sale to Amazon to clear.

The interviews were damning. A September 2017 interview recounted:

> "[Siminoff] said he works "very closely" with Amazon, but as CEO, it's his job to make sure he doesn't share any proprietary information that could potentially hurt his business. "To say Amazon will not compete with you is lunacy because they compete with everybody," he said. "They're like nuclear power. They are very, very powerful and you can get amazing, clean energy from them but there's also the possibility of getting human radiation if you're not careful.".[10]

In another interview from November 2017,

> "Siminoff doesn't just have strong words for his rivals over at Nest. He's not all that keen on Amazon's Key service either, which lets couriers unlock your front door. "Amazon is both an investor in Ring as well as a strong partner, so we have a lot of respect there but, in this instance with what they've done, I was never a fan of how this was put together," he explains. "I don't believe the seal around the home should ever be breached by a third-party company. No matter how many cameras you have and how much control you have over it, I just don't think it's a good idea. "To me it's backwards because Amazon is usually so thoughtful around scale and when you're doing like 50 million interactions a day, even if the smallest percentage – like 0.0001% goes wrong – that could be like five deaths a day!"[11]

The Ambient article ran on January 4, 2018, well into due diligence. The outlet would not retract the interview, but they did add a disclaimer that the interview took place in November of 2017. Siminoff would go on to lead Ring in 2019.

In the meantime, Amazon and Ring conspired to monopolize the IoT market and violated antitrust laws in the process. Ring had "jumped the gun" and produced roadmaps, pricing, and strategy documents for Amazon, one of their competitors. By March of 2018 - the month before the deal closed, Amazon already seemed to be calling the shots. Ring's priorities would change immediately following calls Siminoff had

---

[8] Jacobson, Julie. "Ring Reaches Settlement with ADT in Zonoff Lawsuit, plus Other Developments." *Security Sales & Integration*, 15 Jan. 2018, www.securitysales.com/news/ring-reaches-settlement-with-adt-in-zonoff-lawsuit-plus-other-developments/69074/.

[9] Schleifer, Theodore. "Here's How a Lawsuit against Ring Scuttled One Deal a Few Months before Amazon Bought It." *Vox*, Vox, 3 Mar. 2018, www.vox.com/2018/3/3/17065222/amazon-ring-adt-lawsuit-valor-equity-partners-deal.

[10] Kim, Eugene. "Amazon Wants to Invest in Start-Ups, but Some Are Nervous about Taking the Money." *CNBC*, CNBC, 13 Sept. 2017, www.cnbc.com/2017/09/13/amazon-reassured-alexa-fund-start-ups-about-competition.html.

[11] Lamkin, Paul. "Ring CEO Is Taking on Smart Home Security, One Silicon Valley Copycat at a Time - the Ambient." *The Ambient*, 4 Jan. 2018, www.the-ambient.com/news/ring-ceo-jamie-siminoff-talks-189/.

with Amazon executives. Our pricing strategy even changed following one of these calls: Ring cut the prices of its entry level camera to sell $10-15 below BOM costs. Internal resources were shifted accordingly to push the loss leader.

The FTC cleared the deal and the sale to Amazon closed on April 11, 2018. Amazon made the announcement of the deal's closure on April 12, along with the newly cut prices.[12]

### *Amazon's Monopolization Scheme of IoT & the Security Market, 2017 to Present*

Given the size of the transaction, the Ring acquisition was subject to the merger review process under the Hart-Scott Rodino act. The review process requires information from both the acquired and acquiring parties to determine whether the deal harms competition. Amazon and Ring hid their ambitions to build the largest network of Internet-connected devices via a proprietary 900mhz protocol.

In 2017, Ring bought Iotera, a crowdfunded IoT platform that initially was a pet tracker. A predecessor to Airtag, it works similarly in that it connects to nearby devices to build a large network. Internally, Ring was integrating this into Ring cameras, Ring alarms, and Ring lighting, the goal was to integrate the device into future Alexa devices. Building a device network of this magnitude would attract other device manufacturers, who, in order to build out IoT capabilities, would be required to use AWS IoT cloud services. At the time, the project I was assigned to work on the network capabilities known as Ringnet with Iotera founder Ben Wild, Rob Barton, and Ronnia Bajwa. RingNet was rebranded as Amazon Sidewalk. It was publicly announced in 2019 and enabled in 2021.[13]

