UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GATEGUARD, INC.,

                    Plaintiff,            21-cv-9321 (JGK)

      - against -                  ORDER

AMAZON.COM INC., ET AL.,
                    Defendants.

---

**JOHN G. KOELTL, District Judge:**

Ari Teman has filed a motion to intervene together with a motion for a preliminary injunction. See ECF Nos. 311-13. Mr. Teman's motion for a preliminary injunction is **denied without prejudice** because his motion to intervene has not been granted.

The parties shall respond to Mr. Teman's motion to intervene by **April 10, 2026.** Mr. Teman may file a response by **May 1, 2026.** The parties may reply by **May 15, 2026.**

The Clerk is respectfully directed to mail a copy of this Order to Mr. Teman at 1521 Alton Road #888, Miami Beach, Florida 33139. Chambers will email a copy of this Order to the parties, including Mr. Teman at ari@teman.com.

SO ORDERED.
Dated:    New York, New York
          March 20, 2026

                               John G. Koeltl
                     United States District Judge