# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
gibsondunn.com

David P. Salant
Direct: +1 212.351.2486
DSalant@gibsondunn.com

March 30, 2026

**VIA ECF**

The Honorable Valerie Figueredo, U.S.M.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, NY 10007

Re:    *GateGuard, Inc. v. Amazon.com, Inc. et al.*, No. 21 Civ. 9321 (JGK)(VF)

Dear Judge Figueredo:

On behalf of Defendants (together, "Amazon"), we respectfully submit this brief update concerning Plaintiff GateGuard's deadline of today to produce the documents over which the Court ruled GateGuard has waived privilege.

Yesterday, Sunday, March 29, 2026, Ari Teman, GateGuard's founder and principal, submitted by email to Judge Koeltl's Chambers a purported *pro se* "emergency letter-motion" seeking a stay of the March 30 production deadline. Mr. Teman's motion to adjourn a long-established discovery deadline was improper, among other reasons, because Mr. Teman's pending motion to intervene has not been granted. *See* ECF No. 314.

Separately, yesterday, at approximately 3:00 p.m., counsel for Amazon and counsel for GateGuard conferred by phone. GateGuard requested a two-week adjournment of its March 30 document production deadline, which GateGuard said was necessary to give Mr. Teman time to engage new counsel and conduct a review of the documents for his claimed personal attorney-client privilege (and in particular, documents related to his criminal proceedings), as distinct from GateGuard's.

By email sent at approximately 6:49 p.m. last night, Amazon informed GateGuard that it would consent to a two-week adjournment of the March 30 deadline if GateGuard and Mr. Teman would agree that Plaintiff would not make any further discovery extension requests in this case.

As of this filing, Amazon has not heard back from GateGuard's counsel. Although we remain doubtful that GateGuard will comply with its obligation to produce the documents within two weeks of today, Amazon remains open to a two-week extension should GateGuard seek it.

We thank the Court for its consideration.

**GIBSON DUNN**

Hon. Valerie Figueredo, U.S.M.J.
March 30, 2026
Page 2

Respectfully submitted,

*/s/ David Salant*
David Salant


CC:  All counsel of record (via ECF)
     Mr. Ari Teman (via email)