UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GATEGUARD, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>AMAZON.COM, INC.,<br>AMAZON.COM SERVICES, INC.,<br>AMAZON.COM SERVICES, LLC,<br>AMAZON LOGISTICS, INC.,<br>RING LLC,<br><br>              Defendants. | No. 21 Civ. 9321 (JGK) (GWG) |

## DECLARATION OF DAVID SALANT IN SUPPORT OF AMAZON'S OPPOSITION TO ARI TEMAN'S MOTION TO INTERVENE

I, David Salant, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Logistics, Inc., and Ring LLC (collectively, "Amazon") in the above-captioned matter. I make this declaration in support of Amazon's opposition to the motion of Ari Teman to intervene as a plaintiff in this action, ECF No. 312. I have personal knowledge of the matters set forth herein.

2.      I first appeared on behalf of Amazon in this action on March 10, 2022, and since then have continuously represented Amazon in connection with this action, including through an approximately nine-month period of fact discovery, the briefing of various motions, and a mediation process.

3.      Since GateGuard first filed this lawsuit, I have participated in numerous meet-and-confer calls with GateGuard's counsel to discuss scheduling questions, discovery disputes, and other issues.  Between 2023 and 2024, I participated in approximately 14 such calls with GateGuard's former counsel at Quainton Law, PLLC.  In February and March 2026, I participated in two such calls with GateGuard's current counsel at Fryman PC.

4.      Every time I have spoken with GateGuard's counsel, I have understood that Mr. Teman is the decisionmaker to whom GateGuard's counsel must bring issues for review and approval on behalf of GateGuard.  This is my understanding because I recall that during meet-and-confer calls, GateGuard's counsel would frequently say things such as, in sum and substance and in relevant part, that they would take an issue "back to Ari" and revert to our team.

5.      In February, March, and July of 2024, GateGuard's counsel reached out to me to schedule, and twice reschedule, Amazon's planned depositions of Mr. Teman as GateGuard's 30(b)(6) witness.

6.      On November 12, 2024, the parties attended a one-day mediation conference at JAMS in New York City, before the Honorable Henry Pitman (Ret.).  Mr. Teman participated via videoconference as GateGuard's principal.

7.      Attached hereto as **Exhibit A** is a true and correct copy of a non-disclosure agreement, dated July 10, 2020, listing Ari Teman as owner of GateGuard, as produced by GateGuard to Amazon with the Bates range GG081908 through GG081911.

8.      Attached hereto as **Exhibit B** is a true and correct excerpt of the certified transcript of the deposition of David Taxman, taken on January 19, 2024.

9.      Attached hereto as **Exhibit C** is a true and correct copy of GateGuard's Rule 26 Initial Disclosures, dated April 3, 2023.

10.     Attached hereto as **Exhibit D** are true and correct copies of Mr. Teman's verifications of GateGuard's interrogatory responses dated April 13, 2023, May 15, 2023, June 2, 2023, August 9, 2023, and July 9, 2024.

11.     Attached hereto as **Exhibit E** is a true and correct copy of an email exchange, dated March 23, 2026, between myself and Ari Teman.

12.     Attached hereto as **Exhibit F** are true and correct copies of emails dated November 6, 2024, through March 30, 2026, from Ari Teman to senior Amazon executives, Amazon's counsel, and others.

13.     Attached hereto as **Exhibit G** is a true and correct PDF capture of the search query "Teman" run on April 7, 2026, at the internet address https://tmsearch.uspto.gov/search/search-information.

Dated: New York, New York
      April 10, 2026

                                                */s/ David Salant*
                                                David Salant