# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GATEGUARD, INC.,

                Plaintiff,

     -against-

                                 Case No. 21 Civ. 9321 (JGK) (VF)

AMAZON.COM, INC.,
AMAZON.COM SERVICES, INC.,
AMAZON.COM SERVICES, LLC,
AMAZON LOGISTICS, INC.,

                Defendants.

------------------------------------------------------------x

## PLAINTIFF GATEGUARD'S RULE 26(a) INITIAL DISCLOSURES

       Plaintiff GateGuard Inc. ("GateGuard" or "Plaintiff") submits the following disclosures pursuant to Rule 26(a)(l). These disclosures are based upon information that is now reasonably available to GateGuard. It reserves the right to supplement and/or amend these disclosures pursuant to Rule 26(e)(l).

       These disclosures do not include the names of any potential experts to be retained or consulted by GateGuard. Plaintiff will produce information relating to experts as may be appropriate under Rule 26(a)(2) and any Scheduling Orders entered by the Court. In addition, the disclosures do not include documents that may be in the possession of the Plaintiff.

       These disclosures do not constitute a waiver of any work product protection and are without prejudice to any other issue or argument. Investigation and discovery are ongoing. Plaintiff may supplement this list as information becomes available.

### I. Individuals likely to have discoverable information

       Individuals listed below may have discoverable information that Plaintiff may use to support **its** claims. The description of each person's likely discoverable information is not necessarily limited to the topics described below.

| Individual | Contact Information | Subject |
|---|---|---|
| Plaintiff | c/o Plaintiff's counsel | All causes of action |
| Ari Teman | c/o Plaintiff's counsel | All causes of Action |
| Devin Dickson | Devin.dickson@clearhome.us; 801-808-9454 | NY Trade Secret Theft, DTSA, Tortious Interference |

1

| | | |
|---|---|---|
| Derek Stephenson | derek@clearhome.us : 801-400-5000 | NY Theft of Trade Secrets, DTSA, Tortious Interference |
| Josh Barta (Former ClearHome now Amazon Key) | c/o Defendants' counsel | NY Theft Trade Secrets, DTSA, Tortious Interference |
| Alexander Carroll (ClearHome to Amazon Key) | c/o Defendants' counsel | NY Theft of Trade Secrets, DTSA |
| Marc Wasco | Wasco@amazon.com | All causes of action |
| Jeff Bezos | Jeff@amazon.com | All causes of action |
| Coles, John-Michael | johnmicc@amazon.com. Cell 618.713.7777 johnmicc@amazon.com | All causes of action |
| Nievera, Gerry | nieverag@amazon.com | All causes of action |
| | becky.marquez@ring.com | NY Theft of Trade Secrets, DTSA |
| Andy Jassy | jassy@amazon.com, a.jassy@amazon.com | NY Theft of Trade Secrets, DTSA |
| Ryan Colbert | Ryan@inceptioninvestors.com | Computer Fraud, Conversion, Trespass, Tortious Interference |
| Forrest Moore | moorefor@amazon.com | NY Theft of Trade Secrets, DTSA, Tortious Interference |
| Itzhak Wettenstein | +1 (917) 292-4476 | Computer Fraud, Conversion, Trespass, Tortious Interference |
| Harley Friedman | harley@ftre.com +1 (917) 656-6585 | Computer Fraud, Conversion, Trespass, Tortious Interference |
| David Ohebshalom | +1 (917) 468-9480 | Computer Fraud, Conversion, Trespass, Tortious Interference |
| Nick (atlantic) | +1 (212) 729-0152 | Computer Fraud, Conversion, Trespass, Tortious Interference |
| Tom Orosz | % Plaintiff's Counsel | Computer Fraud, Conversion, Trespass, Tortious Interference |
| A. Rothenberg | +1 (347) 423-3895 | Computer Fraud, Conversion, Trespass, Tortious Interference |

**2**

| Alan Rudnik | +1 (914) 774-5581 | Computer Fraud, Conversion, Trespass, Tortious Interference |
|---|---|---|
| J Lefkowitz | +1 (917) 509-6068 | Computer Fraud, Conversion, Trespass, Tortious Interference |
| Sugar Raj | +1 (510) 921-8978 | NY Theft of Trade Secrets, DTSA, Computer Fraud, Conversion, Trespass |
| Aditya Singla | c/o Defendants' Counsel | NY Theft of Trade Secrets, DTSA |
| Christopher Berrett (Amazon Key) | c/o Defendants' Counsel | All causes of action |
| Haroldo Darelli<br>Ram Nikhil Dodda<br>Sarah Goumas<br>Timothy Duffy<br>Zia Choudhry | % Defendant's Counsel | NY Theft of Trade Secrets, DTSA, Computer Fraud, Conversion, Trespass |
| **Prasant Mohan Joga (Head of Key engineering)** | | NY Theft of Trade Secrets, DTSA |
| **Austin Ledgerwood (Head of Biz Dev Key)** | | NY Theft of Trade Secrets, DTSA |
| **Robi Thomas (Head of Hardware Engineering for Key)** | | |
| Charles Kushner | ckushner@kushner.com | Computer Fraud, Conversion, Trespass, Tortious Interference |
| Rene Zemp<br><br>Mario Santiago | rzemp@wmapts.com<br><br>msantiago@wmapts.com | Computer Fraud, Conversion, Trespass, Tortious Interference |
| Ari Hoch | ahoch@pdequities.com | Computer Fraud, Conversion, Trespass, Tortious Interference |
| Simon, Max<br>Singleton, Gabriele" | maxsi@amazon.com<br>singabri@amazon.com | Tortious Interference |
| Victor Romero | manoraverealtyinc@yahoo.com | Tortious Interference |

II.     **Rule 26(a)(1)(A)(ii): A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), based on current knowledge, and subject to further investigation, discovery, and analysis by experts, Plaintiff hereby discloses the following categories of documents. Plaintiff reserves the right to amend or supplement these disclosures as provided under Fed. R. Civ. P. 26(e). The following disclosures do not include documents and things that are likely to be offered solely for impeachment. Plaintiff reserves the right to supplement or revise this list.

1. Documents in its own custodial files, to be collected and produced in discovery;
2. Documents that have been or will be produced by Defendants or third parties in discovery; and
3. Documents and individuals referenced in the First Amended Complaint.

III.    **Rule 26(a)(1)(A)(iii): A computation of each category of damages claimed by the disclosing party — who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

As a general matter, Plaintiff seeks recovery for damages as a result of Defendants' unlawful conduct. Plaintiff is entitled to recover damages in the form of, *inter alia*, compensatory and punitive damages, and attorneys' fees. The computation of Plaintiff's damages will depend on evidence presented by Plaintiff, on expert opinion and testimony to be developed and disclosed pursuant to Fed. R. Civ. P. 26(a)(2)(D) in accordance with the schedule set by the Court, and on information yet to be obtained from Defendants that may be relevant to damages calculations.

IV.     **Rule 26(a)(1)(A)(iv): For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

This section pertains primarily to insurance, if any, which any Defendant has to cover, in whole or in part, any aspect of Plaintiff's claims. Plaintiff does not know at this stage, whether and to what extent any Defendant has such coverage. Plaintiff has professional liability business

insurance through Hiscox Insurance Co. GateGuard believes this insurance policy does not cover the damages caused by Amazon in this case.

DATED: April 3, 2023

/s/ Eden P. Quainton
EDEN P. QUAINTON
**QUAINTON LAW PLLC**
2 Park Avenue, 20th Fl.
New York, New York 10016
(212) 419-0575
eden.quainton@quaintonlaw.net

5