# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

|  |  |
|---|---|
| GATEGUARD, INC., | : |
| Plaintiff, | : |
| -against- | : |
|  | : Case No. 21 Civ. 9321 (JGK) |
| AMAZON.COM, INC., | : |
| AMAZON.COM SERVICES, INC., | : |
| AMAZON.COM SERVICES, LLC, | : |
| AMAZON LOGISTICS, INC., | : |
| Defendants. | : |

-----------------------------------------------------------x

## VERIFICATION OF INTERROGATORY RESPONSES

I, Ari Teman, Chief Executive Officer of Plaintiff GateGuard, Inc. ("Plaintiff" or "GateGuard"), verify that I have read the foregoing Objections and Responses to Defendants' First and Second Set of Interrogatories, and the responses contained therein and true and accurate to the best of my knowledge, information and belief.

Executed on April 13, 2023

_____/s/ Ari Teman_____
ARI TEMAN

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

|  |  |
|---|---|
| GATEGUARD, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : Case No. 21 Civ. 9321 (JGK) |
| AMAZON.COM, INC., | : |
| AMAZON.COM SERVICES, INC., | : |
| AMAZON.COM SERVICES, LLC, | : |
| AMAZON LOGISTICS, INC., | : |
| | : |
| | : |
| Defendants. | : |

## VERIFICATION OF INTERROGATORY RESPONSES

I, Ari Teman, Chief Executive Officer of Plaintiff GateGuard, Inc. ("Plaintiff" or "GateGuard"), verify that I have read the foregoing Objections and Responses to Defendants' First and Second Set of Interrogatories, and the responses contained therein and true and accurate to the best of my knowledge, information and belief.

Executed on May 15, 2023

_____*/s/ Ari Teman*_____
ARI TEMAN

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

GATEGUARD, INC.,

             Plaintiff,

    -against-

Case No. 21 Civ. 9321 (JGK)

AMAZON.COM, INC.,
AMAZON.COM SERVICES, INC.,
AMAZON.COM SERVICES, LLC,
AMAZON LOGISTICS, INC.,

             Defendants.

## VERIFICATION OF INTERROGATORY RESPONSES

I, Ari Teman, Chief Executive Officer of Plaintiff GateGuard, Inc. ("Plaintiff" or "GateGuard"), verify that I have read the foregoing Objections and Responses to Defendants' First and Second Set of Interrogatories, and the responses contained therein and true and accurate to the best of my knowledge, information and belief.

Executed on June 2, 2023

                           */s/ Ari Teman*
                           ARI TEMAN

12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

|  |  |
|---|---|
| GATEGUARD, INC., | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| | : Case No. 21 Civ. 9321 (JGK) |
| AMAZON.COM, INC., | : |
| AMAZON.COM SERVICES, INC., | : |
| AMAZON.COM SERVICES, LLC, | : |
| AMAZON LOGISTICS, INC., | : |
| | : |
| | : |
| | : |
| Defendants. | : |

## VERIFICATION OF INTERROGATORY RESPONSES

I, Ari Teman, Chief Executive Officer of Plaintiff GateGuard, Inc. ("Plaintiff" or "GateGuard"), verify that I have read the foregoing Objections and Responses to Defendants' First and Second Set of Interrogatories, and the responses contained therein and true and accurate to the best of my knowledge, information and belief.

Executed on August 9, 2023

_____*/s/ Ari Teman*_____
ARI TEMAN

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GATEGUARD, INC.,

                Plaintiff,

   -against-

                            Case No. 21 Civ. 9321 (JGK)

AMAZON.COM, INC.,
AMAZON.COM SERVICES, INC.,
AMAZON.COM SERVICES, LLC,
AMAZON LOGISTICS, INC.,

                Defendants.

------------------------------------------------------------X

## VERIFICATION OF SUPPLEMTARY RESPONSES AND OBJECTIONS TO INTERROGATORIES NO. 1 AND 7

I, Ari Teman, Chief Executive Officer of Plaintiff GateGuard, Inc., verify that I have read the Supplemental Objections and Responses to Interrogatories No. 1 and 7, dated June 28, 2024, and the responses contained therein are true and accurate to the best of my knowledge, information and belief, subject to the incorporation of the objections to Interrogatory No. 1 to the Responses and Objections to Interrogatory No. 7.

July 9, 2024

_____
             ARI TEMAN