# EXHIBIT E

| | |
|---|---|
| **From:** | Ari B. Teman |
| **To:** | Salant, David P. |
| **Cc:** | Belelieu, Christopher D.; Katzin, Rachel I.; David Yeger; David Fryman; jassy@amazon.com; wasco@amazon.com |
| **Subject:** | Re: 21cv9321 GateGuard |
| **Date:** | Monday, March 23, 2026 12:51:18 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

Andy... no good.

I'm pro se. You saw the judge's order.

GateGuard will move for an injunction as well but that's not the topic of this chat.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

On Mon, Mar 23, 2026, 6:48 PM Salant, David P. <DSalant@gibsondunn.com> wrote:

> Dear Mr. Teman,
>
> Amazon is a represented party in this lawsuit.  Please have GateGuard's counsel email Amazon's counsel to communicate about the case.
>
> Thank you,
>
> David

**1**

**David P. Salant**
Partner

T: +1 212.351.2486 | M: +1 347.501.1830
DSalant@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Ari B. Teman <ari@teman.com>
**Sent:** Monday, March 23, 2026 5:38 AM
**To:** wasco@amazon.com; jassy@amazon.com
**Cc:** David Yeger <dyeger@frymanpc.com>; Belelieu, Christopher D. <CBelelieu@gibsondunn.com>; Stock, Eric J. <EStock@gibsondunn.com>; Katzin, Rachel I. <RKatzin@gibsondunn.com>; Salant, David P. <DSalant@gibsondunn.com>; Takagaki, Marc Aaron <MTakagaki@gibsondunn.com>; David Fryman <dfryman@frymanpc.com>
**Subject:** Re: 21cv9321 GateGuard

Hi Andy,

Give me a reasonable number to end this case today. I have litigation funding to drag this out as long as you need but that only serves the attorneys.

I want this case behind me. Give me a fair and reasonable offer -- one reflecting the years of damages -- and we can walk away amicably.

I don't particularly want to help Amazon win this race but we're much better at winning over landlords with our device so if you want to frame it as an acquisition to save face, as long as I can continue to work on other projects and work from your Tel Aviv office for a few months, we can figure out a way for you guys to take our contracts.

Had you guys responded amicably years ago rather than buy our devices behind our backs via 3rd party (ClearHome), you'd be doing a lot better with your logistics and last mile. This was ugly.

**2**

I needs to end. If you don't want to end it, we'll make it much uglier. That's your choice. Only your lawyers will gain.

Give me an offer that ends this and ends the ugliness of what could have otherwise been a huge help to Amazon by a longtime fan who approached Jeff with good intentions and was ripped off, you guys literally stole our stuff and didn't pay. Fix it today and let's be done.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

On Sat, Mar 21, 2026, 7:51 PM Koeltl NYSD Chambers <KoeltlNYSDChambers@nysd.uscourts.gov> wrote:

> Good afternoon,
>
> Please see the attached Order, which will be docketed soon.
>
> Chambers of Hon. John G. Koeltl

**3**

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**4**