# EXHIBIT F

| | |
|---|---|
| **From:** | Ari B. Teman |
| **To:** | jeff@amazon.com; jassy@amazon.com |
| **Cc:** | CWilliams@gibsondunn.com; AChampion@gibsondunn.com; CBelelieu@gibsondunn.com; Eden Quainton; Jonathan Gross |
| **Subject:** | Fantastic election results! |
| **Date:** | Wednesday, November 6, 2024 6:25:15 AM |

**This Message Is From an External Sender**
This message came from outside your organization.

I'm very happy today, Jeff and Andy.

Things just got much better for us, thank God.

**My guess is that Gibson Dunn is not being candid with you.  They are similar to the Washington Post editors in their bubble, so I am writing to you directly**. It is not that they mean to mislead you, but they are not in-tune with the trends that Jeff clearly sees on X.

Your team's "Key" strategy sucks anyway -- there's a reason top landlords and management companies repeatedly and consistently choose GateGuard over Key, multiple reasons. *Consider that they pay us rather than take your free stuff.*

There is a reason they angrily tell you to get out of their buildings.

There is a reason so many people do not trust or like Amazon.

There is a reason judges keep siding with us in this case and not Amazon ( https://news.bloomberglaw.com/esg/amazon-to-face-claims-it-tampers-with-apartment-intercom-devices ).

Is it really smart to keep fighting me instead of doing this ethically and fairly?

Do you really want your reputation to continue in the direction it has gone?

Or can we focus on helping startups and small businesses thrive with Amazon instead of fighting to break Amazon and its clear monopoly practices up?

We are going to win, and the only question is does Amazon become an ethical company or does it go the way of Sears?

I would be very happy if the change Jeff demonstrated with the WaPo continues here, and that we could work together to help small businesses succeed and startups thrive without their IP being stolen.

I have friends who have worked at Amazon for years, who can speak to my character and abilities if needed, rather than the defamation Gibson Dunn has pushed.

I have no desire to fight or seek revenge for the crimes you have committed against me and my company -- though of course I will fight all the way to breaking up Amazon's monopoly if your team insists on continuing their tactics.

Zuckerberg turned a new leaf.
Elon is popular.
Jeff and Andy can do the same.

People change and redemption is possible.
I believe Amazon can turn a new leaf here under your direction.

But doing so requires paying startups fairly and not **buying their devices secretly through a 3rd party (ClearHome) and shipping them directly to Amazon R&D to reverse-engineer as your executives did and then destroyed the evidence after being sued and served!**

Again, I am willing to give the benefit of the doubt that Andy and Jeff are being mislead by those around them just as many MSNBC and WaPo folks are, and suggest that you two personally review this case and that we work together in a fair and reasonable way.

If you are willing to work together amicably, so am I, in a way that saves Amazon hundreds of millions of dollars per month AND helps local and small businesses, keeping cities vibrant and livable.

**We have mediation on the 12th. I suggest that you, Jeff and Andy, make the most of this time to fix the tone and demeanor of the proceedings and come to the table willing and eager to have a win-win relationship.**

We are going to win, and the only question is if Amazon joins us in winning or loses "bigly" under the new administration that very much doesn't like the practices we have proven your executives executed.

It's a new day. A new administration. I suggest a new approach by Amazon.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

**Subject:** RE: [EXTERNAL] The truth -- not what Gibson Dunn is telling you (Video link)

**From:** Ari B. Teman <ari@teman.com>
**Sent:** Wednesday, November 13, 2024 12:26 AM
**To:** ellisbra@amazon.com
**Cc:** Eden Quainton <eden.quainton@quaintonlaw.net>; Wasco, Mark <wasco@amazon.com>; jassy@amazon.com; Bezos, Jeff <jeff@amazon.com>
**Subject:** RE: [EXTERNAL] The truth -- not what Gibson Dunn is telling you (Video link)

> **CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

Going forward we will not engage in settlement discussion with David Salant, Anne Champion, or their firm. What know for sure is that Gibson Dunn has acted in bad faith and failed to properly inform their client, and that Salant was dedicated to wasting the day on demonstrable lies. No second chances. GateGuard counsel is instructed to disregard any offer of mediation or settlement by Gibson Dunn as disingenuous and to proceed aggressively to seek discovery and injunctions.

