# EXHIBIT G

An official website of the United States government  Here's how you know ⌄

**uspto**   Patents ⌄   Trademarks ⌄   Fees and payment ⌄   Contact us ⌄   MyUSPTO   Sign in

## Trademark search

Home  >  Search results                                                    Help

Try our new beta feature to see more info when you open results  ◉ On

Wordmark ⌄   | Teman                                                    ✕  🔍

### Status filter

☑ Live            4
  ☑ Registered
  ☑ Pending
☑ Dead            2
  ☑ Cancelled
  ☑ Abandoned

### Class filter

◉ Coordinated
☐ 001   ☐ 002
☐ 003   ☐ 004
☐ 005   ☐ 006
☐ 007   ☐ 008
☐ 009   ☐ 010
☐ 011   ☐ 012
☐ 013   ☐ 014
☐ 015   ☐ 016
☐ 017   ☐ 018
☐ 019   ☐ 020
☐ 021   ☐ 022
☐ 023   ☐ 024
☐ 025   ☐ 026
☐ 027   ☐ 028
☐ 029   ☐ 030
☐ 031   ☐ 032
☐ 033   ☐ 034
☐ 035   ☐ 036
☐ 037   ☐ 038
☐ 039   ☐ 040
☐ 041   ☐ 042
☐ 043   ☐ 044
☐ 045   ☐ A
☐ B     ☐ 200

➕ Sort

➖ Configure

☑ Show image
Reset

**6 results** for Teman                                                     Export ⌄



| Wordmark | MOUNT TEMAN ROOTS |
| --- | --- |
| Status | DEAD  ABANDONED |
| Goods & services | IC 042: [ manufacture and distribution of beverage ]. |
| Class | 042 |
| Serial | 74115448 |
| Owners | Mount Teman International Incorporated (CORPORATION; FLORIDA, USA) |

**AS TEMAN HANDPAN**

| Wordmark | AS TEMAN HANDPAN |
| --- | --- |
| Status | LIVE  REGISTERED |
| Goods & services | IC 015: Cornets; Drums; Drumsticks; Electronic musical instruments;... |
| Class | 015 |
| Serial | 88807411 |
| Owners | Dongguan Longfei Cleansing Supply Co., Ltd. (limited company (ltd.); CHINA) |

**LDAOTEMAN**

| Wordmark | LDAOTEMAN |
| --- | --- |
| Status | LIVE  PENDING |
| Goods & services | IC 028: Dolls; Body-building apparatus; Carnival masks; Christmas tree... |
| Class | 028 |
| Serial | 99250939 |
| Owners | Guangzhou Wucheng Business Service Co.,Ltd. (Limited Company; China) |

Feedback



| Wordmark | T-BAR |
|---|---|
| Status | DEAD  ABANDONED |
| Goods & services | IC 043: Bar and restaurant services. |
| Class | 043 |
| Serial | 77746723 |
| Owners | Alan G. teman (INDIVIDUAL; USA) |



| Wordmark | TEMANHERO |
|---|---|
| Status | LIVE  REGISTERED |
| Goods & services | IC 006: Common metal pulls; Door fittings of metal; Fittings of metal… |
| Class | 006 |
| Serial | 97492016 |
| Owners | Lin, Yanfei (INDIVIDUAL; CHINA) |



| Wordmark | LDAOTEMAN |
|---|---|
| Status | LIVE  PENDING |
| Goods & services | IC 009: Covers for smartphones; Video projectors; Smartwatches;… |
| Class | 009 |
| Serial | 99250917 |
| Owners | Guangzhou Wucheng Business Service Co.,Ltd. (Limited Company; China) |

Page 1 of 1

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com   **Subscribe**

Feedback

About the USPTO  ·  Search for patents  ·  Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Terms of Use
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act

USA.gov



Follow us



Feedback