UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GATEGUARD INC.,

                        Plaintiff,

          - against -

AMAZON.COM   INC.,   AMAZON.COM
SERVICES,   INC.,   AMAZON.COM
SERVICES, LLC, AMAZON  LOGISTICS,
INC., RING LLC,

                        Defendants.

Case No.: 1:21-cv-09321-JGK-GWG

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE, that upon the accompanying declaration, Fryman PC will move

this Court, before the Honorable John G. Koeltl, United States District Judge, at the United States

Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be determined

by the Court, for leave to withdraw as counsel for Plaintiff GateGuard, Inc., pursuant to Local

Civil Rule 1.4 and Rule 1.16(b) of the New York Rules of Professional Conduct, and for an order

granting GateGuard Inc. 60 days to obtain successor counsel.


                              FRYMAN PC

                              By: */s/ David Yeger*
                                  David J. Fryman
                                  David Yeger
                                  10 E Merrick Suite, Suite 304
                                  Valley Stream, NY 11580
                                  516-714-4147
                                  dfryman@frymanpc.com
                                  dyeger@frymanpc.com
                                  *Withdrawing Attorneys for*
                                  *Plaintiff GateGuard Inc.*

To:    All Attorneys of Record (via ECF)
       GateGuard Inc. (via email)