UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD INC.,<br><br>        Plaintiff,<br><br>- against -<br><br>AMAZON.COM INC., AMAZON.COM SERVICES, INC., AMAZON.COM SERVICES, LLC, AMAZON LOGISTICS, INC., RING LLC,<br><br>        Defendants. | Case No.: 1:21-cv-09321-JGK-GWG |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The motion of Fryman PC to withdraw as counsel of record for Plaintiff GateGuard, Inc., pursuant to Local Rule 1.4, is hereby **GRANTED**. The Clerk of the Court is directed to withdraw the appearances of David J. Fryman and David Yeger, and to update the docket accordingly. All deadlines in this action are stayed for 60 days to allow GateGuard Inc. to obtain new counsel.

SO ORDERED.

Dated: _____, 2026

_____
Honorable John G. Koeltl, U.S.D.J.