UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
GATEGUARD, INC.                                          :

                                                        :       ORDER
                         Plaintiff,                             21 Civ. 9321 (JGK) (GWG)
                                                        :

        -v.-                                             :

                                                        :

AMAZON.COM INC. et al.,                                  :

                                                        :
                         Defendants.
--------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        The Court has reviewed the defendants' application (Docket # 323) regarding the production of documents that was due on March 30, 2026, as required by Judge Figueredo's order of February 11, 2026 (Docket # 304).

        Plaintiff has not responded to this request.   While the Court is aware of the letters from Ari Teman relating to this production (Docket # 324 and 325), the Court sees no reason to delay the gathering of these documents and their production to the Court's custody while the Court adjudicates the motion to intervene and counsel's motion to withdraw.   No waiver will result from such filing and the documents will not be made available to defendants absent a Court order.

        Accordingly, Gateguard, Inc. is hereby ORDERED to produce the documents identified in Docket # 304 to the Court's custody by filing them ex parte under seal on the ECF system as an attachment to a letter from Gateguard Inc.'s counsel.   Such filing shall take place by May 1, 2026.

        SO ORDERED.

Dated:  April 24, 2026
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge