UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GATEGUARD, INC.,

                    Plaintiff,              21-cv-9321 (JGK)

          - against -                       ORDER

AMAZON.COM INC., ET AL.
                    Defendants.
_____

JOHN G. KOELTL, District Judge:

     The Court has received two letters from Ari Teman, which
the Court forwards to Magistrate Judge Gorenstein and files on
the docket.

     This case has been assigned to Magistrate Judge Gorenstein
for general pre-trial purposes. This means that non-dispositive
issues such as scheduling matters should be decided by
Magistrate Judge Gorenstein, with the ability of a party to
appeal a ruling to the District Judge. See 28 U.S.C.
§ 636(b)(1)(A).

     The matters referred to in the letters, such as scheduling,
are non-dispositive matters. See ECF No. 318. To the extent the
Magistrate Judge decides a dispositive matter, the Magistrate
Judge will issue a Report and Recommendation to the District
Judge. See 28 U.S.C. § 636(b)(1)(B)-(C).

     The proposed intervenor objects to the Magistrate Judge's
"jurisdiction over dispositive matters." The Magistrate Juge has
not been granted "jurisdiction over a dispositive matter." If

the Magistrate Judge decides a dispositive matter, the

Magistrate Judge will prepare a Report and Recommendation.

The Chambers will email a copy of this Order to Mr. Teman

at ari@teman.com.


SO ORDERED.
Dated:      New York, New York
            April 28, 2026

                                    John G. Koeltl
                            United States District Judge