# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
gibsondunn.com

David P. Salant
Direct: +1 212.351.2486
DSalant@gibsondunn.com

April 30, 2026

**VIA ECF**

The Honorable Gabriel W. Gorenstein, U.S.M.J.
U.S. District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 519
New York, NY 10007

Re:    *GateGuard, Inc. v. Amazon.com, Inc. et al.*, No. 21 Civ. 9321 (JGK) (GWG)

Dear Judge Gorenstein:

On behalf of Defendants in the above-captioned action ("Amazon"), we respectfully submit this letter in opposition to Plaintiff GateGuard, Inc.'s "emergency letter motion" of April 29, 2026 (ECF No. 330), seeking a stay of the Court's April 24, 2026 document production order (ECF No. 326).[1]

GateGuard's letter acknowledges that GateGuard has taken no steps to comply with Magistrate Judge Figueredo's February 11, 2026 document production order, has taken no steps to comply with this Court April 24, 2026 document production order, and, in fact, does not intend to comply with either order at all. GateGuard's counsel seeks a stay and a ruling on its motion to withdraw so that it can continue to do nothing and pass this document production task onto a yet-to-be-determined successor counsel, if any appears. GateGuard's counsel asserts that it cannot comply with the Court's orders because compliance would "exceed[ ] the firm's capacity." ECF No. 330 at 1. GateGuard's counsel knew or should have known what the issues were in this case before it agreed to take on the representation, and certainly when it stipulated to a case schedule. "Capacity" is not a basis to fail to comply with a court order.

Amazon therefore asks the Court to maintain its April 24 order and require GateGuard to produce the documents, before addressing the motion to withdraw.

Respectfully submitted,

*/s/ David Salant*
David Salant

CC:  All counsel of record (via ECF)

---

[1] GateGuard improperly directed its letter-motion to Judge Koeltl. This case has been assigned to Your Honor for general pre-trial purposes, including discovery scheduling matters. *See* 28 U.S.C. § 636(b)(1)(A).

Abu Dhabi · Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles
Munich · New York · Orange County · Palo Alto · Paris · Riyadh · San Francisco · Singapore · Washington, D.C.