UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD INC.,<br><br>     Plaintiff,<br><br>  - against -<br><br>AMAZON.COM INC., AMAZON.COM SERVICES, INC., AMAZON.COM SERVICES, LLC, AMAZON LOGISTICS, INC., RING LLC,<br><br>     Defendants. | Case No.: 1:21-cv-09321-JGK-GWG |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE, that upon the accompanying declaration, Fryman PC will move this Court, before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for leave to withdraw as counsel for Plaintiff GateGuard, Inc., pursuant to Local Civil Rule 1.4 and Rule 1.16(b) of the New York Rules of Professional Conduct, and for an order staying all deadlines pursuant to the Court's Order (ECF No. 335) to allow for GateGuard Inc. to obtain successor counsel.

Dated: May 1, 2026

        FRYMAN PC

      By: */s/ David Yeger*
        David J. Fryman
        David Yeger
        10 E Merrick Suite, Suite 304
        Valley Stream, NY 11580
        516-714-4147
        dfryman@frymanpc.com
        dyeger@frymanpc.com
        *Withdrawing Attorneys for*
        *Plaintiff GateGuard Inc.*

To:    All Attorneys of Record (via ECF)
        GateGuard Inc. (via email)