UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD INC., | Case No.: 1:21-cv-09321-JGK-GWG |
| Plaintiff, | |
| - against - | |
| AMAZON.COM INC., AMAZON.COM SERVICES, INC., AMAZON.COM SERVICES, LLC, AMAZON LOGISTICS, INC., RING LLC, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The motion of Fryman PC to withdraw as counsel of record for Plaintiff GateGuard, Inc., pursuant to Local Rule 1.4, is hereby **GRANTED**. The Clerk of the Court is directed to withdraw the appearances of David J. Fryman and David Yeger, and to update the docket accordingly. All deadlines in this action are stayed pursuant to the Order, dated May 1, 2026 (ECF No. 335), to allow GateGuard Inc. to obtain new counsel.

SO ORDERED.

Dated: _____, 2026

_____
Hon. Gabriel W. Gorenstein, U.S.M.J.