

David Yeger
dyeger@frymanpc.com

May 11, 2026

**<u>VIA ECF</u>**
Hon. Gabriel W. Gorenstein, U.S.M.J.
Southern District of New York
40 Foley Square, Room 519
New York, NY 10007

**Re:**   ***GateGuard, Inc. v. Amazon.com, Inc.***
<u>**Case No. 21 Civ. 9321 (JGK) (GWG)**</u>

Your Honor,

      We are attorneys of record for the Plaintiff in this action (a motion to withdraw is currently pending before the Court (ECF No. 336)). We are writing on behalf of all the parties to this action to request that the Court enter the enclosed Stipulation and Proposed Order (the "Stipulation"). The Stipulation modifies the current discovery schedule to align it with the Court's deadline for production of certain privileged materials as set forth in the Order of May 1, 2026 (ECF No. 335). We thank the Court for its consideration of this request.

      Respectfully submitted,

*/s/ David Yeger*

David Yeger

Encl.
cc:     All counsel (via ECF)

10 East Merrick Road, Ste 304 ◆ Valley Stream, NY 11580 ◆ T. (516) 714-4147 ◆ F. (518) 670-0017 ◆ frymanpc.com