UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD INC., | Case No.: 1:21-cv-09321-JGK-GWG |
| Plaintiff, | **STIPULATION AND ORDER** |
| - against - | |
| AMAZON.COM INC., AMAZON.COM SERVICES, INC., AMAZON.COM SERVICES, LLC, AMAZON LOGISTICS, INC., RING LLC, | |
| Defendants. | |

WHEREAS, on February 27, 2026, the Court entered a Revised Joint Case Management Plan requiring the parties to serve supplemental written discovery by April 3, 2026 (ECF No. 307 at 2);

WHEREAS, on April 3, 2026, Defendants ("Amazon") served Supplemental Interrogatories and Supplemental Requests for Production on Plaintiff ("GateGuard");

WHEREAS, on April 15, 2026, counsel for GateGuard moved to withdraw from this action (ECF No. 322), which motion was denied without prejudice and refiled on May 1, 2026 (ECF No. 336);

WHEREAS, on May 1, 2026, the Court entered an Order extending GateGuard's deadline to produce certain withheld documents to the Court *ex parte* to June 24, 2026, and stated, "Any new counsel should consider themselves on notice that the Court will expect them to comply . . . and to file the documents *ex parte* with the Court no later than June 24, 2026" (ECF No. 335 at 2);

WHEREAS the parties now agree to extend GateGuard's deadline to respond to Amazon's April 3 written discovery requests on the same schedule, and to place any prospective new counsel on notice of this deadline;

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties hereto as follows:

1. The deadline for GateGuard to respond to Amazon's Supplemental Interrogatories, dated April 3, 2026, and Amazon's Supplemental Requests for Production, dated April 3, 2026, is extended until June 24, 2026.  Any other pending discovery deadlines are stayed until June 24, 2026.

2. This stipulation may be executed in any number of counterparts and by facsimile or electronic signatures, each of which shall be treated as an original.

Dated: May 11, 2026

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ David P. Salant*
David P. Salant, Esq.
200 Park Avenue
New York, New York 10166
(212) 351-2486
*Attorneys for Defendants*

**FRYMAN P.C.**

By: */s/ David Yeger*
David Yeger, Esq.
10 E. Merrick Rd., Ste. 304
Valley Stream, New York 11580
(516) 714-4147
*Attorneys for Plaintiff*

**S O   O R D E R E D:**

_____
HON. GABRIEL W. GORENSTEIN, U.S.M.J.

Dated:     May 12, 2026
       _____