AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York    [▼]

| | |
|---|---|
| Gateguard, Inc. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   21-cv-9321 |
| Amazon.com., Inc. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gateguard, Inc.                                                              .

Date:      06/10/2026

*Eden P. Quainton*
Attorney's signature

Eden P. Quainton EQ2646
*Printed name and bar number*

Quainton Law, PLLC
2 Park Ave., 20th Fl.
New York, NY 10016

*Address*

equainton@gmail.com
*E-mail address*

(212) 419-0575
*Telephone number*

(212) 376-5699
*FAX number*