UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GATEGUARD INC.,

　　　　　　　　　　　Plaintiff,

　　　　- against -

AMAZON.COM INC., AMAZON.COM
SERVICES, INC., AMAZON.COM
SERVICES, LLC, AMAZON LOGISTICS,
INC., RING LLC,

　　　　　　　　　　　Defendants.

Case No.: 1:21-cv-09321-JGK-GWG

# MEMORANDUM ENDORSED

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE, that upon the accompanying declaration, Fryman PC will move this Court, before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for leave to withdraw as counsel for Plaintiff GateGuard, Inc., pursuant to Local Civil Rule 1.4 and Rule 1.16(b) of the New York Rules of Professional Conduct, and for an order staying all deadlines pursuant to the Court's Order (ECF No. 335) to allow for GateGuard Inc. to obtain successor counsel.

Dated: May 1, 2026

　　　　　　　　　　　　　　FRYMAN PC

　　　　　　　　　　　By: */s/ David Yeger*
　　　　　　　　　　　　　David J. Fryman
　　　　　　　　　　　　　David Yeger
　　　　　　　　　　　　　10 E Merrick Suite, Suite 304
　　　　　　　　　　　　　Valley Stream, NY 11580
　　　　　　　　　　　　　516-714-4147
　　　　　　　　　　　　　dfryman@frymanpc.com
　　　　　　　　　　　　　dyeger@frymanpc.com
　　　　　　　　　　　　　*Withdrawing Attorneys for*
　　　　　　　　　　　　　*Plaintiff GateGuard Inc.*

To:    All Attorneys of Record (via ECF)
       GateGuard Inc. (via email)


The motion to withdraw is granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

June 11, 2026