EDEN P. QUAINTON
QUAINTON LAW, PLLC
2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016

245 NASSAU STREET
PRINCETON, NJ 08540

TELEPHONE (212) 419-0575; 609-356-0526
CELL: (202) 360-6296
EMAIL EQUAINTON@GMAIL.COM

June 24, 2026

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**Re: GateGuard, Inc. v. Amazon.com, Inc., 21-cv-9321 (JGK)(GWG)**
**Inability to Effect Court-Ordered Sealed Filing via CM/ECF; Request for Direction (ECF Nos. 326, 335, 347)**

Dear Judge Gorenstein:

I write regarding GateGuard's submission of the documents identified in Docket No. 304, which the Court directed be filed *ex parte* and under seal pursuant to its Orders of April 24, 2026 (ECF No. 326) and May 1, 2026 (ECF No. 335), by today, June 24, 2026.

This evening, and within the deadline, I attempted to make that sealed filing through CM/ECF. The system would not permit it: upon my attempt to seal the filing, CM/ECF returned the message, "You are not authorized to seal an entry or document for any of the parties in this case," and would not allow the sealed submission to proceed. Attached as Exhibit A is the message I received from the system.

In a further effort to comply, I then filed a Letter Motion for leave to file the documents under seal and *ex parte* (ECF No. 347). That did not resolve the problem: CM/ECF continued to deny counsel access to seal, returning the same message. It thus appears that counsel's CM/ECF account is not authorized to effect a sealed filing in this case, notwithstanding the Court's Orders directing the filing and the now-pending motion.

The submission consists of approximately 913 responsive documents, exceeding 8,000 pages, which counsel has organized into fourteen volumes for filing. Owing to their volume and the hour, the documents cannot practicably be submitted on paper tonight, and the Court's Individual Practices do not provide for submission by email.

I therefore respectfully request the Court's direction as to the manner in which it wishes to receive the submission — for example, by enabling sealed electronic filing by counsel in this case, by counsel's delivery of the documents to Chambers at 40 Foley Square on electronic media (such as a USB drive), or by such other method as the Court directs.

Because counsel endeavored in good faith to comply with the June 24, 2026 deadline and was prevented from completing the sealed filing solely by the CM/ECF system's restriction on sealed filings by counsel in this case, GateGuard respectfully requests that its submission be deemed timely made as of today's date.

This letter discloses none of the contents of the submission; it concerns only the manner of its filing. I am, of course, available at the Court's convenience.

Respectfully submitted,

/s/ Eden P. Quainton
Eden P. Quainton
QUAINTON LAW, PLLC
Counsel for Plaintiff GateGuard, Inc.