# EXHIBIT 1

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

GATEGUARD, INC.,                  )

          Plaintiff,      )

                              )

     vs.                      )

                              )Case No.

AMAZON.COM, INC.,             )21 Civ. 9321

AMAZON.COM SERVICES,          )(JGK)(VF)

INC., AMAZON.COM              )

SERVICES, LLC, AMAZON         )

LOGISTICS, INC.               )

          Defendants.    )

_____     )

STATEMENT ON THE RECORD

New York, New York

Tuesday, June 23, 2026

Reported By:

CATHI IRISH, RPR, CRR, CLVS

Page 2

June 23, 2026

10:30 a.m.

STATEMENT ON THE RECORD was taken at the offices of GIBSON, DUNN & CRUTCHER LLP, 200 Park Avenue, New York, New York, before Cathi Irish, a Registered Professional Reporter, Certified Realtime Reporter, and Notary Public of the State of New York.

A P P E A R A N C E S:


    GIBSON, DUNN & CRUTCHER LLP

    Attorneys for Defendants

        200 Park Avenue

        New York, New York 10166

    BY:  DAVID SALANT, ESQ.

        RACHEL I. KATZIN, ESQ.



ALSO PRESENT:

    TYLER PAIZ, videographer

    BRANDON CHAMBERS, summer associate

    SEWON PARK, summer associate

Page 4

MR. SALANT:  Good morning everyone.  I am David Salant.  I am counsel to Amazon in this action.  We had a deposition scheduled for 9:30 this morning here at Gibson Dunn's offices in New York.  Unfortunately, Mr. Teman, the witness, and Mr. Quainton, the witness's counsel, have not shown.

I left a message with Mr. Quainton at 9:29 this morning.  I left another message with Mr. Quainton at 10:03 this morning and didn't hear back and so our plan today is to make a brief statement on the record memorializing what has happened, to mark the notices, and then to send everyone home with our apologies.

So I'm marking as Exhibit 1 Defendant's Exhibit 1, a third amended notice of deposition of Ari Teman dated April 3, 2026.

(Defendant's Exhibit 1, third amended notice of deposition of Ari

Page 5

Teman, marked for identification.)

MR. SALANT:  I'm marking as Defendant's Exhibit 2 an e-mail dated April 3, 2026 from me to David Yeger, Y-E-G-E-R, and David Fryman, F-R-Y-M-A-N, GateGuard's former counsel, serving these deposition notices.

(Defendant's Exhibit 2, e-mail dated April 3, 2026, marked for identification.)

MR. SALANT:  And I'm marking as Defendant's Exhibit 3 an e-mail dated June 12, 2026 from me to Eden Quainton serving these deposition notices again by Mr. Quainton who is GateGuard's current counsel.

(Defendant's Exhibit 3, e-mail dated June 12, 2026, marked for identification.)

MR. SALANT:  So with that, apologies to our stenographer, our videographer, our summer associates who might have thought they would be

Page 6

attending their first deposition today.  We will consider our options and next steps.  We may see you again tomorrow, and with that we can close the record.  Thank you.

(Time noted:  10:33 a.m.)

```
---------------- EXHIBITS ----------------

EXHIBIT NUMBER        DESCRIPTION          PAGE

Defendant's Exhibit 1, third              4

amended notice of deposition of Ari

Teman

Defendant's Exhibit 2, e-mail dated   5

April 3, 2026

Defendant's Exhibit 3, e-mail dated   5

June 12, 2026
```

Page 8

C E R T I F I C A T E

STATE OF NEW YORK )

                    : ss.

COUNTY OF NASSAU   )


    I, CATHI IRISH, a Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify that the foregoing record of proceedings is a full and correct transcript of the stenographic notes taken by me therein.

    IN WITNESS THEREOF, I have hereunto set my hand this 24th day of June, 2026.

                CATHI IRISH, RPR, CLVS, CCR