# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

GATEGUARD, INC.,                    )
                Plaintiff,          )
                                    )
            vs.                     )
                                    )Case No.
AMAZON.COM, INC.,                   )21 Civ. 9321
AMAZON.COM SERVICES,                )(JGK)(VF)
INC., AMAZON.COM                    )
SERVICES, LLC, AMAZON               )
LOGISTICS, INC.                     )
                Defendants.         )
_____            )

STATEMENT ON THE RECORD

New York, New York

Wednesday, June 24, 2026

Reported By:

CATHI IRISH, RPR, CRR, CLVS

June 24, 2026

9:41 a.m.

STATEMENT ON THE RECORD was taken at the offices of GIBSON, DUNN & CRUTCHER LLP, 200 Park Avenue, New York, New York, before Cathi Irish, a Registered Professional Reporter, Certified Realtime Reporter, and Notary Public of the State of New York.

A P P E A R A N C E S:


    GIBSON, DUNN & CRUTCHER LLP

    Attorneys for Defendants

        200 Park Avenue

        New York, New York 10166

    BY:   DAVID SALANT, ESQ.

        RACHEL I. KATZIN, ESQ.



ALSO PRESENT:

    SEWON PARK, summer associate

MR. SALANT:  Good morning, everyone, again.  I am David Salant, counsel to the Amazon defendants in this action.  Once again unfortunately, GateGuard has not appeared for a duly noticed deposition.  I will make a brief statement making a record that we have noticed this deposition and that GateGuard has no excuse not to be here.

I am marking as Defendant's Exhibit 1 defendant's third amended notice of 30(b)(6) deposition to GateGuard dated April 3, 2026.

(Defendant's Exhibit 1, third amended notice, marked for identification.)

MR. SALANT:  I'm marking as Defendant's Exhibit 2 an e-mail dated April 3, 2026 from me to David Yeger and David Fryman serving this notice of deposition on GateGuard.

(Defendant's Exhibit 2, e-mail

Page 5

dated April 3, 2026, marked for identification.)

MR. SALANT:  And I'm marking as Defendant's Exhibit 3 an e-mail dated June 12, 2026 from me to Eden Quainton serving this deposition notice on GateGuard's current counsel.

(Defendant's Exhibit 3, e-mail dated June 12, 2026, marked for identification.)

MR. SALANT:  At 12:44 a.m. this morning, Eden Quainton, counsel for GateGuard, e-mailed me that he would be attending this deposition.  In an e-mail of 9:12 a.m. this morning Mr. Quainton informed me he would not be attending saying that he had transportation problems and that he needed to attend another deposition in another matter.  Mr. Quainton also objected to this deposition proceeding for lack of notice and conferral on the noticed topics for examination. Therefore, I'm marking as Defendant's

Page 6

Exhibit 4 defendant's notice of 30(b)(6) deposition to GateGuard, Inc. dated December 15, 2023.

(Defendant's Exhibit 4, notice of 30(b)(6) deposition, marked for identification.)

MR. SALANT:  I'm marking as Defendant's Exhibit 5 an e-mail dated December 18, 2023 from me to Eden Quainton and Jonathan Gross stating at page 1, paragraph 4, "As you know, we have noticed a Rule 30(b)(6) deposition of GateGuard.  Please let us know when you are available to meet and confer on the noticed deposition topics and when GateGuard is available for this deposition in January 2024."

(Defendant's Exhibit 5, e-mail dated December 18, 2023, marked for identification.)

MR. SALANT:  I'm marking as Defendant's Exhibit 6 an e-mail dated January 8, 2024 from Eden Quainton to me.  At the bottom of page 1.4 in an

Page 7

e-mail to Mr. Quainton, I wrote, "Please let us know when and where GateGuard is available for its Rule 30(b)(6) deposition and who its designees will be.  We are available to meet and confer on the noticed topics for examination."

At the top e-mail at .4, Mr. Quainton responds in part, "Ari will be the 30(b)(6) representative."

(Defendant's Exhibit 6, e-mail dated January 8, 2024, marked for identification.)

MR. SALANT:  I'm marking as Defendant's Exhibit 7 an e-mail dated May 28, 2024 from me to Mr. Quainton in which the parties confirm June 19 and 20, 2024 as the date for Mr. Teman's depositions.

(Defendant's Exhibit 7, e-mail dated May 28, 2024, marked for identification.)

MR. SALANT:  I'm marking as Defendant's Exhibit 8 an e-mail chain

Page 8

dated Wednesday, June 12, 2024 from me to Mr. Quainton in which Mr. Quainton cancels the upcoming deposition and the parties select July 9 and 10, 2024 for the deposition.

(Defendant's Exhibit 8, e-mail chain dated Wednesday, June 12, 2024, marked for identification.)

MR. SALANT:  I'm marking as Defendant's Exhibit 9 defendant's amended notice of 30(b)(6) deposition to GateGuard, Inc. dated July 1, 2024.

(Defendant's Exhibit 9, amended notice, marked for identification.)

MR. SALANT:  I'm marking as Defendant's Exhibit 10 an e-mail dated July 5, 2024 from me to Mr. Quainton in which Mr. Quainton withdraws Mr. Teman from the depositions and the parties seek to reschedule them.

(Defendant's Exhibit 10, e-mail dated July 5, 2024, marked for identification.)

MR. SALANT:  I'm marking as

Page 9

Defendant's Exhibit 11 defendant's second amended notice of 30(b)(6) deposition to GateGuard, Inc. dated July 7, 2024.

(Defendant's Exhibit 11, second amended notice, marked for identification.)

MR. SALANT:  Once again, apologies to our intrepid court reporter who is here a second day. We're sorry to have wasted your time and we hope to see you again soon. With that we can close the record. Thank you.

(Time noted:  9:51 a.m.)

```
                                          Page 10


---------------- EXHIBITS ---------------
EXHIBIT NUMBER        DESCRIPTION           PAGE
Defendant's Exhibit 1, third              4
amended notice
Defendant's Exhibit 2, e-mail dated   4
April 3, 2026
Defendant's Exhibit 3, e-mail dated   5
June 12, 2026
Defendant's Exhibit 4, notice of      6
30(b)(6) deposition
Defendant's Exhibit 5, e-mail dated   6
December 18, 2023
Defendant's Exhibit 6, e-mail dated   7
January 8, 2024
Defendant's Exhibit 7, e-mail dated   7
May 28, 2024
Defendant's Exhibit 8, e-mail chain   8
dated Wednesday, June 12, 2024
Defendant's Exhibit 9, amended        8
notice
Defendant's Exhibit 10, e-mail        8
dated July 5, 2024
Defendant's Exhibit 11, second        9
amended notice
```

C E R T I F I C A T E

STATE OF NEW YORK )

: ss.

COUNTY OF NASSAU )

I, CATHI IRISH, a Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify that the foregoing record of proceedings is a full and correct transcript of the stenographic notes taken by me therein.

IN WITNESS THEREOF, I have hereunto set my hand this 26th day of June, 2026.

CATHI IRISH, RPR, CLVS, CCR