# EXHIBIT 3

## Salant, David P.

| | |
|---|---|
| **From:** | James Anderson <james@cannonlawgroup.com> |
| **Sent:** | Tuesday, June 23, 2026 10:54 AM |
| **To:** | Eden Quainton; Salant, David P.; Belelieu, Christopher D. |
| **Cc:** | Derek Stephenson; paul@clearhome.us; Joseph Cottle; Casey Hreinson |
| **Subject:** | FW: NOTICE OF COMPLETED CRIMINAL REFERRAL: Individual Liability and Recommendation for Independent Counsel |

**This Message Is From an External Sender**
This message came from outside your organization.

Eden,

Please see your client's despicable, hate-filled email below – sent on Father's Day no less.  I could call your client several names, but I think the email speaks for itself on his character.  I'll leave it to everyone on this chain to do what they want with this email – delete it, send it to TMZ, use it at trial, post it to socials, etc.  Everyone he sent it to are Mormon and half are attorneys.  Obviously, this email is inappropriate, offensive, and bigoted.  I would expect, at a minimum, a genuine apology from your client, but maybe that's too much to ask for.

Sincerely,

James C. Anderson, Esq.*
Attorney at Law
Cannon Law Group, PLLC
124 South 600 East
Salt Lake City, UT 84102
Cell. 209.605.1900
Off. 801.363.2999 Ext. 102
Fax. 801.606.7341
james@cannonlawgroup.com
www.cannonlawgroup.com

*Licensed in Arizona, California, and Utah.



This message is intended only for the use of the Addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify me immediately. If this message is regarding settlement negotiations, this message is protected under Rule 408 or applicable of the state/federal Rules of Evidence.

DEBT COLLECTION NOTICE: This firm collects debts.  This communication may be an attempt to collect a debt.  Any information obtained as a result of this communication or subsequent communications may be used to collect the debt. This office is unaware if you are represented by counsel or if you have recently filed for bankruptcy; if you are represented by counsel or if you have recently filed for bankruptcy, please have your attorney contact us immediately.

**From:** Ari B. Teman <ari@teman.com>
**Sent:** Sunday, June 21, 2026 1:41 PM

**To:** Derek Stephenson <derek@clearhome.us>; paul@clearhome.us; James Anderson <james@cannonlawgroup.com>; Cole Cannon <cole@cannonlawgroup.com>; Joseph Cottle <Joseph@cannonlawgroup.com>; casey@clearhome.us
**Subject:** Re: NOTICE OF COMPLETED CRIMINAL REFERRAL: Individual Liability and Recommendation for Independent Counsel

You don't often get email from ari@teman.com. Learn why this is important

I guess it's no surprise that a group of pedophile*Mormons think nothing of breaking into other people's property and stealing our stuff but when we sue you kid fuckers by name and drag you into court, you can be sure the jury will 100% not like you breaking into black owned buildings without permission.

Oh that's right, Mormons are giant racists, too. I guess that's lucky for black kids.

Stop breaking into our clients buildings, you fucking creepy pedophile human ships.

Thank you kindly.
Ari


*to be fair, maybe you just worship a major pedophile as a prophet but don't actually rape kids like Joseph Smith and the rest of your church leaders... but it's easy to assume you're all pedophiles since (a) you have no moral compass end only cared about getting caught (b) you stole our stuff rather than go earn an honest living, (c) have not taken any of the many opportunities to go to the judge and confess the crime and make right the damages and (d) YOU STOLL KEEP BREAKING INTO OUR BUILDINGS so I'm just going to assume you're pedophiles. You are thieves and burglars and cheats... so you're definitely Mormon.

