# EXHIBIT B

*Plaintiff's transmittal to the Pro Se Intake Unit of the Notice of Voluntary Dismissal With Prejudice*

*Teman v. Quainton, No. 1:26-cv-03083 (S.D.N.Y.) — June 30, 2026*

**From:** ari@teman.com
**To:** prose@nysd.uscourts.gov
**Cc:** equainton@gmail.com, jonathansgross@gmail.com, sarahspitalnickesq@gmail.com
**Date:** June 30, 2026, 1:03 PM ET
**Subject:** Request to File Notice of Voluntary Dismissal – Teman v. Quainton, No. 1:26-cv-03083

Dear Pro Se Intake Clerk,

Attached for filing is Plaintiff's Notice of Voluntary Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(i) in Teman v. Quainton, No. 1:26-cv-03083 (S.D.N.Y.).

Because no Defendant has served an answer or a motion for summary judgment, the Notice is effective upon filing under Rule 41(a)(1)(A)(i). I respectfully request that it be docketed in the above-captioned case.

Please let me know if there are any issues with the filing.

Thank you for your assistance.

Respectfully,

Ari Teman
Plaintiff Pro Se
ari@teman.com
212-203-3714

---

*[Plaintiff's Notice of Voluntary Dismissal With Prejudice — the attachment referenced in the foregoing transmittal (filename "20260630-000000-B_Teman_Notice_Of_Voluntary_Dismissal.pdf"), and docketed in Teman v. Quainton, No. 1:26-cv-03083 (S.D.N.Y.) — is to be appended following this page.]*