UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
GATEGUARD, INC. :

: ORDER

Plaintiff, 21 Civ. 9321 (JGK) (GWG)

:

-v.-

:

AMAZON.COM INC. et al., :

:

Defendants.
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The Court has reviewed defendants' application for sanctions (Docket # 356) and plaintiff's response (Docket ## 357, 359).[1]

The discovery violations described in defendants' letter at this point do not warrant a case-terminating sanction — particularly given plaintiff's recent change of counsel. Plaintiff should immediately contact defendants to reschedule the depositions referenced in defendants' letter. The parties should attempt to resolve the other discovery matters as well. If the parties cannot resolve a dispute, defendants may bring the dispute to the attention of the Court in a letter that complies with paragraph 2.A of the Court's Individual Practices. This ruling is without prejudice to defendants seeking case-terminating sanctions based on a different record.

The July 17, 2026, deadline to depose plaintiff and its principal Ari Teman is extended to the earliest date these depositions can be scheduled. The parties shall attempt to agree upon this date and if no agreement can be reached, either party may apply to the Court to set the deadline. No other deadlines are being extended at this time, though the parties are free to seek an adjournment of any deadlines that are dependent on defendants obtaining the outstanding discovery discussed in their letter, along with the privileged documents (whose release will be determined following a ruling on the motion to intervene).[2]

---

[1] Defendants have also sought disqualification of plaintiff's attorney based on a lawsuit filed by plaintiff's principal against the attorney. See Docket # 356. That lawsuit has been dismissed with prejudice, however, and thus the factual predicate for disqualification no longer applies. See Teman v. Quainton et al., No. 26 Civ. 3083 (S.D.N.Y.) (Docket # 20).

[2] This Order shall not be construed as indicating that the Court has determined that plaintiff complied with the Order to file all privileged documents (Docket # 335). Defendants are free to make an appropriate application with respect to those documents at the time they are released.

The parties are encouraged to attempt to agree upon any compensatory or other financial sanctions that defendants seek regarding plaintiff's past conduct in relation to the depositions. If agreement cannot be reached, the Court's premotion conference requirement is waived as to any motion for compensatory or other financial sanctions for such conduct. Any such motion shall be filed within 14 days of the conclusion of all discovery.

SO ORDERED.

Dated: July 17, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge