**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

GATEGUARD, INC.,

Plaintiff,

v.

AMAZON.COM, INC.,
AMAZON.COM SERVICES, INC.,
AMAZON.COM SERVICES, LLC,
AMAZON LOGISTICS, INC.,
RING LLC,

Defendants.

Case No. 21 Civ. 9321 (JGK) (GWG)

**JOINT STIPULATION TO REVISE CASE MANAGEMENT PLAN**

Pursuant to the Court's order of July 17, 2026, ECF No. 360, the parties respectfully submit this Revised Joint Case Management Plan for the Court's review and approval. Having met and conferred, the parties jointly request the following adjournments of the expert discovery deadlines set forth in the Revised Joint Case Management Plan dated February 27, 2026 (ECF No. 307):

| Event | Current Deadline (ECF No. 307 at 2) | Proposed Deadline |
|---|---|---|
| Deadline to disclose the identity of expert witnesses | July 31, 2026 | September 30, 2026 |
| Deadline to serve opening expert reports | August 14, 2026 | October 14, 2026 |
| Deadline to disclose the identity of rebuttal expert witnesses | August 21, 2026 | October 21, 2026 |
| Deadline to serve rebuttal expert reports | September 8, 2026 | November 9, 2026 |
| End of all expert discovery, including expert depositions | September 30, 2026 | November 30, 2026 |

We thank the Court for its consideration.

Respectfully submitted,

Dated: July 31, 2026
New York, NY

By: /s/ Eden P. Quainton
QUAINTON LAW, PLLC
Eden P. Quainton
2 Park Ave, 20th Floor
New York, NY 10016
Telephone: (212) 419-0575
Email: eden.quainton@quaintonlaw.net

*Counsel for Plaintiff GateGuard, Inc.*

By: /s/ David P. Salant
David P. Salant
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Email: dsalant@gibsondunn.com

*Counsel for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Logistics, Inc., and Ring LLC*

**SO ORDERED.**

DATED: ____________________

______________________________
HON. GABRIEL W. GORENSTEIN
United States Magistrate Judge