UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GATEGUARD, INC.                                    :

                                                   :       ORDER
                      Plaintiff,                           21 Civ. 9321 (JGK) (GWG)
                                                   :

      -v.-
                                                   :

AMAZON.COM INC. et al.,                            :

                                                   :
                      Defendants.
---------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        The Clerk is directed to strike Docket # 366 from the record because it was filed by a
non-party who has no legally cognizable interest in the proceedings of this case.

        SO ORDERED.

Dated: August 5, 2026
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge