UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GATEGUARD, INC.                                          :

                                                        :        ORDER
                        Plaintiff,                               21 Civ. 9321 (JGK) (GWG)
                                                        :

        -v.-                                            :

AMAZON.COM INC. et al.,                                 :

                                                        :
                        Defendants.
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        This Order is issued with respect to the application made in Docket # 361 to which plaintiff has responded in Docket # 365.

        "As a general rule, a plaintiff, having selected the forum in which the suit is brought, will be required to make himself or herself available for examination there." Est. of Gerasimenko v. Cape Wind Trading Co., 272 F.R.D. 385, 387 (S.D.N.Y. 2011). While remote depositions are permissible, see Fed. R. Civ. P. 30(b)(4), a court is entitled to exercise its discretion to require an in person deposition where the party noticing the deposition prefers to have it conducted in person. See generally Perkins v. City of New York, 2026 WL 1900113, at *1 (E.D.N.Y. July 1, 2026).

        The Court intends to exercise its discretion to require that the plaintiff (including its principal) appear in person for the deposition in the Southern District of New York, where plaintiff brought suit, unless the plaintiff can show that conducting the deposition in such manner "imposes a meaningful burden." Id.

        While the issue of burden is mentioned in plaintiff's letter of August 4, 2026 (Docket # 365), the Court requires plaintiff to present the issue of burden to the Court through formal briefing. Accordingly, plaintiff has leave to file a motion for a protective order addressing burden on or before August 13, 2026. The briefing schedule on that motion shall be in accordance with paragraph 2.B of the Court's Individual Practices. The motion papers shall also comply with paragraphs 2.C through 2.F of those Practices. If the Court does not grant the protective order, the deposition shall take place in person in the Southern District of New York by September 30, 2026 (or on such other later date as may be agreed to by the parties and disclosed to the Court by letter).

        SO ORDERED.

Dated:  August 6, 2026
        New York, New York

                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge