EDEN P. QUAINTON
QUAINTON LAW, PLLC
2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016

245 NASSAU STREET
PRINCETON, NJ 08540

TELEPHONE (212) 419-0575; 609-356-0526
CELL: (202) 360-6296
EMAIL EQUAINTON@GMAIL.COM

August 11, 2026

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, NY 10007

Re: GateGuard, Inc. v. Amazon.com, Inc., et al., No. 21-cv-9321 (JGK)(GWG) — Consent Request to Extend the Deadline to Move for a Protective Order (ECF 368)

Dear Judge Gorenstein:

I write on behalf of plaintiff GateGuard, Inc. ("GateGuard"), with the consent of defendants, to request a one-week extension of the deadline set forth in the Court's August 6, 2026 Order (ECF 368) for GateGuard to move for a protective order concerning the manner of Mr. Teman's deposition.

As required by the Court's Individual Practice 1.E:

1. Date to be extended**.** The current deadline is August 13, 2026. GateGuard requests that the deadline be extended one week, to August 20, 2026.

2. Prior requests**.** This is GateGuard's first request to extend this deadline.

3. Reason**.** Mr. Teman is scheduled to be evaluated by a specialist physician in Israel on August 13, 2026 — the day the motion is currently due. The evaluation bears directly on the burden the Court's Order directs GateGuard to address, and documentation from the appointment will not be available before the current deadline.

4. Defendants' position**.** Defendants consent to the requested extension. The parties have conferred and jointly propose the following briefing schedule:

   - GateGuard's motion for a protective order: **August 20, 2026**
   - Defendants' opposition: **September 3, 2026**
   - GateGuard's reply: **September 8, 2026**

This request does not affect any other date or any provision of the Court's August 6 order other than the date of submission and the related briefing schedule for Plaintiff's motion.

Respectfully submitted,

*/s/ Eden P. Quainton*
Eden P. Quainton
*Counsel for Plaintiff GateGuard, Inc.*

cc: All counsel of record (via ECF)