UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------- x

GATEGUARD, INC.,

Plaintiff,

-against- No. 21 Civ. 9321 (JGK)(GWG)

AMAZON.COM, INC., et al.,

Defendants.

-------------------------------------------- x

**NOTICE OF PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Eden P. Quainton dated August 20, 2026, and the exhibits thereto, plaintiff GateGuard, Inc. will move this Court, before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and at a time to be designated by the Court, for a protective order pursuant to Rules 26(c) and 30(b)(4) of the Federal Rules of Civil Procedure providing that the deposition of Ari Teman, individually and as Rule 30(b)(6) designee of GateGuard, Inc., proceed by remote videoconference or, at Defendants' election, in person in Tel Aviv, Israel on the terms GateGuard has offered, and granting such other and further relief as the Court deems just and proper.

This motion is made pursuant to the Court's Order of August 6, 2026 (ECF 368) and the briefing schedule to which the parties consented: opposition papers are due September 3, 2026, and reply papers are due September 8, 2026.

Dated: New York, New York
August 20, 2026

Respectfully submitted,

*/s/ Eden P. Quainton*
Eden P. Quainton
QUAINTON LAW, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: (212) 419-0575
eden.quainton@quaintonlaw.net
*Counsel for Plaintiff GateGuard, Inc.*