# EXHIBIT A

Consultation Summary of Yisgav Shapira, M.D., Atid Medical, August 13, 2026

Certified English translation (RushTranslate, Aug. 20, 2026) with Hebrew original

[redacted]

RushTranslate
+1 206-672-5052 | support@rushtranslate.com

ata
MEMBER #M-101329

# Certificate of Translation Accuracy

Translation of **Medical Record** from **Hebrew** to **English**

I, Shahar Ben Horin, certify that I am fluent in Hebrew and English, have 21 years of professional translation experience (since 2005), am competent to translate from Hebrew into English, and that this translation of the above-mentioned document is complete and accurate.

Shahar Ben Horin
Translator
August 20, 2026

As an authorized representative of RushTranslate, a professional translation services agency, I certify that this translation was performed by Shahar Ben Horin, a professional translator engaged by RushTranslate whose identity and qualifications we have verified, and that it was prepared under RushTranslate's quality assurance process. RushTranslate concurs that the translation is complete and accurate. This certification attests to the correctness of the translation only; no claims are made about the authenticity or content of the original document. A copy of the translation is attached.

Mike Bortscheller
Authorized Representative
August 20, 2026

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States

TRANSLATION
CERTIFIED
ATA MEMBER
# M-101329
RUSHTRANSLATE

RushTranslate
+1 206-672-5052 | support@rushtranslate.com
ata MEMBER #M-101329

**Yisgav Shapira, M.D.**
ENT Surgeon
Otology – Neurotology

[LOGO]
‘ATID MEDICAL

| | | |
|---|---|---|
| First Name: Ari | Last Name: Teiman | ID No.: [redacted] |
| Age: [redacted] \| [redacted] | Mobile: [redacted] | |
| Insurance: — | HMO: Maccabi | |

Date: AUG 13, 2026 Time: 17:20

# Consultation Summary

[redacted]

**Diagnosis:** EUSTACHIAN TUBE DYSFUNCTION — RT.

[redacted]

**Recommendations:**
To be referred to Sheba [Medical Center] for the procedure.
Until recovery — recommends avoiding flying.

**Atid Medical**
Atidim Park 4, Tel Aviv
03-5299521
info@atidmedical.co.il

[redacted]

RushTranslate
+1 206-672-5052 | support@rushtranslate.com
ata MEMBER #M-101329

**Yisgav Shapira, M.D.**
ENT Surgeon
Otology – Neurotology

[LOGO]
'ATID MEDICAL

[SEAL: Dr. Yisgav Shapira | License No.: 30333 | ENT Specialist]
[SIGNATURE]

**Atid Medical**
Atidim Park 4, Tel Aviv
03-5299521
info@atidmedical.co.il

[redacted]

[redacted].

[redacted]

[redacted]

[redacted]

**Atid Medical**

Atidim Park 4, Tel Aviv
03-5299521
Info@atidmedical.co.il

**עתיד מדיקל**

פארק עתידים 4 ת"א
03-5299521
Info@atidmedical.co.il

◄ **חוק זכויות החולה תשנ"ו-1996 וחוק הגנת הפרטיות תשמ"א 1981 (13)**
ודא כי מהות הטיפול או הבדיקה המוצעת ברורים לך.
דע כי המידע הרפואי נשמר במערכות עתיד מדיקל , יתכן שיועבר מידע לגורם חיצוני כגון מעבדה, חב' ביטוח או שירותים רפואיים נוספים ע"פ הצורך הרפואי או ע"פ חוק.
נתונה לך הזכות לעיין במידע הרפואי שלך ולבקש לתקנו או למחוק בו פרטים בהתאם למגבלות החוק. להרחבה ולמידע נוסף, נא עיין במדיניות הפרטיות של עתיד מדיקל באתר: atidmedical.co.il