# EXHIBIT J

Clinical notes of Amit Wolfovitz, M.D. (otology-neurotology),
visits of April 24 and November 3, 2025, with working translation
PUBLIC FILING · previously filed on a public court docket; personal identifiers redacted

ד״ר עמית וולפוביץ
מומחה ומנתח א.א.ג כירורגית ראש וצוואר
מומחה באוטולוגיה/נויראוטולוגיה
(ניתוחי אוזניים, שיקום שמיעה, סחרחורת, טינטון
וגידולי בסיס הגולגולת הצידי)

3.11.25

**שם: ארי תימן**
**תארי** REDACTED
REDACTED
**כתובת: ת״א**
**הצהיר/ה שלא נפגשנו במסגרת מערכת הבריאות הציבורית בחצי השנה האחרונה**
**סיבת הפניה:**

לפני כחודשיים עבר טיפול בתא לחץ בשל סימפטומי GI. ככל הנראה סבל מצינון. ללא קושי במהלך ה״צלילה״. למחרת החל לחוש לחץ באוזן ימין. ללא שיפור בבליעה. ללא שינוי בשמיעה. ללא טינטון או סחרחורת. נמשך עד עכשיו. טורדני. בחשיפה לרעש בעיקר בתדר נמוך ־ אי-נוחות ואף כאב. ללא סחרחורת.
ללא קושי בהשוואת לחצים (טיסות וכדומה)
דלקות אוזניים בילדות
24.4.25 ־ השלים בדיקת שמיעה + טימפנומטריה + ETF: שמיעה תקינה למעט ירידה ת״ע סימטרית ב-UHF עד ל-50 ד״ב. . 96/92% WRS 10/10 SRT טימפנו A/A. בבדיקת ETF ־ תת-תפקוד חצוצרה דו״צ.
פחות חמור משהיה כאשר פנו.
3.11.25 - עדיין כאב באוזן ימין. די קבוע. ללא שינוי בשמיעה. מתקשה בחדרים סגורים כממ״ד.

**בדיקה גופנית:**
פנים ־ סימטריות
אוטוסקופיה ־ תקינה משני הצדדים. תנועת תופית תקינה בולסלבה וטויינבי משני הצדדים.
וובר לשמאל, רינה + משני הצדדים אך נשמע יותר משמאל
ללא ניד ספונטני, HIT ־ תקין דו״צ, HST ־ תקין, SKEW ־ תקין דו״צ, VOR תחת פרנזל ־ תקין
24.4.25 ־ אוטוסקופיה ־ תקינה משני הצדדים עם תנועת תופית בולסלבה.
3.11.25 - אוטוסקופיה - תקינה משני הצדדים. תנועת תצפית בולסלבה וטויינבי. FOL - חללא ף ימין - תקין, נזופרינקס ופתחי והחצוצרה תקינים. שאר הפרינקס ולרינקס תקינים.
רגישות מסויימת ב-TMJ.

**רקע רפואי:**
ללא
**רקע ניתוחי:**
ניתוח לשחזור האף, אוטופלסטי
**אלרגיה לתרופות:**
פניצילין
**הרגלים:**
ללא
**סיכום והמלצות:**

תמונה חלקית של תת-תפקוד חצוצרה מימין עם קושי בהשוואת לחצים אך בבדיקה תקין סה"כ.
בנוסף, ווּבר לשמאל ואי-סבילות לרעש בתדר נמוך
מומלץ:

1. המנעות מטיסה ל-3 חודשים avoid airplanes for the coming three (3) months
2. בדיקת שמיעה בהקדם + טימפנומטריה + ETF - ישלח לי את התוצאות ל-
058-6268313

- 24.4.25

The Eustachian Tube (ET) Function test point at ET Dysfunction Bilaterally Hence Ari Should avoid barometric changes (for example: commercial flights, climbing to high places, HBO chamber, etc..)
I would prescribe Steronase nasal spray for 3 months and would schedule visit for inspection before approving traveling abroad. In case of increasing pain – come in sooner.

- 3.11.25

עדיין סובל מתת-תפקוד חצוצרה בעיקר מימין. הוסברו אפשרויות הטיפול: כפתור או צנתור החצוצרה. הוסברו המשמעויות, סיכונים וסיכויים של כל אפשרות. ממליץ על צנתור החצוצרה תחילה (טובופלסטיקה). בנוסף ממליץ על ריכוך הדיאטה + קומפרסים חמים למפרקי הלסת לשני הצדדים למשך שבועיים.

