# EXHIBIT A

**From:** Eden Quainton
**To:** Salant, David P.; Champion, Anne; Belelieu, Christopher D.; Santora, Nicole; Takagaki, Marc Aaron; Kutz, Michael; Katzin, Rachel I.; Watts, Nicholas C.
**Subject:** GateGuard, Inc. v. Amazon.com, Inc.., et al., 21-cv-9321 -- Deposition of Ari Teman
**Date:** Friday, March 1, 2024 4:33:44 PM

**[WARNING: External Email]**

David,

I'm getting back to you on the scheduling of the deposition for Mr. Teman. Unfortunately, he week of the 11th no longer works. In addition to the recently set deadline for filing a reply to Second Amended Complaint in this matter, a reply to the anticipated opposition of the Government to Ari Teman's request for compassionate release is also due on March 13. In light of recent developments, including the Judge's order that Teman be released on an emergency basis to Larking Hospital in Miami, the diagnosis of Orchalgia Mr Teman received at Larkin, the continuing severe pain in which he finds himself, the severe allergies and auto-immune reactions he is experiencing, as well as the overall weakening effect of try to keep Kosher on a prison diet, Mr. Teman is not presently in a state in which a deposition could be meaningfully conducted and we do not want a deposition that would lead to hours of inadmissible testimony. Moreover, we are hopeful the Judge will order compassionate release, particular since Mr. Teman is scheduled for release on May 14, 2024 in any event. Judge Englemayer is known for his rapid decisions but the earliest we could have a decision would be March 14. We will have to see what the decision is before we can commit to a firm date, either in the prison context or outside.

Eden

Quainton Law, PLLC
2 Park Ave., 20th Fl.
New York, NY 10016
Tel: 212-419-0575
Cell: 202-360-6296
https://quaintonlaw.net