# EXHIBIT A

# DARIUS KOHAN, M.D.

| | |
|---|---|
| **LICENSURE** | New York State #164531<br>Date of Issue – October 22, 1985<br>Registration Expires – February 28, 2027<br><br>California #G069743<br>Date of Issue – September 10, 1990<br>Registration Expires – March 31, 2028 |
| **BOARD CERTIFICATION** | 1985 Diplomat of the National Board Med. Examiners<br><br>1990 Diplomat of the American Board of Otolaryngology<br><br>2012 Diplomat of the American Board of Neurotology |
| **LANGUAGES (FLUENT)** | French, Romanian |
| **BUSINESS ADDRESS** | 863 Park Avenue<br>Suite 1E<br>New York, NY 10075<br>(212) 472-1300<br>Email: earmaven@aol.com<br>Web: www.DariusKohanMD.com |

**UNDERGRADUATE EDUCATION**

| | |
|---|---|
| 1976 – 1980 | New York University<br>School of Arts and Sciences<br>BA 1979 |

**GRADUATE EDUCATION**

| | |
|---|---|
| 1980 – 1984 | New York University<br>School of Medicine<br>MD 1984 |

**PROFESSIONAL POSITIONS**

**Post-Doctoral Training**

| | |
|---|---|
| 1984 – 1986 | Residency – General Surgery<br>Beth Israel<br>Mt. Sinai School of Medicine<br>New York, NY |
| 1986 – 1990 | Residency – Otolaryngology<br>New York University School of Medicine<br>New York, NY |

| | |
|---|---|
| 1990 – 1991 | Fellowship – Otology/Neurotology<br>Department of Otolaryngology<br>New York University School of Medicine<br>New York, NY |

**Academic Appointments**

| | |
|---|---|
| July 1987 – June 1990 | Teaching Assistant<br>Department of Otolaryngology<br>New York University School of Medicine<br>New York, NY |
| July 1990 – June 1991 | Instructor in Clinical Otolaryngology<br>Department of Otolaryngology<br>New York University School of Medicine<br>New York, NY |
| July 1991 – August 1993 | Clinical Instructor<br>Department of Otolaryngology<br>New York University School of Medicine<br>New York, NY |
| September 1993 – August 1998 | Clinical Assistant Professor of Otolaryngology<br>Department of Otolaryngology<br>New York University School of Medicine<br>New York, NY |
| September 1998 – Present | Clinical Associate Professor of Otolaryngology<br>Department of Otolaryngology<br>New York University School of Medicine<br>New York, NY |

**Leadership Appointments**

| | |
|---|---|
| July 1991 – 1996 | Assistant Attending<br>Acting Chief of Otology-Neurotology<br>Department of Surgery/Division of Otolaryngology<br>Beth Israel Medical Center – Petrie Division<br>New York, NY |
| March 1993 – 1999 | Director, Cochlear Implant Program<br>Beth Israel Medical Center<br>New York, NY |
| June 1994 – August 1996 | Chief, Division of Otolaryngology<br>NYU Brooklyn Hospital Center<br>Brooklyn Hospital Center<br>Brooklyn, NY |

| | |
|---|---|
| August 1996 – November 2015 | Chairman, Department of Otolaryngology<br>Brooklyn Hospital Center, Brooklyn, NY<br>Cornel University/Columbia Presbyterian Hospital System |
| January 2001 – 2010 | Medical Co-Director<br>The League for the Hard of Hearing/Center for Hearing and Communication<br>New York, NY |
| May 2001 – Present | Director of Otology/Neurotology and Cochlear Implant Center<br>Lenox Hill Hospital/Manhattan Eye, Ear, Nose, and Throat Hospital<br>New York, NY |
| January 2012 – Present | Co-Director of Neurotology<br>New York Head and Neck Institute<br>Lenox Hill/Northwell Health<br>New York, NY |
| January 2009 – Present | Governor, New York Otologic Society<br>New York, NY |
| January 2014 – December 2015 | President – New York Otologic Society |

**Hospital Appointments**

| | |
|---|---|
| July 1991 – Present | Assistant Attending<br>Department of Otolaryngology<br>Lenox Hill Hospital/Manhattan Eye, Ear, Nose, and Throat Hospital<br>New York, NY |
| July 1991 – Present | Assistant Attending<br>New York University Medical Center<br>Department of Otolaryngology<br>New York, NY |
| July 1991 – Present | Assistant Attending<br>Bellevue Hospital Center<br>Department of Otolaryngology<br>New York, NY |
| July 1991 – December 2000 | Assistant Attending<br>Manhattan Veterans Administration Hospital<br>Department of Surgery<br>Division of Otolaryngology<br>New York, NY |
| February 1994 – Present | Lecturer<br>Mt. Sinai Medical Center – New York Eye and Ear Infirmary<br>Department of Otolaryngology<br>New York, NY |

| | |
|---|---|
| June 2006 – Present | Assistant Attending<br>Mt. Sinai Medical Center – New York Eye and Ear Infirmary<br>Department of Otolaryngology<br>New York, NY |

