# EXHIBIT B

# INSTRUCTIONS FOR FLYING / DIVING

## FLYING

**12 HRS BEFORE FLIGHT THEN AGAIN 1 HR BEFORE FLIGHT**

- **SUDAFED 30MG TAB**
- **AFRIN NASAL SPRAY – 2 PUFFS EACH NOSTRIL**

**ON ASCEND AND DESCEND: CHEW GUM**
**WEAR EAR PLANE PLUGS**

## DIVING

**12 HRS BEFORE DIVING THEN AGAIN 1 HR BEFORE DIVING**

- **SUDAFED 30MG TAB**
- **AFRIN NASAL SPRAY – 2 PUFFS EACH NOSTRIL**
- **2 DIVES / DAY**
- **GO SLOW**

**-IST PRO EAR DIVE MASK WITH EAR COVERS**