UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GATEGUARD, INC.,

Plaintiff,

v.

AMAZON.COM, INC.,
AMAZON.COM SERVICES, INC.,
AMAZON.COM SERVICES, LLC,
AMAZON LOGISTICS, INC.,
RING LLC,

Defendants.

No. 21 Civ. 9321 (JGK) (GWG)

**CERTIFICATE OF SERVICE**

I, David P. Salant, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on the 4th day of September, 2026 I caused to be served true and correct, unredacted copies of Amazon's opposition to GateGuard's motion for a protective order, accompanying declarations, and an accompanying exhibit filed under seal, by email upon counsel for GateGuard.

Dated: New York, New York
September 4, 2026

By: */s/ David P. Salant*
David P. Salant