UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GATEGUARD, INC.,

Plaintiff,

-against- No. 21 Civ. 9321 (JGK)(GWG)

AMAZON.COM, INC., et al.,

Defendants.
---------------------------------------------------------------X

**DECLARATION OF ARI TEMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**

I, Ari Teman, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the Chief Executive Officer of plaintiff GateGuard, Inc. ("GateGuard"). I am a citizen of both the United States and the State of Israel. I currently reside in Tel Aviv, Israel. I maintain an office and mailing address in Miami Beach, Florida, and I maintain Florida residency and hold a Florida driver's license. I make this declaration from personal knowledge.

2. [redacted]

[redacted] [redacted]

[redacted] [redacted]

5. An Israeli national identity number is required to enroll in an Israeli health fund [redacted] I received my Israeli national identity card on or about June 24, 2026.

6. I did not wait for the public system. On or about June 8, 2026 — before my identity card had issued — I contacted Atid Medical, Dr. Shapira's private clinic, [redacted] The clinic advised me that Dr. Shapira sees patients on limited days and that the earliest appointments [redacted] [redacted] I booked the earliest available consultation — confirmed by the clinic on or about July 1, 2026, for August 13, 2026 — and paid the clinic's 1,200 NIS private fee.

7. [redacted]

[redacted] [redacted] I was required first to complete an intake examination with my health fund, Maccabi Healthcare Services, before seeing any specialist under that coverage. I completed that intake on or about August 19, 2026, and then submitted Dr. Shapira's referral to Sheba Medical Center.

9. On or about August 20, 2026, Sheba's appointment system assigned me its earliest available appointment [redacted]: July 19, 2027, at 10:40 a.m. I had no ability to select an earlier date; the system assigns the appointment. [redacted]

10. I remain ready to sit for my deposition, and for GateGuard's Rule 30(b)(6) deposition, at any time — by videoconference, or in person in Tel Aviv.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 7, 2026
Tel Aviv, Israel

ARI TEMAN