UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

GATEGUARD, INC., :

Plaintiffs, :

-v.- :

AMAZON.COM, INC., et al, :

Defendant. :

---------------------------------------------------------------X

ORDER
21 Civ. 9321 (JGK) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

In September 2025, Teman represented to Judge Furman that his "final day as Chief Executive Officer of GateGuard will be Monday, September 14, 2025." Teman et al. v. Deel, Inc. et al. (S.D.N.Y. 25-cv-5852), Dkt. 21 at 1. In November 2025, Teman represented to Judge Caproni that his only role at GateGuard, Inc.("GateGuard") is to "advise them voluntarily in a limited capacity when requested." GateGuard Inc., v. Goldmont Realty Corp. et al. (S.D.N.Y. 20-cv-1609), Dkt. 214 at 1. Teman has also represented to this Court that "[d]uring much of the period relevant to this litigation, [he] was not serving as Chief Executive Officer of GateGuard." Motion of Non-Party to Intervene, filed March 19, 2026 (Docket #312) at 2.

Meanwhile, GateGuard and Teman now appear to claim that Teman is GateGuard's current CEO as reflected in the following filings:

> "There is no dispute that Ari Teman [is] the CEO of plaintiff GateGuard." Memorandum of Law in Support of Protective Order, filed Aug. 21, 2026 (Docket #376) at 1.
>
> "[Teman] founded GateGuard, serves as its Chief Executive Officer and is the majority owner of its parent." Surreply in Support of Motion to Intervene, filed June 10, 2026 (Docket #344) at 2.

To clear up the confusion, the Court orders GateGuard to file a sworn statement from an individual with personal knowledge that sets forth the following:

(1) the identity of every Chief Executive Officer of GateGuard for the period November 10, 2021 (the date the instant suit was filed), to the present. If there was any change in the identity of the holder of this office, the sworn statement shall describe the dates of any such change and the mechanism by which the change was effectuated. It shall also attach any written documentation that effectuated such change.

(2) whether Ari Teman served as an officer, director or managing agent of GateGuard during this period to the extent not addressed in the response to "(1)" above. If so, the statement shall identify the period and title of Teman during each relevant period as well as the mechanism by which Teman's status was effectuated. The statement shall also attach any written documentation that effectuated Teman's status.

The sworn statement and documents required by this Order shall be filed on or before September 25, 2026. If personal knowledge as to the matters listed above does not rest in a single individual, more than one statement may be filed.

SO ORDERED.

Dated: September 18, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge