EDEN P. QUAINTON
QUAINTON LAW, PLLC
2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016

245 NASSAU STREET
PRINCETON, NJ 08540

TELEPHONE (212) 419-0575; 609-356-0526
CELL: (202) 360-6296
EMAIL EDEN.QUAINTON@QUAINTONLAW.NET

November 9, 2026

**VIA ECF**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: GateGuard, Inc. v. Amazon.com, Inc., No. 21 Civ. 9321 (JGK)(GWG) — Public Re-Filing of Previously Sealed Documents Pursuant to the Court's Order of October 30, 2026 (Dkt. 404)

Dear Judge Gorenstein:

I represent Plaintiff GateGuard, Inc. ("GateGuard"). Pursuant to the Court's Memorandum Order of October 30, 2026 (Dkt. 404), GateGuard publicly re-files with this letter the following documents previously filed under seal or in redacted form in connection with its motion for a protective order (Dkt. 372):

Exhibit A — Exhibit A to the Declaration of Eden P. Quainton (consultation summary of Dr. Yisgav Shapira, with certified translation) — filed in redacted form as Dkt. 374-1.

Exhibit B — Exhibit B to the Declaration of Eden P. Quainton (correspondence with Atid Medical, June 2026) — filed in redacted form as Dkt. 374-2.

Exhibit C — Exhibit G to the Declaration of Eden P. Quainton (deposition caption pages and reporters' certificates) — filed in redacted form as Dkt. 374-8.

Exhibit D — Exhibit H to the Declaration of Eden P. Quainton (Maccabi Healthcare Services referral documents, with certified translation) — filed in redacted form as Dkt. 374-9.

Exhibit E — Exhibit I to the Declaration of Eden P. Quainton (Sheba Medical Center appointment confirmations, with certified translations) — filed in redacted form as Dkt. 374-10.

Exhibit F — Reply Memorandum of Law — filed in redacted form as Dkt. 388.

Exhibit G — Declaration of Ari Teman — filed in redacted form as Dkt. 389.

In accordance with the Order, the only redactions in the attached documents are of Mr. Teman's personal identifying information — his date of birth, national identification number, and contact details — which appears in Exhibits A, B, D, and E. Plaintiff has also redacted Mr. Teman's age, consistently with the Court's Order permitting redaction of his date of birth. Exhibits C, F, and G are filed without redaction.

Separately, in preparing the present filing, counsel observed that Dkt. 374-1 and Dkt. 374-9 expose Mr. Teman's national identification number, which counsel inadvertently failed to redact. Consistently with the Court's Order, Plaintiff respectfully requests that these two entries be sealed and that Exhibits A and D to this letter, which redact this information, stand as the public versions of those documents.

Through an oversight, I am filing the unsealed documents today rather than on Friday, November 6, 2026, as ordered by the Court. I sincerely apologize for this delay and I respectfully request that the Court accept this submission.

Respectfully submitted,

/s/ Eden P. Quainton
Eden P. Quainton
*Counsel for Plaintiff GateGuard, Inc.*
cc: All counsel of record (via ECF)