Exhibit A: Amazon Sidewalk Device Ecosystem (from Amazon marketing materials, illustrating interconnected Ring and Echo devices bridging to AWS IoT services, requiring partner use of AWS for integration; Source: Amazon Sidewalk Partner Documents, Nordic Semiconductor, 2023)



Constellation of Amazon devices from Amazon Sidewalk marketing materials[14]

---

[12] Ring Press Release. 12 April 2018.
https://assets.ctfassets.net/a3peezndovsu/5rGF32leUThYdx8jn3OFJG/a10a0611056fa131ad920adf313baecf/press-release.pdf
[13] Snider, Mike. "Should You Opt out of Amazon Sidewalk? And Other Happenings in the World of Tech This Week." *USA Today*, Gannett Satellite Information Network, 5 June 2021, www.usatoday.com/story/tech/2021/06/05/amazon-sidewalk-how-opt-out-tech-news/7542215002/.
[14] "Extend IOT Device Range with Amazon Sidewalk - Silicon Labs." *Extend IoT Device Range with Amazon Sidewalk - Silicon Labs*, 21 Apr. 2023, https://www.silabs.com/ecosystems/extend-iot-device-range-with-amazon-sidewalk

Amazon Sidewalk partner, Nordic Semiconductor, depicts the Sidewalk network. Tile trackers and other certified "Works with Sidewalk" devices connect to specific Ring and Echo devices that act as bridges to the Internet and AWS IoT services. Note that use of AWS IoT is required.[15]

In a 2023 quarterly news release, Amazon stated their vision for Sidewalk was to "put a billion Internet of Things devices on the network."[16] There are many ways to achieve this goal, though not all are legal.

One is mergers and acquisitions. Amazon acquired security camera companies, a security alarm company, a router manufacturer, and was en route to acquire smart robotics company, iRobot. The European Union, however, objected to the deal in November of 2023, and the deal fell apart.

Another tool for rapid expansion is deceptive advertising: publicly announcing features and products that will never materialize in the hopes of luring potential customers, e.g. Homekit support (2016, never launched), 24/7 recording support (promised in 2018, launched in 2024 under Ring CEO Liz Hamren)[17], Ring Car Cam[18] (2020, launched in 2023 and discontinued within a few months, Car Connect for Tesla (2020, never launched), and Ring security drone (2020, never publicly launched[19]). Users bought into the Ring/Alexa ecosystem with the promise of future upgrades, only to be let down by vaporware.

Predatory pricing is yet another tactic used to grow market share. Alexa's 25 billion dollar losses are well documented.[20] Leading up to the acquisition, Ring had no path to profitability. Amazon's direction to

---

[15] "Amazon Sidewalk." *Nordic Semiconductor*, https://www.nordicsemi.com/Products/Amazon-Sidewalk.

[16] "Amazon.Com Announces First Quarter Results." *Amazon.Com Announces First Quarter Results*, 27 Apr. 2023, https://ir.aboutamazon.com/news-release/news-release-details/2023/Amazon.com-Announces-First-Quarter-Results/.

[17] Ring. "Update on 24/7 Recording Development, March 2022." *Twitter*, Twitter, 17 Mar. 2022, https://twitter.com/ring/status/1504288672417521664.

[18] Siminoff, Jamie. "A New Ring of Security: Introducing Ring Security for Cars." *The Ring Blog*, 24 Sept. 2020, https://web.archive.org/web/20201001043812/https://blog.ring.com/2020/09/24/a-new-ring-of-security-introducing-ring-security-for-cars/

[19] Introducing Ring Always Home Cam: An Innovative New Approach to Always Being Home." *The Ring Blog*, 24 Sept. 2020, https://web.archive.org/web/20210425071106/https://blog.ring.com/products-innovation/introducing-ring-always-home-cam-an-innovative-new-approach-to-always-being-home/

[20] Harding, Scharon. "Alexa Had 'No Profit Timeline,' Cost Amazon $25 Billion in 4 Years." *Ars Technica*, 23 July 2024, arstechnica.com/gadgets/2024/07/alexa-had-no-profit-timeline-cost-amazon-25-billion-in-4-years/.