There is an amicable path forward but it does not include anyone from Gibson Dunn in any way.

Ari

On Wed, Nov 13, 2024, 1:31 AM Ari B. Teman <ari@teman.com> wrote:

Hi Brad, Jeff, and Andy

Brad, it's unfortunate that we did not get to chat more face to face. Chuck Palaniuk is great, as is Black Swan (your bookshelf, nicely color-coded). I see you were also working on compliance at Goldman at the time my dad was, too (compliance tech, etc.).

Every statement we made is true, to the best of my knowledge. I believe Gibson Dunn's incentive to bill you hourly is motivating them to lie and drag this out while leaving Amazon and Jeff and Andy exposed to significant civil, criminal, and regulatory liability as Amazon continues to break Federal and State laws as alleged in the complaint.

I believe Gibson is not giving you the full picture because despite you being a very qualified and well read individual, **you did not know about the existence of the recording of our meeting with Amazon's KFB executes and shouted at me on the Zoom that I was lying about such a video saying it would be in discovery.**

**Here is the video of the meeting:**
https://www.dropbox.com/s/rbb2vj7d7vqyh1k/20190227_202629-AmazonVideoChat1.MOV?dl=0

https://www.dropbox.com/s/jcw206c5uq7hfu9/20190227_205214-amazonVideoChat2.MOV?dl=0

We will provide the Discovery numbers so you can find it, but that's the dropbox link I have handy.

I am sure this is a result of Salant lying to you -- Gibson Dunn's financial incentive is to keep billing you -- millions of dollars wasted & billions of dollars of exposure to Amazon only to have Jeff find Andy put on the stand and asked about their use of Signal to avoid discovery and how magically after I pitched Jeff in writing Amazon came up with the idea to knock off KFB (and we can prove Jeff has acted on my prior emails to him).

Thousands of landlords will learn that Amazon has broken into their buildings and stolen their electricity & leasable space, and damaged their intercoms and locks.

We have statements, letters, and evidence provided by installers unrelated to us, with no financial incentive to lie, about the massive amounts of damage Amazon has done nationwide AND how Amazon encourages them to fraudulently and illegally install devices.

**If you do not know this, Brad, it is because as Mr. Salant did today, he lies to you brazenly.** (My buddy went to high school with Salant... not surprised.)

He said our device was "off the shelf", but this is untrue. The box, router board, and every cable and power supply is custom designed by us and contract manufactured to our specifications by 5 different factories. We have the technical drawings, orders, etc etc. Salant knows this and has seen much of it, and so he was just lying brazenly. That will not work with a judge or jury.

Every line of code on the intercom, router, and apps is by us. Nothing is bought. Our platform (propertypanel.xyz) is a "Bloomberg Terminal" for real estate unlike anyone else's. Look at the dashboard there. There is nothing else like it -- it's years ahead of the competition and we're bootstrapped! (Well, we have a few angels from Goldman Sachs, Appalooosa, Hudson, First Service, Verizon, etc, but then ran on revenue).

We are really good at building hardware and platforms -- and leaner than anyone. Amazon could learn a lot from us, and save a LOT more than we're asking by applying that.

**We are better at sales dollar-for-dollar than your entire Key team:**
**Consider that out of the 270 buildings in your sample data, only 70 agreed to install amazon versus 270 that chose to PAY GateGuard. A bootstrapped company beating Amazon nearly 4-to-1!!! And we charge THOUSANDS of dollars to start and you're FREE!**

We have 15,000 buildings (about) under contract, so that's about 11,000 buildings if that same ratio applies that Amazon is being rejected in --- or about $50,000,000 month in wasted fuel, delivery, labor, lost package claims. Amazon is losing money while Gibson bills you to lie to you.