On Fri, Mar 27, 2026, 4:47 PM Ari B. Teman <ari@teman.com> wrote:

> Derek, Christopher, Alex, Casey, and Andy:
>
> This letter serves as formal notice that GateGuard, Inc. ("GateGuard") has officially **referred the documented criminal activities of the individuals and entities named above to the Department of Justice (DOJ) and the Federal Bureau of Investigation (FBI).**
>
> Our referral includes comprehensive evidence obtained through discovery,  substantiating multiple federal offenses, including **Wire Fraud (18 U.S.C. § 1343)**, **Interstate Transportation of Stolen Property**, and **Obstruction of Justice/Spoliation** regarding the intentional theft, transport, and destruction of our device by Amazon and ClearHome executives. Discovery shows that these individuals knew they were defrauding GateGuard and made concerted efforts to mislead us to steal our property and to break and enter into thousands of multifamily properties.
>
> This evidence was fronted to me upon Mr. Salant's insistence on us seeking and providing attorney-client privileged material, which we still are unable to locate. **However we did locate emails between Amazon and ClearHome conspiring to steal our equipment and in fact doing so, and we have provided those to law enforcement.**
>
> **1. Criminal Referall is Non-Negotiable and Completed**

It is the firm position of GateGuard that the individuals and corporations involved in this scheme should face criminal prosecution for the organized theft of our technology and the subsequent cover-up. **This matter is not open for negotiation.** Our cooperation with federal authorities is a matter of corporate and civic duty; no civil agreement or discussion will dissuade us from ensuring that these criminal activities are prosecuted to the fullest extent of the law.

## 2. Documented Scale of the Fraud

The evidence in our possession confirms the massive financial scale of this conspiracy. Discovery reveals that ClearHome (via its entities DLBR and Clear Pro) earned between **$30 million and $50 million** in Amazon-generated revenues during the 2021–2022 period alone. These revenues were built directly upon the fraudulent procurement of GateGuard's technology to facilitate "Key for Business" installations, which yielded an average of **$9 to $12 per door** across a "very high volume" of buildings.

Furthermore, we are aware that Amazon has leveraged this stolen architecture to charge third-party access fees for the very addresses secured by our proprietary systems.

We have provided the DOJ with an accounting of these figures ABC evidence in our possession to demonstrate the "economic value" of the trade secrets misappropriated through this fraud.

## 3. Recommendation to Retain Independent Criminal Defense Counsel

We are mentioning this referral specifically because the individuals named—**Derek, Christopher, and Alex**—now face significant personal legal exposure. We strongly recommend that you **retain your own individual criminal defense counsel immediately.**

Do not rely on conflicted corporate counsel provided by Amazon or ClearHome.

Their primary loyalty is to the corporation's legal standing, **not your personal freedom**.

In federal investigations of this magnitude, corporations frequently protect the entity by distancing themselves from the actions of individual employees. You should ensure your interests are represented by counsel who does not have a conflict of interest.

## 4. Whistleblower Opportunity

If any of you were directed by higher-ups to commit these acts, execute these emails, or coordinate this theft against your better judgment—as suggested by the "reservations" expressed in internal communications—it is in your interest to **come forward to us and to law enforcement as whistleblowers.**

Cooperating with authorities regarding those who orchestrated and authorized this scheme may be the only way to mitigate your personal liability.

GateGuard will continue to provide supplemental evidence and testimony to federal investigators as this matter proceeds.

Regards,


**Ari Teman | Founder | teman™**
We make Real Estate proactive with Artificial Intelligence
212-203-3714 | teman.com | ari@teman.com


Featured in:
ABC, NBC, PIX, FOX, Pando, Curbed, Observer, The Real Deal, Cooperator, BISNOW,


Visit us for a demo (By Appointment only):


NYC: Herald Square
Miami: Lincoln Road


All conversations are off-the-record. Social Media, too.
Terms apply to each service. Each service is a different entity.
Terms cannot be changed via email or oral agreement.
Statements herein about other companies and individuals
should be taken as opinion and not fact.


This message is intended only for the use of the Addressee and may contain information that is **PRIVILEGED** and **CONFIDENTIAL**. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify me immediately. Your receipt of this email in no way creates an attorney-client privilege as such will be done by formal written agreement between you and the Cannon Law Group, PLLC.

**DEBT COLLECTION NOTICE**: This firm collects debts. This communication may be an attempt to collect a debt. Any information obtained as a result of this communication or subsequent communications may be used to collect the debt.