ד"ר עמית וולפוביץ
מ.ר 108124
מ.מ 33387

**TRANSLATION OF NOV 3rd NOTES:**

**The patient continues to suffer from Eustachian tube dysfunction, mainly on the right side. Possible treatment options were explained: balloon dilation (tuboplasty) or insertion of a ventilation tube ("ear button"). The implications, risks, and success rates of each option were discussed. It is recommended to first attempt catheterization (balloon dilation) of the Eustachian tube. In addition, a soft diet and warm compresses to both jaw joints are recommended for two weeks."**

# WORKING ENGLISH TRANSLATION OF HEBREW TEXT

*Provided for the Court's convenience; certified translation to follow by supplement. Portions of the original are in English on its face (the April 24, 2025 handwritten recommendations and the document's own translation of the November*

Letterhead: Dr. Amit Wolfovitz · Specialist and surgeon, ear-nose-throat and head-and-neck surgery; specialist in otology/neurotology (ear surgery, hearing rehabilitation, vertigo, tinnitus, and lateral skull-base tumors).

Date: 3.11.25 [November 3, 2025]. Name: Ari Teman. Date of birth: 10.5.1982. Email: ari@teman.com. Address: Tel Aviv. The patient declared that he has not been seen within the public health system in the last half year.

Reason for visit: About two months ago underwent treatment [in the ear] with pressure due to a GI symptom [as printed]; apparently suffered congestion. No difficulty during 'diving' [pressure maneuver]; the next day began to feel pressure in the right ear. No improvement in swallowing. No change in hearing. No tinnitus or dizziness. Continuing to now; bothersome. Mainly seeks [relief of] low-frequency noise/discomfort; no pain. No difficulty compared to pressure [changes] (flights and the like) previously. Ear infections in childhood.

24.4.25 [April 24, 2025 entry]: Completed hearing test + tympanometry + ETF [Eustachian tube function]: hearing normal, slight symmetric decline at UHF up to 50 dB; SRT 10/10; WRS 96/92%; tympanometry A/A. On ETF testing · sub-function of the Eustachian tube bilaterally. Less [symptomatic] when [illegible] passes.

3.11.25: Still pain in the right ear, fairly constant. No change in hearing. Reports difficulty in closed rooms such as MRI [as printed].

Physical examination: Face symmetric. Otoscopy · normal appearance of the tympanic membrane bilaterally, movement on Valsalva bilaterally; Weber to left, Rinne + bilaterally but heard more on the left. No spontaneous nystagmus; HIT normal bilaterally; HST normal; SKEW normal; VOR normal under Frenzel · normal. 24.4.25 · Otoscopy: normal bilaterally with movement of the tympanic membrane on Valsalva. 3.11.25 · Otoscopy: normal bilaterally; membrane appearance normal on Valsalva and Toynbee; FOL · right F cavity normal; nasopharynx and Eustachian openings normal; remainder of the pharynx and larynx normal. Certain tenderness at the TMJ.

Medical background: None. Surgical background: surgery to restore the nose, otoplasty. Drug allergy: penicillin. Habits: none.

Summary and recommendations [November 3, 2025 · per the document's own English translation]: 'The patient continues to suffer from Eustachian tube dysfunction, mainly on the right side. Possible treatment options were explained: balloon dilation (tuboplasty) or insertion of a ventilation tube ("ear button"). The implications, risks, and success rates of each option were discussed. It is recommended to first attempt catheterization (balloon dilation) of the Eustachian tube. In addition, a soft diet and warm compresses to both jaw joints are recommended for two weeks.'

April 24, 2025 recommendations [numbered list; item 1 in Hebrew with English annotation, item 2 in Hebrew]: 1. Avoid flying for 3 months ['avoid airplanes for the coming three (3) months' appears in English in the original]. 2. Hearing test + tympanometry + ETF in advance · send me the results. [Handwritten English on the original:] 'The Eustachian Tube (ET) Function test point at ET Dysfunction Bilaterally. Hence Ari Should avoid barometric changes (for example: commercial flights, climbing to high places, HBO chamber, etc..) I would prescribe Steronase nasal spray for 3 months and would schedule visit for inspection before approving traveling abroad. In case of increasing pain - come in sooner. - 24.4.25'

Signature block: [stamp and signature] Dr. Amit Wolfovitz, License No. (M.R.) 108124, Specialist No. (M.M.) 33387.