**Employment**

| | |
|---|---|
| 1991 – 1994 | Otologist/Neurotologist<br>NYU Medical Center-Bellevue Hospital<br>New York, NY |
| 1991 – December 2000 | Medical Co-Director<br>Otologist/Neurotologist- Volunteer<br>The League for the Hard of Hearing/Center for Hearing and Communication<br>New York, NY |
| 1993 – Present | Private Practice of Otolaryngology<br>863 Park Avenue, Suite 1E<br>New York, NY 10075 |
| 1994 – November 2015 | Chairman Department of Otolaryngology<br>Brooklyn Hospital Center<br>Brooklyn, NY |
| 2015 – Present | Director of Otology/Neurotology<br>Lenox Hill Hospital/Manhattan Eye, Ear, Nose, and Throat Hospital<br>Northwell Health,<br>New York, NY |

**PROFESSIONAL MEMBERSHIPS**

| | |
|---|---|
| 1987 – 1990 | Resident Member<br>American Academy of Otolaryngology – Head and Neck Surgery |
| 1987 – 1990 | Junior Member<br>American Academy of Facial Plastic and Reconstructive Surgery |
| 1988 – 1990 | Junior Member<br>American Rhinologic Society |
| 1990 – Present | Fellow<br>American Academy of Otolaryngology – Head and Neck Surgery |
| 1990 – Present | Fellow<br>American Board of Otolaryngology |
| 1991 – Present | Member<br>New York County Medical Society |

| | |
|---|---|
| 1991 – Present | Member<br>Medical Society of the State of New York |
| 1993 – 2015 | Member<br>American Medical Association |
| 1994 – Present | Member<br>American Neurotology Society |
| 1995 – Present | Member<br>New York Head and Neck Society |
| 1998 – Present | Member<br>New York Otologic Society |
| 2012 – Present | Member<br>Triological Society |
| 2022 – Present | Member<br>Otosclerosis Study Group |
| 2023 – Present | Member<br>American Otologic Society |

**HONORS AND AWARDS**

| | |
|---|---|
| 1980 | Founder's Day Award<br>New York University<br>College of Arts and Sciences |
| 1980 | Cum Laude<br>New York University<br>College of Arts and Sciences |
| 1987 | New York Academy of Medicine<br>Section on Otolaryngology<br>Resident's Night<br>Certificate for Outstanding Presentation |
| 1998 – 2026 (annual 28 years) | Castle Connolly "Top Doctor"<br>Annual New York Metropolitan Area |
| 2003 – 2023 | New York Magazine<br>"Top Doctor" – 2003, 2006, 2008, 2010, 2011, 2014, 2015, annual from 2017- 2026 |
| 2005 | New York University/Lenox Hill Department of Otolaryngology<br>"Stanley Blaugrund, MD" Resident Award for Teacher of the Year |
| 2006 | American Academy of Otolaryngology<br>Head and Neck Surgery – Honor Certificate |

| | |
|---|---|
| 2007 – 2023 | New York Times<br>"Super Doctor" – Annual New York Metro Area<br>2007-2011, 2017-1019, 2021-2026 |
| 2011 | New York University/Lenox Hill Department of Otolaryngology<br>"Stanley Blaugrund, MD" Resident Award for Teacher of the Year |
| 2018 | Children's Hearing Institute<br>Medical and Educational Advisory Board Honors<br>United Nations, May 10th |
| 2020 | Little Baby Face Foundation – Humanitarian Award |

**MEDIA/WEB** NY Times, NY Post, Daily News, Real Simple Magazine, Martha Stewart Living, Health Day, WebMD, CBS2 News, Fox5 News, ABC 7 News, many times over 25 years.