Ring to sell devices below cost prior to the deal closing was only further evidence of its use of predatory pricing. Once the market was captured, Ring preyed on its customers and jacked up prices, signaling its entry into the recoupment phase. In 2024, after three consecutive years of subscription price hikes, Ring CEO Liz Hamren reported the company to be profitable.[21]

Of note, predatory pricing was also a part of Siminoff's own playbook. His personal Tumblr highlighted a quote from Marco.org illustrating how, though the practice is illegal, the tech industry is above the law.



"In other industries, this is called predatory pricing, and many forms of it are illegal because they're so destructive to healthy businesses and the welfare of an economy. But the tech industry is far less regulated, younger, and faster-moving than most industries. We celebrate our ability to do things that are illegal or economically infeasible in other markets with productive-sounding words like "disruption"."

— Marco

[22]

Exhibit B: Archived quote on Predatory Pricing as 'Disruption' (from Marco Arment's blog), reposted on Jamie Siminoff's Tumblr, highlighting tolerance for anticompetitive practices in tech. Source: Wayback Machine capture of Siminoff's Tumblr.

Amazon Key for Business is on a similar path. As of December 2025, Amazon advertises that "Amazon Key is free." It re-emphasizes that Amazon Key is "free for eligible properties," stating, "properties that receive deliveries directly from Amazon and have compatible electrical access systems are eligible for Amazon Key technology."[23] One review states that properties with more than 10 units are eligible for "free hardware, installation, and maintenance," showing Amazon's push to grow market share at a loss.[24]

Self-preferencing is another growth tactic, where Amazon.com highlights and gives preference to its own devices. Screenshots of Amazon executives discussing the topic on Signal were submitted in the ongoing FTC v Amazon case amidst claims of Amazon's preferential marketing for Ring and Amazon.[25] Of note, Jamie Siminoff and Dave Limp were among the executives using Signal's deleted messages in this case.[26] Enterprise sales also ensure high volume device sales. For Amazon, this was achieved via Alexa Smart Properties,[27] sales of Alexa devices through the Alexa funded company, SmartRent[28], and enterprise expansion via Ring for Business and Key for Business.

---

[21] Day, Matt. "Amazon's Ring Has Ditched Crime-Fighting Mission for Tiktok-Nextdoor Mashup." *Bloomberg.Com*, Bloomberg, 29 May 2024, https://archive.is/E4UJT

[22] Jamie Siminoff Tumblr post. https://web.archive.org/web/20180121135434/http://jamessiminoff.com/ quoting https://marco.org/2013/03/19/free-works

[23] Amazon. "Amazon Key for Business" Landing Page. https://archive.is/7bwpX

[24] ButterflyMX. "Amazon Key for Business: Review, Costs & Alternatives." March 2025 https://butterflymx.com/blog/amazon-key-for-business-review/

[25] FTC v. Amazon Case 2:23-cv-01495-JHC. Document 202-10, p.2. Filed 23 April 2024. Screenshot of Amazon executives discussing coverage of Amazon's self-preferencing on Signal. https://storage.courtlistener.com/recap/gov.uscourts.wawd.326809/gov.uscourts.wawd.326809.202.10.pdf

[26] FTC v. Amazon. Case 2:23-cv-01495-JHC. Document 250-1, pp. 17. Filed 4 June 2024. Signal logs from Amazon executives.. https://drive.google.com/file/d/1tWzw4CQHHuRMbgTWF_MgOezmNaGMjjZV/view?usp=sharing retrieved from https://www.courtlistener.com/docket/67828404/250/1/federal-trade-commission-v-amazoncom-inc/

[27] Alexa Smart Properties. https://developer.amazon.com/en-US/alexa/alexasmartproperties

[28] "Amazon Alexa Fund Partnership Announcement." *SmartRent*, SmartRent, 3 Oct. 2019, smartrent.com/news/amazon-alexa-fund-partnership/.

Google search results return confidential Amazon materials posted by Ring and Key for Business Installers. These sales materials show how Ring for Business and Key for Business grow the Alexa ecosystem of Eero, Ring, and Amazon products and services, many offered as "complimentary."