While Gibson Dunn makes thousands of dollars for every hour they waste, it costs me nothing. We continue to operate, to sell devices, and are now raising with more ease since I'm free (and we expect I'll be exonerated 100% with G-d's help given the new evidence, 2255, and Appeal).

However, despite the portrait that Gibson Dunn wishes to paint, I am not here to fight, and I came from the very outset direct to Jeff with a proposal that helps both sides win. Someone at Amazon chose to steal -- perhaps not Jeff or Andy directly, but it will be for the Jury to decide what they hid by using Signal, I suppose? I will fight if I must, and that fight will **not only cost the damages we'll win but also cost Amazon billions in liabilities (your executives are knowingly directing agents to break into thousands of buildings repeatedly, you're stealing IP, you're using Signal and other tech to evade discovery, you're destroying evidence after being sued... and this goes right to Jeff and Andy).**

**My goal is and has always been to come to a win-win solution that saves Amazon hundreds of millions of dollars more every month** and helps small businesses and communities thrive in a way **that helps Amazon show it is not pursuing a monopoly**.

I believe there is a fair and reasonable deal where we are paid fairly, paid for damages, and that Amazon gets immediate access to every device we install, immediately cutting delivery costs in tens of thousands of buildings around the planet. And Amazon can LEGITIMATELY say they are just paying for access and are not installing their own tech.

Despite Salant's lies, GateGuard is great technology and support **which is why 270 chose to pay GateGuard and only 70 took Amazon for free! And many of those clients also chose us over Latch, etc.**

My proposal is that Amazon pick one of these two options:

A) That Amazon pay for the lost revenues, based on the model the Judge gave today ($70M plus attorney costs), and that Amazon then pay a per-device initiation fee close to what Amazon's costs are to install Key ($1450) and that we get paid 80 cents per package, but not until 50% of the cost of the installation is covered -- so your overall cost is *less* than to install KFB, plus you don't pay for failed sales attempts. You can set it so we are required to charge other companies slightly more so you have an advantage, but not a monopoly.

This costs you LESS than installing KFB, **allows you to honestly testify before Congress and State commissions that you are not a monopoly** and that GateGuard sells access to yoru competitors at similar rates, and that you addressed the issue of illegal installations by acquiring the rights via your deal with us with our clients.

B) Alternatively, I believe our number to be acquired by Amazon is fair, at $453M (We do have investors to answer to), and that I would be happy to work at Amazon for a year, provided I could continue to work on my charity projects ( https://sunflowercenter.com , https://jcorps.org ) and Jovari ( https://jovari.com -- I designed this vehicle, the branding, the tech, and the patents, with a team of 6 people...(a) I can design hardware, (b) I can help you work much leaner)

Salant is not a good liar -- search the USPTO for my patents  & applications if you think I cannot get on the stand and explain the engineering and how Amazon copied us. Four new applications just hit last month, thank G-d. THere will be no question by any jury that I designed GateGuard from the ground-up.

We're in litigation and as in politics people say ugly things for points and fight hard -- perhaps you will choose to continue to fight hard and dirty -- but both Amazon and GateGuard are businesses, and I believe that our proposal spares Amazon billions in costs, liabilities and even potential regulatory exposure as discussed above due to Amazon breaking into devices and Jeff and Andy and executives using Signal and destroying evidence.

Our deal is a great deal. I hope you will consider the facts, not the lies told by Salant, and the fact that even with all the troubles I have faced (very transparently : justiceforari.org ) we have kept customers happy and buying more and more devices and recommending us to friends. Most founders quit over much less. I don't quit. It would be best for both of us if we find a positive way to work together and look back on this as a learning experience we both gained from.

People make mistakes. Continuing with Gibson Dunn and just brazenly lying would be a mistake. People correct their mistakes. My offer to you is a fair one and lets us focus on good and, with God's help, winning together and helping lots of small local businesses also do well.

Please let me know how I can be helpful.

Ari

FOR SETTLEMENT PURPOSES ONLY. NO RIGHTS OR CLAIMS WAIVED.