## INSTITUTIONAL RESPONSIBILITIES

### Teaching

| | |
|---|---|
| 1990 – 2001 | Otology/Neurotology Conference Attending<br>Resident Teaching, Weekly<br>New York University Medical Center |
| 1990 – 2000 | Temporal Bone Anatomy Laboratory Attending<br>Resident Teaching, Quarterly Courses<br>New York University Medical Center |
| 1991 – 1995 | Otolaryngology Clinic Attending<br>Resident Teaching, Monthly<br>Beth Israel Medical Center |
| 1991 – 2004 | Otology/Neurotology Surgery Attending<br>Resident Teaching, Bimonthly<br>Bellevue Hospital – New York University Medical Center |
| 1991 – 2004 | Otolaryngology Basic Science Course<br>Lecture to House Staff, Annual<br>New York University Medical Center |
| 1991 – 2010 | Otology/Neurotology Clinic Attending<br>Resident Teaching, Monthly<br>Lenox Hill Hospital |
| 1991 – Present | Otology/Neurotology Surgery Attending<br>Resident Teaching, Weekly<br>Lenox Hill Hospital/Manhattan Eye, Ear, Nose, and Throat Hospital |
| 1991 – 1997 | Otology/Neurotology Conference Attending<br>Lecture to House Staff, Every Two Months |

| | |
|---|---|
| | Beth Israel Medical Center |
| 1994 – 1997 | Otolaryngology Course<br>Lecture to House Staff, Annual<br>Mt. Sinai Medical Center |
| 1994 – 2015 | Otolaryngology Lectures to House Staff<br>Departments of Emergency Medicine, Family Practice, Medicine, Pediatrics, and Surgery; Quarterly<br>Brooklyn Hospital Center |

**Administrative Duties**

| | |
|---|---|
| 1992 – 2003 | Beth Israel Medical Center<br>Medical Board |
| 2006 – 2010 | Beth Israel Medical Center<br>Medical Board |
| 1993 – 1995 | Beth Israel Medical Center<br>Continuing Medical Education Committee |
| 1993 – 1996 | Beth Israel Medical Center<br>Surgery Committee |
| 1994 – 2001 | New York University Medical Center<br>Department of Otolaryngology<br>Executive Committee |
| 1997 – 2004 | The Brooklyn Hospital Center<br>Member Council of Clinical Chairmen |
| 1997 – 2002 | The Brooklyn Hospital Center<br>President’s Council Member |
| 1997 – 1999 | The Brooklyn Hospital Center<br>Member of Phase I & II Task Force Design Committee |
| 1998 – 1999 | The Brooklyn Hospital Center<br>Member of Strategic Planning Initiative Committee |
| 2005 – Present | Little Baby Face Foundation<br>Medical Advisory Board |
| 2015 – Present | Lenox Hill Hospital/Manhattan Eye, Ear, Nose, and Throat Hospital<br>Northwell Health<br>Division Director Otology/Neurotology |

| | |
|---|---|
| 1996 – Present | Mentorship- Department of Otolaryngology Residents at NYU School of Medicine and Hofstra University Zucker School of Medicine |

## RESEARCH

| | |
|---|---|
| 1993 – Present | Revision Stapes Surgery Outcome by Various Surgical Techniques |
| 1993 – 2003 | Chronic Otitis Media Surgery – Resident Clinical Outcome |
| 1999 – Present | Multiple Cochlear Implant Investigational Protocols with Cochlear Corporation, Advanced Bionics Corporation, and Med-El at New York Eye and Ear Infirmary, and Lenox Hill Hospital |
| 2004 – Present | Applications of Image Guidance Navigation in Otologic Surgery |
| 2010 – Present | Implantable Auditory Devices and Hearing Restoration |

## PRESENT PERCENTAGE OF EFFORT

| | |
|---|---|
| Clinical Care | 70% |
| Teaching | 15% |
| Administration | 10% |
| Research | 5% |

## EXTRAMURAL PROFESSIONAL RESPONSIBILITIES

### Committees

| | |
|---|---|
| 1993 – 1999 | Subcommittee on Hearing and Hearing Aids<br>American Academy of Otolaryngology – Head and Neck Surgery |
| 1995 – 2006 | SiPAC Committee<br>American Academy of Otolaryngology – Head and Neck Surgery |
| 1998 – Present | Editorial Review Board<br>Otolaryngology – Head and Neck Surgery Journal |
| 1999 – 2004 | Implantable Device Subcommittee<br>American Academy of Otolaryngology – Head and Neck Surgery |
| 2001 – Present | Board of Governors<br>American Academy of Otolaryngology – Head and Neck Surgery<br>Representing the New York Otologic Society |
| 2002 – 2010 | Editorial Review Board – SiPAC Committee<br>American Academy of Otolaryngology – Head and Neck Surgery |
| 2006 – 2009 | Committee on New Materials Task Force<br>American Academy of Otolaryngology – Head and Neck Surgery |
| 2008 – 2012 | Audit Committee |

| | |
|---|---|
| | American Neurotology Society |
| 2009 – 2010 | Nominating Work Force Committee<br>Board of Governors<br>Academy of Otolaryngology – Head and Neck Surgery<br>Representing the New York Otologic Society |
| 2013 – 2022 | Otology and Neurotology Education Committee<br>Member Home Study Course<br>Co-Director – Otology Section 8, April 2019<br>Academy of Otolaryngology – Head and Neck Surgery |
| 2016 – 2019 | ANS Representative for AAO-HNS/F Equilibrium Committee |
| 2018 – 2020 | Implantable Hearing Device Committee<br>American Academy of Otolaryngology – Head and Neck Surgery |
| 2023 – 2026 | Hearing Committee<br>American Academy of Otolaryngology – Head and Neck Surgery |
| 2023 –2026 | Skull Base Surgery Committee<br>American Academy of Otolaryngology – Head and Neck Surgery |
| 2023-2026 | Education Committee<br>American Neurotology Society |