## Amazon Ring for Multifamily

Creating a one-stop shop for Operators, from pre-sales through Implementation and on-going service

✓ Key for Business

Complimentary, deliveries-focused access system that enhances any front entrance to get packages into buildings

✓ Key Access Program

Complimentary service to you, providing access-as-a-service for Key Strategic Partners, i.e. 3rd Party Service Provider

✓ Future Applications

Calibrating full breadth of Amazon Ring products for the multifamily application, realizing full-building solution

✓ WallCall

Virtual Intercom + Access, combining Ring App Video & Hardware-Lite solution for all building stakeholders

✓ Eero

Providing portfolio-wide managed WiFi services

✓ Vetted Installation Partners

Amazon's Installation Ops teams work with only the top security integration partners to provide rapid response, no hassle service.

ring

Amazon Confidential

29

Exhibit C: Confidential Ring for Multifamily Slides detailing Key for Business integration with access systems, Eero WiFi, and AWS services for building-wide solutions (Source: docs found via Google search results from installers, emphasizing ecosystem lock-in in access control).

Google also returns full, confidential install manuals, detailing how Key for Business works and is magically compatible with all access controllers.[30] [31]

## Key for Business: Amazon's Reputation in the Security/Access Control Community

The access control community is small, but well-connected. The Gateguard v. Amazon complaint captures property managers' complaints about how Key for Business controllers were installed without their permission but fails to capture professional installers' views surrounding Key for Business in the access control community.

One common thread amongst Latch installers was that many actually refused to install Key for Business. A Reddit thread in the access control community captures the sentiment.

> "I went through the whole presentation but decided it is not for us. I don't like the idea of tinkering around in another integrator's system... I would not appreciate someone tinkering in an ACS that we deployed!"

This means that an installer turned down hundreds of dollars per install because they were not comfortable with the level of security that Key for Business provided – an indictment in and of itself. Another member commented that they had experienced electrical issues and were uncomfortable tinkering with another Access Control System's input

---

[29] Ring for Business materials found on Google. https://cdn.prod.website-files.com/60616f7c150ebe93eeed1b60/669e4987e547a118b6027eac_Ring%20WallCall.pdf
[30] 2019 Key for Business Presentation. https://lavitech.net/pdf/Key-for-Business-Presentation-2019.pdf
[31] NACD Key Gloud Gateway Materials, Amazon Key for Business. https://www.nacd.co.uk/wp-content/uploads/2022/11/Amazon-Key-Open-For-Delivery-NACD-brochure-031122.pdf

> "you basically fool the existing ACS into thinking the intermediate device from Amazon is the wiegsnd signal coming from their existing card reader. It's pretty ingenious but I've heard a lot of horror stories of this little device causing voltage kickback and frying the ACS wiegand input. In those instances it was probably installed wrong but nevertheless I'm not excited to be in someone else's system."[32]

Yet another stated that they would "rather have [their] anus enlarged to accommodate their trucks being driven up it than put anything by amazon on a secure system."

> "Hands up all those who think having a third party interloper have access to your security system is a good idea. I guess amazon will force this on those with businesses tied to them to proove viability then move onto clueless fools who will see amazons market increase as validity of the system. Personally I would rather have my anus enlarged to accommodate their trucks being driven up it than put anything by amazon on a secure system."

And lastly, one member noted other inherent security flaws in the system: the lack of an audit trail as well as Amazon's limited liabilities.

> "So a device that can let a third party pop the door, without much of an audit trail. Sounds lovely.
>
> For a lot of the people I deal with (granted it's higher security business, like osdpv2 encryption and seos SIO cards, not multi family resi) this would violate so many different secpols in place. I like the idea but it's a matter of time before there's some exploit for these and somebody from 4chan is gonna have a blast unlocking every apartment lobby in America for shits and giggles.
>
> Also, I'm curious what recourse a building has on Amazon if they fuck something up. I doubt Amazon will have any liability when you sign your firstborn son away to them in the mountain of paperwork."[33]

Reddit insiders weren't the only ones to opine on the security flaws of the Key for Business controllers. Experts have highlighted both the significant security risks to residents and how Amazon's incentives may prioritize delivery dominance over open competition:

> "Ashkan Soltani, a privacy researcher who was a senior tech advisor to former President Barack Obama, said that any device connected to the internet could be hacked, including the Amazon one, and bad actors could try to unlock the doors.
>
> "You're essentially introducing a foreign internet-connected device into an otherwise internal network," said Soltani, who was also a former chief technologist at the U.S. Federal Trade Commission.
>
> Amazon didn't respond to questions about potential hacking."