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

3

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

NYC: Herald Square
Miami: Lincoln Road

4

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

| | |
|---|---|
| **From:** | Ari B. Teman |
| **To:** | wasco@amazon.com; jassy@amazon.com |
| **Cc:** | David Yeger; Belelieu, Christopher D.; Stock, Eric J.; Katzin, Rachel I.; Salant, David P.; Takagaki, Marc Aaron; David Fryman |
| **Subject:** | Re: 21cv9321 GateGuard |
| **Date:** | Monday, March 23, 2026 5:38:27 AM |

> **This Message Is From an External Sender**
> This message came from outside your organization.

Hi Andy,

Give me a reasonable number to end this case today. I have litigation funding to drag this out as long as you need but that only serves the attorneys.

I want this case behind me. Give me a fair and reasonable offer -- one reflecting the years of damages -- and we can walk away amicably.

I don't particularly want to help Amazon win this race but we're much better at winning over landlords with our device so if you want to frame it as an acquisition to save face, as long as I can continue to work on other projects and work from your Tel Aviv office for a few months, we can figure out a way for you guys to take our contracts.

Had you guys responded amicably years ago rather than buy our devices behind our backs via 3rd party (ClearHome), you'd be doing a lot better with your logistics and last mile. This was ugly.

I needs to end. If you don't want to end it, we'll make it much uglier. That's your choice. Only your lawyers will gain.

Give me an offer that ends this and ends the ugliness of what could have otherwise been a huge help to Amazon by a longtime fan who approached Jeff with good intentions and was ripped off, you guys literally stole our stuff and didn't pay. Fix it today and let's be done.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.

**1**

Statements herein about other companies and individuals
should be taken as opinion and not fact.

**2**

On Sat, Mar 21, 2026, 7:51 PM Koeltl NYSD Chambers
<KoeltlNYSDChambers@nysd.uscourts.gov> wrote:

> Good afternoon,
>
>
> Please see the attached Order, which will be docketed soon.
>
>
> Chambers of Hon. John G. Koeltl

| From: | Ari B. Teman |
|---|---|
| To: | jassy@amazon.com; wasco@amazon.com |
| Cc: | Salant, David P.; Belelieu, Christopher D.; Katzin, Rachel I.; David Fryman; David Yeger; Derek Stephenson; Takagaki, Marc Aaron; Stock, Eric J.; paul@clearhome.us; Joseph@cannonlawgroup.com; casey@clearhome.us |
| Subject: | Re: Clarification |
| Date: | Saturday, March 28, 2026 1:25:25 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

Missed a few emails. Resending.

**Counsel and Executives:**

I, Ari Teman, am writing to you in my personal capacity to address recent communications by Mr. Salant (Gibson Dunn) regarding the ethical obligations of counsel.

To be absolutely clear: I have officially **referred the documented criminal activities of the individuals and entities named above to the Department of Justice (DOJ) and the Federal Bureau of Investigation (FBI)**. This is not a "threat" used to gain advantage in a civil case; it is a completed action taken by a victim of organized corporate theft.

This referral is the direct result of being forced to review over two years of legal documents — a task necessitated by **David Salant's** incessant and bad-faith harping on what prominent law professors, legal experts, journalists, and community leaders have identified as a "major injustice." ( JusticeForAri.org ) This injustice was perpetrated by a judge currently facing three (3) articles of impeachment, including for the cover-up of child rape by adult women together with Jeffrey Epstein and Ghislane Maxwell, as well as for fraudulently attempting to stop DOGE.

It is now obvious that **David Salant** and **Cole Cannon** "played dirty" in a coordinated effort to hide the crimes of their clients. Salant's recent dirty tricks made it even more clear that he is desperate to distract the full scope of your criminal conspiracy.

This includes the **Cannon Law Group's** unethical and strategic six-month delay in providing discovery. They purposefully withheld the "smoking gun" emails from **Christopher Berrett** regarding the acquisition of GateGuard devices until the final possible moment on December 15, 2023. Your continued harping on the aforementioned "major injustice" by an impeached judge will not be effective in obscuring these facts.