**Editorial Review Board Member**

The Laryngoscope

American Academy of Otolaryngology
Head and Neck Surgery Journal

## CHARITABLE CONTRIBUTIONS

| | |
|---|---|
| 1995 – 2010 | League for the Hard of Hearing<br>Weekly per diem Clinic Evaluations as Otologist<br>Medical Co-Director |
| 2005 – Present | Medical Advisory Board<br>Little Baby Face Foundation<br>Providing pro bono surgery for hearing restoration in children |
| 2009 – Present | Millennium Society – Lifetime member<br>Academy of Otolaryngology – Head and Neck Surgery<br>Representing the New York Otologic Society |
| 2012 – Present | Hal Foster Society<br>Academy of Otolaryngology – Head and Neck Surgery<br>Lifetime Member |

**PAPER PRESENTATIONS**

1987 Kohan, D., Breda, P., Hammerschlag, PE., Schinella, R., Gigliotti, F. (1987, December). *Pneumocystis carinii of the temporal bone*. Paper session presented at The New York Academy of Medicine Section on Otolaryngology – Resident's Night. New York, NY.

1988 Kohan, D., Plasse, H., Zide, B. (1988, January). *The combined use of split calvarial bone and cancellous iliac bone to reconstruct a difficult frontal bone deformity.* Paper session presented at The American Academy of Facial Plastic and Reconstructive Surgery – Eastern Meeting, New York, NY.

1988 Kohan, D., Jacobs, J., Nass, R., Gonzalez, S. (1988, April). *Evaluation of nasal airway utilizing the rhinotest MP rhinomanomer in allergic rhinitis patients on nasal steroid inhalant therapy*. Paper session presented at The American Rhinologic Society, 33rd Annual Scientific Meeting, Palm Beach, FL.

1988 Kohan, D., Rothstein, SG., Cohen, NL. (1988, April). *Otologic manifestations of patients with AIDS.* Paper session presented at The American Otological Society 121st Annual Meeting, Palm Beach, FL.

1988 Schneider, KL., Kohan, D., Gittelman, P., Breda, S., Gonzalez, S. (1988, April). *A new system for the quantification of hoarseness*. Paper session presented at The American Laryngological Association 109th Annual Meeting, Palm Beach, FL.

1989 Jacobs, JB., Holliday, R., Rotterdam, H., Kohan, D., Gittelman, PD. (1989, January). *A reevaluation of endoscopic sinus surgery*. Paper session presented at The American Laryngological, Rhinological, and Otological Society, Eastern Section Meeting, Toronto, Canada.

1989 Kohan, D., Hammerschlag, P., Holliday, R. (1989, April). *Otologic disease in AIDS patients - CT correlation*. Paper session presented at The American Neurotology Society, Spring Scientific Meeting, San Francisco, CA.

1989 Kohan, D., Jacobs, JB., Lebowitz, A. (1989, June). *Sinus disease in the immunocompromised host.* Paper session presented at The VIII International Symposium of Infection and Allergy of the Nose and International Rhinology Conference, Baltimore, MD.

1990 Kohan, D., Rothstein, SG., Kaufman, D. (1990, January). *Madelung's Disease: case histories and literature review*. Paper session presented at The Triological Society, Eastern Section Meeting, New Haven, CT.

1991 Kohan, D., Hoffman, RA., Cohen, NL. (1991, May). *Cochlear implants in the management of bilateral acoustic neuromas.* Paper session presented at The American Neurotology Society, 26th Annual Scientific Meeting, Hawaii.

1992 Kohan, D., Cohen, NL., Hoffman, RA. (1992, June). *Bilateral acoustic neuroma management - cochlear implants and auditory rehabilitation.* Paper session presented at The First International Skull Base Congress, Hannover, Germany.

1993 Kohan, D., Cohen, NL., Berenstein, A., Richard, M. (1993, January). *A multidiscipline approach to glomus tumors of the temporal bone.* Paper session presented at The Triological Society Eastern Section Meeting, New York, NY.