The article continued,

> "Not all Amazon packages can get through front doors. The company delivers about 60% of its own packages itself, according to shopping data firm Rakuten Intelligence; the rest come through other delivery companies that can't let themselves in.
>
> Philip T. Evers, a logistics professor at University of Maryland's Robert H. Smith School of Business, said Amazon's desire to get the device into as many buildings as possible may be a way to keep competitors out.
>
> "The landlord may say, 'You know, I'll do this for one company, but maybe we don't want it for every delivery company that's out there,' " he said. He added that Amazon could find other uses for the service, like having delivery people pick up returns left in the lobby instead of making shoppers schlep to the post office. Amazon declined to share any future plans.
>
> Jason Goldberg, chief commerce strategy officer at marketing company Publicis Communications, said the device could save Amazon money, since workers can drop off more packages during a shift and may have to offer fewer refunds to those whose packages were stolen.
>
> He heard about the program in December, when a locksmith replacing the buzzer system at his Chicago condo building offered to install Amazon Key for Business for free. Goldberg, who helps manage the building, later allowed Amazon salespeople — dangling a $100 Amazon gift card — to install the device.

---

[32] "Any experience with installing Amazon Key for Business?" Reddit. 2020.
https://www.reddit.com/r/accesscontrol/comments/oj3wtn/any_experience_with_installing_amazon_key_for/?referrer=grok.com&rdt=42508
[33] Id. (Refers to Reddit comment thread)

"They give it away for free because it benefits Amazon more than us," Goldberg said.[34]

These incentives and risks underscore how Amazon's aggressive push for Key for Business installations can harm competition in the access control market and compromise resident security as well.

### Conclusion

From the congressional report on Amazon's acquisitions of Ring and other IoT companies to the FTC's findings on Ring's disregard for security, destruction of evidence in an ongoing monopolization case, and Siminoff's own admissions in interviews, Tumblr posts, and his recent book *Ding Dong*, the evidence outlines Amazon's conspiracy to monopolize the infrastructure of IoT and security-related submarkets.

As federal merger guidelines state, submarkets like access control constitute relevant antitrust markets even within broader ones.[35] The Ring acquisition (and similar deals) fueled Amazon's dominance in the IoT space, and the EU successfully challenged the iRobot deal on comparable grounds. Amazon's conduct in the access control space cannot be dismissed. Hacking Gateguard devices, incentivizing free or paid installs of free Amazon Key devices, falsely advertising compatibility with Gateguard devices, and advising competing access control companies are elements of a broader scheme to monopolize the access control space. Gateguard is an unfortunate victim in this scheme.

I have no affiliation with GateGuard or Mr. Teman. As a former market participant, I seek to foster innovation and preserve competition in security and access control, where consolidation creates redundancies and shrinks the labor market.

All information herein has been submitted under penalty of perjury to the California Department of Justice, FTC, Congress, DOJ Antitrust Division, EU Directorate-General for Competition, and two California state agencies for whistleblower protections.

This submission carries personal risk. After raising concerns internally about accounting and antitrust issues, privacy violations, and a hostile workplace environment involving violent threats and near-physical intimidation from leadership, Ring terminated my employment on pretextual grounds. This was followed by years of harassment and intimidation, including a sustained defamation campaign, in which Ring and their counsel falsely claimed severe mental health issues to discredit me before courts, state agencies, family, roommates, and others. Local police advised that the incidents fell outside their jurisdiction and directed me to the FBI; I filed FBI reports, but no action resulted. The overt harassment ceased only after baseless restraining orders were filed against me,[36] relying on false statements and misrepresented evidence.

This demonstrates a concerted effort to intimidate, defame, and silence critics of the practices described herein. I anticipate similar pre-trial smear tactics and reprisals but refuse to be intimidated. I advise preparation accordingly.

Thank you for your consideration. I am available to discuss and provide supporting documents voluntarily.

Sincerely,

Gloria Johnson

---

[34] Pisani, Joseph. "Amazon's Mission: Getting a 'key' to Your Apartment Building." *The Detroit News*, 22 July 2021, https://archive.is/9NzPB
[35] Merger Guidelines: Department of Justice and Federal Trade Commission, pp. 40-41. https://www.ftc.gov/system/files/ftc_gov/pdf/2023_merger_guidelines_final_12.18.2023.pdf
[36] Civil Harassment Restraining Order After Hearing (CH-130), Case No. 18STRO04073, Superior Court of California, County of Los Angeles (Jul 03 2018), annotating inaccuracies. https://drive.google.com/file/d/118JUSZrJPQ1O7N9hZClGvmdAkU87iPjt/view?usp=sharing