Furthermore, take notice that I have instructed our counsel to **add Cole S. Cannon and the Cannon Law Group as defendants** in this matter, as their conduct has crossed the line from representation to active participation in the concealment of federal crimes. Should we be barred from doing so, we will add them in a separate complaint.

The evidence I have submitted to federal authorities substantiates multiple felonies, including:

- **Wire Fraud (18 U.S.C. § 1343):** Documentation of the scheme where Amazon executives **Christopher Berrett** and **Alex Aguilar** directed **Derek Stephenson** at ClearHome to act as a "straw purchaser" to fraudulently obtain GateGuard's proprietary hardware.

**1**

- **Interstate Transportation of Stolen Property:** The fraudulent acquisition and subsequent transport of GateGuard hardware across state lines from Utah to Amazon's **SJC13 lab** in California.

- **Obstruction of Justice:** The intentional destruction of the stolen GateGuard device by Amazon's representative, **Paul Donovan**, on August 1, 2023, while federal litigation was active.

Internal emails confirm that while ClearHome expressed "reservations" and concerns about "unnecessary risk" regarding this theft, they proceeded anyway. Discovery indicates this facilitated an Amazon-generated revenue stream for ClearHome entities that reached between **$30 million and $50 million**.

Because the criminal referral is a completed action and a matter of civic duty, it is not open for negotiation. No settlement discussion in the civil matter will dissuade me from ensuring these activities are prosecuted to the fullest extent of the law. I reiterate my recommendation that **Derek Stephenson**, **Christopher Berrett**, and **Alex Aguilar** immediately retain independent criminal defense counsel and consider coming forward as whistleblowers.

Again, I filed this in my personal capacity, it is not a threat, it is completed, and has no impact on any negotiation. We are confident a jury will see what Amazon has done, and understand that it was no "accident" that they tried to hide their theft of GateGuard devices and IP for so long, nor is it an "accident" that Amazon continues to break into GateGuard devices and the properties of our clients and thousands of others.

If you guys had any good faith -- and it's clear you do not -- you'd have made a proactive effort to stop these crimes, but instead you worked very hard to cover the crimes up. You failed. The FBI and the DOJ have the evidence. Lawyer up.

Sincerely,

**Ari Teman** GateGuard, Inc.

Please let me know how I can be helpful.

Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

**2**

**From:** "Ari B. Teman" <ari@teman.com>
**Date:** March 30, 2026 at 5:49:23 PM EDT
**To:** jassy@amazon.com
**Cc:** "Salant, David P." <DSalant@gibsondunn.com>, "Mattioli, Dana" <dana.mattioli@wsj.com>
**Subject: Re: GateGuard v. Amazon, No. 21 Civ. 9321 (SDNY)**

**This Message Is From an External Sender**
This message came from outside your organization.

<!--[if !((ie)|(mso))]-->

**This Message Is From an External Sender**
This message came from outside your organization.

<!--[endif]-->
It's very sad that Amazon is incapable of honesty and that it willfully lies to the court and tries to deny basic fundamental rights of individuals,  property owners, and even customers.

Andy, if this is how you run your company, the criminal investigation by the DOJ will find that out soon enough.

At this point you cannot deny you know Amazon stole our devices (literally stole them) or that Amazon is illegal tampering with our devices and installing KFB in many properties without permission.

You're the CEO and you can stop the criminal activities of Amazon today.

1

Cheers.
Ari

**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com

Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,

Visit us for a demo (By Appointment only):

NYC: Herald Square
Miami: Lincoln Road

All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.

On Tue, Mar 31, 2026, 12:35 AM Salant, David P. <DSalant@gibsondunn.com>
wrote:

> Dear Mr. Teman,
>
> Please see the attached letter.
>
> Thank you,
>
> David
>
> **David P. Salant**
> Partner
>
> T: +1 212.351.2486 | M: +1 347.501.1830
> DSalant@gibsondunn.com
>
> **GIBSON DUNN**
> Gibson, Dunn & Crutcher LLP
> 200 Park Avenue, New York, NY 10166-0193
>
> ---
>
> This message may contain confidential and privileged information for the sole

**2**

use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.