1994 Kohan, D. and Stern, I. (1994, January). *Pitfalls in the diagnosis and management of vascular tumors of the petrous apex*. Paper session presented at The Triological Society Easter Section Meeting, Ottawa, Canada.

1996 Kohan, D., Downey, L., Cohen, NL., et al. (1996, May). *Uncommon lesions presenting as tumors of the internal auditory canal and cerebellopontine angle.* Paper session presented at The American Neurotology Society, 31st Annual Scientific Meeting, Grand Cypress, FL.

2001 Hamerschlag, P., Bat-Chava, Y., Rothschild, P., Kohan, D. (2001, May). *Cochlear implant function index for adults in a real-world setting*. Paper session presented at The American Otologic Society Annual Meeting, Palm Desert, CA.

2007 Kohan, D., Romo, T., Morris, L. (2007, April). *Reconstruction of congenital microtia-atresia: outcomes with the Medpor/BAHA approach.* Paper session presented at The Triological Society Annual Meeting, San Diego, CA.

2007 Kohan, D., Romo, T., Morris, L. (2007, July). *Reconstruction of congenital microtia-atresia: outcomes with the Medpor/BAHA approach*. Paper session presented at The First International Symposium Bone Conduction Hearing and Osseointegration, Halifax, Nova Scotia.

2007 Kohan, D. and Morris, L. (2007, April). *Single-stage BAHA implantation: is it safe?* Paper session presented at The American Otologic Society Spring Meeting, San Diego, CA.

2007 Kohan, D. and Morris, L. (2007, July). *Single-stage BAHA implantation: is it safe?* Paper session presented at The First International Symposium Bone Conduction Hearing and Osseointegration, Halifax, Nova Scotia.

2009 Chun, D., Kim, A., Parisier, S., Linstrom, C., Hoffman, R., Alexiades, G., Kohan, D., Madell, J. (2009). *Medical factors associated with soft failures in revision cochlear implant surgery.* Paper session presented at The International Cochlear Implant Symposium.

2011 Kuhn, M., Friedmann, D., Winata, L., Kohan, D., et al. (2011). *Large jugular bulb abnormalities involving the middle ear.*

2015 Kohan, D., Rolan, D., Friedmann, D., et al. (2015, August). *Osseointegrated implantable auditory devices (IAD) – auditory and surgical outcome – BAHA Connect, BAHA Attract/BAHA5, and Sophono - is there a difference?* Paper session presented at CORLAS, San Francisco, CA.

**POSTER PRESENTATIONS**

1997 Giacchi, R. and Kohan, D. (1997, September). *Otologic surgery in patients with HIV-1 and AIDS.* Poster session presented at The American Academy of Otolaryngology – Head and Neck Surgery, San Francisco, CA.

1988 Kohan, D., Mara, S., Gottlieb, M., (1988, September). *Fitting hearing aids – unusual complications.* Poster session presented at The American Academy of Otolaryngology – Head and Neck Surgery. San Antonio, TX.

2002 Abraham, MT., Martinuk, F., Yee, H., Levenson, MJ., Kohan, D. (2002, September). *PCR identification of mycobacterium in otologic infection.* Poster session presented at the American Academy of Otolaryngology – Head and Neck Surgery, Research Forum. San Diego, CA.

2002 Abraham, MT., Kohan, D., Opher, E., Levenson, MJ. (2002, September). *Hemangioma of the middle ear and external auditory canal*. Poster session presented at The American Academy of Otolaryngology – Head and Neck Surgery, Scientific Posters. San Diego, CA.

2003 Kohan, D. and Sorin, A. (2003, January). *Revision stapes surgery – the malleus to oval window wire piston technique.* Poster session presented at The Triological Society – Eastern Section Meeting. Boston, MA.

2013 Cerrati, E. and Kohan, D. (2013, January). *Case report: sequential bilateral otitis media and bilateral facial nerve paralysis as presenting symptoms of Wegener's Granulomatosis*. Poster session presented at The Triological Society – Eastern Section Meeting.

2013 Kohan, D. and Jethanamest, D. (2013, April). *Image guided surgical navigation in otology – triological thesis*. Poster session presented at The Triological Society 116th Annual Meeting – COSM. Orlando, FL.

2014 Zhou, L. and Kohan, D. (2014, May). *Effectiveness of the malleus to oval window technique for revision stapedectomy*. Poster session presented at The Triological Society 117th Annual Meeting. Las Vegas, NV.

2016 Roden, D., Friedmann, D., Kohan, D., et al. (2016, May). *Transcutaneous versus percutaneous osseointegrated auditory implants – surgical and audiologic outcomes*. Poster session presented at the American Otologic Society/COSM Annual Scientific Meeting, Chicago, IL.

2017 Benedict, P., Zhou, L., Peng, R., Kohan, D. (2017, April). *The malleus to oval window revision stapedectomy: efficacy and longitudinal study outcomes.* Poster session presented at COSM/The Triological Society, San Diego, CA.

2024 Active Transcutaneous Bone-Anchored Auditory Implants: Surgical and Audiologic Outcomes Darius Kohan, MD; Ilana Yellin, MD Poster presentation at COSM/ANS, Chicago, Illinois.

## COURSES PRESENTED

1993 Testing and Habilitation of Infants at Risk for Hearing Loss – Instruction Course 2539-2, The American Academy of Otolaryngology – Head and Neck Surgery – 97th Annual Meeting, Minneapolis, MN. October 3, 1993.

1996 Diagnosis and Habilitation of Hearing-Impaired Infants – Instruction Course 2829-1, The American Academy of Otolaryngology – Head and Neck Surgery – 100th Annual Meeting, Washington, DC. September 30, 1996.

1997 Management of Chronic Otitis Media – An Update – Instruction Course 4520-1, The American Academy of Otolaryngology – Head and Neck Surgery – 101st Annual Meeting, San Francisco, CA. September 10, 1997.

1997 Sinusitis and Otitis Media: Current Concepts and Management – Bacteriology and Antibiotics Treatment Options, New York University Medical Center, New York, NY. September 27, 1997.

1997 Update in Otology/Neurotology 1997: Facial Nerve Pathology: Evaluation and Management, Mount Sinai Medical Center, New York, NY. 1997.

1998 Surgical Management of Chronic Otitis Media – Update 1999 – Instruction Course 4605-1, The American Academy of Otolaryngology – Head and Neck Surgery – 103rd Annual Meeting, New Orleans, LA. September 1999.

2002 Management of Challenges in Otology, Weill Medical College of Cornell University, New York, NY. June 10, 2002.

2001 Management of Challenges in Otology, Weill Medical College of Cornell University, New York, NY. June 13, 2003.

2002 Implantable Hearing Devices: BAHA Surgical Technique and Applications, The American Academy of Otolaryngology – Head and Neck Surgery, Implantable Committee Symposium, Los Angeles, CA. September 25, 2005.

2013 Computer Assisted Surgical Navigation – Presenter and Panel Moderator, The American Neurotology Society – 48th Annual Scientific Program, Vancouver, Canada. September 28, 2013.

2015 Implantable Auditory Devices – Presenter at the 2015 Ultimate Colorado Midwinter Meeting, Vail, CO. February 3, 2015.

2015 Implantable Auditory Devices: Indications, Technology, Techniques and Best Practices – Course Director and Presenter, The New York Head and Neck Institute – North Shore LIJ – Lenox Hill Hospital. March 20, 2015.

2015 Osseointegrated Implantable Auditory Devices (IAD) – Auditory and Surgical Outcome – BAHA Connect, BAHA Attract/BAHA5, Sophono. Is There a Difference?, Product Theater, AAO/HNS, Dallas, TX. September 27, 2015.

2016 Osseointegrated Implantable Auditory Devices (IAD) – Auditory and Surgical Outcome – BAHA Connect, BAHA Attract/BAHA5, Sophono. Is There a Difference?, COHNS, Charlottetown, Canada. June 12, 2016.

2016 Implantable Auditory Devices – Update 2016: Technology, Indications, Efficacy, and Safety – Course Director and Faculty Presenter, The New York Head and Neck Institute – Northwell – Lenox Hill Hospital. October 1, 2016.

2017 Implantable Auditory Devices: Between HA and Cochlear Implant, AAO-HNSF 2017, Chicago, IL. September 12, 2017.

2019 Implantable Auditory Devices – Update 2019: Technology, Indications, Efficacy, and Safety – Course Director and Faculty Presenter, The New York Head and Neck Institute – Northwell – Lenox Hill Hospital. March 30, 2019.

2020 Osseointegrated Implantable Auditory Devices- Update 2020- Dubai Otology- 8th Edition Virtual Conference, 11/19/2020

2021 AAO-HNS- Virtual Conference- Symposium sponsored by ONEC: Cochlear Implants- Current and Evolving Criteria for Implantation, September 2021.

2021 AAO-HNS- Flex- Surgical Video: Translabyrinthine Approach To CPA/IAC for tumor excision. November 2021.

2023 Implantable Auditory Devices – From Bone Conduction to CI - Update 2023. Course Director and Faculty Presenter, Lenox Hill Hospital NYC - Northwell Health. March 11, 2023.

2026 When to Refer Otology/Neurotology & Skull Base Cases: A Practical Playbook for the General ENT; Panel Moderator/Presenter; AAO/HNS Annual Meeting Oct.17, 2026; LA, California.

**GRAND ROUND PRESENTATIONS**

1991 Diseases of the External Ear. The Department of Otolaryngology. Lenox Hill Hospital. October 1991.

1991 Cochlear Implants. Department of Otolaryngology. New York Eye and Ear Infirmary. October 1991.

1992 Vestibular Pathology and Rehabilitation. Department of Physical Medicine and Rehabilitation. Beth Israel Medical Center. August 11, 1992.

1992 Chronic Otitis Media. Department of Otolaryngology. Mount Sinai Medical Center. September 23, 1992.

1992 Update in Acute Otitis Media. Department of Pediatrics. Beth Israel Medical Center. October 14, 1992.

1992 Cochlear Implants. Department of Pediatrics. Beth Israel Medical Center. November 17, 1992.

1993 Cochlear Implants. Department of Otolaryngology. Mount Sinai Medical Center. February 17, 1993.

1993 Pediatric Otologic Trauma. Department of Pediatrics. Beth Israel Medical Center. December 8, 1993.

1995 Chronic Otitis Media – Update. Department of Otolaryngology. Long Island College Hospital – Downstate School of Medicine. September 7, 1995.

1996 Update on Otitis Media. Department of Pediatrics. Beth Israel Medical Center. June 1996.

1996 Update in Chronic Otitis Media. Department of Otolaryngology. Albert Einstein School of Medicine. November 1996.

1998 Management of Chronic Otitis Media – 1998 Update. Department of Otolaryngology. Columbia University, 1998.

2011 Image Guided Navigation in Otologic Surgery. Department of Otolaryngology. North Shore/LIJ. April 2011.

2014 Image Guided Surgery in Otology/Neurotology. Department of Otolaryngology. SUNY Downstate. October 2014

2015 Implantable Auditory Devices. Department of Otolaryngology. North Shore/LIJ – Lenox Hill Hospital. April 2015.

2015 Implantable Auditory Devices. Department of Otolaryngology. New York University School of Medicine, September 9, 2015.

2017 Cochlear Implants, Indications, & MEETH CI Center. Department of Otolaryngology. Lenox Hill Hospital/Manhattan Eye, Ear, Nose, and Throat Hospital. November 20, 2017.

2018 Implantable Auditory Devices – 2018 Update. Department of Otolaryngology. SUNY Downstate. December 7, 2018.

**BIBLIOGRAPHY**

**Journal Articles**

Kohan, S., Beckman, EM., and Kohan, D. (April 1984). The use of lasers in gynecology. *Internal Medicine for the Specialist*, *5:4*, 131-138.

Kohan, D., Rothstein, SG., and Cohen, NL. (November 1988). Otologic disease in patients with acquired immunodeficiency syndrome. *Annals of Otolaryngology, Rhinology and Laryngology*, *97*, 636-640.

Schneider, KL., Kohan, D., Gittelman, PD., Breda, SD., and Gonzalez, S. (1998). A New System for the Quantification of Hoarseness. *Transactions, American Laryngological Association*, *9:109*, 203-205.

Kohan, D., Jacobs, JB., Nass, R., and Gonzalez, S. (October 1989). Rhinomanometric evaluation of two nasal steroid sprays in rhinitis. *Otolaryngology – Head and Neck Surgery*, *101:4*, 429-433.

Kohan, D., Plasse, HM., and Zide, B. (November 1989). Frontal bone reconstruction with split calvarial and cancellous iliac bone. *Ear, Nose, and Throat Journal*, *68*, 845-854.

Kohan, D., Hammerschlag, P., and Holliday, R. (December 1990). Otologic disease in AIDS patients-CT correlation. *Laryngoscope*, *100*, 1326-1330.

Rothstein, SG., Schneider, KL., Kohan, D., Persky, MS., and Holliday, R. (April 1991). Emergencies in AIDS patients: the otolaryngologic perspective. *Otolaryngology – Head and Neck Surgery*, *104:4*, 545-548.

Kohan, D., Skorina, JMG., Jacobs, JB., Lebowitz, A., and Rothstein, SG. (May-June 1992). Sinus disease in the immunocompromised host. *Journal of Rhinology*, *6(3),* 115-118.

Cohen, NL., Ransohoff, J., Kohan, D., and Hoffman, R. (1992). Cochlear implants in the treatment of acoustic neuromas: a treatment algorithm for bilateral acoustic neuromas (BAN). *Proceedings of the First International Conference on Acoustic Neuroma*, 857-862.

Hoffman, RA., Kohan, D., and Cohen, NL. (November 1992). Cochlear implants in the management of bilateral acoustic neuromas. *The American Journal of Otology*, *13(6),* 525-528.

Kohan, D., Miller, P., Rothstein, SG., and Kaufman, D. (February 1993). Madelung's disease: case histories and literature review. *Otolaryngology – Head and Neck Surgery*, *108(2)*, 156-159.

Kohan, D., Downey, LL., Lim, J., Cohen, NL, and Elowitz, E. (1997). Uncommon lesions presenting as tumors of the internal auditory canal and cerebellopontine angle. *The American Journal of Otology*, *18:3*, 386-392.

Kohan, D. and Giacchi, R. (October 1999). Otologic surgery in patients with HIV-1 and AIDS. *Otolaryngology – Head and Neck Surgery, 121*, 355-360.

Kohan, D. and Sorin, A. (September 2003). Revision stapes surgery – the maleus to oval window wire piston technique. *The Laryngoscope, 113*, 1520-1524.

Kohan, D., Sorin, A., Marra, S., and Hoffman, R. (January 2004). Hearing aid fitting – unusual complications and surgical management. *The Laryngoscope*, *116*.

Kohan, D., Morris, L., and Romo, T. (May 2008). Single-stage BAHA implantation: is it safe? *Otolaryngology – Head and Neck Surgery, 138*, 662-666.

Romo, T., Morris, L., and Kohan, D. (April 2009). Reconstruction of congenital microtia-atresia: outcomes with the medpor/BAHA. *Annals of Plastic Surgery*.

Coelho, D., Hammerschlag, P., Bat-Chava, Y., and Kohan, D. (2009). Psychometric validity of the cochlear implant function index (CIFI): a quality of life assessment tool for adult cochlear implant users. *Cochlear Implants International, Wiley InterScience DOI: 10.1002/cii.395*.

Chung, D., Kim, AH., Parisier, S., Linstrom, C., Alexiades, G., Hoffman, R., and Kohan, D. (October 2010). Revision cochlear implant surgery in patients with suspected soft failures. *Otology & Neurotology*, *31(8)*, 1194-1198.

Kuhn, MA., Friedmann, DR., Winata, LS., Kohan, D., et al. (September 2012). Large jugular bulb abnormalities involving the middle ear. *Otology & Neurotology, 33 (7)*, 1201-1206.

Kohan, D. and Jethanamest, D. (October 2012). Image guided surgical navigation in otology – Triological thesis. *The Laryngoscope*, *122,* 2291-2299.

Cerrati, E., and Kohan, D. (2014). Case report: sequential bilateral otitis media and bilateral facial nerve paralysis as presenting symptoms of Wegener's granulomatosis. *Journal of Case Reports in Medicine*.

**Books**

Kohan D (1998). 'Uncommon lesions presenting as tumors of the internal auditory canal and cerebellopontine angle', in Paparella, M., Holt, R. *Yearbook of Otolaryngology – Head and Neck Surgery*.

Kohan, D, Levy, L. Aural rehabilitation – hearing aids and assistive listening devices. SiPAC. Alexandria (VA): American Academy of Otolaryngology Head and Neck Surgery; c1999.

Kohan D, Hanin L. Evaluation and habilitation of the hearing-impaired child. SiPAC. Alexandria (VA): American Academy of Otolaryngology Head and Neck Surgery; c2000.

Kohan D, Sorin A, Hanin L. Evaluation and habilitation of the hearing impaired child. SiPAC 2nd ed. Alexandria (VA): American Academy of Otolaryngology Head and Neck Surgery; c2006.

Kohan D, Sikora A, Lee KC. AIDS and the otolaryngologist. SiPAC 2nd ed. Alexandria (VA): American Academy of Otolaryngology Head and Neck Surgery; c2006.

Kohan D, Heman-Ackah S, Chandrasekhar S. Neurotology – what do I do now? New York (NY): Oxford Press; c2014.

Kohan D, Chandrasekhar S. Otolaryngologic clinics of North America – implantable auditory devices. Philadelphia (PA): Elsevier; c2019.

Kohan D. (2019). 'Congenital ossicular chain anomalies and hearing loss – chapter 33', in Madell, J., Flexer, C., et al. (2nd ed.) *Pediatric Audiology Casebook*. Germany: Thieme.

**Slide Lecture Series**

Kohan, D. (1999, October). *Hearing aids and assistive listening devices.* American Academy of Otolaryngology Head and Neck Surgery, Alexandria VA.

AOS- Member of: Expert consensus statement on "Imaging for Asymmetric Sensorineural Hearing loss." Bulletin, 2026; American Academy of Otolaryngology Head and Neck Surgery, Alexandria VA.